UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION
------------------------------------------------------------X
LUCYNA FORMENSKA and TADEUZ FORMENSKA,
          Plaintiffs

- against -

THE BANK OF NEW YORK COMPANY et al.,
          Defendants.
------------------------------------------------------------X
RICHARD RACIOPPI,
          Plaintiff,

- against -

TULLY CONSTRUCTION CO. INC., et al.
          Defendants.
------------------------------------------------------------X

**ORDER**

21 MC 100 (AKH)
05 Civ. 3090 (AKH)
04 Civ. 9003 (KMK)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On Tuesday, May 9, 2005 at 4:00 P.M. I will hold a status conference for all parties to civil actions 05 Civ. 3090 (AKH) and 04 Civ. 9003 (KMK) in Courtroom 14D, 500 Pearl Street, New York, New York 10007. Plaintiffs' attorneys in all other 21 MC 100 cases do not need to attend this conference. Defendants named in these actions, or who expect to be named in third-party complaints may appear to discuss the possibility of such motions as may be available to test the legal sufficiency of the complaints and, alternatively, coordinating these cases with the 21 MC 100 respiratory injury cases.

        SO ORDERED.

Dated:    New York, New York
             April 21, 2005

                                            //s//
                                       ALVIN K. HELLERSTEIN
                                       United States District Judge