UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH)<br><br>**RULE 7.1 STATEMENT OF DEFENDANT BECHTEL CORPORATION** |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | |

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bechtel Corporation certifies that said company has no corporate parents, and that there are no publicly held corporations that own 10% or more of Bechtel Corporation's stock.

Dated:  Newark, New Jersey
       May 16, 2006

                                    PATTON BOGGS LLP

                By:             s/
                      James E. Tyrrell, Jr., Esq. (JT-6837)
                      One Riverfront Plaza
                      6th Floor
                      Newark, New Jersey 07102
                      Phone: (973) 848-5600
                      Fax:    (973) 848-5601
                      Attorney for Defendant
                      Bechtel Corporation