```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | STIPULATION OF DISMISSAL AND CONSLIDATION OF CERTAIN ENUMERATED CIVIL ACTIONS |

The parties to the above-captioned consolidated action, through their respective counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the civil actions referenced in Attachment A, "Case to be Dismissed and Consolidated" column, be discontinued and dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) without prejudice and without cost to any party, and consolidated with the corresponding civil actions referenced in Attachment A, "To Consolidate With" column; and it is further

STIPULATED AND AGREED, by and between the attorneys for the undersigned, that for all cases dismissed and consolidated pursuant to this Stipulation, Defendants will not raise the Statute of Limitations as a defense if the original action was timely filed and served, but that Defendants shall have all rights and defenses pursuant to New York Unconsolidated Laws Sections 7101 et seq. or any applicable statute of limitation that they have as of the date each action is discontinued pursuant to this Stipulation.

Dated: New York, New York
April 22, 2009

WORBY GRONER EDELMAN & NAPOLI
BERN, LLP

By: _____
CHRISTOPHER R. LOPALO (CL 6466)

350 5th Avenue, Ste. 7413  
New York, NY 10118  
(212) 267-3700

Dated: New York, New York  
      April **23**, 2009

PATTON BOGGS LLP

By: _/s/ James E. Tyrrell, Jr._  
JAMES E. TYRRELL, JR. (JT 4676)  
One Riverfront Plaza, 6th Floor  
Newark, New Jersey 07102  
(973) 848-5600

SO ORDERED: 5/1/09

_/s/_  
HONORABLE ALVIN K. HELLERSTEIN  
UNITED STATES DISTRICT COURT JUDGE  
SOUTHERN DISTRICT OF NEW YORK

ATTACHMENT A

| | Plaintiffs | Case to Be Dismissed and Consolidated | To Consolidate With |
|---|---|---|---|
| 1 | Michael Banks and Helene Banks | 06cv13791 | 07cv00069 |
| 2 | Joseph Bellisimo | 05cv01375 | 04cv09082 |
| 3 | Michael Bestany and Tricia Bestany | 06cv13800 | 07cv00070 |
| 4 | Richard Biglin and Yanela Biglin | 06cv13802 | 06cv13620 |
| 5 | Gerard Bowden and Janine Bowden | 06cv13808 | 07cv00207 |
| 6 | Steve Cappello | 05cv01640 | 07cv09205 |
| 7 | Joseph Colleluori and Coleen Colleluori | 06cv13847 | 07cv10127 |
| 8 | James Connolly and Elizabeth Connolly | 05cv00415 | 05cv02284 |
| 9 | Trevor Cooke and Michelle R. Cooke | 06cv13851 | 07cv00071 |
| 10 | Nancy Costello, as personal representative of the estate of Joseph Costello, and Nancy Costello individually | 06cv13857 | 07cv10232 |
| 11 | Alexander Cruz and Martha Cruz | 06cv14578 | 07cv08877 |
| 12 | Gary D'Andrea and Lisa D'Andrea | 06cv14584 | 06cv09983 |
| 13 | Joseph D'Angelo and Janette D'Angelo | 06cv13861 | 06cv08369 |
| 14 | George Davino and Maryana Davino | 06cv13865 | 06cv13617 |
| 15 | Rafaelo Delgado | 06cv13868 | 07cv08879 |
| 16 | Sentoria Demarco and Robert Demarco | 06cv14599 | 06cv14598 |
| 17 | Michael DiVirgilio | 04cv07239 | 07cv10763 |
| 18 | Frank Faivre and Maryellen Faivre | 05cv02500 | 06cv12269 |
| 19 | Alviri Foster | 05cv01173 | 06cv11138 |
| 20 | Sebastiano Giangregorio and Lisa Giangregorio | 06cv13921 | 06cv13615 |
| 21 | Paul Jaeger and Carolyn Jaeger | 05cv05510 | 07cv04363 |
| 22 | Michael Joy and Joanne K. Joy | 06cv13964 | 06cv13614 |
| 23 | Brian Joyce and Meredith M. Joyce | 06cv13965 | 07cv10168 |
| 24 | James Kaine and Kathleen Kaine | 06cv13966 | 07cv09127 |
| 25 | Peter Kassimatis and Joulia Kassimatis | 06cv13968 | 07cv09129 |
| 26 | Daniel Keenan and Kathleen Keenan | 06cv13969 | 07cv08900 |
| 27 | James Kostoplis | 06cv13976 | 06cv13613 |
| 28 | Christopher Lemke | 06cv13987 | 07cv00056 |
| 29 | Oswaldo Lopez | 06cv14806 | 07cv4483 |
| 30 | Lionel Lucas and Antoinette Lucas | 06cv14001 | 07cv10178 |
| 31 | Kelly Lyon and Jennifer Lyon | 06cv14006 | 06cv12264 |
| 32 | Alfred MacDonald and Kelly MacDonald | 05cv01182 | 06cv12647 |
| 33 | Gary Marmaro and Debbie Marmaro | 06cv14017 | 07cv00072 |
| 34 | Stephen McDade and Amy McDade | 06cv14029 | 07cv00208 |
| 35 | Eugenio Mora | 06cv14894 | 06cv13168 |

ATTACHMENT A

| 36 | Patrick Mulligan and Sandra Mulligan | 06cv14049 | 06cv13621 |
|---|---|---|---|
| 37 | Christine Nicastro | 06cv14054 | 06cv13622 |
| 38 | Michael Nichols | 06cv14920 | 06cv06795 |
| 39 | Luis Olivero and Anna Olivero | 06cv14063 | 07cv00075 |
| 40 | Peter Pawelski | 06cv14072 | 07cv00076 |
| 41 | Raymond Reid and Maureen Reid | 06cv14085 | 07cv00209 |
| 42 | Igbalija Rugovac and Sadik Rugovac | 06cv01028 | 07cv01524 |
| 43 | Juan Ruiz and Evelyn Ruiz | 05cv01752 | 06cv12472 |
| 44 | John Scarpinito and Helen Rose | 06cv14116 | 07cv05071 |
| 45 | Kevin Shinnick and Louise Shinnick | 06cv14127 | 06cv13623 |
| 46 | Steven Skific and Melissa Skific | 06cv15068 | 07cv10047 |
| 47 | Jaime Sosa | 06cv01027 | 07cv1706 |
| 48 | Robert Streit | 06cv14138 | 07cv00073 |
| 49 | Francis X. Thomas | 06cv14146 | 06cv13624 |
| 50 | Ronaldo Vega and JudyAnn Vega | 06cv14161 | 07cv00055 |
| 51 | Walter Villafuente | 05cv01344 | 08cv2250 |
| 52 | Lee Weir and June Ann Weir | 06cv14169 | 07cv00058 |
| 53 | Brian Glacken | 05cv01109 | 05cv02135 |
| 54 | Robert Slewlaw (Sielaw) and Maria Slewlaw | 06cv15169 | 06cv02886 |
| 55 | David Zephrine and Josephine Zephrine | 06cv11748 | 05cv01219 |
| 56 | Dean Curti | 04cv8770 | 04cv08841 |
| 57 | Yvonne Perez and George Perez | 06cv14961 | 06cv09177 |
| 58 | John Delaney | 07cv03132 | 04cv08814 |
| 59 | Frank Bolusi and Rose Bolusi | 08cv02943 | 07cv04879 |
| 60 | Jonathan Hilton and Denise Hilton | 07cv03833 | 07cv04962 |