USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 7, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | Docket No. 21 MC 100 (AKH) |
| | ORDER REGULATING DISCOVERY IN THE NON-RESPIRATORY CASES |
| BODILY INJURY, NON-RESPIRATORY, NON-INGESTION CASES | |

THIS MATTER having come before the Court pursuant to the Case Management Order entered in the Bodily Injury, Non-Respiratory, Non-Ingestion Cases; and on consent of Liaison Counsel following their communication with all counsel of record; and for good cause shown:

IT IS on this __7__ day of October, 2009,

ORDERED THAT:

1. Fact discovery for the cases designated as "Bodily Injury, Non-Respiratory, Non-Ingestion Cases," which are annexed to CMO 1 as "Exhibit A" is to remain open through and including **May 5, 2010**. Discovery is to be undertaken in accordance with the Federal Rules of Civil Procedure. No fact discovery is to be issued or undertaken between the parties beyond May 5, 2010, except upon application and for good cause shown.

2. All Plaintiffs' expert reports shall be delivered on or before **September 5, 2010**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

79659

3. All Defendants' expert reports shall be delivered on or before **November 15, 2010.** Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

4. Depositions of those experts are to be taken and completed by **January 30, 2011**, with date(s) and time(s) of deposition to be agreed among the parties. The scope of testimony shall occur in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| **JOEL M. LUTWIN** | **PATTON BOGGS LLP** |
| By: *[signature]* <br> Joel M. Lutwin, Esq. | By: *[signature]* <br> James E. Tyrrell, Jr., Esq. |
| *Plaintiffs' Liaison Counsel in the Bodily Injury, Non-Respiratory, Non-Ingestion Cases* | **SCHIFF HARDIN LLP** <br><br> By: *[signature]* <br> Beth D. Jacob, Esq. <br><br> *Defendants' Co-Liaison Counsel in the Bodily Injury, Non-Respiratory, Non-Ingestion Cases* |

**SO ORDERED**

*[signature]*
HON. ALVIN K. HELLERSTEIN, U.S.D.J.

Dated:   New York, New York
         October 7, 2009

79659                              2