UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER      :   21 MC 100 (AKH)
SITE LITIGATION                                            :   (All Cases)
                                                           :
-----------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTON DISASTER SITE LITIGATION     :   (All Cases)
                                                           :
-----------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER      :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE      :   (All Cases)
LITIGATION (straddler plaintiffs)                          :
                                                           :
-----------------------------------------------------------x

### ORDER ADMITTING COUNSEL PRO HAC VICE

This matter having been brought by the Court by motion to admit Michael C. Mace *pro hac vice* to appear and participate as counsel for Plaintiffs filed by Worby Groner Edelman & Napoli Bern, LLP in the above referenced Master Dockets, the supporting Affirmations and Certificates of Good Standing; it is hereby

ORDERED, that, pursuant to Local Civil Rule 1.3(c) of this Court, Michael C. Mace is admitted *pro hac vice* to practice before this Court as counsel in all cases filed by Worby Groner Edelman & Napoli Bern, LLP in the above Master Dockets.

Dated: 11/3/09

Hon. Alvin K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/09