Ont useUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER  :  **ORDER**
SITE LITIGATION                    :
                                   :  21 MC 100 (AKH)
                                   :  21 MC 102 (AKH)
                                   :  21 MC 103 (AKH)
                                   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Whereas the World Trade Center Litigation Settlement Process Agreement (the "Settlement Agreement") does not provide for judicial supervision or appointment of the Allocation Neutral and the Firm and panel of physicians that will assist it, see Settlement Agreement at 38, the Parties are instructed not to engage, or commit to engage, or continue to engage, any individuals or entities to fill such positions without advice to, and approval by, the Court.

  SO ORDERED.

Dated: New York, New York
    March 15, 2010

                _____
                ALVIN K. HELLERSTEIN
                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10