# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

**APPEARANCE**

JOSEPH JACKSON AND JENNIFER JACKSON

Case Number: 06 CV 11189

v.

A RUSSO WRECKING, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 3, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP    1382
Print Name

59 Maiden Lane
Address

New York        NY        10038
City            State     Zip Code

(212) 972-1000          (212) 972-1030
Phone Number            Fax Number