# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

**APPEARANCE**

CHRISTOPHER MATTHUS AND ALLISON MATHUS

Case Number: 06 CV 10394

v.

1 WORLD TRADE CENTER LLC, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP   1382
Print Name

59 Maiden Lane
Address

New York   NY   10038
City   State   Zip Code

(212) 972-1000   (212) 972-1030
Phone Number   Fax Number