# UNITED STATES DISTRICT COURT

__Southern__  DISTRICT OF  __New York__

**APPEARANCE**

DESAREE B. BROWN, AS PERSONAL
REPRESENTATIVE OF TERRANCE EDMUNDS

Case Number:  07 CV 5204

v.

A RUSSO WRECKING, et al.,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP      1382
Print Name

59 Maiden Lane
Address

New York          NY          10038
City              State       Zip Code

(212) 972-1000              (212) 972-1030
Phone Number                Fax Number