# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____ _____New York_____

GLENN GUNTHER (AND WIFE, AMY GUNTHER)

**APPEARANCE**

Case Number: 07 CV 5219

v.

A RUSSO WRECKING, et al.,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP   1382
Print Name

59 Maiden Lane
Address

New York          NY          10038
City              State       Zip Code

(212) 972-1000              (212) 972-1030
Phone Number                Fax Number

{N0217214.2}