# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

**APPEARANCE**

JOSE M. CORREIA (AND WIFE, ROSANNA A. Correia)

Case Number: 07 CV 9965

v.

A RUSSO WRECKING, et al.,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP    1382
Print Name

59 Maiden Lane
Address

New York        NY        10038
City            State     Zip Code

(212) 972-1000        (212) 972-1030
Phone Number          Fax Number