# UNITED STATES DISTRICT COURT

__Southern__   DISTRICT OF   __New York__

**APPEARANCE**

TERESA SERRANO

                              Case Number:    05 CV 8937

v.

1 WORLD TRADE CENTER LLC, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP    1382
Print Name

59 Maiden Lane
Address

New York    NY    10038
City    State    Zip Code

(212) 972-1000    (212) 972-1030
Phone Number    Fax Number