# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

**APPEARANCE**

RONALD VALERIO

Case Number: 06 CV 10894

v.

1 WORLD TRADE CENTER LLC, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP     1382
Print Name

59 Maiden Lane
Address

New York     NY     10038
City     State     Zip Code

(212) 972-1000     (212) 972-1030
Phone Number     Fax Number