# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

HENRY VEGA

**APPEARANCE**

Case Number: 07 CV 10057

v.

A RUSSO WRECKING, et al.,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

February 4, 2010
Date

*[Signature]*
Signature

Brian A. Kalman, London Fischer LLP    1382
Print Name

59 Maiden Lane
Address

New York        NY        10038
City            State     Zip Code

(212) 972-1000          (212) 972-1030
Phone Number            Fax Number