# UNITED STATES DISTRICT COURT

<u>     Southern     </u>   <u>DISTRICT OF</u>                   <u>     New York     </u>

**APPEARANCE**

EMERALD JOHNSON-WALKER, AS ADMINISTRATRIX
OF THE ESTATE OF DONALD WALKER, AND EMERALD
JOHNSON-WALKER INDIVIDUALLY

Case Number:   06 CV 13960

v.

A RUSSO WRECKING, et al.,


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.


I certify that I am admitted to practice in this court.


<u>February 4, 2010</u>
Date

[Signature]
Signature

<u>Brian A. Kalman, London Fischer LLP     1382</u>
Print Name

<u>59 Maiden Lane</u>
Address

<u>New York</u>         <u>NY</u>         <u>10038</u>
City              State       Zip Code

<u>(212) 972-1000</u>        <u>(212) 972-1030</u>
Phone Number            Fax Number