# UNITED STATES DISTRICT COURT

Southern     **DISTRICT OF**     New York

**APPEARANCE**

SANTY BERMUDEZ

Case Number:     05 CV 01117

v.

SILVERSTEIN PROPERTIES, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

January 13, 2010
Date

Signature

Brian A. Kalman, London Fischer LLP     1382
Print Name

59 Maiden Lane
Address

| New York | NY | 10038 |
|---|---|---|
| City | State | Zip Code |

| (212) 972-1000 | (212) 972-1030 |
|---|---|
| Phone Number | Fax Number |