# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

**APPEARANCE**

RICHARD BATTLE

Case Number: 07 CV 05277

v.

HILLMANN ENVIRONMENTAL GROUP, LLC,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Weeks Marine, Inc.

I certify that I am admitted to practice in this court.

November 4, 2009
Date

Signature

Brian A. Kalman, London Fischer LLP    1382
Print Name

59 Maiden Lane
Address

| New York | NY | 10038 |
|---|---|---|
| City | State | Zip Code |

(212) 972-1000          (212) 972-1030
Phone Number           Fax Number

{N0217223.1}