USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER SITE : **ORDER**
LITIGATION :
                                                           : 21 MC 100 (AKH)
  :
------------------------------------------------------------ :
IN RE WORLD TRADE CENTER LOWER :
MAHATTAN DISASTER SITE LITIGATION : 21 MC 102
  :
------------------------------------------------------------ :
IN RE COMBINED WORLD TRADE CENTER :
AND LOWER MANHATTAN DISASTER SITE : 21 MC 103
LITIGATION (STRADDLER PLAINTIFFS) :
  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J:

        In light of my approval of the World Trade Center Litigation Settlement Process Agreement, as Amended (the "Settlement"), and the ongoing settlement discussions among plaintiffs' counsel and counsel for the non-settling defendants, all motions currently pending are withdrawn and terminated without prejudice. Those motions involving the non-settling defendants may be reinstated on notice if and when those parties believe that settlement discussions are no longer fruitful and succeed in vacating the stay.

        The document numbers of the motions in the 21 MC 100 docket, as well as the individual docket numbers to which each motion pertains and the document numbers of the motions within those individual dockets, are listed in the attached exhibit. The Clerk shall terminate all motions listed in the exhibit.

        SO ORDERED.

Dated: August 13, 2010
       New York, New York

                                                                 ALVIN K. HELLERSTEIN
                                                                United States District Judge

