# Worby Groner Edelman & Napoli Bern LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: 8/18/10**

Denise A. Rubin
*Associate - New York Office*
Drubin@napolibern.com
Writer's Extension: 112



August 18, 2010

*Via Electronic Mail*
The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: *In re: World Trade Center Disaster Site Litigations*
21 MC 100, 21 MC 102 and 21 MC 103 (AKH)
Orders of August 4, 2010 and August 17, 2010

Dear Judge Hellerstein:

As Your Honor might imagine, given the overwhelming amount of work involved in preparing the settlement packages for more than 10,000 clients and addressing client inquiries arising from the settlement, our office has been inundated with *In re: WTC* – related work. Nonetheless, since this Court's order of August 4, 2010, we have also been briefing, gathering information and working with experts to prepare for the hearing scheduled for this coming Friday (August 20, 2010 at noon). Yesterday's subsequent order related to evidence the Court seeks for this inquiry, however, is more than we can handle in the few days left to us under current conditions.

Accordingly, by this letter we respectfully ask for a brief enlargement of our time on the hearing and interest issue in general. If the Court is willing, we would very much appreciate if our briefing and other documentary submissions could be provided on/before August 30 with the hearing rescheduled to September 1, 2010. Thank you for your kind consideration of this request.

Respectfully submitted,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
*Plaintiffs' Co-Liaison Counsel*

Denise A. Rubin

cc:
Margaret Warner, Esq.
James E. Tyrrell, Esq.
Andrew Carboy, Esq.
Special Masters Twerski and Henderson

*Handwritten note from Judge:*
The hearing may be adjourned but only to August 27, 2010 at 2pm. A later date would be less useful to claimants. The documents and information requested in yesterday's order should be readily available and can be assembled by a clerk. Those that are not need not be produced. Submissions may be made as late as Thursday, Aug 26 by 4pm and earlier if possible.
August 18, 2010
AK Hellerstein