# WORBY GRONER EDELMAN & NAPOLI BERN LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

DENISE A. RUBIN
ASSOCIATE
DRUBIN@NAPOLIBERN.COM



August 19, 2010

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

        Re:    In re: World Trade Center Disaster Site Litigation
                  21 MC 100, 21 MC 102, 21 MC 103 (AKH)

Dear Judge Hellerstein:

      By this letter we respectfully request a brief adjournment of the motion to regulate liens that is currently due on August 20, 2010, as the matters at issue in the motion are still being negotiated. We thank you in advance for any flexibility you can afford us in the matter.

                             Respectfully submitted,

                             Worby Groner Edelman & Napoli Bern, LLP
                             Plaintiffs' Co-Liaison Counsel

                             Denise A. Rubin

cc:
Margaret Warner, Esq.
James E. Tyrrell, Esq.
Andrew Carboy, Esq.

*[Handwritten note:]* Adjourned, sine die, to be rescheduled after notice
8-20-10
*[Signature]*