USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER   :   **ORDER**
SITE LITIGATION                                                      :
                                                                                       :   21 MC 100 (AKH)
---------------------------------------------------------------- :
DONALD STRIFFLER and MARY JANE          :
STRIFFLER,                                                             :
                                                                                       :
                Plaintiffs,                                   :
                                                                                       :
         -against-                                        :   05 Civ. 1603
                                                                                       :
THE CITY OF NEW YORK,                                 :
                                                                                       :
                Defendant.                                   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J:

       On April 7, 2009, I granted the motion of Sullivan Papain Block McGrath & Cannavo, P.C., to be relieved as counsel for plaintiffs. I ordered plaintiffs to advise the Court by June 12, 2009 whether they elect to retain new counsel or to proceed pro se. I ordered also that if plaintiffs failed to timely advise the Court, they would suffer dismissal of their action.

       Plaintiffs have failed to advise the court and it is unclear whether they intend to proceed with their action. They shall have until September 3, 2010 to declare whether they intend to proceed pro se or to retain new counsel. If they fail to do so, I instruct the Clerk to terminate the action.

       SO ORDERED.

Dated: August 24, 2010
New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge