USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER  : **ORDER**
SITE LITIGATION                                                           :
                                                                                          : 21 MC 100 (AKH)
-------------------------------------------------------------- :
                                                                                          :
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102
MAHATTAN DISASTER SITE LITIGATION    :
                                                                                          : 21 MC 103
-------------------------------------------------------------- :
                                                                                          :
IN RE COMBINED WORLD TRADE CENTER :
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (STRADDLER PLAINTIFFS)        :
                                                                                          :
                                                                                          :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J:

        On August 25, 2010, the law firm of Worby Groner Edelman & Napoli Bern, LLP submitted objections to the schedule of common benefit expenses submitted by the law firm of Sullivan Papain Block McGrath & Cannavo P.C. Sullivan Papain shall respond to Worby Groner's objections by 4 p.m. on Friday, August 27, 2010. The objections will be addressed at the hearing scheduled for Wednesday, September 1, 2010, at 4:15 p.m.

SO ORDERED.

Dated: August 26, 2010
New York, New York

                                           _____
                                           ALVIN K. HELLERSTEIN
                                           United States District Judge