UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

PLAINTIFFS' NOTICE OF
PRODUCTION OF CORE DISCOVERY
MEDICAL RECORDS

Plaintiffs' Co-Liaison Counsel hereby notifies this Court that on August 30, 2010 Worby Groner Edelman & Napoli Bern, LLP served "Core Discovery" Medical Records by First-Class Mail in electronic format on Defendants' Co-Liaison Counsel, Alyson Villano of Patton Boggs, LLP at One Riverfront Plaza, 6th Floor, Newark, New Jersey 07102 and Beth D. Jacob of Schiff Hardin, LLP at 900 Third Avenue, New York, New York 10022, for each of the plaintiffs listed in Exhibit "1" annexed hereto. Worby Groner Edelman & Napoli Bern, LLP will continue to provide additional medical records for each plaintiff on a revolving basis as received from Plaintiffs' medical providers.

Dated: August 30, 2010

Respectfully submitted,

_____
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700 – phone
(212) 587-0037 - fax