

Beth D. Jacob
212-745-0835
bjacob@schiffhardin.com



900 Third Avenue, 23rd Floor
New York, New York 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

August 27, 2010

**BY E-MAIL**

Judge Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re: *In re World Trade Center Disaster Site Litigation*, 21 MC 100, 21 MC 103

Dear Judge Hellerstein:

We represent The Port Authority of New York and New Jersey, which yesterday filed an opposition to Mount Sinai's motion to compel payment of costs pursuant to FRCP 45. That opposition includes the declaration of Robert H. Rickner, with attached exhibits. Some of those exhibits were marked confidential by Mount Sinai when they were produced, and therefore, pursuant to the protective order entered in this litigation, cannot be filed on the ECF docket.

Therefore, we respectfully request that the Court order that the complete declaration, including the confidential exhibits, be filed under seal. A copy of the declaration with the non-confidential exhibits was filed via ECF yesterday.

Respectfully,

Beth D. Jacob

[Handwritten annotation: Filing is deferred, the parties should indicate, on courtesy copies submitted to the court, which specific portions they wish to file under seal. 8-30-10 /s/ AKH]

cc: Bettina Plevan

NY\50865038.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/10

Judge wrote:

"Filing is deferred.  The parties shall indicate, on courtesy copies submitted to the court, which specific portions they wish to file under seal.

8-30-10
Alvin K. Hellerstein"