**SCHIFFHARDIN**LLP



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/10

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Beth D. Jacob
212-745-0835
bjacob@schiffhardin.com

September 1, 2010

**BY HAND**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

      Re:    *In re World Trade Center Disaster Site Litigation*, 21 MC 100, 21 MC 103

Dear Judge Hellerstein:

One of the exhibits to the declaration of Robert H. Rickner in opposition to Mount Sinai Medical Center's Motion to Compel Costs, dated August 26, 2010, mistakenly included a communication from Mount Sinai's lawyers which referred to settlement discussions between the parties. Enclosed is a courtesy copy of the revised declaration with the correct exhibit. We respectfully request that the Court disregard the information in the letter erroneously included as part of Exhibit V.

We respectfully request that the Court direct the clerk's office to disable the link to Exhibit V from ECF docket # 2157 on the Court's electronic docket and to take any additional steps required to restrict public access to this exhibit.

We apologize for any inconvenience to the Court and Mount Sinai Medical Center from our error.

Respectfully,

Beth D. Jacob

cc: Bettina Plevan

NY\50866213.1