

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

Master Docket No.: 21 MC 100 (AKH)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by Defendant The Port Authority of New York and New Jersey and Non-party the Mount Sinai Medical Center ("Mount Sinai"), through their undersigned counsel, that the time for Mount Sinai to file and serve its reply papers in support of its motion to compel costs pursuant to FRCP 45 is hereby extended up to and including September 24, 2010. Faxed signatures on this Stipulation are hereby deemed originals.

Dated: August 31, 2010
New York, New York

SCHIFF HARDEN LLP
Attorneys for The Port Authority
Of New York and New Jersey

By: _____
Beth D. Jacob
Robert H. Rickner
900 Third Avenue
New York, New York 10022
Phone: (212) 753-5000
Fax: (212) 753-5044

PROSKAUER ROSE LLP
Attorneys for The Mount Sinai Medical Center

By: _____
Bettina B. Plevan
Harris M. Mufson
1585 Broadway
New York, New York 10036
Phone: (212) 969-3065
Fax: (212) 969-2900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/10

SO ORDERED:
_____
U.S.D.J. 9/3/10