

# GREGORY J. CANNATA & ASSOCIATES
THE WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR
NEW YORK, NEW YORK 10279-0003
(212) 553-9205
FAX (212) 227-4141
E-MAIL: CANNATA@CANNATALAW.COM

GREGORY J. CANNATA

ANGELINA L. ADAM
LLOYD M. ROBERTS
ALISON CANNATA HENDELE

OF COUNSEL:
ROBERT A. GROCHOW, P.C.
JOSHUA BRIAN IRWIN

PARALEGALS:
BARBARA DOMINO
MARZENA TOPOR
APRIL FARRIOR
SYLWIA KIELBOWICZ
MADELINE MUNIZ-DEIDA



September 1, 2010

So ordered.

September 2, 2010

Hon. Alvin Hellerstein
United States District Court Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007
*By Fax*: (212) 805-7942

Re: *James McFadden* – 05 CV 8469
21 MC 100 (AKH)

Dear Judge Hellerstein,

I would like to file a motion in the above-referenced matter. Following a conversation with the ECF Helpline this morning, it appears that the entire motion, including the accompanying exhibits, will be too large to file electronically.

It has been suggested to me that I file the motion papers on ECF and that I then provide the Clerk's Office with a CD-Rom containing the exhibits. According to the individual I spoke with in the Clerk's Office, the Clerk must first receive approval from your Honor to accept the motion by this procedure. I have also prepared hard-copies of the motion papers and accompanying exhibits to be served on defense counsel and a copy to be provided to your chambers.

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/10

# GREGORY J. CANNATA & ASSOCIATES

Please advise as to whether filing the motion by this procedure would be acceptable.

Thank you for your assistance with the matter.

Very truly yours,

Gregory J. Cannata, Esq.