UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| JAMES MCFADDEN,<br><br>        Plaintiffs,<br>- against -<br><br>CITY OF NEW YORK, *et al.*,<br><br>        Defendants. | 05 CV 8459 |

### NOTICE OF MOTION FOR RELIEF FROM THE MARCH 3, 2009 ORDER

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiff JAMES McFADDEN ("Plaintiff") shall apply to the Honorable Alvin K. Hellerstein, United States District Judge, at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order for relief from the March 3, 2009 Order dismissing the action with prejudice. This application is pursuant to Federal Rule of Civil Procedure 60(b)(4) and (6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, moving Plaintiff relies upon the attached Memorandum of Law in Support of Plaintiff's Motion with supporting

1

Exhibits and the Declaration of Robert A. Grochow.

Dated: New York, New York
August 30, 2010

                                                Gregory J. Cannata and Associates.

                                                By:_____
                                                  Robert Grochow (RG1890)
                                                  Attorneys for Plaintiffs
                                                  233 Broadway, Floor 5
                                                  New York, New York 10271
                                                  Tel.   (212) 553-9206
                                                  Fax   (212) 227-4141

TO:    PATTON BOGGS LLP
         Attorneys for Defendant City of New York and Defendant Contractors
         named in 05 CV 8459
         The Legal Center
         One Riverfront Plaza
         Newark, New Jersey 07102