UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER SITE  :  **ORDER**
LITIGATION:                             :
                                        :  21 MC 100 (AKH)
                                        :
DONALD STRIFFLER AND MARY JANE          :
STRIFFLER,
                                        :
                            Plaintiffs,    05 Civ. 1603

        -against-

THE CITY OF NEW YORK,

                            Defendant.
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J:

  On April 7, 2009,. I granted the motion of Sullivan Papain Block McGrath & Cannovo P.C. to be relieved as counsel for plaintiffs. I ordered plaintiffs to advise the Court by June 12, 2009, whether they elect to retain new counsel or proceed pro se. I also ordered that if plaintiffs failed to timely advise the Court, they would suffer dismissal of their action. Plaintiffs thereafter failed to advise the Court of their intentions. On August 24, 2010, I issued a follow-up order stating that plaintiffs' case would be dismissed if they did not advise the Court as directed by September 3, 2010.

  The deadline I set in my August 24, 2010 Order has passed and plaintiffs have yet to inform the Court whether they intend to proceed with their case. In keeping with that Order, I now instruct the Clerk to terminate the action.

  SO ORDERED.

Dated: September 8, 2010
    New York, New York

              ALVIN K. HELLERSTEIN
              United States District Judge