UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------  x
                                                              :
IN RE WORLD TRADE CENTER DISASTER SITE  :    **ORDER SUA SPONTE DISMISSING**
LITIGATION                                                    :    **COMPLAINT**
                                                              :
                                                              :    21 MC 100 (AKH)
------------------------------------------------------------  :    10 Civ. 6979
                                                              :
JAMES MCFADDEN,                                               :
                                                              :
                              Plaintiff,                      :
                                                              :
        -against-                                             :
                                                              :    ┌────────────────────────────────┐
AMEC CONSTRUCTION MANAGEMENT, INC.,                           :    │  USDC SDNY                     │
et al.,                                                       :    │  DOCUMENT                      │
                                                              :    │  ELECTRONICALLY FILED          │
                              Defendants.                     :    │  DOC #: _____        │
------------------------------------------------------------  x    │  DATE FILED: 9/22/10           │
                                                                   └────────────────────────────────┘
ALVIN K. HELLERSTEIN, U.S.D.J.:

        This complaint is dimissed with prejudice.  Plaintiff has previously filed a complaint

alleging claims arising out of work performed in the cleanup operations that occurred after the

terrorist-related aircraft crashes of September 11, 2001.  The complaint was dismissed with prejudice

on March 3, 2009.  Order, In re World Trade Center Disaster Site Litigation, 21 MC 100 (Doc. No.

1160) (S.D.N.Y. March 3, 2009).  Plaintiff may not file a new complaint asserting the same cause of

action.

        Plaintiff also has filed a motion under Federal Rule of Civil Procedure 60(b) to

reconsider the dismissal order of March 3, 2009.  Any opposition papers will be due by September

29, 2010.  Upon receipt of defendants' opposition papers, if any, the Court will consider the motion.

        SO ORDERED.

Dated:    September 22, 2010
          New York, New York
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge