UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

Master Docket No.: 21 MC 100 (AKH)

**NOTICE OF MOTION**

------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, non-party Mount Sinai Medical Center ("Mount Sinai") will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Court House, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3 vacating the Court's September 13, 2010 Order and compelling Defendant The Port Authority of New York and New Jersey (the "Port Authority") to reimburse Mount Sinai for the costs it incurred in responding to the Port Authority's subpoena and in preparing this motion in the total amount of $53,188.25; and awarding any other relief that the Court deems just and proper.

Dated: New York, New York
       September 27, 2010

PROSKAUER ROSE, LLP

By: *[signature]*
    Bettina B. Plevan (BP-7460)
    Harris M. Mufson (HM-4988)
    1585 Broadway
    New York, New York 10036
    (212) 969-3000

*Attorneys for Mount Sinai Medical Center*

TO: SCHIFF HARDIN LLP
    Beth D. Jacob
    900 Third Avenue
    New York, NY 10022

*Attorneys for The Port Authority of New York and New Jersey*