UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER<br>DISASTER SITE LITIGATION | Master Docket No.<br>21 MC 100 (AKH) |

------------------------------------------------------------------X
THIS DOCUMENT RELATES TO ALL WORLD
TRADE CENTER DISASTER SITE LITIGATION

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Lucie Mansuetto, being duly sworn, deposes and says:

      On September 27, 2010, I caused a true and correct copy of the following document:

      1.     Certification of Andrew J. Carboy Opposing the Application of Parker Waichman Alonso LLP to Extend the "Cut-Off" Date for Claimants to Participate in the Settlement Process Agreement with supporting exhibits

      to be filed with:

> Honorable Alvin K. Hellerstein
> United States District Judge
> United States District Court
> Southern District of New York
> 500 Pearl Street, Room 910
> New York, New York 10007-1312

      I also caused the aforesaid documents to be served upon the following attorneys by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, NY 11050

_____
Lucie Mansuetto

Sworn to before me this
27th day of September, 2010

_____
Notary Public

MARGARET M. SULLIVAN
Notary Public, State Of New York
No. 01SU6010599
Qualified In Kings County
Commission Expires July 20, 2014