AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

## APPEARANCE

Case Number: 21 MC 100 AKH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION

I certify that I am admitted to practice in this court.

| 9/28/2010 | *[signature]* |
|---|---|
| Date | Signature |
| | Matthew J. McCauley — 4038170 |
| | Print Name — Bar Number |
| | Parker Waichman Alonso LLP, 6 Harbor Park Drive |
| | Address |
| | Port Washington — NY — 11050 |
| | City — State — Zip Code |
| | (516) 466-6500 — (516) 466-6665 |
| | Phone Number — Fax Number |