# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/10

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| ROBERT GALVANI AND DIANE GALVANI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEW YORK; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; A RUSSO WRECKING, INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, INC.; AMEC EARTH & ENVIRONMENTAL, INC.; ANTHONY CORTESE SPECIALIZED HAULING LLC; ATLANTIC HEYDT CORP.; BERKEL & CO. CONTRACTORS, INC.; BIG APPLE WRECKING & CONSTRUCTION CORP.; BOVIS LEND LEASE LMB, INC.; BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULT ENG. P.C.; C. B. CONTRACTING CORP.; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC.; DAKOTA DEMO TECH; DIAMOND POINT EXCAVATING CORP.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC; EAGLE LEASING & INDUSTRIAL SUPPLY; EAGLE ONE ROOFING CONTRACTORS, INC.; EJ DAVIES, INC.; EN-TECH CORP; EVERGREEN RECYCLING OF CORONA; EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, PC; FLEET TRUCKING, INC.; FRANCIS A. LEE COMPANY, A CORPORATION; FTI TRUCKING; GILSANZ, MURRAY & STEFICEK, LLP; GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; HP ENVIRONMENTAL; | Civil Action No. 05cv10740 <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT BASED ON STATE AND FEDERAL IMMUNITY AGAINST PLAINTIFF ROBERT GALVANI AND DIANE GALVANI** <br><br> Motion denied as moot in light of this Settlement Process Agreement and proceedings in relation thereto. <br><br> 9-29-10 <br><br> AKH |

93381.01

KOCH SKANSKA, INC.; LAQUILLA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS PC; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH - DIV OF THORNTON TOMASETTI; MANAFORT BROTHERS, INC.; MAZZOCCHI WRECKING INC.; MERIDIAN CONSTRUCTION CORP; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC; MUESER RUTLEDGE CONSULTING ENGINEERS; NACIREMA INDUSTRIES, INC.; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION CO.; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORPORATION; PLAZA CONSTRUCTION CORPORATION; PRO SAFETY SERVICES, LLC; PT&L CONTRACTING CORP.; ROBERT SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES INC.; ROYAL GM INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL, CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT AND MANUFACTURING CORPORATION; SILVERITE CONTRACTORS (CONTRACTING CORPORATION); SIMPSON, GUMPERTZ & HEGER, INC; SKIDMORE, OWINGS & MERRILL LLP; SURVIVAIR; TISHMAN INTERIORS CORPORATION; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; THORNTON TOMASETTI GROUP; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING LLC; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VERIZON NEW

93381.01

YORK, INC.; VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES CONSULTING ENGINEERS PC; WHITNEY CONTRACTING, INC.; WOLKOW BRAKER ROOFING CORP.; CANTOR SEINUK GROUP; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.,

Defendants.

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Defendants the City of New York and certain Contractors[1] shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J., at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order for summary judgment dismissing with prejudice the claims of Plaintiff Robert Galvani pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the City and certain Contractors rely upon the attached *Memorandum in Support of Motion for Summary Judgment on Based on State and Federal Immunity Against Plaintiffs Robert and Diane Galvani, Certification of James E. Tyrrell, Esq., and Fed. R. Civ. P. 56 and L. Fed. R. 56.1(a) Statement of Undisputed Material Facts in Support of Motions for Summary Judgment Based on State and Federal Immunity*, dated February 16, 2010.

Dated: February 16, 2010

---

[1] See Addendum A for a complete list of moving Defendants.

3

93381.01

/s/ *James E. Tyrrell, Jr.*
James E. Tyrrell, Jr. (JT 6837)
PATTON BOGGS LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 246-5100

-and-

One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for Defendants The City of New York and the Contractors*

93381.01