

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **21 MC 100 (AKH)** |
| DAVID BRUNO,<br><br>                                Plaintiff,<br><br> - against -<br><br>THE CITY OF NEW YORK,<br><br>                                Defendant. | 09 CV 10480<br><br>**CONSENT TO CHANGE ATTORNEY AND STIPULATION TO CONSOLIDATE** |

The parties to the above-captions consolidated action, through their respective counsel of record hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the firm of WORBY GRONER EDELMAN & NAPOLI BERN, LLP, is hereby substituted as counsel of record for the plaintiff, DAVID BRUNO, by SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C.

IT IS FURTHER STIPULATED AND AGREED, that the docket number, 09 CV 2714, is hereby consolidated with the docket number 09 CV 10480, going forward in this action. Hereinafter, this action shall be prosecuted under 09 CV 10480.

IT IS FURTHER STIPULATED AND AGREED, that the firm of WORBY GRONER

EDELMAN & NAPOLI BERN, LLP is relieved of any further responsibility in this action.

Dated:  New York, New York
        September 28, 2010

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO, P.C.

By: _____
        Andrew J. Carboy (AC 2147)

120 Broadway, 18th Floor
New York, New York 10271
(212) 732-9000

WORBY GRONER EDELMAN & NAPOLI
BERN

By: _____
        Christopher R. LoPalo (CL 6466)

350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

SO ORDERED:        10/5/10

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK