

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER DISASTER  :  **ORDER SETTING STATUS**
SITE LITIGATION                     :  **CONFERENCE**
:
:  21 MC 100 (AKH)
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I am disappointed by the apparent lack of progress in settling claims against Phillips and Jordan and its related defendants. To discuss the status of the matter, I will see counsel for defendants Phillips and Jordan, Taylor Recycling Facility LLC, and Evans Environmental & Geological Science Management, and counsel for each of these defendants' insurers, at a status conference to be held October 12, 2010, at 4:30pm. The conference will be held in Courtroom 14D at 500 Pearl Street, New York, NY, 10007.

    At the conference, the following issues may be considered, among others:

- Whether there should be a follow-up meeting with the above-named counsel, principals of the defendants, and executives of their insurers.

- Whether October 21, 2010, beginning at 10:30am, is a convenient date for such a meeting.

    SO ORDERED.

Dated:    October 6, 2010
          New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge