UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER DISASTER    :   **ORDER SETTING**
SITE LITIGATION                                        :   **CONFERENCE**
:
:   21 MC 100 (AKH)
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A conference will be held October 21, 2010, at 10:30am, to discuss ongoing settlement discussions between the plaintiffs and defendants Phillips and Jordan, Taylor Recycling Facility LLC, and Evans Environmental & Geological Science Management. Principals for the defendants, executives of the defendants' insurers, counsel for defendants and their insurers, and liaison counsel for plaintiffs are invited to attend. The conference will be held in Courtroom 14D at 500 Pearl Street, New York, NY, 10007, and will not be open to the public.

SO ORDERED.

Dated:      October 15, 2010
               New York, New York

                                     ALVIN K. HELLERSTEIN
                                     United States District Judge