UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## NOTICE OF PLAINTIFFS' MOTION FOR AN ORDER COMPELLING CERTAIN MEDICAL PROVIDERS TO RESPOND TO SUBPOENAS DUCES TECUM

Upon the annexed certification of Wendell Y. Tong, Esq. dated October 18, 2010 and the exhibits annexed thereto, Plaintiffs will move this Court, the Honorable Alvin K. Hellerstein, United States District Judge, presiding, Room 14D, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 for an order, pursuant to Rule 45 of the Federal Rules of Civil Procedure, compelling certain medical providers to produce medical records pursuant to duly served subpoenas, and for such other and further relief as this Court deems just and proper.

Jurisdiction and venue are proper under the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 408(b)(3), which grants this Court exclusive jurisdiction over actions brought on claims relating to or arising out of the events of September 11, 2001, and pursuant to the World Trade Center Settlement Process Agreement.

Dated: New York, New York
       October 18, 2010

                                          Respectfully submitted,

                                        SULLIVAN PAPAIN BLOCK
                                        McGRATH & CANNAVO P.C.

                                        By: Wendell Y. Tong (WT 0717)
                                        Attorneys for Plaintiffs
                                        120 Broadway
                                        New York, New York 10271
                                        (212) 732-9000

SERVICE LIST FOLLOWS THIS PAGE:

**SUBPOENAED MEDICAL PROVIDERS:**

Robert Mittman, M.D.
Allergy & Asthma Family Care Center
3821 Bell Boulevard
Bayside, NY 11361

Brooklyn Hospital Center
121 Dekalb Avenue
Brooklyn, NY 11201

Camille Napier, DO
10 East 101st Street
New York, NY 10029

David Steiger, M.D.
305 2nd Avenue
New York, NY 10003-2747

Deborah Cosgrave, N.P.
Cosgrave Consultations, Inc.
3375 Pak Avenue
Suite 3007
Wantagh, NY 11793

Deepak Vadhan, M.D.
9920 4th Avenue
Suite 308
Brooklyn, NY 11209

David Rusch, M.D.
Drucker, Genuth & Augenstein, MDs, P.C.
19 Morris Avenue
Rockville Centre, NY 11570

Lawrence Sher, M.D.
Empire State Cardiology
2414 Kings Highway
Brooklyn, NY 11229

Gary Fishman, M.D.
ENT & Allergy Associates
670 Stoneleigh Avenue
Suite 205, Bldg. # 665
Carmel, NY 10512

Alan Cohen, M.D.
ENT Associates of NY
2600 Netherland Avenue
Riverdale, NY 10463

Natalie Cher, M.D.
Family Practice
99 Grand Avenue
Massapequa, NY 11578

Healthworks
Robin DaCosta, M.D.
Michael Ryder, M.D.
3001 Express Drive North
Suite 200 C
Islandia, NY 11749

Hospital for Joint Diseases
HCC - NYU Langone Medical Center
530 First Avenue – 15th Floor
New York, NY 10016

Hospital for Special Surgery
535 East 70th Street
New York, NY 10021

Maha Lewis-Serag, M.D.
JCS Medical Associates
3190 McMullen Booth Road
Suite 203
Clearwater, FL 33761

Ola Akinboboye, M.D.
Laurelton Heart Specialists P.C.
234-36 Merrick Boulevard
Laurelton, NY 11422

Lenox Hill Hospital
100 East 77th Street
New York, NY 10021

Margarita Polanco-Szillus, M.D.
4801 10th Avenue
Brooklyn, NY 11219

New York Methodist Hospital
506 Sixth Avenue
Brooklyn, NY 11215

Michael Creta, M.D.
290 Hawkins Avenue
Ronkonkoma, NY 11779

Rafael De la Hoz, M.D.
Mount Sinai School of Medicine
1200 Fifth Avenue
New York, NY 10029

Beth Corn, M.D.
Mount Sinai School of Medicine
Department of Medicine - Allergy & Immunology
5 East 98th Street, 11th Floor
New York, NY 10029

Anurag Walia, M.D.
Neurology and Stroke Associates
640 East Oregon Road
Lititz, PA 17543

Next Generation Radiology
560 Northern Boulevard
Suite 102
Great Neck, NY 11021

Diane M. Clausen, M.D.
North Shore Hematology Oncology Associates
235 North Belle Mead Road
East Setauket, NY 11733

Jason Karp, M.D.
North Shore Pulmonary Associates
LSQ Medical Building
6 Ohio Drive
Lake Success, NY 11042

Ari Klapholz
NY Cardiovascular w/ Sleep
 and Pulmonary Associates
275 7th Avenue
New York, NY 10001

Daniel Branovan, M.D.
Department of Otolaryngology
The New York Eye & Ear Infirmary
310 East 14 Street
New York, NY 100

