UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER DISASTER     :   **ORDER SETTING**
SITE LITIGATION                        :   **CONFERENCE**
:
:   21 MC 100 (AKH)
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

A conference will be held October 21, 2010, at 2:30pm, to discuss ongoing settlement discussions between the plaintiffs and Lloyd's of London. Counsel for Lloyd's of London, Weeks Marine, Inc., the World Trade Center Captive Insurance Company, and plaintiffs' liason counsel are invited to attend. The conference will be held in Courtroom 14D at 500 Pearl Street, New York, NY, 10007, and will not be open to the public.

SO ORDERED.

Dated:   October __, 2010
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge