# WORBY GRONER EDELMAN & NAPOLI BERN LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/10

CHRISTOPHER LOPALO
ASSOCIATE
CLOPALO@NAPOLIBERN.COM

October 19, 2010

*Via Electronic Transmission*
The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

> [Handwritten note]: Motion denied. Although the 52 plaintiffs who are affected may participate in the settlement, please file complaints they filed are deficient.
> 10/20/10
> [Signed] A.K. Hellerstein

Re:   In re: World Trade Center Disaster Site Litigation
      21 MC 100 (AKH)

Dear Judge Hellerstein:

    We write in response to this Court's General Order Sua Sponte Dismissing Complaints dated October 14, 2010 ("Sua Sponte Order"). This Order dismissed the fifty-two (52) cases listed on Exhibit "1" that are eligible to participate in the World Trade Center Settlement Process Agreement, As Amended ("SPA"). We believe that it was not the Court's intention to dismiss these cases that are eligible to participate in the SPA.

    Section VI.A. of the SPA defines those Plaintiffs that are eligible to participate in the SPA, which states, in relevant part:

> Only Plaintiffs with Debris Removal Claims filed against the Insureds or any of them, including in any Master Docket, on or before April 12, 2010 or who have instituted Debris Removal Claims against the Insureds or any of them through other legal process recognized by New York law (e.g., **a notice of claim submitted to the City of New York**) on or before April 12, 2010 shall be eligible for inclusion on the Eligible Plaintiff List. (emphasis added).

Furthermore, section I.O. the SPA defines a "Debris Removal Claim" as follows:

> "Debris Removal Claims" shall mean all claims, causes of action, **notices of claims**, notices of suits, suits, and actions relating in any way to or arising out of the rescue, recovery, and/or debris removal operations, activities and/or other alleged or actual conduct or omissions on and/or after September 11, 2001, pending or received on or before April 12, 2010, including without limitation all Plaintiffs' claims against the Insureds or any of them in any Master Docket. (emphasis added).

The Hon. Alvin K. Hellerstein
Re: In re World Trade Center Disaster Site Litigation
    21 MC 100 (AKH)
October 19, 2010, page 2

    The SPA clearly allows plaintiff to participate in the SPA if that plaintiff filed only a notice of claim on the City prior to April 12, 2010. The 52 cases listed on Exhibit 1 are eligible to participate in the SPA because they only had notice of claims filed on the City prior to April 12, 2010. Complaints were subsequently filed on behalf of these 52 cases in effort to preserve their claims in the event the SPA does not become finalized. The SPA does not require the filing of complaints for these 52 cases in order for them to participate in the SPA.

    Most of these 52 cases have already completed or are in the process of completing their paperwork in order to opt-in and participate in the SPA. This Court's Sua Sponte Order is in direct conflict with the Court Ordered SPA and current stay of this litigation. We believe that it was not Court's intention to have the 52 eligible plaintiffs litigate their claims while the SPA is in the process of being finalized.

    As a result of the above, we respectfully request the Court to (i) reinstate the 52 cases listed on Exhibit 1 and (ii) stay the litigation for these 52 cases like all other cases that are eligible to participate in the SPA. As always, we are available to discuss these matters at Your Honor's convenience.

                    Respectfully submitted,

                    WORBY GRONER EDELMAN & NAPOLI BERN, LLP

                    Christopher LoPalo

cc:
Special Master Twerski
Special Master Henderson
Margaret Warner, Esq.
James E. Tyrrell, Jr., Esq.
Andrew Carboy, Esq.

EXHIBIT 1

| # | Last Name | First Name | Civil Action Number |
|---|---|---|---|
| 1 | Auer | Martin | 10cv07172 |
| 2 | Bernardi | Charles | 10cv07173 |
| 3 | Burghardt | James | 10cv07175 |
| 4 | Calderin | Enrique | 10cv07177 |
| 5 | Carmody | James | 10CV07178 |
| 6 | Clinton | Gerard | 10cv07179 |
| 7 | Coffin | Gerald | 10cv07188 |
| 8 | Coppola | Robert | 10cv07167 |
| 9 | Corless | Matthew | 10cv07168 |
| 10 | Costanza | James | 10cv07169 |
| 11 | Costanza | Michael | 10cv07170 |
| 12 | Davey | Phillip | 10cv07171 |
| 13 | Davila | Orlando | 10cv07152 |
| 14 | Ditta | Joseph | 10cv07153 |
| 15 | Fitzpatrick | Brendan | 10cv07189 |
| 16 | Franklin, Jr. | Willie | 10cv07190 |
| 17 | Gansrow | Timothy | 10cv07191 |
| 18 | Gilhooly | John | 10cv07181 |
| 19 | Giunta | John | 10cv07182 |
| 20 | Harten | James | 10cv07159 |
| 21 | Hayes | Michael | 10cv07161 |
| 22 | Johnson | Scott | 10cv07164 |
| 23 | Kellett | John | 10cv07165 |
| 24 | Kielty | James | 10cv07166 |
| 25 | King | John | 10cv07147 |
| 26 | Krepela | Larry | 10cv07148 |
| 27 | Lavin | Kenneth | 10cv07149 |
| 28 | Lawrence | Frederick | 10cv07150 |
| 29 | Lengefeld | Richard | 10cv07151 |
| 30 | Leonick | Robert | 10cv07184 |
| 31 | Lopez | Adolfo | 10cv07154 |
| 32 | Losauro | Frank | 10cv07155 |
| 33 | Mattera | Edward | 10cv07156 |
| 34 | McCafferty | Thomas | 10cv07185 |
| 35 | McCauley | Timothy | 10cv07186 |
| 36 | McKay | Mark | 10cv07187 |
| 37 | McKeon | Eugene | 10cv07157 |
| 38 | Morales | Michael | 10CV07158 |
| 39 | Mulligan | Jeffrey | 10cv07180 |
| 40 | Newman | Robert | 10cv07192 |
| 41 | Palmer | John | 10cv07193 |
| 42 | Pav | Robert | 10cv07174 |
| 43 | Riccardi | Joseph | 10CV07176 |
| 44 | Rodriguez | Herminio | 10cv07140 |
| 45 | Scheriff | Louis | 10cv07141 |
| 46 | Starace | John | 10cv07142 |
| 47 | Svec | Ronald | 10cv07143 |
| 48 | Walsh | Kerry | 10cv07144 |
| 49 | Walters | Andrew | 10cv07145 |
| 50 | Warnock | Gregory | 10cv07146 |
| 51 | Welch | Patrick | 10cv07163 |
| 52 | Winberry | Raymond | 10cv07162 |

1