**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IN RE COMBINED WORLD TRADE CENTER DISASTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 (AKH) **CERTIFICATION OF JAMES E. TYRRELL, ESQ. IN SUPPORT OF SETTLING DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

I, JAMES E. TYRRELL, JR., ESQ. being duly sworn, certify as follows:

1. I am a partner with the firm Patton Boggs, LLP, and represent Defendants the City of New York and the Contractors[1] (collectively, the "Settling Defendants") in this matter. I submit this certification in further support of the Settling Defendants' Motion for an Extension of Time.

2. Attached hereto as Exhibit A are true and accurate copies of Case Management Order Nos. 10, 7, and 2 in the 21 MC 100, 21 MC 102, and 21 MC 103 Consolidated Master Dockets, respectively.

---

[1] AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Bovis Lend Lease LMB, Inc., Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company, and Turner/Plaza, A Joint Venture, as well as the entities identified in Exhibit A to the World Trade Center Litigation Settlement Process Agreement, as Amended.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from McDermott Will & Emery to Paul J. Napoli, Esq. and Nicholas Papain, Esq., dated August 25, 2010.

Dated: October 21, 2010

> /s/ James E. Tyrrell, Jr.
> James E. Tyrrell, Jr. (JT 6837)
> PATTON BOGGS LLP
> 1185 Avenue of the Americas
> New York, New York 10036
> (212) 246-5100
>
> -and-
>
> One Riverfront Plaza, 6th Floor
> Newark, New Jersey 07102
> (973) 848-5600
> *Attorneys for Defendants The City of New York and the Contractors*