USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
IN RE WORLD TRADE CENTER DISASTER   :   **ORDER CONTINUING**
SITE LITIGATION                      :   **CONFERENCE**
:
:   21 MC 100 (AKH)
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference begun October 21, 2010, to discuss ongoing settlement discussions between the plaintiffs and defendants Phillips and Jordan, Taylor Recycling Facility LLC, and Evans Environmental & Geological Science Management, shall continue October 25, 2010, at 10:00am. Unless specifically excused, fully authorized principals shall attend. The conference will be held in Courtroom 14D at 500 Pearl Street, New York, NY, 10007, and will not be open to the public.

SO ORDERED.

Dated:    October 22, 2010
          New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge