UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER DISASTER SITE     **NOTICE OF APPEAL**
LITIGATION
                                            21 MC 100 (AKH)
                                            21 MC 102 (AKH)

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

------------------------------------------------------------------X

       Notice is hereby given that Richard Dambakly and Dorothy Dambakly, Edward Deery, James Goldsworthy and Donna Goldsworthy, Philip Kirschner, Timothy Lombardi and Janice Lombardi, Philip Mattera and Laura Mattera, Steven Mozes and Amy Mozes, Arthur Noonan and Denise Noonan, Devrin Perdue and Goldie Perdue, Stanley Salata and Christine Salata, Richard Smiouskas and Truzzolino Barbra, and Michael Vandergriff and Angela Vandergriff, plaintiffs, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an order denying their motion to enlarge the settlement eligibility date entered in this action on the 27th day of September, 2010.

Dated: Port Washington, NY
      October 19, 2010

                           Parker Waichman Alonso LLP
                           *Attorneys for Claimants*
                           6 Harbor Park Drive
                           Port Washington, NY 11050
                           (516) 723-4060
                           (516) 723-4720 [Fax]

                           By_____
                                Jay L. T. Breakstone
                                 JB[7812]
                            jbreakstone@yourlawyer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 20 OCT 2010

TO:    Sullivan Papain Block McGrath & Cannavo P.C.
        120 Broadway
        New York, NY 10271
        (212) 732-9000

        Worby Groner Edelman & Napoli Bern, LLP
        350 5th Avenue, Suite 7413
        New York, NY 10118
        (212) 267-3700

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
COUNTY OF NASSAU

Alison Jaye Linder being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years, and reside at Whitestone, New York.

On the 20 day of October, 2010, I served the within Notice of Appeals upon:

Sullivan Papain Block McGrath & Cannavo P.C.
120 Broadway
New York, NY 10271
(212) 732-9000

Worby Groner Edelman & Napoli Bern, LLP
350 5th Avenue, Suite 7413
New York, NY 10118
(212) 267-3700

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to each of the above named persons at the last known address set forth after each name.

Alison Jaye Linder

Sworn to before me this
20 day of October 2010

Notary Public

LYNDA L. LUCKMAN
Notary Public, State of New York
No. 01LU4949698
Qualified in Nassau County
Commission Expires April 17, 20 11