USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/10

**GREGORY J. CANNATA & ASSOCIATES**
WOOLWORTH BUIDLING
233 BROADWAY, 5TH FLOOR, NEW YORK, NY 10279-0003
Tel: (212) 553-9206  Fax (212) 227-4141
cannata@cannatalaw.com

October 22, 2010

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: World Trade Center Litigation Settlement Proposal
    Order of October 14, 2010 (Dismissals without prejudice to replead)

Dear Judge Hellerstein:

*Handwritten annotation:* The request to enlarge time to file amended complaints is granted. Amended complaints must be filed by December 22, 2010. SO ORDERED. 21 MC 100, 21 MC 102, 21 MC 103. /s/ A. K. Hellerstein, October 22, 2010

With reference to the recent Order of October 14, 2010 dismissing, *sua sponte*, many complaints in the World Trade Center dockets, a significant number of which were this firms, we write to request an enlargement of time to replead beyond the thirty days as allotted for in said Order.

Our firm, as do all the plaintiff's firms, has multiple issues to resolve relating to the potential settlement plan, which has you know has filing dates shortly approaching. In fact, some of the dismissals relate to cases that are on the eligibility list. We have been intensely involved in conducting personal client meetings and continuously reviewing our client's records. Our staff's resources, which have been expanded, are being worn thin. Additionally, as the Court is aware Mr. Cannata and Mr. Grochow are involved in discussions with the the Special Masters and the defense group in attempting a resolution of the off- site litigation including dockets 21MC102 (AKH) and 21MC2103 (AKH). The other plaintiffs firms, as well, have been involved in these discussions. Due to the nature of those discussions, a significant amount of time is being expended on corralling statistics and data relating to those cases.

We request that the time to replead our complaints recently dismissed, by Order dated October 14, 2010 without prejudice, be enlarged until December 22, 2010.

Respectfully,

_____s/_____
Gregory J. Cannata

_____s/_____
Robert A. Grochow

cc: Special Masters Twerski and Henderson, James E. Tyrell, esq.