

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| IN RE COMBINED WORLD TRADE CENTER DISASTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs) | 21 MC 103 (AKH)<br><br>**NOTICE OF MOTION FOR EXTENSION OF TIME** |

RECEIVED OCT 22 2010 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Defendants the City of New York and the Contractors ("Settling Defendants") shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J., at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order Granting the Settling Defendants' Motion for Extension of Time.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Settling Defendants rely upon the attached Memorandum of Law in Support of the Settling Defendants' Motion for Extension of Time and Certification of James E. Tyrrell, Jr., Esq., dated October 21, 2010.

*[Handwritten note from Judge Hellerstein:]* Subject to review and possible reconsideration if any parties oppose this motion, the Settling Def'ts' motion is granted. The Oct. 21, 2010 date provided by para. 8 of CMO 10 is charged. The end of period now is Dec. 21, 2010.

10-22-10
/s/ AKHellerstein

Dated: October 21, 2010

        <u>*s/ James E. Tyrrell, Jr.*</u>
        James E. Tyrrell, Jr. (JT 6837)
        PATTON BOGGS LLP
        1185 Avenue of the Americas
        New York, New York 10036
        (212) 246-5100
        -and-
        One Riverfront Plaza, 6th Floor
        Newark, New Jersey 07102
        (973) 848-5600
        *Attorneys for Defendants The City of New York*
        *and the Contractors*

Judge wrote:

"Subject to review and possible reconsideration if any parties oppose this motion, the Settling Defendants' motion is granted. The Oct. 21, 2010 date provided by para. 8 of CMO 10 is changed. The cut-off period now is Dec. 21, 2010.

10/22/10
Alvin K. Hellerstein"