# BARASCH MCGARRY SALZMAN & PENSON
### ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1801
NEW YORK, N.Y. 10007
(212) 385-8000
1-800-562-9190
FAX NO. (212) 385-7845
www.personalinjuryjustice.com
www.firelaw.com

MICHAEL A. BARASCH
BARRY A. SALZMAN
DOMINIQUE A. PENSON
EDWARD MARCOWITZ
DANA CUTTING
SARA DIRECTOR

OF COUNSEL
JAMES P. McGARRY
BRUCE KAYE

*The request is granted.*
*So Ordered*
*[signature] A.K. Hellerstein*
*October 25, 2010*

October 22, 2010

Via Electronic Transmission

The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/10

Re: In re: World Trade Center Disaster Site Litigation
21 MC 100 (AKH)

Dear Judge Hellerstein:

By this letter my firm respectfully requests an enlargement of our time to prepare and file our amended pleadings responsive to this Court's sua sponte orders dismissing cases and granting leave to replead. My firm too is working very hard to meet the November 8th deadline for the 33 direct cases and approximately 500 cases for which we are co-counsel. We have been and continue to work hard to convince all of our clients to accept the proposed settlement. We are very optimistic that nearly all of our clients will agree with our recommendation to "opt-in".

Accordingly, we respectfully request the same courtesy that was extended to Worby Groner Edelman & Napoli Bern, LLP be granted to our firm and that we be granted an extension to file our Amended Complaints until and including December 22, 2010.

Respectfully submitted,

[signature]
Edward Marcowitz