USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
 :
IN RE WORLD TRADE CENTER DISASTER  :  **ORDER SETTING**
SITE LITIGATION  :  **CONFERENCE**
 :
 :  21 MC 100 (AKH)
 :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

A status conference will be held November 2, 2010, to continue settlement discussions between the plaintiffs and Taylor Recycling Facility LLC. Counsel and principals with decisionmaking authority for Taylor Recycling and its insurers shall attend. The conference will be held at 2:15pm in Courtroom 14D at 500 Pearl Street, New York, NY, 10007, and will not be open to the public.

SO ORDERED.

Dated:   October 27, 2010
         New York, New York

                                                    _____
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge