USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**21 MC 100 (AKH)**

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

**DOCKET NO.: 06CV9706**

SALVATORE SFERRAZZA,

**STIPULATION OF DISMISSAL
AND CONSLIDATION**

                                          Plaintiffs,

- against -

A RUSSO WRECKING, ET. AL.,

                                          Defendants.

The parties to the above-captioned consolidated action, through their respective counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that whereas no party is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-captioned civil action with docket number 06cv9706, be discontinued and dismissed *with* prejudice and without cost to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Case Management Order No.1 in the 21 MC 100 Bodily Injury, Non-Respiratory, Non-Ingestion Docket; and it is further

STIPULATED AND AGREED, by and between the attorneys for the undersigned, that SALVATORE SFERRAZZA's claims in his other case that are currently pending under civil action number 05CV7154 shall not be affected by this stipulation.

Dated:  New York, New York
             November 1, 2010

WORBY GRONER EDELMAN & NAPOLI
BERN, LLP

By. _____
       CHRISTOPHER R. LOPALO (CL 6466)

350 5th Avenue, Ste. 7413
New York, NY 10118
(212) 267-3700

Dated:  New York, New York
        November ___, 2010

PATTON BOGGS LLP

By: _____
    JAMES E. TYRRELL, JR. (JT 6576)
    One Riverfront Plaza, 6th Floor
    Newark, New Jersey 07102
    (973) 848-5600

SO ORDERED:

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK