# Oshman & Mirisola, LLP

### COUNSELLORS AT LAW

42 BROADWAY-10th FLOOR
NEW YORK, NY 10004-1617
TEL: 212/233-2100
FAX: 212/964-8656

MATTHEW OSHMAN
THEODORE OSHMAN *
CHARLES J. MIRISOLA, JR.
THOMAS P. O'MALLEY *
DAVID L. KREMEN

* ADMITTED NY & NJ

OF COUNSEL
LINDSEY R. LEBER
DANIEL P. BEN-ZVI *
HOWARD VICTOR **

* ADMITTED CA & NY
** ADMITTED MI & NY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/10

November 8, 2010

*Via Electronic Transmission*

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

> The request is granted. The deadline to file amended complaints is enlarged to December 22, 2010.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> November 8, 2010

Re: In re: World Trade Center Disaster Site Litigation - 21 MC 100
Order of October 14, 2010 dismissing actions without prejudice to amend

Dear Judge Hellerstein,

By this letter, we respectfully request an enlargement of time to prepare and file our amended pleadings responsive to this Court's October 14, 2010 *sua sponte* order dismissing cases and granting leave to amend.

Like the other plaintiffs' firms, this office has been working diligently to meet today's deadline for our eligible cases as well as multiple other issues relating to the settlement plan. We are pleased to note that our efforts have been successful and that nearly all of our eligible clients have opted in to the settlement. However, our efforts to ensure such success, as well as other pressing matters, have hampered our ability to prepare the amended pleadings. We also note that a significant number of the dismissals concern plaintiffs represented by this firm and that the vast majority of those plaintiffs are on the eligibility list.

Accordingly, we respectfully request the same courtesy that was extended to several other firms and that we be granted an extension to file our Amended Complaints up to and included December 22, 2010.

Respectfully submitted,

Oshman & Mirisola, LLP

David L. Kremen

WWW.OSHMANLAW.COM