UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/10

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION<br><br>ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A,<br>                                        Plaintiff(s),<br><br>-against-<br><br>A RUSSO WRECKING, ET AL.<br>                                        Defendant(s). | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>21 MC 100<br>21 MC 102<br>21 MC 103 (AKH)<br><br>Civil Action No: See Schedule A |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The Plaintiffs actions identified on Schedule A are voluntarily dismissed with prejudice;

2. All claims by Plaintiffs identified on Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice; and

3. The dismissal is without costs.

Dated: New York, New York
       November 3, 2010

PATTON BOGGS LLP

By: _____
James Tyrell (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600

SCHIFF HARDIN LLP

By: _____
Beth Jacob (BJ-6415)
900 3rd Ave
New York, NY 10022-4753
(212) 753-5000

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP

By: _____
Brian D. Crosby (BC-9543)
350 5th Avenue, Ste. 7413
New York, NY 10118
(212) 267-3700

So Ordered
11-8-10
/s/ Alvin K. Hellerstein

## SCHEDULE A

| No. | | | | |
|---|---|---|---|---|
| 1 | Kenah | Douglas | 05cv01481 | MC100 |
| 2 | Mandel | Mark | 05CV01634 | MC100 |
| 3 | Medina | Jose | 05cv01670 | MC100 |
| 4 | DeVico | Anthony | 06CV03877 | MC100 |
| 5 | Garrone | John | 06cv07992 | MC100 |
| 6 | Rodriguez | Julio | 06cv08524 | MC100 |
| 7 | Conversano | Christopher | 06cv08586 | MC100 |
| 8 | Vetrone | Brian | 06cv08681 | MC100 |
| 9 | DeSanti | John | 06cv09033 | MC100 |
| 10 | Antonucci | Anthony | 06cv09268 | MC100 |
| 11 | Garofalo | Christopher | 06cv09562 | MC100 |
| 12 | Harrigan | Thomas | 06cv09578 | MC100 |
| 13 | Valla | Edward | 06cv09827 | MC100 |
| 14 | Braun | Hermann | 06cv09972 | MC100 |
| 15 | Lalli | Anthony | 06cv10040 | MC100 |
| 16 | Bergmann | Christopher | 06cv10250 | MC100 |
| 17 | Mathus | Christopher | 06CV10394 | MC100 |
| 18 | Perli | Alexander | 06cv10434 | MC100 |
| 19 | Robson | Joseph | 06cv10461 | MC100 |
| 20 | Vaidian | Jacob | 06cv10892 | MC100 |
| 21 | D'Alessandro | Frank | 06cv11076 | MC100 |
| 22 | Gill | Maureen | 06cv11085 | MC100 |
| 23 | Roy | Kevin | 06cv11110 | MC100 |
| 24 | Ruddick | Michael | 06cv11111 | MC100 |
| 25 | Barrett | Carland | 06cv11161 | MC100 |
| 26 | McNamara | Brett | 06cv11218 | MC100 |
| 27 | Quinn-Stanley | Kathryn | 06cv11272 | MC100 |
| 28 | Susi | Anthony | 06cv11275 | MC103 |
| 29 | McCarthy | James | 06cv11300 | MC100 |
| 30 | Limerick | Winston | 06cv11563 | MC100 |
| 31 | Klapal | Joy | 06cv11703 | MC100 |
| 32 | Patti | Peter | 06cv11832 | MC100 |
| 33 | Butrico | George | 06cv11965 | MC100 |
| 34 | Callahan | Thomas | 06cv11970 | MC100 |
| 35 | Dannenfelser | Gene | 06CV12018 | MC100 |
| 36 | Downs | Joseph | 06CV12033 | MC100 |
| 37 | Fanning | Christopher | 06CV12052 | MC100 |
| 38 | Fonseca | Joseph | 06CV12069 | MC100 |
| 39 | Garon | John | 06CV12089 | MC100 |
| 40 | Goldberg | Darren | 06CV12103 | MC100 |
| 41 | Isaac | Derek J | 06CV12151 | MC100 |
| 42 | Johnson | Joseph | 06CV12162 | MC100 |
| 43 | Kappock | Daniel | 06CV12172 | MC100 |
| 44 | Lusardi | Joseph | 06CV12225 | MC100 |
| 45 | Fuhrmann | William | 06CV12252 | MC100 |
| 46 | Mannix | Paul | 06CV12283 | MC100 |
| 47 | Matos | Agapito | 06CV12297 | MC100 |
| 48 | Mesa | Ian | 06CV12318 | MC100 |
| 49 | Muschitiello | Christine | 06CV12360 | MC100 |
| 50 | Musto | Frank | 06CV12362 | MC100 |
| 51 | Pizzichiello | James | 06CV12416 | MC100 |

## SCHEDULE A

| | | | | |
|---|---|---|---|---|
| 52 | Rivera | Eliseo | 06cv12450 | MC100 |
| 53 | Rojecki | Thomas | 06cv12464 | MC100 |
| 54 | Ross | Brian | 06cv12468 | MC100 |
| 55 | Tompkins | Kevin | 06cv12572 | MC100 |
| 56 | Trazino | Louis | 06cv12583 | MC100 |
| 57 | Vezzola | Stephen | 06cv12592 | MC100 |
| 58 | Vasquez | Antonio | 06cv12594 | MC100 |
| 59 | Vasquez | Nelson | 06cv12596 | MC100 |
| 60 | Vega | Janette | 06cv12598 | MC100 |
| 61 | Wiese | Michael | 06cv12619 | MC100 |
| 62 | Woltmann | Edward | 06cv12633 | MC100 |
| 63 | Cherenfant | Henry | 06cv12719 | MC100 |
| 64 | McLaughlin | John | 06cv14033 | MC100 |
| 65 | Campisi | Dominick | 06cv14528 | MC100 |
| 66 | Hall | Wayne | 06cv14707 | MC100 |
| 67 | Hamaty | Alexander | 06cv14708 | MC100 |
| 68 | Hill Jr | David | 06cv14724 | MC100 |
| 69 | Lisanti | Ralph | 06cv14799 | MC100 |
| 70 | Randazzo | Michael | 06cv14990 | MC100 |
| 71 | Schaefer | Edward | 06cv15043 | MC100 |
| 72 | Sheridan | Farije | 06cv15160 | MC100 |
| 73 | Bremer | Charles | 07CV05191 | MC100 |
| 74 | Gilmartin | Matthew | 07CV09111 | MC100 |
| 75 | Adams | Robert | 07CV09940 | MC100 |
| 76 | Rosati | John | 08CV00781 | MC100 |
| 77 | Cantwell | Paul | 08CV01355 | MC100 |
| 78 | Festa | Anthony | 08CV01375 | MC100 |