USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER       :   **ORDER REGULATING**
SITE LITIGATION                                           :   **PROCEEDINGS**
                                                                      :
------------------------------------------------------------  :   21 MC 100 (AKH)
IN RE LOWER MAHATTAN DISASTER SITE  :   21 MC 102 (AKH)
LITIGATION                                                 :   21 MC 103 (AKH)
                                                                      :
------------------------------------------------------------  :
IN RE COMBINED WORLD TRADE CENTER   :
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION                                                 :
                                                                      :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The huge influx of claims has taxed the capacity to process those claims. In order to avoid confusion and speculation flowing from the dissemination of incomplete information, the Court orders as follows:

      1.    Until further order of this Court, the parties shall not discuss publicly the status of claims in relation to the Opt-In Threshold under the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"). Specifically, the parties shall neither initiate contact with members of the media nor respond to media requests for information.

      2.    Pursuant to Section VI.B of the Amended SPA, the deadline for plaintiffs desiring to opt into the settlement by signing releases and other relevant documents is 11:59 PM on November 8, 2010. Because of the large volume of responses, the impracticality of reviewing their sufficiency, and the difficulty of presenting them to the Allocation Neutral, the deadline for uploading to the Allocation Neutral's website all plaintiffs' releases and other documents evidencing their decision to opt into the settlement is Thursday, November 11 at 3:00 p.m. EST.

However, plaintiffs' counsel shall not accumulate such responses, but upload all such responses as soon as received and processed.

3.  The parties shall report jointly to the Court concerning the satisfaction of the Opt-In Threshold and the number of plaintiffs who have opted into the settlement as soon as reasonably possible after the plaintiffs' releases and other documents evidencing their decision timely to opt into the settlement have been finalized, submitted, and counted. The Court will post that report to its website promptly once the report becomes available.

SO ORDERED.

Dated:   November 8, 2010
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2