**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: WORLD TRADE CENTER**
**DISASTER SITE LITIGATION**

21 MC 100 (AKH)

**PLAINTIFFS' NOTICE OF**
**PRODUCTION OF CORE DISCOVERY**
**MEDICAL RECORDS**

Plaintiffs' Co-Liaison Counsel hereby notifies this Court that on November 11,

2010 Worby Groner Edelman & Napoli Bern, LLP served "Core Discovery" Medical

Records by First-Class Mail in electronic format on Defendants' Co-Liaison Counsel,

Alyson Villano of Patton Boggs, LLP at One Riverfront Plaza, 6th Floor, Newark, New

Jersey 07102 and Beth D. Jacob of Schiff Hardin, LLP at 900 Third Avenue, New York,

New York 10022, for each of the plaintiffs listed in Exhibit "1" annexed hereto. Worby

Groner Edelman & Napoli Bern, LLP will continue to provide additional medical records

for each plaintiff on a revolving basis as received from Plaintiffs' medical providers.

Dated: November 11, 2010

Respectfully submitted,

_____
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700 – phone
(212) 587-0037 - fax