

**PATTON BOGGS LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/10/10

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

November 9, 2010

Joseph E. Hopkins
973-848-5680
jhopkins@pattonboggs.com

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

Re:   *In Re: World Trade Center Disaster Site Litigation*, 21MC100 (AKH); and *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21MC102 (AKH)

Dear Judge Hellerstein

Pursuant to the Court's recent orders over the past two months, almost all of the post-April 12, 2010 complaints filed in the above Master Dockets have been dismissed without prejudice. The Court initially dismissed individual actions and then, on October 14, 2010, entered a General Order *Sua Sponte* Dismissing Complaints. This "General Order" dismissed approximately 286 complaints without prejudice.

Currently, there are twenty-six (26) complaints filed post-April 12, 2010 that remain pending in the 21 MC 100 and 21 MC 102 dockets. Based upon our review, the substance of these complaints appears identical to those that were previously dismissed by the Court for the reasons identified in the Court's prior Orders. For the Court's convenience, we have attached hereto a list of these twenty-six (26) complaints.

Of course, I am available at the Court's convenience should there be any questions or should any further information be needed.

Respectfully submitted,

Joseph E. Hopkins
Patton Boggs LLP

Handwritten annotation: The 26 complaints identified in the attachment to each dismissed, subject to the terms and conditions of Oct. 14, 2010 order. 11-10-10 AKHellerstein

cc:   Plaintiffs' Liaison Counsel

| Cases filed before General Order Sua Sponte Dismissing Complaints filed 10/14/2010 | | |
|---|---|---|
| Case Number | Plaintiffs (Last, First) | Plaintiff(s) Counsel |
| 10cv06632 | Ardovino, Enzo | Pro Se |
| 10cv07131 | Baez, Alex | Monaco & Monaco |
| 10cv06439 | Casale, John | Richard J.Katz, LLP |
| 10cv04226 | Ciborowski, Henryk | Cannata |
| 10cv06715 | Covan, William | Cannata |
| 10cv04225 | Directi, Waldemar | Cannata |
| 10cv06716 | Gimportone, Joseph | Cannata |
| 10cv06722 | Gorglione, Frank | Cannata |
| 10cv06721 | Howell, Deveret | Cannata |
| 10cv07683 | Ielpi, Lee | Leahey & Johnson |
| 10cv06718 | Kempler, Roy | Cannata |
| 10cv06714 | Kirkland, Quentin | Cannata |
| 10cv06720 | Komar, Dennis | Cannata |
| 10cv07077 | Lennon, Michael | Pro Se |
| 10cv06441 | Martinez, Mark | Richard J.Katz, LLP |
| 10cv06239 | Ng, Shun Luen Lisa | Conover Law Offices |
| 10cv06713 | Rabito, Joseph | Cannata |
| 10cv06717 | Reilly, Dennis | Cannata |
| 10cv06719 | Rothman, Mark | Cannata |
| 10cv07080 | Samadjopoulos, Demtrius | Pro Se |
| 10cv07927 | Santiago, Elmer | Pro Se |
| 10cv06711 | Sienkiewicz, Robert | Cannata |
| 10cv06665 | Taylor, Ronald | Pro Se |
| 10cv05148 | Udoh, Monday | Pro Se |

| Cases filed after General Order Sua Sponte Dismissing Complaints filed 10/14/2010 | | |
|---|---|---|
| Case Number | Plaintiffs (Last, First) | Plaintiff(s) Counsel |
| 10cv08045 | Geidel, Paul | Leahey & Johnson |
| 10cv08047 | Geidel, Ralph | Leahey & Johnson |