# RICHARD J. KATZ

ATTORNEY AT LAW, LLP

THE MARITIME EXCHANGE

80 BROAD STREET

NEW YORK, NEW YORK 10004

TELEPHONE (212) 233-1515

Jonathan A. Rapport
j.rapport@rjkllp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10
```

November 12, 2010

*All amended complaints must be submitted by December 22, 2010. No enlargements will be given.*

*SO ORDERED. 11/15/10*

*[signature] November 12, 2010*

Via Facsimile (212) 805-7942

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*21 MC 100 (AKH)*
*21 MC 102*

Re:   In re: World Trade Center Disaster Site Litigation, 21MC100(AKH) and
      In re: World Trade Center Lower Manhattan Disaster Site Litigation,
      21MC102(AKH)

Dear Honorable Sir:

In light of the Court's Order dismissing an additional 26 complaints dated November 10, 2010 and delivered today, via CM/ECF, we are compelled to ask for a clarification regarding the refiling of dismissed complaints.

Specifically, does the 30 day period to re-plead and re-file these 26 newly dismissed complaints run from the date of the Court's original, October 14, 2010, General Order *Sua Sponte* Dismissing Complaints or do the recently dismissed plaintiffs enjoy the benefit of having that period start to run from the date of your most recent order, November 10, 2010?

Thank you for your time and attention to this matter.

Respectfully submitted,

[signature]

Jonathan A. Rapport
Richard J. Katz, LLP

cc:   Defendant's Liaison Counsel
      *via facsimile.*