# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of November, two thousand and ten,

| | |
|---|---|
| In Re: World Trade Center Lower Manhattan Disaster Site Litigation | **ORDER**<br>Docket Number: 10-1377 |

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

    The stipulations are hereby "So Ordered".

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 15, 2010

For The Court:

Catherine O'Hagan Wolfe, Clerk

*Catherine O'Hagan Wolfe*

Margaret Lain, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 11/15/2010