UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION<br><br>ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A,<br><br>Plaintiff(s),<br><br>-against-<br><br>A RUSSO WRECKING, ET AL.<br><br>Defendant(s). | STIPULATION OF VOLUNTARY DISMISSAL<br><br>21 MC 100 (AKH)<br><br>Civil Action No: See Schedule A |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The Plaintiffs actions identified on Schedule A are voluntarily dismissed with prejudice;

2. All claims by Plaintiffs identified on Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice; and

3. The dismissal is without costs.

Dated: New York, New York
       November 9, 2010

PATTON BOGGS LLP

By: _____
James Tyrell (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP

By: _____
Brian D. Crosby (BC-9543)
350 5th Avenue, Ste. 7413
New York, NY 10118
(212) 267-3700

SO ORDERED: 11/10/10
_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/10

## SCHEDULE A

| No | Last Name | First Name | Primary Docket # | Master Docket |
|----|-----------|------------|------------------|---------------|
| 1 | Colvin | Thomas | 05cv9629 | MC100 |
| 2 | Zarnowski | John | 06CV10538 | MC100 |
| 3 | Dubelbeiss | Gene | 06cv10566 | MC100 |
| 4 | Scanlon | Michael | 06cv11054 | MC100 |
| 5 | Finn | James | 06cv11666 | MC100 |
| 6 | Johnston | Andrew | 06CV12165 | MC100 |
| 7 | Pappalardo | Patsy | 06CV12396 | MC100 |
| 8 | Faro | Joseph | 06cv8771 | MC100 |
| 9 | Auerbach | Steven | 06CV9473 | MC100 |
| 10 | Kornegay - Pichardo | Kenyetta | 06cv10793 | MC100 |