```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER   :   **ORDER DISMISSING CASES**
SITE LITIGATION                     :   **WITH PREJUDICE**
------------------------------------------------------------ :
IN RE LOWER MANHATTAN DISASTER      :   21 MC 100 (AKH)
SITE LITIGATION                     :   21 MC 102
------------------------------------------------------------ :   21 MC 103
IN RE COMBINED WORLD TRADE CENTER   :
AND LOWER MANHATTAN DISASTER SITE   :
LITIGATION                          :
                                    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   WHEREAS the Settlement Process Agreement, As Amended, agreed to by Plaintiffs' Liaison Counsel, Defendants' Counsel, and Counsel for the WTC Captive Insurance Company on June 10, 2010 and approved by this Court as fair and reasonable on June 23, 2010, provided a period for individual consideration by each Plaintiff, whether to accept or reject the settlement; and

   WHEREAS, during that period, and after two informational hearings conducted by the Court, numerous communications by Plaintiffs' Liaison Counsel to each of the Plaintiffs, and the additional assistance provided by the Special Counsel, the Plaintiffs identified in the attached exhibit expressed their intentions neither to enter into the settlement nor to continue with their cases, but to dismiss their cases; and

   WHEREAS the attorneys have made clear to each said Plaintiff that this Court would treat such dismissals as being with prejudice, see, e.g., Order Appointing Special Counsel, Doc. No. 2257, 21 MC 100 (S.D.N.Y. Nov. 24, 2010); therefore,

   IT IS ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), this Court dismisses the cases listed in the attached exhibit with prejudice for all claims that were brought or could have been brought in the individual Plaintiffs' existing pleadings, but without

1

prejudice in relation to a second injury to the extent permitted by New York state law, see, e.g., Golod v. Hoffman La Roche, 964 F. Supp. 841 (S.D.N.Y. 1997) ("Under the two-injury rule [in New York], diseases that share a common cause may nonetheless be held separate and distinct where there biological manifestations are different and where the presence of one is not necessarily a predicate for the other's development.") (internal quotation omitted)), and as may be defined by any court having jurisdiction over any such later-filed complaint. The dismissals are without costs.

The Clerk shall close the cases noted in the attached exhibit.

SO ORDERED.

Dated: December 30, 2010
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

## WTC Special Counsel Project
### Eligible Plaintiffs to Discontinue as of 12/29/2010

|    | Last Name | First Name |
|----|-----------|------------|
| 1  | Antonacci | Anthony |
| 2  | Bergmann | Christopher |
| 3  | Calantjis | Stacy |
| 4  | Calender | Melvin |
| 5  | Camiolo | Andrew |
| 6  | Campisi | Dominick |
| 7  | Candido | Joseph |
| 8  | DeMartino | Michael |
| 9  | DeSanti | John |
| 10 | Downs | Joseph |
| 11 | Driscoll | Timothy |
| 12 | Duckworth | Eugene |
| 13 | Farrell | James |
| 14 | Festa | Anthony |
| 15 | Finn | James |
| 16 | Fuhrmann | William |
| 17 | Garofalo | Christopher |
| 18 | Gipson | Bill |
| 19 | Goldberg | Darren |
| 20 | Golembiowski | David |
| 21 | Griffiths | David |
| 22 | Gupta | Raj |
| 23 | Harmon | Chris |
| 24 | Hartnett | Peter |
| 25 | Johnson | Gerard |
| 26 | Johnson | Joseph |
| 27 | Lalli | Anthony |
| 28 | Lisanti | Ralph |
| 29 | Lusardi | Joseph |
| 30 | Maggio | Jason |
| 31 | Mangan | Edward |
| 32 | Matos | Agapito |
| 33 | Matty | John |
| 34 | McLaughlin | John |
| 35 | McRae | Lisa |
| 36 | Miller | Robert |
| 37 | Milne | Michael |
| 38 | Minena-Soriano | Rosemary |
| 39 | Murray | Donald |
| 40 | Muschitiello | Christine |
| 41 | Musto | Frank |
| 42 | Perli | Alexander |
| 43 | Rodriguez | Julio |
| 44 | Rotuh | Marc |
| 45 | Ruddick | Michael |
| 46 | Valente | Gregory |
| 47 | Wenzel | John |

## WTC Special Counsel Project
### Eligible Plaintiffs to Discontinue as of 12/29/2010

| 48 | Woltmann | Edward |
|----|----------|--------|