# WORBY GRONER EDELMAN & NAPOLI BERN LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

CHRISTOPHER LoPALO
CLOPALO@NAPOLIBERN.COM

December 30, 2010

*Via Electronic Transmission*
The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/11

Re:  In re: World Trade Center Disaster Site Litigation
     21 MC 100 (AKH)

Dear Judge Hellerstein:

We write in response to this Court's Order Dismissing Cases With Prejudice For Failure to Prosecute dated December 30, 2010 ("Order"). The Exhibit to the Order includes the case of John Walcott (04CV4178). Our office represents Mr. Walcott who has advised our office and Special Counsel's office that he was still considering whether or not to opt into the World Trade Center Settlement Process Agreement, As Amended. Discontinuing his action was never a consideration. We believe that his case was inadvertently included the Order.

As a result of the above, we respectfully request the Court to reinstate Mr. Walcott's case. As always, we are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

Christopher LoPalo

cc:
Special Master Twerski
Special Master Henderson
Margaret Warner, Esq.
James E. Tyrrell, Jr., Esq.
Michael Hoenig, Esq.

*The request is granted and the Order dismissing Mr. Walcott's case, 04 Civ. 4718, is rescinded.*

*SO ORDERED*
*[signature] A. K. Hellerstein*
*December 30, 2010*