# WORBY GRONER EDELMAN & NAPOLI BERN LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/11

BRIAN D. CROSBY
BCROSBY@NAPOLIBERN.COM

January 5, 2011

*Denied. Proceed by motion. 1-5-11*

*Via Electronic Transmission*
The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: *In re: World Trade Center Disaster Site Litigation*
21 MC 100 (AKH)

Dear Judge Hellerstein:

This letter addresses the identical issue raised in Christopher LoPalo's letter to the Court dated December 30, 2010 regarding the John Walcott case. In addition to Mr. Walcott's claim, there were a number of additional cases inadvertently included in this Court's Order Dismissing Cases With Prejudice For Failure to Prosecute dated December 30, 2010. While the plaintiffs listed below apparently did not respond to Special Counsel's communications, prior to Special Counsel's efforts, these individuals communicated to our office *in writing* that they intended to opt out of the World Trade Center Settlement Process Agreement, As Amended and have their cases proceed towards trial. As was the case with Mr. Walcott, discontinuing their actions was never a consideration. Thus, we believe that the following cases were inadvertently included the Order:

1) John Defano, 07CV04916;
2) Rudolph Geiger, 05CV00406;
3) Samuel Gilford, 06CV09785;
4) Thaddeus Hall, 07CV10879;
5) Daniel Moynihan, 07CV05021;
6) Mimi Netrosio, 06cv11774; and
7) Grant Sneddon, 07CV09189.

Accordingly, we respectfully request that the Court to reinstate the above-listed cases. As always, we are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

Brian D. Crosby

The Hon. Alvin K. Hellerstein
Re: In re World Trade Center Disaster Site Litigation
    21 MC 100 (AKH)
January 5, 2011, page 2

cc:
Special Master Twerski
Special Master Henderson
Margaret Warner, Esq.
James E. Tyrrell, Jr., Esq.
Michael Hoenig, Esq.