UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER       Docket No.:  21 MC 100 (AKH)
DISASTER SITE LITIGATION                          21 MC 103 (AKH)
-------------------------------------------------------------------X   **NOTICE OF MOTION FOR ORDER AWARDING COMMON BENEFIT ATTORNEY FEES**

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-------------------------------------------------------------------X

   PLEASE TAKE NOTICE THAT upon the Declaration of Denise A. Rubin dated January 6, 2011, the exhibits and Memorandum annexed thereto Plaintiffs' Liaison Counsel Worby Groner Edelman & Napoli Bern, LLP will ask this Court to enter an order (a proposed order is filed herewith):

   a. Granting Worby Groner Edelman & Napoli Bern, LLP a Common Benefit Attorneys Fee as described in the proposed Order and Memorandum of Facts and Law; and

   b. Granting such other and additional relief as this Court deems just and proper.

Dated:   New York, New York
         January 6, 2011

                                        Respectfully submitted,

                                        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                                        *Plaintiffs' Co-Liaison Counsel*

                                        _____
                                        Denise A. Rubin (DR5591)

                                        350 5th Avenue, Suite 7413
                                        New York, New York  10118
                                        (212) 267-3700

To:

James E. Tyrrell Jr., Esq.
Patton Boggs, LLP
*Defendants' Liaison Counsel and*
*Counsel for Defendant City of New York*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102

Beth D. Jacob, Esq.
Schiff Hardin, LLP
*Defendants' Liaison Counsel*
900 Third Avenue, 23rd Floor
New York, New York 10022

Margaret Warner, Esq.
McDermott Will & Emery, LLP
*Counsel for WTC Captive Insurance Co., Inc.*
600 13th Street, N.W.
Washington, D.C. 20005-3096

Andrew J. Carboy, Esq.
Nicholas Papain, Esq.
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271

Gregory J. Cannata, Esq.
The Law Firm of Gregory J. Cannata
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279

Robert Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

## ATTORNEY'S DECLARATION/AFFIRMATION OF SERVICE

Denise A. Rubin, an Attorney duly licensed to practice before the Courts of the State of New York, hereby affirms/declares the following under penalty of perjury:

I am associated with the law firm Napoli Bern Ripka, LLP and as such represent the plaintiff in the within action. On January 6, 2011, I duly served a true copy of the within DECLARATION IN SUPPORT OF COMMON BENEFIT ATTORNEYS FEES on the persons listed below by e-mail and posting on the SDNY ECF docket.

James E. Tyrrell Jr., Esq.
Patton Boggs, LLP
*Defendants' Liaison Counsel and*
*Counsel for Defendant City of New York*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102

Beth D. Jacob, Esq.
Schiff Hardin, LLP
*Defendants' Liaison Counsel*
900 Third Avenue, 23rd Floor
New York, New York 10022

Margaret Warner, Esq.
McDermott Will & Emery, LLP
*Counsel for WTC Captive Insurance Co., Inc.*
600 13th Street, N.W.
Washington, D.C. 20005-3096

Andrew J. Carboy, Esq.
Nicholas Papain, Esq.
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271

Gregory J. Cannata, Esq.
The Law Firm of Gregory J. Cannata
The Woolworth Building
233 Broadway, 5th Floor
New York, New York 10279

Robert Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

_____
Denise A. Rubin (DR 5591)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER SITE        Index Nos.:  21 MC 100 (AKH)
LITIGATION                                                  21 MC 102 (AKH)
                                                            21 MC 103 (AKH)
------------------------------------------------------------------------X

NOTICE OF MOTION BY PLAINTIFFS' LIAISON COUNSEL WORBY GRONER EDELMAN &
NAPOLI BERN, LLP FOR COMMON BENEFIT ATTORNEYS' FEES
================================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Plaintiffs' Liaison Counsel*
350 Broadway, Suite 7413
New York, New York  10118
(212) 267-3700
================================================================================

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 and 22 NYCRR §130-1.1-a, that I have read the within papers and that to the best of my knowledge and belief they are not frivolous as that term is defined in 22 NYCRR § 130-1.1(c) and Fed. R. Civ. P. 11.

_____
Attorney name:  Denise A. Rubin
================================================================================
================================================================================

PLEASE TAKE NOTICE:
  ☐ NOTICE OF ENTRY
    that the within is a (certified) true copy of an                     duly entered in the        office
    of the   clerk of the within named court on _____200__.
  ☐ NOTICE OF SETTLEMENT
        that an order                                 of which the within is a true copy,  will be
        presented for settlement to the HON.                            one of the judges of the
        within named Court, at                  on         200___ at_____ O'clock ___.M.

Dated, _____

                              Yours, etc.

                              **WORBY GRONER EDELMAN & NAPOLI BERN, LLP**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------------X   Docket No.:  21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
======================================================================

**PLAINTIFFS' MOTION FOR DEFAULT AND PRECLUSION AGAINST DEFENDANT CITY OF NEW YORK**
======================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for* : Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700
======================================================================
The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

_____
Attorney name:  Denise A. Rubin (DR5591)
======================================================================
Service of a copy of the within                          is hereby admitted.
Dated,
                                          _____
                                          ATTORNEY(S) FOR
======================================================================
PLEASE TAKE NOTICE:
  ☐ NOTICE OF ENTRY
       that the within is a (certified) true copy of an            duly entered in the
       office of the     clerk of the within named court on _____200__.
  ☐ NOTICE OF SETTLEMENT
       that an order                       of which the within is a true copy,  will be
       presented for settlement to the HON.               one of the judges of the
       within named Court, at            on       200___ at_____ O'clock ___.M.

Dated, _____

                                          Yours, etc.

                                          **WORBY GRONER EDELMAN & NAPOLI BERN LLP**