# Worby Groner Edelman & Napoli Bern LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700





**DENISE A. RUBIN**
GENERAL COUNSEL
DRUBIN@NAPOLIBERN.COM
WRITER'S EXTENSION: 112

January 6, 2011

*Via Electronic Mail*

The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

        Re:    In re: World Trade Center Disaster Site Litigation
                21 MC 100, 21 MC 103 (AKH)

Dear Judge Hellerstein:

      This evening, Plaintiffs' Liaison Counsel has electronically filed our Notice of Motion, Declaration in Support, Memorandum of Law and Facts and Proposed Order for an Order granting this office a Common Benefit Attorneys Fee to be contributed by plaintiffs' counsel (other than the Sullivan, Grochow and Cannata firms, pursuant to our stipulation with those offices). Despite *multiple* attempts, however, I have found our supporting exhibits far too voluminous to be accepted by the Court's ECF filing system. Accordingly, we hereby request this Court's leave to file those exhibits on a CDROM disc with the Clerk's office. A hard copy of the motion papers will be delivered to chambers on Friday.

                                 Respectfully submitted,

                                   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                                   *Plaintiffs' Liaison Counsel*

                                   Denise A. Rubin

So Ordered
1-7-11
/s/ Alvin K. Hellerstein

The Hon. Alvin K. Hellerstein
Re: In re: World Trade Center Disaster Site Litigation
    21 MC 100, 21 MC 103
January 6, 2011, page 2


cc:

James Tyrrell, Esq.
Margaret Warner, Esq.
Gregory Cannata, Esq.
Robert Grochow, Esq.
Andrew Carboy, Esq.
Nicholas Papain, Esq.
Special Master Aaron Twerski
Special Master James Henderson