# BARASCH McGARRY SALZMAN & PENSON

## ATTORNEYS AT LAW

11 PARK PLACE
SUITE 1801
NEW YORK, N.Y. 10007

(212) 385-8000
1-800-562-9190
FAX NO. (212) 385-7845
www.personalinjuryjustice.com
www.firelaw.com

MICHAEL A. BARASCH
BARRY A. SALZMAN
DOMINIQUE A. PENSON
EDWARD MARCOWITZ
DANA CUTTING
SARA DIRECTOR

OF COUNSEL
JAMES P. McGARRY
BRUCE KAYE

RECEIVED
JAN 11 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

January 11, 2011

*[Handwritten note: The affected parties and counsel shall confer and submit a stipulated schedule. 1-11-10  AKHellerstein]*

Via Electronic Transmission

The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: In re: World Trade Center Disaster Site Litigation
21 MC 100 (AKH)

Dear Judge Hellerstein:

By this letter, my firm respectfully requests a briefing schedule and hearing date in regards to the application of Worby Groner Edelman & Napoli Bern, LLP for a Common Benefit Legal Fee of Five Percent of the Net Recovery in the above referenced matter.

We intend to oppose this application.

Respectfully submitted,

Edward L.C. Marcowitz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/11