

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

January 11, 2011

James E. Tyrrell, Jr.
973-848-5620
jtyrrell@pattonboggs.com

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

Re:   *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH); and *In Re: Combined World Trade Center Disaster and Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH) (straddler)

Dear Judge Hellerstein:

As the Court is aware, we represent the City of New York and the Contractors in the above-captioned actions. Earlier today this Court entered an Order scheduling a conference on Thursday, January 20, 2011, at 2:15 pm in the above dockets. Due to an unavoidable conflict, I respectfully request that this conference be adjourned to Monday, January 24, 2011, at 4:00 pm. We have spoken to LeeAnn Stevenson, Esq. and she has consented to this request and confirmed her availability on the rescheduled date.

We appreciate the Court's consideration of this request. Should Your Honor have any questions or require any further information, we are available at the Court's convenience.

Respectfully submitted,

James E. Tyrrell, Jr.
Patton Boggs LLP

cc:   Paul J. Napoli, Esq. (via electronic mail)
      Lee Ann Stevenson, Esq. (via electronic mail)
      Robert Grochow, Esq. (via electronic mail)

*So ordered, providing all consent. 1-11-10*