# McGIVNEY & KLUGER, P.C.

80 BROAD STREET, 23rd FLOOR
NEW YORK, NEW YORK 10004

TELEPHONE (212) 509-3456
FACSIMILE (212) 509-4420

rleff@mcgivneyandkluger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/11

*The request is granted. The conference shall be held January 31, 2011, at 10:00am.*

*SO ORDERED*
*Alvin K. Hellerstein*
*January 13, 2011*

*21 mc 100*

January 13, 2011

BY EMAIL AND OVERNIGHT MAIL:

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21
MC 102(AKH), and In Re: Combined World Trade Center Disaster and
Lower Manhattan Disaster Site Litigation, 21 MC 103(AKH) (straddler)

Dear Judge Hellerstein:

On January 11, 2011, the Court entered an Order scheduling a conference on Thursday, January 20, 2011, at 2:15 p.m. in the above dockets. That afternoon, James E. Tyrell, Jr., Esq. submitted correspondence that his office had an unavoidable conflict that date and requested the conference be adjourned to Monday, January 24, 2011. The letter indicated Mr. Tyrell's office had spoken with Lee Ann Stevenson, Esq., who consented to this adjournment. Ms. Stevenson had consulted with me as to my availability prior to consenting to same.

Today the Court entered an Order re-scheduling the conference to Monday, January 24, 2011 at 4 p.m. On further review, I realize I mis-read my calendar and am not available the afternoon of January 24, 2011. After consulting with Owen Roth, he advised that the Court is available to re-schedule this conference to Monday, January 31, 2011 at 10 a.m. I have consulted with both Patton Boggs and Kirkland & Ellis and they have both consented to an adjournment to this date.

BOSTON   FARMINGTON   FORT LAUDERDALE   FLORHAM PARK   NEW YORK
PHILADELPHIA   PROVIDENCE   SPARTA   SYRACUSE   WILMINGTON

Judge Alvin K. Hellerstein
January 13, 2011
Page 2 of 2

      I respectfully request the Court re-schedule the conference to January 31, 2011, at 10 a.m. I appreciate the Court's consideration of this request. Should Your Honor have any questions, I am available at the Court's convenience.

                                              Respectfully submitted,

                                              Richard E. Leff
                                              McGivney & Kluger, P.C.

Cc: via email:

Lee Ann Stevenson, Esq.
James E. Tyrell, Jr. Esq.
Joseph Hopkins, Esq.
Robert Grochow, Esq.