```
USDC SDNY
DOCUMENT
ELECT[RONICALL]Y FILED
DOC #:
DATE FILED: 1/14/11
```

**ELMER G. SANTIAGO**
310 E. 151 St., 3W
Bronx, NY 10451
718.585.6183
347.819.1253
elmersantiago9@msn.com

January 11, 2010

**BY FAX**

**THE HONORABLE ALVIN K. HELLERSTEIN**
United States District Judge
United District Court
Southern District of New York
500 Pearl Street
New York, New York

*In Re: World Trade Center Site Litigation*
*21 MC 100, Docket No. 10 cv. 7927*

[Handwritten note: The time 1/9 okay may be argued at the status conference or by separate motion. 1-14-11 /s/ AKH]

Your Honor:

As you may know, the James Zadroga 9/11 Health and Compensation Act of 2010 was recently put into law by the President of the United States on January 2, 2011, and I believe this dramatically impacts my litigation since I filed my complaint after the April 12, 2010 deadline which allowed litigants to settle under the 'SPA'. As it now stands, I am now part of a group of over 150 litigants remaining in the MC 100 group who will be attending a February 2, 2011 Status Conference before you. Furthermore, Counsel for the Defense has scheduled a GML § 50-h hearing for February 1, 2011 at 1 p.m., further explaining the need for my request below. At count, this will be 30 days into the 90 days anyone with a pending litigation has to remove such litigation from Court in order to qualify for the benefit of the Zadroga Act. This may also grant both sides additional time to finally reach a settlement in this matter after the February 1 medical hearing and I can pursue the benefits of the Act without holding the City liable any further. This would remove this litigation from the MC 100 docket.

It is now I respectfully request that your Honor grant a stay in place in this litigation, 10 cv. 7927, until the regulations to effectuate the 'VCF' are promulgated, within the 180 days of January 2, 2011. As mentioned in a previous letter by Counsel for MC 102 & MC 103 litigants, not only does the Zadroga Bill affect the compensation potentially available to plaintiffs, but it may also impact my litigation now in the Court's jurisdiction.

Judge Hellerstein
Page 2

I thank you in advance for your attention, and patience in this matter.

Cordially,

Elmer G. Santiago
Plaintiff *Pro Se*

cc:

**Joseph E. Hopkins**
**Patton and Boggs, LLP**
**One Riverfront Plaza, 6th Fl.**
**Newark, NJ 07102**
*Attorney for the City of New York*