UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER    :   **ORDER SETTING BRIEFING**
SITE LITIGATION                      :   **SCHEDULE**
-----------------------------------------------------------  :
IN RE LOWER MANHATTAN DISASTER       :   21 MC 100 (AKH)
SITE LITIGATION                      :   21 MC 102
-----------------------------------------------------------  :   21 MC 103
IN RE COMBINED WORLD TRADE CENTER    :
AND LOWER MANHATTAN DISASTER SITE    :
LITIGATION                           :
----------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

In view of their work performed on behalf of the entire Plaintiff population in the above-captioned Master Calendars, one of two firms appointed as liaison counsel, Worby Groner Edelman & Napoli Bern, has filed a motion seeking an award of a common benefit fee. The award would require non-liaison counsel firms who benefitted from liaison counsel's efforts to remit a portion of their own fee to liaison counsel. After liaison counsel filed their motion, other plaintiffs' firms submitted letters stating objections. By memo-endorsed Order of January 11, 2011, I directed all parties to confer and agree upon a briefing schedule for this issue. Nevertheless, the parties have continued to send letters directly to the Court. Since the parties clearly have not agreed to a schedule, I order the following one.

Liaison counsel has already submitted their motion. Any interested party claiming an interest adverse to liaison counsel's must submit an opposition by January 28, 2011. The Court will thereafter inform the parties if replies or further submissions are desired. No letters or submissions differing from the terms of this Order will be considered.

SO ORDERED.

Dated:    January 14, 2011
         New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge

1