UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

GREGORY PAPA AND LISA PAPA,

Plaintiffs,

- against -

THE CITY OF NEW YORK,

Defendant.

21 MC 100 (AKH)

10 CV 1453

**PARTIAL STIPULATION OF
VOLUNTARY DISMISSAL AS
AGAINST ALL PARTIES PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is voluntarily dismissed pursuant to the following terms and conditions:

2. All claims by Plaintiffs GREGORY PAPA and LISA PAPA against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, are voluntarily dismissed.

3. All claims that were asserted or could have been brought in relation to Plaintiff's existing pleadings are dismissed with prejudice.

1

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

| | |
|---|---|
| SULLIVAN PAPAIN BLOCK<br>McGRATH & CANNAVO P.C.<br><br>By: _____<br>Andrew J. Carboy, Esq.<br>Attorneys for Plaintiffs GREGORY PAPA<br>and LISA PAPA<br>120 Broadway, 18th Floor<br>New York, NY 10271<br><br>Dated:  January 5, 2011 | PATTON BOGGS LLP<br><br><br>By: _____<br>James E. Tyrrell, Jr., Esq.<br>Attorneys for all Defendants<br>The Legal Center<br>One Riverfront Plaza, Suite 600<br>Newark, NJ 07102<br><br>Dated:  January 10, 2011 |

SO ORDERED.   1/19/11

_____

2