UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JAMES GREGORETTI and MARIE
GREGORETTI,

                                    Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.

                                    Defendants.



21 MC 100 (AKH)

10 CV 0843

**PARTIAL STIPULATION OF
VOLUNTARY DISMISSAL AS
AGAINST ALL PARTIES
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**



IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is voluntarily dismissed pursuant to the following terms and conditions:

2. All claims by Plaintiffs JAMES GREGORETTI and MARIE GREGORETTI against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, are voluntarily dismissed.

3. All claims that were asserted or could have been brought in relation to Plaintiff's existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: _____
Andrew J. Carboy, Esq.
Attorneys for Plaintiffs JAMES GREGORETTI
and MARIE GREGORETTI
120 Broadway, 18th Floor
New York, NY 10271

Dated:      January 12, 2011

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr., Esq.
Attorneys for all Defendants
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated:      January 13, 2011

SO ORDERED   1/19/11