

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

PAUL WHALEN AND ANASTASIA
WHALEN,

                                          Plaintiffs,

    - against -

THE CITY OF NEW YORK,

                                          Defendant.

21 MC 100 (AKH)

10 CV 1130

**PARTIAL STIPULATION OF
VOLUNTARY DISMISSAL AS
AGAINST ALL PARTIES
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/11

        IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

    1.   The above-captioned action is voluntarily dismissed pursuant to the following terms and

conditions:

    2.   All claims by Plaintiffs PAUL WHALEN and ANASTASIA WHALEN against all

Defendants or against any Defendant arising out of or relating in any way to World Trade

Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location

on and/or after September 11, 2001, are voluntarily dismissed.

    3.   All claims that were asserted or could have been brought in relation to Plaintiff's existing

pleadings are dismissed with prejudice.

1

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By:_____
     Andrew J. Carboy, Esq.
Attorneys for Plaintiffs PAUL WHALEN
and ANASTASIA WHALEN
120 Broadway, 18th Floor
New York, NY 10271

Dated:        January 5, 2011


PATTON BOGGS LLP

By:_____
     James E. Tyrrell, Jr., Esq.
Attorneys for all Defendants
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated:        January 10, 2011


SO ORDERED   1/19/11

2