UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JOHN PORPORA AND ELLYN PORPORA,

Plaintiffs,

- against -

THE CITY OF NEW YORK,

Defendant.



21 MC 100 (AKH)

10 CV 1990

**PARTIAL STIPULATION OF VOLUNTARY DISMISSAL AS AGAINST ALL PARTIES PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/11

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is voluntarily dismissed pursuant to the following terms and conditions:

2. All claims by Plaintiffs JOHN PORPORA and ELLYN PORPORA against all Defendants or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, are voluntarily dismissed.

3. All claims that were asserted or could have been brought in relation to Plaintiff's existing pleadings are dismissed with prejudice.

1

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: _____
Andrew J. Carboy, Esq.
Attorneys for Plaintiffs JOHN PORPORA
and ELLYN PORPORA
120 Broadway, 18th Floor
New York, NY 10271

Dated:     January 5, 2011

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr., Esq.
Attorneys for all Defendants
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated:     January 10, 2011

SO ORDERED   1/19/11

2