UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER　　:　**SUMMARY ORDER**
SITE LITIGATION　　　　　　　　　　　　　　:
----------------------------------------------------------------　:　21 MC 100 (AKH)
IN RE LOWER MANHATTAN DISASTER　　　　:　21 MC 102
SITE LITIGATION　　　　　　　　　　　　　　:　21 MC 103
----------------------------------------------------------------　:
IN RE COMBINED WORLD TRADE CENTER　　:
AND LOWER MANHATTAN DISASTER SITE　　:
LITIGATION　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On February 2, 2011, this Court shall hold a status conference to begin managing the lawsuits of those Plaintiffs who were eligible to settle under the Settlement Process Agreement, As Amended ("SPA") but chose to continue with their lawsuits, as well those Plaintiffs who were ineligible to settle. To manage these cases effectively, it is necessary to know how many cases remain, and who the Plaintiffs in those cases are. By January 27, 2011, at 5:00pm, Plaintiffs' liaison counsel shall submit a list identifying every eligible Plaintiff who chose not to settle their case, and shall provide a corresponding docket number for each Plaintiff. Additionally, all counsel who have filed claims on behalf of Plaintiffs ineligible to settle under the SPA shall submit a similar list identifying their relevant cases and the individual Plaintiffs' docket numbers.

SO ORDERED.

Dated:　　　January 20, 2011
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge