# WORBY GRONER EDELMAN & NAPOLI BERN LLP

A Partnership of Limited Liability Partnerships
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

BRIAN D. CROSBY
ASSOCIATE
BCROSBY@NAPOLIBERN.COM

January 20, 2011

*Via Electronic Transmission*
The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

> *[Handwritten note:]* All amended complaints must be properly filed by the close of business on January 25, 2011.
> SO ORDERED
> *[signature]*
> January 20, 2011

Re:  In re: World Trade Center Disaster Site Litigation
     21 MC 100 (AKH)

Dear Judge Hellerstein:

We write in response to and seeking clarification of this Court's Order extending the time to file amended New Debris Removal Claims to January 22, 2011. The undersigned has confirmed with the Court's ECF Help Desk that amended complaints may not be filed and/or uploaded online via the ECF system. Rather, they must be filed in hard copy in the Clerk's office, preventing this office from filing the complaints on Saturday. Accordingly, we seek clarification on whether our and other similarly effected plaintiffs' firms have until Monday, January 24, 2011 to file "hard" copies of the amended complaints since the due date set forth in this Court's Order, *i.e.*, January 22, 2011, is a Saturday.

As always, we are available to discuss this and any other matter at the Court's convenience.

Respectfully submitted,

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

*[signature]*

Brian D. Crosby

cc:
Special Master Twerski
Special Master Henderson
Margaret Warner, Esq.
James E. Tyrrell, Jr., Esq.
Andrew Carboy, Esq.

*[Stamp:]*
USDC SDNY
DOC...
ELE... ...D
DOC...
DATE: 1/20/11