UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER SITE
LITIGATION
-------------------------------------------------------------------
BRIAN TUITT,

                  Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------------- x

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

21 MC 100 (AKH)

10 Civ. 3742

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Brian Tuitt, a prisoner proceeding *pro se*, has filed a motion under Federal Rule of Civil Procedure 15 for permission to file an amended complaint. The motion is granted. The Clerk shall terminate the motion (Doc. No. 6).

SO ORDERED.

Dated:    January 24, 2011
                New York, New York

                                                     _____
                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge