UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE: WORLD TRADE CENTER        MASTER DOCKET: 21 MC 100 (AKH)
DISASTER SITE LITIGATION
------------------------------------------------------X
FRANK LANGAN,

              *Plaintiff,*        CIVIL ACTION NO: 06-CV-10042

-against-

A. RUSSO WRECKING, ET AL,

              *Defendants.*
------------------------------------------------------X

## NOTICE OF MOTION FOR A STAY OF 90 DAYS

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Worby Groner Edelman & Napoli Bern, LLP counsel for the plaintiff decedent Frank Langan, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pear Street, New York, New York, Room 14-D for an Order seeking a 90 day stay pursuant to Federal Rule of Civil Procedure 25(a)(1).

**PLEASE TAKE FURTHER NOTICE** that Worby Groner Edelman & Napoli Bern, LLP counsel for the plaintiff decedent Frank Langan, shall move this Court for any additional appropriate relief in which this Court feels just and proper.

Dated: January 31, 2011

              /s/ Christopher R. LoPalo
              Christopher R. LoPalo (CL-6466)
              Worby Groner Edelman & Napoli Bern, LLP
              350 Fifth Avenue, Suite 7413
              New York, New York 10118
              (212) 267-3700

[Handwritten note: Motion denied. Absent a showing of interest by overload heir or other person legally authorized reason to awaken this, the case is dismissed without cost with prejudice. 2-1-11 /s/ Alvin K. Hellerstein]

Judge wrote:

"Motion denied. Absent a potential heir or other person having an interest, there is no legally sufficient person to awaken this moribund lawsuit. The case is dismissed with prejudice and without costs.

2-1-11
Alvin K. Hellerstein"