UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **21 MC 100 (AKH)** |
| THIS DOCUMENT RELATES TO ALL CASES | |

## CERTIFICATION OF WENDELL Y. TONG

Wendell Y. Tong, an attorney duly admitted to practice law in the State of New York, being duly sworn, deposes and says as follows:

1.      I am associated with the law firm of Sullivan Papain Block McGrath & Cannavo P.C., co-liaison counsel for six hundred and eighty nine (689) of the Plaintiffs herein, and as such am fully familiar with the facts and circumstances of the within action.

2.      On October 20, 2010, we moved the Court for an order compelling certain medical providers to produce medical records pursuant to duly served subpoenas.

3.      In response to the motion, CVS Corporation has fully responded to the subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        February 4, 2011

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
MCGRATH & CANNAVO P.C.

By:_____
      Wendell Y. Tong (WT 0717)
Attorneys for Plaintiffs
120 Broadway – 18th Floor
New York, New York 10271
(212) 732-9000

1

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF NEW YORK  )

WENDELL Y. TONG, being duly sworn, deposes and says:

I am associated with the law firm of SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., attorneys for the Plaintiffs herein.

I have read the foregoing Certification and know the contents thereof, and upon information and belief deponent believes the matters alleged therein to be true.

The source of deponent's information and the grounds of her beliefs are communications, papers, reports, and investigations contained in the file.

 

_____
WENDELL Y. TONG

Sworn to before me this
4th day of February, 2011.


_____
        Notary Public

2