# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Marie Ng
Eleni Coffinas

David J. Dean
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot
Andrew J. Carboy
Mary Anne Walling
Eric K. Schwarz
Elizabeth Montesano

Matthew J. Jones
Deanne M. Caputo
Beth N. Jablon
Liza A. Milgrim
Susan M. Jaffe
Donte O. Mills
Christopher P. Spina
Jeffrey B. Bromfeld
Wendell Y. Tong

Terrence L. Tarver
Michael J. Wells
Clifford S. Argintar
Thomas J. McManus
Holly W. Zappa
Michael W. Lever
Lauren M. Pennisi
Laura M. Schaefer

PLEASE REPLY TO:
New York City Office

John M. Tomsky
George J. Pfluger
*Counsel to the Firm*

Hon. Joseph N. Giamboi (ret.)
Stephen C. Glasser
*Of Counsel*

Author's e-mail address:
WTong@TrialLaw1.com
Direct Telephone Line:
(212) 266-4117
Private Fax Line:
(212) 266-4141

February 08, 2011

Mr. Jonathan Friedman
CVS Caremark
2211 Sanders Road
NBT9
North Brook, IL  60062

   Re: In Re World Trade Center Disaster Site Litigation
     1:21-MC-100 (AKH)

Dear Mr. Friedman:

  Enclosed please find a conformed copy of the certification advising the Court of CVS's compliance with the subpoenas for records.

  We deeply appreciate your continuing assistance to our clients, the Ground Zero workers.

            Very truly yours,

            SULLIVAN PAPAIN BLOCK
            McGRATH & CANNAVO P.C.

            By: _____
               Wendell Y. Tong

WYT:nb
Enclosure (058336)

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
126 STATE STREET • HACKENSACK • NEW JERSEY 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## CERTIFICATION OF WENDELL Y. TONG

Wendell Y. Tong, an attorney duly admitted to practice law in the State of New York, being duly sworn, deposes and says as follows:

1. I am associated with the law firm of Sullivan Papain Block McGrath & Cannavo P.C., co-liaison counsel for six hundred and eighty nine (689) of the Plaintiffs herein, and as such am fully familiar with the facts and circumstances of the within action.

2. On October 20, 2010, we moved the Court for an order compelling certain medical providers to produce medical records pursuant to duly served subpoenas.

3. In response to the motion, CVS Corporation has fully responded to the subpoenas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 7, 2011

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
MCGRATH & CANNAVO P.C.

By: _____
Wendell Y. Tong (WT 0747)
Attorneys for Plaintiffs
120 Broadway – 18th Floor
New York, New York 10271
(212) 732-9000

1

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

WENDELL Y. TONG, being duly sworn, deposes and says:

I am associated with the law firm of SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., attorneys for the Plaintiffs herein.

I have read the foregoing Certification and know the contents thereof, and upon information and belief deponent believes the matters alleged therein to be true.

The source of deponent's information and the grounds of her beliefs are communications, papers, reports, and investigations contained in the file.

_____
WENDELL Y. TONG

Sworn to before me this
7th day of February, 2011.

_____
Notary Public

DENISE STRACUZZA
Commissioner Of Deeds, City Of New York
No. 4-6970
Cert. Filed In New York County
Commission Expires 3/11/2011

2