# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000    Fax: 212.490.3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com



February 3, 2011

**BY FACSIMILE**
Hon. Alvin K. Hellerstein
United States District
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 14D
New York, NY 10007

      Re:    World Trade Center disaster site litigation
             Index No.    :    21 MC 100 (AKH)
             Our File No.  :    07965.00113

Dear Hon. Hellerstein:

      Our office represents Gilsanz Murray Steficek LLP in the above matter. I write to request that Jason Harrington (JH7273) be removed from the appearance list in connection with this matter and replaced by myself (NK8523). I enclosed the Notice of Appearance on behalf of Gilsanz Murray Steficek LLP, and would respectfully request that all future notification be directed to me. Below is my contact information as follows

            Wilson, Elser, Moskowitz, Edelman & Dicker LLP
            150 East 42nd Street
            New York, New York 10017-5639
            Email: Nicholas.kauffman@wilsonelser.com
            Telephone: (212) 915-3000, Ext. 5663
            Facsimile: (212) 490-3038

      The Court's time and consideration are appreciated

                        Respectfully submitted,

          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        Nicholas Kauffman, Esq.

NK/tw

4316307.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION

Case No.:
21 MC 100 (AKH)

**NOTICE OF APPEARANCE**

This document applies to all World Trade Center disaster site litigation in which Gilsanz Murray Steficek LLP is named as a Defendant.

-------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

PLEASE TAKE NOTICE that Defendant Gilsanz Murray Steficek LLP ("GMS"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below.

The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
       February 3, 2011

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Nicholas Kauffman (NK8523)
Attorneys for Defendant
Gilsanz Murray Steficek LLP
150 E 42nd Street
New York, NY 10017
(212) 490-3000 (p)
(212) 490-3038 (f)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
4316307.1