UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION

---

STEVE ZABLOCKI,

    Plaintiff,

- against -

TULLY CONSTRUCTION CO., INC. and DEUTSCHE BANK TRUST COMPANY AMERICAS,

    Defendants.

---

Case No.: 21 MC 100 (AKH)

Case No.: 06-cv-15494 (AKH)

**STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS ASSERTED AGAINST DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, AND DB PRIVATE CLIENTS CORPORATION ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

    Plaintiff Steve Zablocki having tendered a release, prior to the January 2, 2011 enactment of the James Zadroga 9/11 Health and Compensation Act of 2010, of all of his claims against defendants DEUTSCHE BANK TRUST CORPORATION, individually and formerly known as Bankers Trust Corporation and Bankers Trust New York Corporation; DEUTSCHE BANK TRUST COMPANY AMERICAS, individually and formerly known as Bankers Trust Company, and incorrectly pleaded as Deutsche Bank and Deutsche Bank Trust Company; and DB PRIVATE CLIENTS CORPORATION, formerly known as BT Private Clients Corp.; and

1

Plaintiff having entered into the World Trade Center Litigation Settlement Process Agreement, As Amended, as to his claims against defendants Tully Construction Co., Inc. and Tully Industries Inc.; and

No cross-claims having been asserted among the defendants; and

All defendants in this action having consented to, and their counsel of record having executed, this Stipulation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims by plaintiff STEVE ZABLOCKI asserted against defendants DEUTSCHE BANK TRUST COMPANY AMERICAS, individually and formerly known as Bankers Trust Company, and incorrectly pleaded as Deutsche Bank and Deutsche Bank Trust Company; DEUTSCHE BANK TRUST CORPORATION, individually and formerly known as Bankers Trust Corporation and Bankers Trust New York Corporation; and DB PRIVATE CLIENTS CORPORATION, formerly known as BT Private Clients Corp., are voluntarily dismissed in full with prejudice; and

2. The dismissal is without costs.

| WERTHEIMER ASSOCIATES, P.C. | DAY PITNEY LLP |
|---|---|
| By: *Robin M. Wertheimer* <br> Robin M. Wertheimer <br> 225 Broadway, Suite 1201 <br> New York, NY 10007 <br> (212) 964-1860 <br> (212) 349-2439 (fax) <br> robinwertheimer@hotmail.com <br> Attorneys for Plaintiff <br> Steve Zablocki | By: *Benjamin E. Haglund* <br> Benjamin E. Haglund <br> 7 Times Square <br> New York, NY 10036-7311 <br> (212) 297-5800 <br> (212) 916-2940 (fax) <br> bhaglund@daypitney.com <br> Attorneys for Defendants Deutsche Bank Trust Company Americas, Deutsche Bank Trust Corporation, and DB Private Clients Corporation |
| Dated: 2/7/11 | Dated: 2/4/11 |

| MOUND COTTON WOLLAN & GREENGRASS | PATTON BOGGS LLP |
|---|---|
| By: *Mark J. Weber* <br> Mark J. Weber <br> One Battery Park Plaza <br> New York, NY 10004 <br> (212) 804-4296 <br> (212) 344-8066 (fax) <br> mweber@moundcotton.com <br> Attorneys for Defendants Tully Construction Co., Inc. and Tully Industries Inc. | By: *James E. Tyrrell, Jr.* <br> James E. Tyrrell, Jr. <br> The Legal Center <br> One Riverfront Plaza, Suite 600 <br> Newark, NJ 07102 <br> (973) 848-5600 <br> (973) 848-5601 (fax) <br> jtyrrell@pattonboggs.com <br> Attorneys for Defendants Tully Construction Co., Inc. and Tully Industries Inc. |
| Dated: 1/31/11 | Dated: 1/31/11 |

SO ORDERED.

DATED: Feb. 9, 2011

*Alvin K. Hellerstein*
ALVIN K. HELLERSTEIN, U.S.D.J.

3