USDC ...
DOCU... ...
ELECT... ...ALLY FILED
DOC #: _____
DATE FILED: 2/15/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION, | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEMENT |
| SALVATORE ISABELLA, Plaintiff, -against- THE CITY OF NEW YORK, *et al.*, Defendants. | 21 MC 100 (AKH) 09 Civ. 03187 (AKH) |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff represented by Michael V. Devine, Esq. ("Plaintiff"), and the Defendants identified on the attached Exhibit A ("Settling Defendants") that:

1. Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against Settling Defendants in the above-captioned action.

2. Plaintiff has executed a release and covenant not to sue in which Plaintiff has released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, Plaintiff's claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3. Plaintiff also has executed before a notary public documents evidencing their understanding that he is foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to World Trade

Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) he has pleaded. Such understanding shall be, and hereby is, judicially noticed.

| | |
|---|---|
| Michael V. Devine, Esq. | PATTON BOGGS LLP |
| By: _____<br>Michael V. Devine, Esq.<br>*Attorneys for Plaintiff*<br>1000 Main St.<br>Port Jefferson, NY 11777 | By: _____<br>James E. Tyrrell, Jr., Esq.<br>*Attorneys for all Defendants*<br>The Legal Center<br>One Riverfront Plaza, Suite 600<br>Newark, NJ 07102 |
| Dated:   February 1, 2011 | Dated:   February 8, 2011 |

SO ORDERED, this **14** day of **Feb**, 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

## Exhibit A – List of Settling Defendants

| | |
|---|---|
| CITY OF NEW YORK, including the: | CRAIG TEST BORING |
|     BOARD OF EDUCATION OF THE CITY OF NEW YORK | CRITICOM INTERNATIONAL CORP |
| | DAKOTA DEMO-TECH |
|     BOROUGH OF MANHATTAN COMMUNITY COLLEGE | DESIMONE CONSULTING ENGINEERS, PLLC |
|     CITY UNIVERSITY OF NEW YORK | DCM ERECTORS, INC. |
|     NEW YORK CITY DEPARTMENT OF EDUCATION | DIAMOND POINT EXCAVATION CORP |
| | DIEGO CONSTRUCTION |
|     NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | DIVERSIFIED CARTING |
| | DMT ENTERPRISE |
| A RUSSO WRECKING | D'ONOFRIO GENERAL CONTRACTORS CORP. |
| ACROW | |
| ALLCOM ELECTRIC | EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| AMEC CONSTRUCTION MANAGEMENT, INC. | EAGLE ONE ROOFING CONTRACTORS, INC. |
| AMEC EARTH AND ENVIRONMENTAL | EAGLE SCAFFOLDING CO. (SEASONS) |
| ANTHONY CORTESE SPECIALIZED HAULING LLC | EJ DAVIES, INC. |
| ASG PEST CONTROL | EN-TECH CORP. |
| ATC GROUP SERV/DBA ATC ASSOCIATES | ENTERTAINMENT PARTNERS |
| | ET ENVIRONMENTAL |
| ATLANTIC HEYDT CORP. | EVERGREEN RECYCLING OF CORONA (EROC) |
| ATLAS CONCRETE | |
| AVANTI DEMOLITION & CARTING CORP. | EWELL W. FINLEY, P.C. |
| BECHTEL CONSTRUCTION, INC. | EXECUTIVE MED SERVICES, PC |
| BERGEN CONCRETE CUTTING | F&G MECHANICAL CORPORATION |
| BERKEL & CO. CONTRACTORS, INC. | FELIX EQUITIES, INC. |
| BIG APPLE WRECKING & CONSTRUCTION | FLEET TRUCKING |
| | FRANCIS A. LEE EXTERIOR RESTORATION |
| BOVIS LEND LEASE LMB, INC. | |
| BREEZE CARTING | FRANK MICELLI JR CONTRACTING |
| BREEZE NATIONAL, INC. | FTI TRUCKING |
| BRER FOUR TRANSPORTATION | G & G CONTRACTING, INC. |
| BURO HAPPOLD CONSULT ENG. | GILSANZ, MURRAY, & STEFICEK |
| C & D FIREPROOFING | GINO CRACOLICI & SONS, INC. |
| C & D PAINTING, INC. | GOLDSTEIN ASSOCIATES PLLC |
| C.B. CONTRACTING CORP. | GRACE INDUSTRIES |
| CANRON CONSTRUCTION CORP. | GUY NORDENSON AND ASSOCIATES |
| CANTOR SEINUK GROUP | HALLEN WELDING SERVICE |
| CERTIFIED FENCE CORP. | HELMSMAN MANAGEMENT SERVICES, INC. |
| CIVETTA COUSINS | |
| CLARCO ENTERPRISE CORP. | HGC CONTRACTING CORP. |
| COMPONENT ASSEMBLY SYS | HIGH RISE HOISTING AND SCAFFOLDING |
| COORDINATED METALS, INC. | |
| CORD CONTRACTING CO., INC. | HIGH-RISE ELECTRIC, INC. |

