UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEMENT** |
| JOSEPH BERARDI, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE CITY OF NEW YORK, et al., <br><br> Defendants. | 21 MC 100 (AKH) <br><br> THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A |

IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Bamundo, Zwal & Schermerhorn, LLP, identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ("Settling Defendants") that:

1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above-captioned action.

2. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3. The Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or

relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this action. Such understanding shall be, and hereby is, judicially noticed.

| BAMUNDO, ZWAL & SCHERMERHORN, LLP | PATTON BOGGS LLP |
|---|---|
| By: _____<br>James R. Schermerhorn, Esq.<br>*Attorneys for Plaintiffs*<br>111 John Street, Suite 1100<br>New York, NY 10038 | By: _____<br>James E. Tyrrell, Jr., Esq.<br>*Attorneys for all Defendants*<br>The Legal Center<br>One Riverfront Plaza, Suite 600<br>Newark, NJ 07102 |
| Dated: February 9, 2011 | Dated: February 8, 2011 |

SO ORDERED, this 14 day of Feb., 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

## Exhibit A – List of Plaintiffs

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action Nos. | Master Docket |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Last Name | First Name | | |
| 1 | Berardi | Joseph | | | 09cv10040; 03cv02067 | MC100 |
| 2 | Maksimowich | Jason | | | 09cv10040, 03cv02067 | MC100 |

## Exhibit B – List of Settling Defendants

| | |
|---|---|
| CITY OF NEW YORK, including the: | CRAIG TEST BORING |
|    BOARD OF EDUCATION OF THE CITY OF NEW YORK | CRITICOM INTERNATIONAL CORP |
| | DAKOTA DEMO-TECH |
|    BOROUGH OF MANHATTAN COMMUNITY COLLEGE | DESIMONE CONSULTING ENGINEERS, PLLC |
|    CITY UNIVERSITY OF NEW YORK | DCM ERECTORS, INC. |
|    NEW YORK CITY DEPARTMENT OF EDUCATION | DIAMOND POINT EXCAVATION CORP |
| | DIEGO CONSTRUCTION |
|    NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | DIVERSIFIED CARTING |
| | DMT ENTERPRISE |
| A RUSSO WRECKING | D'ONOFRIO GENERAL CONTRACTORS CORP. |
| ACROW | |
| ALLCOM ELECTRIC | EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| AMEC CONSTRUCTION MANAGEMENT, INC. | EAGLE ONE ROOFING CONTRACTORS, INC. |
| AMEC EARTH AND ENVIRONMENTAL | EAGLE SCAFFOLDING CO. (SEASONS) |
| ANTHONY CORTESE SPECIALIZED HAULING LLC | EJ DAVIES, INC. |
| | EN-TECH CORP. |
| ASG PEST CONTROL | ENTERTAINMENT PARTNERS |
| ATC GROUP SERV/DBA ATC ASSOCIATES | ET ENVIRONMENTAL |
| | EVERGREEN RECYCLING OF CORONA (EROC) |
| ATLANTIC HEYDT CORP. | |
| ATLAS CONCRETE | EWELL W. FINLEY, P.C. |
| AVANTI DEMOLITION & CARTING CORP. | EXECUTIVE MED SERVICES, PC |
| BECHTEL CONSTRUCTION, INC. | F&G MECHANICAL CORPORATION |
| BERGEN CONCRETE CUTTING | FELIX EQUITIES, INC. |
| BERKEL & CO. CONTRACTORS, INC. | FLEET TRUCKING |
| BIG APPLE WRECKING & CONSTRUCTION | FRANCIS A. LEE EXTERIOR RESTORATION |
| BOVIS LEND LEASE LMB, INC. | FRANK MICELLI JR CONTRACTING |
| BREEZE CARTING | FTI TRUCKING |
| BREEZE NATIONAL, INC. | G & G CONTRACTING, INC. |
| BRER FOUR TRANSPORTATION | GILSANZ, MURRAY, & STEFICEK |
| BURO HAPPOLD CONSULT ENG. | GINO CRACOLICI & SONS, INC. |
| C & D FIREPROOFING | GOLDSTEIN ASSOCIATES PLLC |
| C & D PAINTING, INC. | GRACE INDUSTRIES |
| C.B. CONTRACTING CORP. | GUY NORDENSON AND ASSOCIATES |
| CANRON CONSTRUCTION CORP. | HALLEN WELDING SERVICE |
| CANTOR SEINUK GROUP | HELMSMAN MANAGEMENT SERVICES, INC. |
| CERTIFIED FENCE CORP. | |
| CIVETTA COUSINS | HGC CONTRACTING CORP. |
| CLARCO ENTERPRISE CORP. | HIGH RISE HOISTING AND SCAFFOLDING |
| COMPONENT ASSEMBLY SYS | |
| COORDINATED METALS, INC. | HIGH-RISE ELECTRIC, INC. |
| CORD CONTRACTING CO., INC. | |

