*Hollenstein, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

THOMAS BURKE,

                              Plaintiff,                    21 MC 100 (AKH)

              -against-
                                                           05-CV-7166 (AKH)

CITY OF NEW YORK,

                                                           STIPULATION
                              Defendant.                   DISCONTINUING
                                                           ACTION
----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hauppauge, New York
       November 29, 2010

                                   RAPPAPORT, GLASS, GREENE & LEVINE, LLP
                                   Attorneys for Plaintiff

                                   By: _____
                                            MICHAEL S. LEVINE
                                   1355 Motor Parkway
                                   Hauppauge, New York 11749
                                   (631) 293-2300

                                   FABIANA COHEN & HALL, LLP
                                   Attorneys for Defendant

                                   By: _____
                                            ANITA D. BOWEN
                                   570 Lexington Avenue
                                   New York, New York 10022
                                   (212) 644-4420

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/11

SO ORDERED,

_____

2/24/11