USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEMENT**

JOHN BAIANO, *et al.*,

Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

21 MC 100 (AKH)

THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A

IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Barasch McGarry Salzman & Penson identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ( "Settling Defendants") that:

1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above-captioned action.

2. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3. The Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or

relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this action. Such understanding shall be, and hereby is, judicially noticed.

BARASCH McGARRY SALZMAN & PENSON

By:______________________
Edward Marcowitz, Esq.
*Attorneys for Plaintiffs*
11 Park Place, Suite 1801
New York, NY 10007

Dated: February 24, 2011

PATTON BOGGS LLP

By:______________________
James E. Tyrrell, Jr., Esq.
*Attorneys for all Defendants*
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated: February 8 2011

SO ORDERED, this 25 day of Feb., 2011,

______________________
ALVIN K. HELLERSTEIN
United States District Judge

**Exhibit A – List of Plaintiffs**

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action Nos. | Master Docket |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Last Name | First Name | | |
| 1 | Baiano | John | | | 04cv09150 | MC100 |
| 2 | Bonvincino | John | | | 04cv09151 | MC100 |
| 3 | Bou | John | | | 04cv09152 | MC100 |
| 4 | Brannick | Kevin | | | 04cv09153 | MC100 |
| 5 | Brown | Wayne | | | 04cv09154 | MC100 |
| 6 | Carranante | Robert | | | 04cv09155 | MC100 |
| 7 | Carpentier | Victor | | | 04cv09156 | MC100 |
| 8 | Ceserano | Alan | | | 04cv09157 | MC100 |
| 9 | Conlon | Michael | | | 04cv09158 | MC100 |
| 10 | Costarella | Phyllis | | | 04cv09159 | MC100 |
| 11 | Damitz | Gerald | | | 04cv09160 | MC100 |
| 12 | Dinotte | Lenny | | | 04cv09162 | MC100 |
| 13 | Donovan | Daniel | | | 04cv09163 | MC100 |
| 14 | Edwards | Roy | | | 04cv09164 | MC100 |
| 15 | Falcone | Joseph | | | 04cv09165 | MC100 |
| 16 | Garcia | Nelson | | | 04cv09166 | MC100 |
| 17 | Giordano | Anthony | | | 04cv09167 | MC100 |
| 18 | Gutierrez | Rafael | | | 04cv09169 | MC100 |
| 19 | Havel III | Otto | | | 04cv09170 | MC100 |
| 20 | Henri | Robert | | | 04cv09171 | MC100 |
| 21 | Johnson, III | Austin | | | 04cv09172 | MC100 |
| 22 | Malave | Omar | | | 04cv09173 | MC100 |
| 23 | Menoni | John | | | 04cv09174 | MC100 |
| 24 | Nardiello | Mickey | | | 04cv09175 | MC100 |
| 25 | Ozello | Frank | | | 04cv09176 | MC100 |
| 26 | Pankey | John | | | 04cv09182 | MC100 |
| 27 | Perry | Thomas | | | 04cv09177 | MC100 |
| 28 | Rullan | Juan | | | 04cv09178 | MC100 |
| 29 | Russo | Raymond | | | 04cv09179 | MC100 |
| 30 | Shau | Lawrence | Shau | Kathleen | 06cv15328 | MC100 |
| 31 | Snyder | George | | | 04cv09180 | MC100 |
| 32 | Soloman | Alexis | | | 04cv09181 | MC100 |

**Exhibit B – List of Settling Defendants**

| CITY OF NEW YORK, including the: |
|---|
| BOARD OF EDUCATION OF THE CITY OF NEW YORK |
| BOROUGH OF MANHATTAN COMMUNITY COLLEGE |
| CITY UNIVERSITY OF NEW YORK |
| NEW YORK CITY DEPARTMENT OF EDUCATION |
| NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY |
| A RUSSO WRECKING |
| ACROW |
| ALLCOM ELECTRIC |
| AMEC CONSTRUCTION MANAGEMENT, INC. |
| AMEC EARTH AND ENVIRONMENTAL |
| ANTHONY CORTESE SPECIALIZED HAULING LLC |
| ASG PEST CONTROL |
| ATC GROUP SERV/DBA ATC ASSOCIATES |
| ATLANTIC HEYDT CORP. |
| ATLAS CONCRETE |
| AVANTI DEMOLITION & CARTING CORP. |
| BECHTEL CONSTRUCTION, INC. |
| BERGEN CONCRETE CUTTING |
| BERKEL & CO. CONTRACTORS, INC. |
| BIG APPLE WRECKING & CONSTRUCTION |
| BOVIS LEND LEASE LMB, INC. |
| BREEZE CARTING |
| BREEZE NATIONAL, INC. |
| BRER FOUR TRANSPORTATION |
| BURO HAPPOLD CONSULT ENG. |
| C & D FIREPROOFING |
| C & D PAINTING, INC. |
| C.B. CONTRACTING CORP. |
| CANRON CONSTRUCTION CORP. |
| CANTOR SEINUK GROUP |
| CERTIFIED FENCE CORP. |
| CIVETTA COUSINS |
| CLARCO ENTERPRISE CORP. |
| COMPONENT ASSEMBLY SYS |
| COORDINATED METALS, INC. |
| CORD CONTRACTING CO., INC. |

| CRAIG TEST BORING |
|---|
| CRITICOM INTERNATIONAL CORP |
| DAKOTA DEMO-TECH |
| DESIMONE CONSULTING ENGINEERS, PLLC |
| DCM ERECTORS, INC. |
| DIAMOND POINT EXCAVATION CORP |
| DIEGO CONSTRUCTION |
| DIVERSIFIED CARTING |
| DMT ENTERPRISE |
| D'ONOFRIO GENERAL CONTRACTORS CORP. |
| EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| EAGLE ONE ROOFING CONTRACTORS, INC. |
| EAGLE SCAFFOLDING CO. (SEASONS) |
| EJ DAVIES, INC. |
| EN-TECH CORP. |
| ENTERTAINMENT PARTNERS |
| ET ENVIRONMENTAL |
| EVERGREEN RECYCLING OF CORONA (EROC) |
| EWELL W. FINLEY, P.C. |
| EXECUTIVE MED SERVICES, PC |
| F&G MECHANICAL CORPORATION |
| FELIX EQUITIES, INC. |
| FLEET TRUCKING |
| FRANCIS A. LEE EXTERIOR RESTORATION |
| FRANK MICELLI JR CONTRACTING |
| FTI TRUCKING |
| G & G CONTRACTING, INC. |
| GILSANZ, MURRAY, & STEFICEK |
| GINO CRACOLICI & SONS, INC. |
| GOLDSTEIN ASSOCIATES PLLC |
| GRACE INDUSTRIES |
| GUY NORDENSON AND ASSOCIATES |
| HALLEN WELDING SERVICE |
| HELMSMAN MANAGEMENT SERVICES, INC. |
| HGC CONTRACTING CORP. |
| HIGH RISE HOISTING AND SCAFFOLDING |
| HIGH-RISE ELECTRIC, INC. |