UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/11

-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

Docket No.: 21 MC 100 (AKH)

-----------------------------------------------------------------X

**NOTICE OF MOTION TO REINSTATE**

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION

-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT upon the Declaration of Brian D. Crosby dated January 31, 2011 and the exhibits annexed thereto, this Court's Order of January 5, 2011, Plaintiffs' Liaison Counsel will ask this Court to Order:

1. That the plaintiffs' cases on the attached Exhibit A are hereby reinstated; and
2. Such other and additional relief as this Court deems just and proper.

Dated:  New York, New York
January 31, 2011

Respectfully submitted,

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
*Plaintiffs' Co-Liaison Counsel*

_____
Brian D. Crosby (BC-9543)

350 5th Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

To:

James E. Tyrrell Jr., Esq.

*Handwritten order:* Without objection, the motion is granted. The Clerk shall terminate the motion (Doc. No. 2326)

SO ORDERED.

February 25, 2011

Patton Boggs, LLP
*Defendants' Liaison Counsel and*
*Counsel for Defendant City of New York*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102

Beth D. Jacob, Esq.
Schiff Hardin, LLP
*Defendants' Liaison Counsel*
900 Third Avenue, 23rd Floor
New York, New York 10022

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Mwarner@mwe.com

Andrew J. Carboy
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271
acarboy@triallaw1.com

# EXHIBIT A

1) Carlos Asmal, 07cv01462;
2) Kenneth Bertosen, 06cv10544;
3) Richard Biglin, 06cv13620;
4) Ronald Bowers, 08CV00616;
5) Charles DeMatteo, 05cv09952;
6) Frederick Dow, 06cv14615;
7) Stephen Gadry, 06cv11186;
8) Daniel Holder, 09CV02751;
9) Gregory Howard, 06cv10780;
10) Tarek Otero, 07CV05033;
11) Fernando Sanchez, 06cv12484;
12) Ardian Syku, 06cv09727;
13) Joseph Wnek, 06cv15142;
14) Gene Dannenfelser, 06CV12018; and
15) Preston Fucci, 06cv11317.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X   Docket No.: 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
------------------------------------------------------------X

## PLAINTIFFS' MOTION TO REINSTATE

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for* : Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

---

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

Attorney name: Brian D. Crosby (BC9543)

---

Service of a copy of the within                           is hereby admitted.
Dated,
                                                ATTORNEY(S) FOR

---

PLEASE TAKE NOTICE:
    ☐ NOTICE OF ENTRY
        that the within is a (certified) true copy of an                duly entered in the
        office of the      clerk of the within named court on _____ 200__.
    ☐ NOTICE OF SETTLEMENT
        that an order                        of which the within is a true copy, will be
        presented for settlement to the HON.                one of the judges of the
        within named Court, at              on      200__ at_____ O'clock ___.M.

Dated, _____

Yours, etc.

**WORBY GRONER EDELMAN & NAPOLI BERN LLP**