Case 1:21-mc-00100-AKH   Document 2324   Filed 01/31/11   Page 1 of 3

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: 2/28/11             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
-----------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-----------------------------------------------------------------X

Docket No.:  21 MC 100 (AKH)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT upon the Declaration of Brian D. Crosby dated January

31, 2011 and the exhibits annexed thereto, this Court's Order of January 5, 2011, Plaintiffs'

Liaison Counsel will ask this Court to Order:

1.   That the plaintiffs' cases on the attached Exhibit A are hereby reinstated;

2.   That Plaintiffs' cases listed on the attached Exhibit E be listed on a Voluntary
     Dismissal Order; and

3.   Such other and additional relief as this Court deems just and proper.

Dated:       New York, New York
             January 31, 2011

                         Respectfully submitted,

                         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
                         *Plaintiffs' Co-Liaison Counsel*

                         Brian D. Crosby (BC-9543)

                         350 5th Avenue, Suite 7413
                         New York, New York 10118
                         (212) 267-3700

To:

*[Handwritten]: Without objection, the motion is granted. The Plaintiffs listed on the attached schedule are deemed to have voluntarily dismissed their cases, consistent with the terms of My order of December 30, 2010, See Doc. No. 2267, and subject to its terms. The Clerk shall terminate the motion (Doc. No. 2324) SO ORDERED.*

*[Signature] Alvin K. Hellerstein*

*february 25, 2011*

James E. Tyrrell Jr., Esq.
Patton Boggs, LLP
*Defendants' Liaison Counsel and*
*Counsel for Defendant City of New York*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102

Beth D. Jacob, Esq.
Schiff Hardin, LLP
*Defendants' Liaison Counsel*
900 Third Avenue, 23rd Floor
New York, New York 10022

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Mwarner@mwe.com

Andrew J. Carboy
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271
acarboy@triallaw1.com

**EXHIBIT A**

1) Richard Prager, 07CV05041;

2) John Defano, 07CV04916;

3) Rudolph Geiger, 05CV00406;

4) Samuel Gilford, 06CV09785;

5) William Gutierrez, 08CV01384;

6) Thaddeus Hall, 07CV10879;

7) Daniel Moynihan, 07CV05021;

8) Mimi Netrosio, 06cv11774;

9) Grant Sneddon, 07CV09189; and

10) Michael Vaughan, 06cv15110.

**EXHIBIT E**

1) Arthur Zipp, 09cv03718; and

2) John Giovanetti, 09CV03362.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------------------X   Docket No.:  21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
=================================================================

## NOTICE OF MOTION

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for* : Plaintiffs
350 5ᵗʰ Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

Attorney name:  Brian D. Crosby (BC9543)

Service of a copy of the within                                    is hereby admitted.
Dated,                          _____
                                                ATTORNEY(S) FOR

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
        that the within is a (certified) true copy of an                    duly entered in the
        office of the      clerk of the within named court on _____200__  .
☐ NOTICE OF SETTLEMENT
        that an order                                    of which the within is a true copy,  will be
        presented for settlement to the HON.                    one of the judges of the
        within named Court, at                    on          200___  at_____ O'clock ___.M.

Dated, _____

Yours, etc.

**WORBY GRONER EDELMAN & NAPOLI BERN LLP**