

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION<br><br>IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION<br><br>IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FINAL SETTLEMENT AGREEMENT** |
| Richard Brotschul<br>Kevin Fitzpatrick<br>Peter Gargano<br>Kelly Lyons<br>Patrick Pinsent<br>Samuel Provisero<br>      Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK, *et al.*,<br>      Defendants. | 21 MC 100 (AKH)<br><br>THIS STIPULATED ORDER PERTAINS TO ALL PLAINTIFFS AND DOCKET NUMBERS SET FORTH ON EXHIBIT A |

  IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Hofmann & Schweitzer, identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ("Settling Defendants") that:

  1. Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above-captioned action.

  2. Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World

Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3. The Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this action. Such understanding shall be, and hereby is, judicially noticed.

| HOFMANN & SCHWEITZER | PATTON BOGGS LLP |
|---|---|
| By: _____ | By: _____ |
| Dario A. Chinigo, Esq. | James E. Tyrrell, Jr., Esq. |
| *Attorneys for Plaintiffs* | *Attorneys for all Defendants* |
| 360 West 31st Street, Ste. 1506 | The Legal Center |
| New York, NY 10001 | 1 Riverfront Plaza, Ste. 600 |
| | Newark, NJ 07102 |
| Dated: January 14, 2011 | Dated: ~~January~~ February 24, 2011 |

SO ORDERED, this 25 day of Febr., 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

## Exhibit A – List of Plaintiffs

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action Nos. | Master Docket |
|---|---|---|---|---|---|---|
| | Last Name | First Name | Last Name | First Name | | |
| 1 | Brotschul | Richard | | | Noc 2/18/10 | 100 |
| 2 | Fitzpatrick | Kevin | Fitzpatrick | Claudia | 06cv12063 | 100 |
| 3 | Gargano | Peter | | | Noc 3/30/10 | 100 |
| 4 | Lyons | Kelly | Lyons | Laurie | Noc 11/9/09 | 100 |
| 5 | Pinsent | Patrick | | | Noc 3/19/10 | 100 |
| 6 | Provisero | Samuel | Provisero | Susan | 05cv224 | 100 |