```
                                                                       1
      0a5WwtcC
 1    UNITED STATES DISTRICT COURT
 1    SOUTHERN DISTRICT OF NEW YORK
 2    ------------------------------x
 2    In re WTC DISASTER SITE
 3    LITIGATION                          21 MC 100, 21 MC 102, 103
 3    ------------------------------x
 4                                        New York, N.Y.
 4                                        October 5, 2010
 5                                        2:50 p.m.
 5
 6    Before:
 6
 7                   HON. ALVIN K. HELLERSTEIN,
 7
 8                                        District Judge
 8
 9                        APPEARANCES
 9
10    WORBY GRONER EDELMAN & NAPOLI BERN
10         Attorneys for Plaintiffs
11    BY:  PAUL NAPOLI
11         MARC BERN
12         WILLIAM H. GRONER
12         -and-
13    SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO, P.C.
13    BY:  NICHOLAS PAPAIN
14         ANDREW J. CARBOY
14
15    GREGORY CANNATA
15    ROBERT GROCHOW
16         Attorneys for Liaison Plaintiffs (21 MC 102)
16
17    MARION S. MISHKIN
17         Attorneys for Nonrespiratory Plaintiffs
18
18    PATTON BOGGS LLP
19         Attorneys for Defendant City of New York and Contractors
19    BY:  JOSEPH E. HOPKINS
20         JAMES E. TYRRELL
20
21    SCHIFF HARDIN LLP
21         Attorneys for Defendant Port Authority of NY&NJ
22    BY:  ROBERT RILEY
22         BETH JACOB
23         PAUL SCRUDATO
23
24    McDERMOTT WILL & EMERY LLP
24         Attorneys for Defendant WTC Captive Ins. Co.
25    BY:  MARGARET H. WARNER
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
```

```
                                                                   13
        0a5WwtcC
 1    Ms. Warner.
 2              Item 4 reads:  The status of plaintiffs who were not
 3    listed as eligible for recovery under the master settlement
 4    agreement because they participated in the victim compensation
 5    fund, their stated desire to participate in the master
 6    settlement, and the need for a judicial determination of these
 7    plaintiffs' eligibility.
 8              Mr. Napoli, do you want to report?
 9              MR. NAPOLI:  Yes, your Honor.
10              Our office is in the process, and we asked for the
11    consultation of the Court, of finding special counsel to work
12    on and talk with these clients to work on what is going to
13    happen with these cases, whether it be by motion practice or
14    some other means of resolution, and we would ask that we report
15    back to you on finding special counsel.
16              THE COURT:  I'm anxious to help you, Mr. Napoli.  I
17    welcome your report.  I received letters from these people,
18    many of them, who complained that they entered the Victim
19    Compensation Fund thinking that their injuries were slight.
20    They say their injuries are now graver.  They signed a release
21    in a very broad form giving up all rights to litigate, and they
22    would like to escape the terms of their release.  One way or
23    another, we need to have a resolution of this issue.
24              The master settlement process agreement defines
25    eligible plaintiffs in such a way as to exclude these people,
                      SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                  14
       0a5WwtcC
 1     but they need to have resolution of their status in the
 2     litigation and whether the defense of release is valid or not
 3     and to what extent.  So I'm very happy that you are exploring
 4     the availability of the special counsel to represent this
 5     group, and we'll see how this goes.  So if there's no one else
 6     on item No. 4, we're past that.
 7              Item No. 5 reads as follows:  Regulating compensation
 8     of counsel other than Worby Groner and Sullivan Papain.  There
 9     are 25 such firms representing 350 plaintiffs and in addition,
10     there are two and maybe three pro se plaintiffs.  We need to
11     determine the claims of liaison counsel, Mr. Napoli.
12              And Mr. Papain also?
13              MR. PAPAIN:  Yes.
14              THE COURT:  For compensation from these other firms,
15     and for their clients, to recognize benefits conferred by the
16     activities of liaison counsel.
17              MR. PAPAIN:  Your Honor, I'm sorry.  I apologize for
18     interrupting, but I misunderstood the question.
19              We have waived and do not seek any compensation from
20     other firms.
21              THE COURT:  But Mr. Napoli does make that claim, does
22     seek it because he contends that his work for all as liaison
23     counsel needs to be compensated and it would be unfair if only
24     his clients had the obligation to compensate him because his
25     work was for the common benefit of all.
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```