```
                                  1
     122AASEPC         Conference
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   IN RE:
 4   WORLD TRADE CENTER LOWER
 5   MANHATTAN DIASTER SITE LITIGATION,
 6                  21 MC 100 (AKH)
 7                  21 MC 102 (AKH)
 8                   21 MC 103 (AKH)
 9   ------------------------------x
 9                       New York, N.Y.
10                       February 2, 2011
10                       2:30 p.m.
11   Before:
12
12            HON. ALVIN K. HELLERSTEIN,
13
13                    District Judge
14
14              APPEARANCES
15
16   GREGORY J. CANNATA & ASSOCIATES
16        Plaintiff Liaison Counsel (21 MC 102)
17        233 Broadway, 5th Floor
17        New York, NY 10279
18   BY:  GREGORY J. CANNATA
18
19   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
19        Attorneys for Plaintiffs
20        350 Fifth Avenue
20        New York, New York  10118
21   BY:  WILLIAM GRONER
21        PAUL V.  NAPOLI
22
22   McGIVNEY & KLUGER
23        Attorneys for various defendants
23        80 Broad Street
24        New York, NY 10004
24   BY:  RICHARD ERIC LEFF
25
              SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300
```

```
                                      2
      122AASEPC            Conference
 1    APPEARANCES Continued
 1
 2    PATTON BOGGS LLP
 2        Attorneys for Defendants
 3        The City of New York and
 3        contractors
 4        The Legal Center
 4        One Riverfront Plaza
 5        Newark, New Jersey  07102
 5    BY:  JAMES E. TYRRELL, JR.
 6         JOSEPH E. HOPKINS
 6
 7
 8    McDERMOTT WILL & EMERY
 8        Attorneys for Defendants
 9        WTC Captive Insurance Co.
 9        600 Thirteenth St, N.W.
10         Washington, D.C.  20005-3096
10    BY:  MARGARET H. WARNER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300
```

                                22
    122AASEPC              Conference

1    I'd like to see the payments go out to the plaintiffs.  They
2    have been waiting a long time.  They should get their money.
3            Number two on the agenda is the status of plaintiffs
4    who are eligible for the first victim compensation fund.  I
5    issued an order in October that there were discussions well
6    before that.  In November Mr. Napoli asked for another 30 days.
7            Where are we, Mr. Napoli?
8            MR. NAPOLI:  Your Honor, I think there's two things to
9    discuss on this topic.  And one is the Zadroga bill.  There is
10   some question as to whether or not these individuals will be
11   eligible or ineligible for the reopening of the VCF to remedy
12   any inequities in the amount of money they received either
13   because it wasn't enough at the time, they didn't understand
14   the injuries they had or those injuries got so much worse.
15           So in that regard on one hand I would ask that your
16   Honor as we did in 102 stay this until the regulations come
17   out --
18           THE COURT:  No.
19           MR. NAPOLI:  OK.  Then, your Honor, on the second
20   hand, your Honor, then I would ask that a briefing schedule be
21   made and --
22           THE COURT:  The issue is, who gives them advice?  I
23   understand there are 55 people.  I don't know their names.  I
24   don't know if Ms. Warner knows their names.
25           MR. NAPOLI:  We have a list.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

23

122AASEPC             Conference

1       THE COURT:  I would like to have the list tomorrow.
2       MR. NAPOLI:  That would not be a problem, your Honor.
3       THE COURT:  Approximately 55 people.  We've been
4  talking about this for a long time.
5       MR. NAPOLI:  Yes, your Honor.
6       THE COURT:  They need to be advised whether to try and
7  opt into the settlement, whether to not opt into the
8  settlement, whether to voluntarily dismiss their cases or to
9  proceed with their cases.  They need a lawyer to advise them.
10  You have been their lawyer but you are bound under the
11  settlement.  As I understand it the terms of the DCF which they
12  all participated is to bar them from litigation.  So someone's
13  got to advise them what to do and I think I've waited enough
14  time.
15       So I am appointing Noah Kushlefsky of Kreindler &
16  Kreindler to represent this group of people.  And you and I and
17  Mr. Kushlefsky will discuss the terms of an appropriate order
18  and I think it's appropriate also, at least for the plaintiff
19  giving advice, that your firm pay the fee.  You took them on.
20  You can't give them advice.  You are conflicted.  Someone has
21  got to give them advice and I think that Mr. Kushlefsky is
22  interested and will do it and will do it well.
23       MR. NAPOLI:  Well, your Honor, this is the first I've
24  heard of the name.  I certainly --
25       THE COURT:  Kreindler & Kreindler you've heard of.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

24

122AASEPC            Conference

1         MR. NAPOLI:  I know where he is from, your Honor.  He
2    is my competitor in business.
3         THE COURT:  Mr. Napoli, I've given you how many
4    months?
5         MR. NAPOLI:  Nobody has asked me if I have had anybody
6    to help.
7         THE COURT:  I've asked you to recommend in October.
8    In November you asked for another 30 days.
9         MR. NAPOLI:  I have, your Honor, and I have such a
10   name of a person.
11         THE COURT:  Mr. Kushlefsky's approved.  Thank you.
12   And I'll trust that you and he cooperate.
13         The next category number 3 is that we have been told
14   that there are 19 plaintiffs who were allegedly eligible to
15   settle under this settlement process agreement and expressed a
16   wish to enter into the settlement after the January 5
17   confirmation date.  There is an issue whether or not they're
18   entitled.  Under the terms of the agreement they're late.  That
19   January 5 date was a date that was several times enlarged.  If
20   there's a ground to allow them to file for the SPA that should
21   be known, otherwise, I feel it's too late.  So a motion has to
22   be made or this claim has to be abandoned.
23         Any comments?
24         MR. NAPOLI:  Your Honor, we will file a motion.
25         THE COURT:  By when?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300