

# KREINDLER & KREINDLER LLP

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

February 8, 2011

<u>VIA FACSIMILE</u>
(212) 587-0031

Worby Groner Edelman & Napoli Bern LLP
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118

Dear Counsel,

  As you know, Judge Hellerstein has appointed me as Counsel to fifty-nine injury plaintiffs in the World Trade Center litigation who previously had claims in the original September 11th Victim Compensation Fund. Under the terms of my appointment, I am required to consult with each plaintiff and advise them of their rights and options with respect to the litigation.

  In order to comply with the Court's instructions, I ask that you provide me with the address and other contact information for each plaintiff, as well as their files for review.

  Feel free to call me if you have any questions or concerns.

Very truly yours,

Kreindler & Kreindler LLP

By: Noah H. Kushlefsky

NHK:lr

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120