UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER SITE           :
LITIGATION                                        :
                                                  :   **ORDER AMENDING ORDER**
IN RE LOWER MANHATTAN DISASTER SITE              :   **AWARDING COMMON**
LITIGATION                                        :   **BENEFIT FEE**
                                                  :
IN RE COMBINED WORLD TRADE CENTER                :   21 MC 100 (AKH)
DISASTER SITE AND LOWER MANHATTAN                :   21 MC 102
DISASTER SITE LITIGATION                         :   21 MC 103
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On February 25, 2011, I issued an Order in which I allowed Plaintiffs' Liaison Counsel, Worby Groner Edelman & Napoli Bern LLP, to recover a common benefit fee from non-liaison counsel. Order Awarding Common Benefit Fee, 21 MC 100 (Doc. No. 2273) (S.D.N.Y. Feb. 25, 2011). I attached as an exhibit to that Order a list of the non-liaison counsel from whom Napoli Bern could obtain the fee. Id.

I have since been advised that the exhibit I attached did not accurately reflect the list of non-liaison counsel subject to the fee, in two respects: (i) it included the law firm Gregory J. Cannata and associates, and (ii) it excluded the firm Salengar, Sack, Kimmel & Bavaro, LLP, and the firm Tarshis & Hammerman, LLP. By mutual agreement, Napoli Bern and the Cannata firm are not seeking any fees from each other. As for the latter two firms, I am advised that they are non-liaison counsel that represent clients in this litigation. Accordingly, I amend my previous Order to exclude the Cannata firm, and to include the latter two. An updated exhibit is attached.

SO ORDERED.

Dated:   March __, 2011
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

| Non-Liaison Plaintiffs' Counsel |
| --- |
| Bamundo Zwal & Schermerhorn, LLP |
| Barasch McGarry Salzman & Penson |
| Borchert, Genovesi, LaSpina & Landicino, P.C. |
| Brecher Fishman |
| Stephen M. Cantor, P.C. |
| Cronin & Byczek |
| Law Office of Michael V. Devine |
| Douglas & London, P.C. |
| Friedman, Friedman, Chiaravalloti & Giannini |
| Law Offices of Joseph Giaramita |
| Godosky & Gentile, P.C. |
| Law Office of Ryan S. Goldstein, PLLC |
| Hofman & Associates |
| Law Offices of Andrew C. Laufer |
| Law Offices of Steve Marchelos, P.C. |
| Mayer Ross & Hagan, P.C. |
| Nnebe & Associates, P.C. |
| Oshman & Mirisola |
| Palmeri & Gavin |
| Parker Waichman Alonso, LLP |
| *Pro se* (no counsel of record) |
| John Rudden, Esq. |
| Sacks & Sacks |
| David E. Thomas, Esq. |
| Wertheimer Associates, P.C. |