

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

Master Docket No.: 21 MC 100 (AKH)

**STIPULATION OF DISMISSAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41 of the Federal Rule of Civil Procedure, by and between the parties hereto by their undersigned counsel, that non-party Mount Sinai Medical Center's motion for costs against Defendant The Port Authority of New York and New Jersey be dismissed with prejudice, with each party bearing its own fees and costs.

Dated: New York, New York
~~January~~, 2011
March 10

_____
Beth D. Jacob, Esq.
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
(718) 934-6501
*Attorneys for The Port Authority
of New York and New Jersey*

_____
Bettina B. Plevan, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
(212) 969-3065
*Attorneys for Mount Sinai Medical Center*

SO ORDERED

_____
U.S.D.J.
3/10/11