UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | MASTER DOCKET 21 MC 100 (AKH) |
|---|---|
| JESUS PORTILLA AND MARIA PORTILLA<br><br>Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>Defendants. | CIVIL ACTION NO. 05-CV-2445 (AKH)<br><br>STIPULATION OF DISMISSAL AS TO CONSOLIDATED EDISON DEFENDANTS WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for their respective parties in the above entitled action, and whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the claims against defendants Consolidated Edison Company of New York, Inc., Consolidated Edison Development, Inc., Consolidated Edison Energy, Inc., Consolidated Edison, Inc., and Consolidated Edison Solutions, Inc., be and hereby are discontinued and dismissed with prejudice and without costs to any party.

Dated: New York, New York
February 25, 2011

GREGORY J. CANNATA & ASSOCIATES

By: _____
ROBERT GROCHOW (RG1890)
233 Broadway, 5th Floor
New York, NY 10279
(212) 553-9206
*Attorneys for Plaintiffs*

NW-366151 v1

Dated: New York, New York
   February 23, 2011

RICHARD W. BABINECZ

By: _____
DOUGLAS J. McKAY (DM9380)
Room 1815-S
4 Irving Place
New York, NY 10003
(212) 460-2158
*Attorneys for Defendants*
*Consolidated Edison Company of New York, Inc.,*
*Consolidated Edison Development, Inc.,*
*Consolidated Edison Energy, Inc.,*
*Consolidated Edison, Inc., and*
*Consolidated Edison Solutions, Inc.*

SO ORDERED: — Claims continue as to other def'ts

_____
HONORABLE ALVIN HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

- 2 -