UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

---

CHRISTOPHER J. LUFFMAN,

    Plaintiff,

-against-

THE CITY OF NEW YORK,

    Defendant.

05 CV 01917
06 CV 07314
10 CV 02042

*[Handwritten: The Motion is granted. The Clerk shall terminate the motion (Doc. No. 12) /s/ AKH  SO ORDERED  March 17, 2011]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/21/11]*

### NOTICE OF PLAINTIFF'S MOTION FOR AN ORDER DISCHARGING WORBY GRONER EDELMAN & NAPOLI BERN AS COUNSEL FOR PLAINTIFF CHRISTOPHER LUFFMAN

Upon the annexed certification of Andrew J. Carboy, Esq. dated December 1, 2010 and the exhibits annexed thereto, Plaintiff will move this Court, the Honorable Alvin K. Hellerstein, United States District Judge, presiding, Room 14D, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007 for an order, discharging the firm of Worby Groner Edelman & Napoli Bern as counsel for plaintiff Christopher Luffman; and for such other and further relief as this Court deems just and proper.

Jurisdiction and venue are proper under the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 408(b)(3), which grants this Court exclusive jurisdiction over actions brought on claims relating to or arising out of the events of September 11, 2001, and pursuant to the World Trade Center Settlement Process Agreement.

Dated: New York, New York
December 1, 2010

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: Andrew J. Carboy (AJC 2147)
Attorneys for Plaintiff
120 Broadway
New York, New York 10271
(212) 732-9000

SERVICE LIST FOLLOWS THIS PAGE:

**DEFENDANTS' COUNSEL:**

James Tyrrell, Esq.
PATTON BOGGS LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 848-5600

Corporation Counsel of the City of New York
Attn: Scott Gleason, Esq.
100 Church Street
New York, NY 10007
Telephone: (212) 788-0303

**PLAINTIFFS' CO-LIAISON COUNSEL:**

Paul Napoli, Esq.
NAPOLI BERN RIPKA & WORBY GRONER EDELMAN
Empire State Building
350 Fifth Avenue, Ste. 7413
New York, NY 10118
Telephone: (212) 267-3700

**PLAINTIFF:**

Christopher Luffman
402 North Salem Road
Ridgefield, CT 06877