USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/11

Case 1:21-mc-00100-AKH   Document 2397   Filed 03/21/11   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (STRADDLER PLAINTIFFS) | 21 MC 103 (AKH) |
| ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A, <br><br> Plaintiff(s), <br><br> -Against- <br><br> A. RUSSO WRECKING, *ET AL.*, <br><br> Defendant(s), | STIPULATION OF VOLUNTARY DISMISSAL <br><br> Civil Action No.: See Schedule A |

[Handwritten note: "This stip'n is rejected, and the dismissal is denied, since the cases involved in the stip'n were previously dismissed. The stip'n may not be filed, or accepted by the Clerk of Court. 3-21-11" signed]

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The Plaintiffs' actions identified on Schedule A are voluntarily dismissed with prejudice;
2. All claims by Plaintiffs identified on Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice; and
3. The dismissal is without costs.

PATTON BOGGS LLP

By: _____
James Tyrrell (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600

Dated: February 25, 2011

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
Brian D. Crosby (BC-9543)
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

Dated: February 25, 2011

SCHIFF HARDIN LLP

By: *Paul C. Saulab* (signature)
~~Beth Jacob (BJ-6415)~~
900 3rd Avenue  PAUL SCRUBATI
New York, NY 10022-4753  PS-5927
(212) 753-5000

Dated: February ____, 2011


KIRKLAND & ELLIS LLP

By: _____
Lee Ann Stevenson
601 Lexington Avenue
New York, NY 10022
(212) 446-4917

Dated: February ____, 2011


K&L GATES

By: _____
Charles F. Rysavy
One Newark Center, Tenth Floor
Newark, NJ 07102-5285
(973) 848-4053

Dated: February ____, 2011


FLEMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Richard A. Williamson (RW-3033)
One Liberty Plaza
New York, NY 10006-1404
(212) 412-9500

Dated: February ____, 2011


LITCHFIELD CAVO LLP

By: _____
James F. Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100

Dated: February ____, 2011


LITCHFIELD CAVO LLP

By: _____
Edward Fogarty, Jr. (4587)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100

Dated: February ____, 2011


PILLINGER MILLER TARALLO, LLP

By: _____
Marc H. Pillinger (MHP-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300

Dated: February ____, 2011


MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498

Dated: February ____, 2011

COZEN O'CONNOR

By: _____
Anita B. Weinstein, Esq. (AW-XXXX)
1900 Market Street
Philadelphia, PA   19103
(215) 665-2059

Dated:  March 3, 2011

DAY PITNEY LLP

By: _____
Benjamin E. Haglund (BH-3350)
7 Times Square
New York, NY 10036-7311
(212) 297-5800

Dated: February ____, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Steven R. Kramer, Esq. (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909

Dated: February ____, 2011

McGIVNEY & KLUGER, P.C.

By: _____
Richard E. Leff, Esq. (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456

