USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

---

CHRISTOPHER RYAN, ET AL.,

Plaintiff(s),

- against -

A. RUSSO WRECKING, INC., ET AL.,

Defendant(s).

---

**PARTIAL STIPULATION OF
VOLUNTARY DISMISSAL WITH
PREJUDICE – DERIVATIVE CLAIM
ONLY**

21 MC 100(AKH)

05-CV-1632

*The request to endorse this stipulation is denied without prejudice to resubmission in conformity with my order of March 21, 2011.*

IT IS HEREBY STIPULATED AND AGREED by and between all parties that, pursuant SO ORDERED

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

*March 22, 2011*

1.    All derivative claims by plaintiff Erin Ryan ("Derivative Plaintiff"), who is the

spouse of Plaintiff Christopher Ryan ("Primary Plaintiff"), against all Defendants or against any

Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery

and/or debris-removal operations and/or clean-up at any location on and/or after September 11,

2001 with respect to the loss of services of and/or consortium with Primary Plaintiff are hereby

voluntarily dismissed with prejudice;

2.    The stipulation does not affect in any way Primary Plaintiff's claims against

Defendants;

3.    If after this Stipulation is filed the Derivative Plaintiff commences an action

against any or all of the entities listed on Exhibit A to the World Trade Center Litigation

Settlement Process Agreement, As Amended ("Amended SPA") alleging any injury, derivative

or otherwise, arising out of or relating in any way to World Trade Center-related rescue,

recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA; and

    4.    The dismissal is without costs.

Dated: January 14, 2011

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP

By:_____
    CHRISTOPHER R. LOPALO, ESQ.
    350 Fifth Avenue, Suite, 7413
    New York, New York 10118
    (212) 267-3700
    *Attorneys for Plaintiffs*

Dated: January 31, 2011

PATTON BOGGS, LLP

By:_____
    JAMES E. TYRRELL, JR., ESQ.
    The Legal Center
    One Riverfront Plaza
    Newark, New Jersey 07102
    (973) 848-5620
    Attorneys for the City of New York
    and its Contractors

March 18
Dated: ~~January~~ ___, 2011

SCHIFF HARDI, LLP

By: _____
    ~~BETH D. JACOB, ESQ.~~ Rob Rickror
    SCHIFF HARDIN, LLP
    900 Third Avenue
    Twenty-Third Floor
    New York, New York 10022
    (212) 745-0835
    *Attorneys for the Port Authority of New York and New Jersey*