# WORBY GRONER EDELMAN & NAPOLI BERN LLP

A Partnership of Limited Liability Partnerships
**350 Fifth Avenue, Suite 7413**
**New York, New York 10118**
(212) 267-3700

BRIAN D. CROSBY
ASSOCIATE
BCROSBY@NAPOLIBERN.COM

March 1, 2011

*Via Electronic Transmission*

The Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re:    In re: World Trade Center Disaster Site Litigation
21 MC 100 (AKH)

Dear Judge Hellerstein:

We write in response to and seeking clarification of this Court's Order of February 28, 2011, deeming several of Plaintiffs' cases "voluntarily dismissed". This Court's Order arose from a motion filed by the undersigned, which sought two distinct avenues of relief for two different groups of plaintiffs, listed on two different Exhibits, respectively. The motion is enclosed herewith for the Court's reference. The motion sought, on the one hand, the reinstatement of cases listed on Exhibit A to the motion and, on the other hand, the voluntary dismissal of the cases listed on Exhibit E to the motion. However, the Court's Order appears to lump the two Exhibits together and voluntarily dismissed all of the cases:

> MEMO ENDORSEMENT on [2324] NOTICE OF MOTION.
> ENDORSEMENT: Without objection, the motion is granted. The
> Plaintiffs listed on the attached schedule are deemed to have
> voluntarily dismissed their cases, consistent with the terms of my
> order of December 30, 2010, See Doc. No. 2267 and subject to its
> terms. The Clerk shall terminate the motion (Doc. No. 2324) So
> Ordered. (Signed by Judge Alvin K. Hellerstein on 2/25/2011)
> (jpo)

We have no objection to the voluntary dismissal of the Plaintiffs listed on Exhibit E. However, we respectfully submit that the Court inadvertently "voluntarily dismissed" the cases on Exhibit A (those Plaintiffs for whom we sought reinstatement since these Plaintiffs communicated their intent to opt out of the Settlement Process Agreement in writing). Therefore, we ask that the Court clarify (and, we hope, correct) its position as to the Plaintiffs appearing on Exhibit A to the motion and suggest that since the motion was without objection, that their cases be reinstated.

*The request is denied without prejudice to renewal. Plaintiffs who wish to reinstate their cases must, consistent with my orders of December 30, 2010, apply for relief and set forth the reasons it should be granted. See FRCP 60(b). SO ORDERED*

*March 24, 2011*

The Hon. Alvin K. Hellerstein
Re: In re World Trade Center Disaster Site Litigation
    21 MC 100 (AKH)
March 1, 2011, page 2


        As always, we are available to discuss this and any other matter at the Court's
convenience.

                                        Respectfully submitted,

                                        WORBY GRONER EDELMAN & NAPOLI BERN, LLP



                                        Brian D. Crosby


Encl.

cc:
Special Master Twerski
Special Master Henderson
Margaret Warner, Esq.
James E. Tyrrell, Jr., Esq.
Andrew Carboy, Esq.