UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

Docket No.: 21 MC 100 (AKH)

-------------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION

**RENEWED NOTICE OF MOTION**

-------------------------------------------------------------------X

PLEASE TAKE NOTICE THAT upon the Renewed Declaration of Brian D. Crosby dated March 29, 2011 and the exhibits annexed thereto, this Court's Order of March 24, 2011, and pursuant to Fed. R. Civ. P. 60 (b)(1) Plaintiffs' Liaison Counsel will request this Court to Order:

1. That the plaintiffs' cases on the attached Exhibit A are hereby reinstated to continue their litigation as opt-out plaintiffs; and

2. Such other and additional relief as this Court deems just and proper.

Dated: New York, New York
March 29, 2011

Respectfully submitted,

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
*Plaintiffs' Co-Liaison Counsel*

_____
Brian D. Crosby (BC-9543)

350 5th Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

To:

James E. Tyrrell Jr., Esq.
Patton Boggs, LLP
*Defendants' Liaison Counsel and*
*Counsel for Defendant City of New York*
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102

Beth D. Jacob, Esq.
Schiff Hardin, LLP
*Defendants' Liaison Counsel*
900 Third Avenue, 23rd Floor
New York, New York 10022

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Mwarner@mwe.com

Andrew J. Carboy
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271
acarboy@triallaw1.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------------X   Docket No.: 21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-------------------------------------------------------------------X

================================================================

### RENEWED NOTICE OF MOTION
================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for*: Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

================================================================

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

Attorney name: Brian D. Crosby (BC9543)

================================================================

Service of a copy of the within _____ is hereby admitted.
Dated,
                              _____
                              ATTORNEY(S) FOR

================================================================

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
    that the within is a (certified) true copy of an _____ duly entered in the office of the    clerk of the within named court on _____ 200__.
☐ NOTICE OF SETTLEMENT
    that an order _____ of which the within is a true copy,  will be presented for settlement to the HON. _____ one of the judges of the within named Court, at        on       200___  at_____ O'clock ___.M.

Dated, _____

                              Yours, etc.

                              **WORBY GRONER EDELMAN & NAPOLI BERN LLP**