AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

IN RE: WORLD TRADE CENTER DISASTER
SITE LITIGATION

**APPEARANCE**

Case Number:  21 MC 100 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Special Counsel to cases listed on attached Schedule A.

I certify that I am admitted to practice in this court.

March 29, 2011
_____
Date

_____
Signature

Noah H. Kushlefsky                          NK6272
Print Name                                  Bar Number

750 Third Avenue, 32nd Floor
Address

New York            NY            10017
City                State         Zip Code

(212) 687-8181            (212) 972-9432
Phone Number             Fax Number

**In Re: WTC Disaster Site Litigation 21 MC 100 (AKH)**
**SCHEDULE A**

| Last Name | First Name | Civil No. |
|---|---|---|
| Atlas | Sarah | 07cv04868 |
| Baumann | Christopher | 07cv04300 |
| Berrios | Ruben | 06cv09001 |
| Bigl | Donald | 04cv09857 |
| Boyer | Enis | 06cv07355 |
| Brzostek | Eric | 06cv14511 |
| Cali | Gary | 05cv01469 |
| Carpio | Luis | 08cv01358 |
| Cascio | Raymond | 07cv10873 |
| Cervantes | Regina | 06cv11639 |
| Clarke | Thomas | 07cv04902 |
| Conti | Anthony | 06cv08356 |
| Coto | Mitchell | 05cv09877 |
| Cutrone | Joseph | 06cv12727 |
| Dadabo | John | 09cv03335 |
| Delano | Kevin | 08cv06767 |
| DeMartino, Jr, | John | 06cv06762 |
| Doherty | Kevin | 05cv01756 |
| Estreicher | RIchard | 06cv12046 |
| Finn | Andrew | 06cv11665 |
| Forras | Vincent | 07cv05211 |
| Gallo | Anthony | 06cv13616 |
| Gayer | Robert | 07cv09027 |
| Giaramita | Frank | 06cv10764 |
| Guise | Steven | 07cv09028 |
| Hanberry | Brian | 06cv09075 |
| Howell | Jeffrey | 06cv14732 |
| Keegan | Bill | 06cv06791 |
| Kennedy | Donald | 06cv10374 |
| Lester | Suzanne | 06cv10383 |
| Lewis | Patricia | 07cv10176 |
| Libretti | Joseph | 06cv12212 |
| Makuch | Glenn | 07cv10008 |
| Marrero | Julio | 06cv14833 |
| Mastros | Marc | 07cv10803 |
| McCormick | Kenneth | 05cv05601 |
| McGrory | Robert | 05cv01282 |
| McInerney | Timothy | 05cv01371 |
| Miano | Henry | 06cv08473 |
| Morley | Timothy | 06cv10144 |

**In Re: WTC Disaster Site Litigation 21 MC 100 (AKH)**
**SCHEDULE A**

| Last Name | First Name | Civil No. |
| --- | --- | --- |
| Murphy | Brian | 07cv10023 |
| Murphy | Paul | 06cv09152 |
| Napoli | Joseph | 07cv09154 |
| O'Keefe | James | 06cv14931 |
| Owens | Girardi | 06cv14065 |
| Parker | Edward | 06cv09829 |
| Piatti | William | 06cv14969 |
| Reilly | Thomas | 06cv12439 |
| Revella | Terrence | 07cv05150 |
| Rivas | David | 05cv01698 |
| Rizzi | John | 07cv10831 |
| Samuels | George | 06cv12814 |
| Spencer | Brenda | 07cv5085 |
| Veerapen | Sean | 06cv12597 |
| Viswamithra | Kodengada | 07cv0175 |
| Wilson | Charles | 06cv08882 |
| Zarr | Katherine | 07cv10867 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: WORLD TRADE CENTER DISASTER          Case No. 21 MC 100 (AKH)
SITE LITIGATION


-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the attached Appearance was served upon all parties on this 29th day of March, via the Court's CM/ECF system.


                                       /s/
                               Noah H. Kushlefsky