## EXHIBIT A

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| | **Summary Judgment re: Structural Engineer Defendants** | | |
| 1696 | Briefing regarding Summary Judgment on Behalf of the Structural Engineer Defendants | 21 MC 100 | |
| | **Individual Plaintiff Summary Judgment Motions** | | |
| 26: Individual, No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Alleva (06 cv 8887) |
| 10: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Ardisson (05 cv 1364) |
| 22: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Briganti (06 cv 3417) |
| 18: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Calderon 06 cv 10267 |
| 31: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Cantore (06 cv 10654) |
| 11: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Caruso (06 cv 7962) |
| 29: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Casey (06 cv 8890) |
| 23: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Castro (06 cv 7287) |
| 14: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Fahy (06 cv 9545) |
| 22: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Greco (05 cv 1228) |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 25: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | | Hauber (05 cv 9141) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Malone (05 cv 4111) |
| 23: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Quinn (04 cv 7903) |
| 9: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Shanahan (05 cv 1410) |
| 14: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Sorrento (06 cv 8547) |
| 10: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Wells (05 cv 1335) |
| | **Individual Plaintiff Immunity Motions** | | |
| 24: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Michael Alleva | 21 MC 100 | Alleva (06 cv 8887) |
| 8: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Richard Ardisson | 21 MC 100 | Ardisson (05 cv 1364) |
| 20: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Vincent Briganti and Roseann Briganti | 21 MC 100 | Briganti (06 cv 3417) |
| 16: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Richard Calderon and Nitza Calderon | 21 MC 100 | Calderon 06 cv 10267 |
| 29: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs James Cantore and Helen Cantore | 21 MC 100 | Cantore (06 cv 10654) |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 9: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Calogero Caruso and Denise Caruso | 21 MC 100 | Caruso (06 cv 7962) |
| 27: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Laron Casey and Ayana Casey | 21 MC 100 | Casey (06 cv 8890) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Christopher Castro | 21 MC 100 | Castro (06 cv 7287) |
| 12: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs James Fahy and Irma Fahy | 21 MC 100 | Fahy (06 cv 9545) |
| 20: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Joseph Greco and Judy Greco | 21 MC 100 | Greco (05 cv 1228) |
| 23: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Paul Hauber, as Executor of the Estate of Raymond Hauber | 21 MC 100 | Hauber (05 cv 9141) |
| 19: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Frank Malone | 21 MC 100 | Malone (05 cv 4111) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff John J. Quinn | 21 MC 100 | Quinn (04 cv 7903) |
| 7: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Michael and Gorgene Shanahan | 21 MC 100 | Shanahan (05 cv 1410) |
| 12: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Dawn Sorrento | 21 MC 100 | Sorrento (06 cv 8547) |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 8: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs David Wells and Chyrell Wells | 21 MC 100 | Wells (05 cv 1335) |
| | **Untimely NOC and SOL Motion** | | |
| 1815: 21MC100 | Memorandum of Law in Support of Motion for Summary Judgment on Behalf of Defendant City of New York Based upon Untimely Notices of Claim and Statute of Limitations | 21 MC 100 | Alleva (06 cv 8887); Calderon (06 cv 10267); Caruso (06 cv 7962); Castro (06 cv 7287); Galvani (05 cv 10740); Greco (05 cv 1228); Shanahan (05 cv 1410); Sorrento (06 cv 8547) |
| | **Individual Plaintiff Summary Judgment Motions** | | |
| 15: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Arthur (06 cv 10603) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Cameron (06 cv 9273) |
| 20: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Ferrantello (06 cv 12743) |
| 25: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Grimaldi (06 cv 8692) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Gullo (06 cv 10937) |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 15: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Honovich (06 cv 11814) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Loughery (06 cv 8609) |