NY Gastroenterology Associates
311 East 79th Street, Suite 2A
New York, NY 10075

Nyack Hospital
Attn: Medical Records Dept.
160 North Midland Avenue
Nyack, NY 10960

NYU Clinical Cancer Center
160 East 34th Street
New York, NY 10016

Doreen Addrizzo-Harris, M.D.
NYU Pulmonary and Critical Care Associates
New York University
Langone Medical Center
(Tisch Hospital)
550 First Ave, HCC 5E
New York, New York

Ekong B. Ekong
Preventive Medicine with
Mount Sinai Medical Center
10 East 101st Street
New York, NY 10029

Publix Super Markets
3300 Publix Corp. Parkway
Lakeland, FL  33802-0407

Eugenio Guzman, M.D.
Anthony Smith, M.D.
Pulmonary Associates
36 7th Avenue, Suite 512
New York, NY 10011

Gwen Skloot, M.D.
Pulmonary Associates
5 East 98th Street, 10th Floor
New York, NY 10029

Ralph Messo, M.D.
4143 Richmond Avenue
Staten Island, NY 10312

Sara Stackpole, M.D.
240 East 79th Street
New York, NY 10075

Mount Sinai Sleep Clinic
Sleep Center for Medicine
Klingenstein Pavilion
1176 5th Avenue - 6th Floor
New York, NY 10029

John Walsh, M.D.
South Shore Family Practice Associates, P.C.
369 East Main Street
Suite 3
East Islip, NY 11730

St. Luke's-Roosevelt Hospital Center
Roosevelt Division
1000 Tenth Avenue
New York, NY 10019

James Malpeso, M.D.
Staten Island Heart Associates, PC
501 Seaview Avenue, Suite 300
Staten Island, NY 10305

Tom O'Riordan, M.D.
Stony Brook Internists, PC
26 Research Way
East Setauket, NY 11733

Paul Richman, M.D.
Stony Brook Technology Park
26 Research Way
East Setauket, NY 11733

Robert Goldstein, M.D.
3001 Expressway Drive North
Suite 200A
Islandia, NY 11749

Stony Brook University Hospital
101 Nicolls Road # T11-040
Stony Brook, NY 11794

Thomas Joyce, M.D.
33 Frost Lane
Lawrence, NY 11559

Basil Dalavagas, M.D.
University Place Orthopedics
95 University Place
8th Floor
New York, NY 10003

Sleep Services of America
Westchester Medical Center
358 North Broadway
Suite 2
Sleepy Hollow, NY 10591

Zev Brandel, M.D.
2504 Grand Avenue
Baldwin, NY 11510-3545

Bart Peloro, M.D.
2498 Gerritsen Avenue
Brooklyn, NY  11229

Iron Mountain
Route 9-W
Port Ewen, NY 12466

Ari Klapholz, M.D.
NY Cardiovascular w/ Sleep and Pulmonary Associates
275 7th Avenue
New York, NY 10001

St. Vincent's Hospital
170 West 12th Street
New York, NY 10011

Orange Radiology Associates
MRI of Orange
505 Route 208 - Suite 18
Monroe, NY 10924

Lance Siegel, MD
Horizon Family Medical Group
Goshen GI Office
70 Hatfield Lane Suite 204
Goshen, NY 10924

Jordan Stern, M.D.
BLUE SLEEP
65 Broadway, Suite 901
New York, NY  10006

Montefiore Medical Center
1825 Eastchester Road
Bronx, NY  10461

Jamaica Hospital
8900 Van Wyck Expressway
Jamaica, New York 11418

Winthrop University Hospital
259 First Street
Mineola, NY  11501

CVS Corporation
One CVS Drive
Woonsocket, RI  02895

Rite Aid Corporation
30 Hunter Lane
Camp Hill, PA  17011

Walmart Corporation
702 S.W. 8th Street
Betonville, AR  72716

Walgreens Corporation
1901 East Vorhees Street
Danville, Illinois  61834

Pathmark Pharmacy
The Great Atlantic & Pacific Tea Co., Inc.
2 Paragon Drive
Montvale, NJ  07645


**DEFENDANTS' COUNSEL:**

James Tyrrell, Esq.
PATTON BOGGS LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 848-5600

Corporation Counsel of the City of New York
Attn: Scott Gleason, Esq.
100 Church Street
New York, NY 10007
Telephone:  (212) 788-0303


**PLAINTIFFS' CO-LIAISON COUNSEL:**

Paul Napoli, Esq.
NAPOLI BERN RIPKA & WORBY GRONER EDELMAN
Empire State Building
350 Fifth Avenue, Ste. 7413
New York, NY 10118
Telephone: (212) 267-3700