| | |
|---|---|
| HP ENVIRONMENTAL | ROBER SILMAN ASSOCIATES |
| JP EQUIPMENT RENTAL MATERIALS, INC. | ROBERT C STEWART |
| KEVIN MCMANUS | ROBERT ERRAT |
| KOCH SKANSKA, INC. | ROBERT L GEROSA |
| LAQUILLA CONSTRUCTION, INC. | RODAR ENTERPRISES, INC. |
| LASTRADA GENERAL CONTRACTING CORP. | ROYAL GM, INC. |
| LESLIE E. ROBERTSON ASSOCIATES | SAB TRUCKING |
| LIBERTY MUTUAL GROUP | SAFEWAY ENVIRONMENTAL |
| LIRO | SEMCOR EQUIPMENT |
| LOCKWOOD, KESSLER & BARTLETT (LKB) | SEVERUD ASSOCIATES CONSULTING ENGINEERS |
| LUCIUS PITKIN | SHELDRAKE ORGANIZATION, INC. |
| LZA TECH-DIVISION OF THORTON TOMASETTI | SILVERADO CONTRACTORS |
| M. G. MCLAREN, P.C. | SILVERITE CONTRACTING |
| MANAFORT BROTHERS, INC. | SIMPSON, GUMPERTZ, & HEGER |
| MAZZOCCHI WRECKING, INC. | SKIDMORE, OWINGS & MERRILL LLP |
| MEDCOR, INC. | STAR DELTA ELECTRIC |
| MENT BROTHERS | STIER, ANDERSON & MALONE |
| MERIDIAN CONSTRUCTION GROUP | SUMMIT STRUCTURES LLC |
| MG MCLAREN P.C. | TELENET COMMUNICATIONS |
| MORETRENCH AMERICAN, CORP. | THYSSEN KRUPP ELEVATOR CO. |
| MRA ENGINEERING, PC | TOMASETTI GROUP |
| MUESER RUTLEDGE CONSULTING ENGINEERS | TORETTA TRUCKING |
| MUSCO SPORTS LIGHTING, LLC | TOTAL SAFETY CONSULTING LLC |
| NACIREMA INDUSTRIES | TUCCI EQUIPMENT RENTAL CORP |
| NEW YORK CRANE & EQUIPMENT CORP. | TULLY CONSTRUCTION |
| NICHOLSON CONSTRUCTION CO. | TURNER CONSTRUCTION COMPANY |
| NICHOLSON/HEYWOOD JOINT VENTURE | ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE) |
| OFF ROAD WELDING, INC. | UNITED STATES REBAR |
| THE OFFICES OF JAMES RUDERMAN, LLP | VANGUARD EQUIPMENT RENTALS |
| OLYMPIC PLUMBING AND HEATING | VERTICAL TECHNOLOGIES |
| OVE ARUP & PARTNERS | VOLLMER ASSOCIATES |
| PARSON GROUP | W HARRIS & SON INC. |
| PETER SCALAMANDRE & SONS | WALTER WHITE TRUCKING |
| PINNACLE ENVIRONMENTAL | WEEKS MARINE, INC. |
| PLAZA CONSTRUCTION CORP. | WEIDLINGER ASSOCIATES |
| PRO SAFETY SERVICES, LLC | WHITNEY CONTRACTING |
| PT & L CONTRACTING CORP. | WOLKOW BRAKER ROOFING |
| REGIONAL SCAFFOLD & HOISTING CO, INC. | YANNUZZI & SONS, INC. |
| RICH MARK ENVIRONMENTAL SERVICES, INC. | YONKERS CONTRACTING |
| | YORK HUNTER CONSTRUCTION, LLC |
| | ZIEGENFUSS DRILLING |