| | |
|---|---|
| HP ENVIRONMENTAL | ROBER SILMAN ASSOCIATES |
| JP EQUIPMENT RENTAL MATERIALS, INC. | ROBERT C STEWART |
| KEVIN MCMANUS | ROBERT ERRAT |
| KOCH SKANSKA, INC. | ROBERT L GEROSA |
| LAQUILLA CONSTRUCTION, INC. | RODAR ENTERPRISES, INC. |
| LASTRADA GENERAL CONTRACTING CORP. | ROYAL GM, INC. |
| LESLIE E. ROBERTSON ASSOCIATES | SAB TRUCKING |
| LIBERTY MUTUAL GROUP | SAFEWAY ENVIRONMENTAL |
| LIRO | SEMCOR EQUIPMENT |
| LOCKWOOD, KESSLER & BARTLETT (LKB) | SEVERUD ASSOCIATES CONSULTING ENGINEERS |
| LUCIUS PITKIN | SHELDRAKE ORGANIZATION, INC. |
| LZA TECH-DIVISION OF THORTON TOMASETTI | SILVERADO CONTRACTORS |
| M. G. MCLAREN, P.C. | SILVERITE CONTRACTING |
| MANAFORT BROTHERS, INC. | SIMPSON, GUMPERTZ, & HEGER |
| MAZZOCCHI WRECKING, INC. | SKIDMORE, OWINGS & MERRILL LLP |
| MEDCOR, INC. | STAR DELTA ELECTRIC |
| MENT BROTHERS | STIER, ANDERSON & MALONE |
| MERIDIAN CONSTRUCTION GROUP | SUMMIT STRUCTURES LLC |
| MG MCLAREN P.C. | TELENET COMMUNICATIONS |
| MORETRENCH AMERICAN, CORP. | THYSSEN KRUPP ELEVATOR CO. |
| MRA ENGINEERING, PC | TOMASETTI GROUP |
| MUESER RUTLEDGE CONSULTING ENGINEERS | TORETTA TRUCKING |
| MUSCO SPORTS LIGHTING, LLC | TOTAL SAFETY CONSULTING LLC |
| NACIREMA INDUSTRIES | TUCCI EQUIPMENT RENTAL CORP |
| NEW YORK CRANE & EQUIPMENT CORP. | TULLY CONSTRUCTION |
| NICHOLSON CONSTRUCTION CO. | TURNER CONSTRUCTION COMPANY |
| NICHOLSON/HEYWOOD JOINT VENTURE | ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE) |
| OFF ROAD WELDING, INC. | UNITED STATES REBAR |
| THE OFFICES OF JAMES RUDERMAN, LLP | VANGUARD EQUIPMENT RENTALS |
| OLYMPIC PLUMBING AND HEATING | VERTICAL TECHNOLOGIES |
| OVE ARUP & PARTNERS | VOLLMER ASSOCIATES |
| PARSON GROUP | W HARRIS & SON INC. |
| PETER SCALAMANDRE & SONS | WALTER WHITE TRUCKING |
| PINNACLE ENVIRONMENTAL | WEEKS MARINE, INC. |
| PLAZA CONSTRUCTION CORP. | WEIDLINGER ASSOCIATES |
| PRO SAFETY SERVICES, LLC | WHITNEY CONTRACTING |
| PT & L CONTRACTING CORP. | WOLKOW BRAKER ROOFING |
| REGIONAL SCAFFOLD & HOISTING CO, INC. | YANNUZZI & SONS, INC. |
| RICH MARK ENVIRONMENTAL SERVICES, INC. | YONKERS CONTRACTING |
| | YORK HUNTER CONSTRUCTION, LLC |
| | ZIEGENFUSS DRILLING |