Dated: February ____, 2011

Exhibit A

| # | Plaintiff Last Name | Plaintiff First Name | Case Number | Docket |
|---|---|---|---|---|
| 1 | Alvarez | Jimmy | 06cv11912 | 21 MC 100 |
| 2 | Basil | John | 06cv10247 | 21 MC 100 |
| 3 | Berardi | John | 06cv11934 | 21 MC 100 |
| 4 | Brambach | Joseph | 06cv13809 | 21 MC 100 |
| 5 | Brathwaite | Merlin | 06cv11954 | 21 MC 100 |
| 6 | Brennan | William | 06cv09003 | 21 MC 100 |
| 7 | Brosnan | Patrick | 07cv08870 | 21 MC 100 |
| 8 | Clark | George | 06cv11993 | 21 MC 100 |
| 9 | Colavitti | Kevin | 06cv11999 | 21 MC 100 |
| 10 | Cox | James | 06cv12243 | 21 MC 100 |
| 11 | Cuzzo | John | 06cv13859 | 21 MC 100 |
| 12 | Davis | Michael | 06cv12019 | 21 MC 100 |
| 13 | Deluca | John | 07cv05201 | 21 MC 100 |
| 14 | DiCarlo | Anthony | 06cv09988 | 21 MC 100 |
| 15 | DiPrimo | Donato | 06cv09036 | 21 MC 100 |
| 16 | Dobbins | Anthony | 06cv14611 | 21 MC 100 |
| 17 | Drew | Daniel | 06cv12035 | 21 MC 100 |
| 18 | Felci | Thomas | 05cv06217 | 21 MC 100 |
| 19 | Freeman | Christopher | 06cv12075 | 21 MC 100 |
| 20 | Gibbons | Sean | 06cv11679 | 21 MC 100 |
| 21 | Gigantino | Leonard | 06cv14682 | 21 MC 100 |
| 22 | Gillespie | James | 06cv10133 | 21 MC 100 |
| 23 | Grazette | Michael | 06cv10332 | 21 MC 100 |
| 24 | Harrington | Joseph | 06cv12130 | 21 MC 100 |
| 25 | Hogue | Gwendolyn | 06cv13952 | 21 MC 100 |
| 26 | Hyde | Richard | 06cv09792 | 21 MC 100 |
| 27 | Jackson | Daniel | 06cv12152 | 21 MC 100 |
| 28 | Johnson | Tomar | 07cv05224 | 21 MC 100 |
| 29 | Kearns | John | 06cv09098 | 21 MC 100 |
| 30 | Kelliher | Scott | 06cv12176 | 21 MC 100 |
| 31 | Lago-Cambeiro | Leonardo | 06cv10796 | 21 MC 100 |
| 32 | Lavin | Paul | 06cv14787 | 21 MC 100 |
| 33 | Lynch | Michael | 06cv08025 | 21 MC 100 |
| 34 | Maginnis | Joseph | 06cv06742 | 21 MC 100 |
| 35 | Martin | Darryl | 06cv11712 | 21 MC 100 |
| 36 | Matthew | Charles | 06cv14838 | 21 MC 100 |
| 37 | McGovern | Michael | 06cv09806 | 21 MC 100 |
| 38 | Morrissey | James | 06cv10615 | 21 MC 100 |
| 39 | Muniz | Hector | 06cv12352 | 21 MC 100 |
| 40 | Murray | Arthur | 06cv12357 | 21 MC 100 |
| 41 | Oconnor | Kenneth | 06cv09168 | 21 MC 100 |
| 42 | Perez | David | 06cv09176 | 21 MC 100 |
| 43 | Perodin | Paul | 08cv00843 | 21 MC 100 |

Exhibit A

| #  | Plaintiff Last Name | Plaintiff First Name | Case Number | Docket    |
|----|---------------------|----------------------|-------------|-----------|
| 44 | Revander            | Margaret             | 07cv10826   | 21 MC 100 |
| 45 | Rhoden              | Marcel               | 07cv05311   | 21 MC 103 |
| 46 | Rivera              | Gilbert              | 06cv11306   | 21 MC 100 |
| 47 | Rodriguez           | Dennis               | 06cv11577   | 21 MC 100 |
| 48 | Russolello          | Dominick             | 07cv08938   | 21 MC 100 |
| 49 | Sanchez             | Jose                 | 06cv09208   | 21 MC 100 |
| 50 | Schnugg             | Michael              | 06cv12500   | 21 MC 100 |
| 51 | Sham                | Michael              | 06cv12515   | 21 MC 100 |
| 52 | Skelton             | Gerald               | 06cv12530   | 21 MC 100 |
| 53 | Smith               | Godfrey              | 06cv11062   | 21 MC 100 |
| 54 | Smith               | Russell              | 06cv14131   | 21 MC 100 |
| 55 | Specce              | Gerard               | 06cv10639   | 21 MC 100 |
| 56 | Strickland          | William              | 05cv09688   | 21 MC 100 |
| 57 | Tessoni             | Robert               | 06cv12565   | 21 MC 100 |
| 58 | Tighe               | James                | 06cv14147   | 21 MC 100 |
| 59 | Velez               | Hector               | 06cv12599   | 21 MC 100 |
| 60 | Williams            | Frederick            | 06cv09253   | 21 MC 100 |