| 23: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Malkoff (06 cv 11710) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Potenzo (06 cv 8517) |
| 24: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment on behalf of City of NY and certain Contractors | 21 MC 100 | Raleigh (06 cv 9818) |
| | **Individual Plaintiff Immunity Motions** | | |
| 13: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Kenrick Arthur and Valerie Arthur | 21 MC 100 | Arthur (06 cv 10603) |
| 19: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Carmela Cameron and Steve Cameron | 21 MC 100 | Cameron (06 cv 9273) |
| 18: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Nicholas Ferrantello and Antonia Ferrantello | 21 MC 100 | Ferrantello (06 cv 12743) |
| 23: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiff Fernando Grimaldi | 21 MC 100 | Grimaldi (06 cv 8692) |
| 19: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Frank Gullo and Gabriella Gullo | 21 MC 100 | Gullo (06 cv 10937) |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 13: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Michael Honovich and Denise Honovich | 21 MC 100 | Honovich (06 cv 11814) |
| 19: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Jeffrey Loughery and Diane Loughery | 21 MC 100 | Loughery (06 cv 8609) |
| 21: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Scott Malkoff and Irina Malkoff | 21 MC 100 | Malkoff (06 cv 11710) |
| 19: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Anthony Potenzo and Mary Potenzo | 21 MC 100 | Potenzo (06 cv 8517) |
| 22: Individual No 21MC 100 Notice of Motion | Memorandum of Law in Support of Motion for Summary Judgment based on State and Federal Immunity Against Plaintiffs Daniel Raleigh and Jeanne Raleigh | 21 MC 100 | Raleigh (06 cv 9818) |
| | **Untimely NOC and SOL Motion** | 21 MC 100 | |
| 1985 | Memorandum of Law in Support of Motion for Summary Judgment on Behalf of Defendant City of New York Based upon Untimely Notices of Claim and Statute of Limitations | 21 MC 100 | Arthur (06 cv 10603); Ferrantello (06 cv 12743); Grimaldi (06 cv 8692); Malkoff (06 cv 11710); Potenzo (06 cv 8517); Raleigh (06 cv 9818) |
| | **Godbee related Motions** | | |
| 31: Individual No 21MC 100 Notice of Motion | Plaintiffs' Partial Summary Judgment Motion and City's Cross-Motion for Summary Judgment re James Godbee | 21 MC 100 | Godbee (06 cv 6987) |
| | | | |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
|  | **Motions filed by Tishman Construction Corp. of NY; Tishman Construction Corp. Of Manhattan** |  |  |
| 1748: 21MC100 | Motion for Summary Judgment | 21 MC 100 | Briganti (06CV03417) |
| 1924: 21MC100 | Motion for Summary Judgment | 21 MC 100 | Malkoff (06CV11710) |
| 1917: 21MC100 | Motion for Summary Judgment | 21 MC 100 | O'Loughlin (06CV11775) |
| 1750: 21MC100 | Motion for Summary Judgment | 21 MC 100 | Loughery (06CV08609) |
|  | **Motions filed by Philips & Jordan** |  |  |
| 1759, 176 (dupe)5: 21MC100 | Summary Judgment | 21 MC 100 | Alleva (06 cv 8887) |
| 1975: 21MC100 | Summary Judgment | 21 MC 100 | Cameron (06 cv 9273) |
| 1755, 1762(dupe): 21MC100 | Summary Judgment | 21 MC 100 | Cantore (06 cv 10654) |
| 1758, 1769(dupe): 21MC100 | Summary Judgment | 21 MC 100 | Casey (06 cv 8890) |
| 1993: 21MC100 | Summary Judgment | 21 MC 100 | Castro (06 cv 7287) |
| 1757, 1776(dupe): 21MC100 | Summary Judgment | 21 MC 100 | Greco (05 cv 01228) |
| 1961, 1963(dupe): 21MC100 | Summary Judgment | 21 MC 100 | Grimaldi (06 cv 8692) |
| 1981: 21MC100 | Summary Judgment | 21 MC 100 | Gullo (06 cv 10937) |
| 1969: 21MC100 | Summary Judgment | 21 MC 100 | Loughery (06 cv 8609) |
| 1987: 21MC100 | Summary Judgment | 21 MC 100 | Raleigh (06 cv 9818) |
|  | **Motions filed by Survivair** |  |  |
| 1850: 21MC100 | Memorandum of Law in Support of Motion for Summary Judgment on Behalf of Defendant Survivair | 21 MC 100 | 05CV01228, 05CV10740, 05CV01335, 06CV08887, 06CV09818, 06CV08517, |
| 1930: 21MC100 | Memorandum of Law in Support of Motion for Summary Judgment on Behalf of Defendant Survivair | 21 MC 100 | 06CV09273, 06CV08609, 06CV08692, 06CV10603, |
| 2008: 21MC100 | Memorandum in Support of Motion for Summary Judgment on Behalf of Defendant Survivair | 21 MC 100 | Applied to all cases in the 21 MC 100 Docket |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| | Motions filed by Evans Environmental - signatory to the motions for summary judgment filed on behalf of the City and its contractors on the basis of Federal and State immunity doctrines. | | |
| 16: Individual 1747: 21MC100 | Motion for Summary Judgment (Alleva) | 21 MC 100 | 06 CV 8887 |
| 17: Individual 1784: 21MC100 | Motion for Summary Judgment (Cantore) | 21 MC 100 | 06 CV 10654 |
| 11: Individual 1798: 21MC100 | Motion for Summary Judgment (Castro) | 21 MC 100 | 06 CV 7287 |
| 16: Individual 1790: 21MC100 | Motion for Summary Judgment (Casey) | 21 MC 100 | 06 CV 8890 |
| 10, 12: Individual 1772: 21MC100 | Motion for Summary Judgment (Greco) | 21 MC 100 | 05 CV 1228 |
| No Individual Notice of Motion No 21MC 100 Notice of Motion | Motion for Summary Judgment (Cameron) | 21 MC 100 | 06 CV 9273 |
| No Individual Notice of Motion No 21MC 100 | Motion for Summary Judgment (Grimaldi) | 21 MC 100 | 06 CV 8692 |
| No Individual Notice of Motion No 21MC 100 | Motion for Summary Judgment (Gullo) | 21 MC 100 | 06 CV 10937 |
| No Individual Notice of Motion No 21MC 100 | Motion for Summary Judgment (Loughery) | 21 MC 100 | 06 CV 8609 |
| No Individual Notice of Motion No 21MC 100 | Motion for Summary Judgment (Raleigh) | 21 MC 100 | 06 CV 9818 |
| | Motions filed by Taylor Recycling | | |
| 1826: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 09818 |
| 1824: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 08692 |
| 1820: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 09273 |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 1825: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 08609 |
| 1831: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 07287 |
| 1821: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 10654 |
| 1783: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 08887 |
| 1823: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 05 cv 01228 |
| 1822: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 8890 |
| 1947: 21MC100 | Motion for Summary Judgment | 21 MC 100 | 06 cv 10937 |
| | **Motions filed by Port Authority of New York and New Jersey** | | |
| 1693: Notice of Motion | Motion For Summary Judgment Dismissing Complaints Against The Port Authority For Lack of Subject Matter Jurisdiction Under | 21 MC100 | This Document Applies To All Cases |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 1693: Notice of Motion | Continued: Motion For Summary Judgment Dismissing Complaints Against The Port Authority For Lack of Subject Matter Jurisdiction Under New York Unconsolidated Laws § 7107 | 21 MC100 | 06-CV-12743<br>06-CV-10933<br>06-CV-10937<br>06-CV-11710<br>06-CV-11775<br>06-CV-12001<br>06-CV-11016<br>06-CV-12310<br>06-CV-11786<br>06-CV-13624<br>07-CV-5213<br>07-CV-4185<br>06-CV-14721<br>06-CV-14027<br>06-CV-15034<br>07-CV-7118<br>06-CV-14817<br>07-CV-74999<br>07-CV-4213<br>08-CV-1742<br>07-CV-10773<br>08-CV-00739<br>07-CV-10924<br>08-CV-00828<br>08-CV-4667<br>08-CV-1787 |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 2119: Notice of Motion | Motion for Summary Judgment Dismissing A1, A2, A3, B1, and B2 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims against The Port Authority of New York And New Jersey | 21 MC100 | 05-CV-01364<br>06-CV-03417<br>05-CV-10740<br>05-CV-01228<br>06-CV-07962<br>06-CV-07287<br>05-CV-1410<br>05-CV-01335<br>06-CV-08887<br>06-CV-10267<br>06-CV-10654<br>06-CV-08890<br>06-CV-09545<br>06-CV-08547 |
| 1777: Notice of Motion | Motion for Summary Judgment Dismissing Claims of A1, A2, A3, B1, and B2 Plaintiffs Pursuant to the New York State Defense | 21 MC100 | 05-CV-01364<br>06-CV-03417 |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 1962: Notice of Motion<br>1967: Notice of Motion (dupe) | Motion for Summary Judgment Dismissing C1 and B3 Plaintiffs' Labor Law, Common Law Negligence, and General Municipal Law Claims Against The Port Authority of New York And New Jersey | 21 MC 100 | 06-CV-12743<br>06-CV-10937<br>06-CV-11710<br>06-CV-10603<br>06-CV-09273<br>06-CV-08692<br>06-CV-08609<br>06-CV-08517<br>06CV-09818 |
| 1997: Notice of Motion | Motion for Summary Judgment Dismissing Claims of C1 And B3 Plaintiffs Pursuant to the New York State Defense Emergency Act | 21 MC 100 | 06-CV-12743<br>06-CV-10937<br>06-CV-11710<br>06-CV-10603<br>06-CV-09273<br>06-CV-08692<br>06-CV-08609<br>06-CV-08517<br>06CV-09818 |
| **Motions filed by Plaintiffs** | | | |
| 1782: 21MC100 | Motion to Compel Production of Documents Withheld under Improper Claims of Privilege | 21 MC 100 | |

| DOCUMENT # | MOTION | MASTER DOCKET | INDIVIDUAL DOCKET # |
|---|---|---|---|
| 1763: 21MC100 | Motion for Sanctions Pursuant to FRCP 37 for the City of New York's Admitted Suppression of Evidence for Six Years | 21 MC 100 | Godbee (06 cv 6987) |
| 1700: 21MC100 28: Individual | Godbee Motion for Partial Summary Judgment | 21 MC 100 | |
| 2038: 21MC100 | Godbee Motion Regarding Stay | 21 MC 100 | Godbee (06 cv 6987) |