Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Joel D. Thompson
78 Midland Place
Newark, NJ 07106

Date: 3/17/2011

Dear Sir;

It has come to my attention that the firm, Worby, Groner, Edelman and Napoli Bern LLP, has violated both Federal and State laws in regards to case WTC Disaster Site and Lower Manhattan Disaster Site Litigation - 21 MC 100, 21 MC 102, 21 MC 103 in the Motion filed in court dated Mar 11, 2011.

They did so by adding clients they knew or had knowledge should not be part of the SPA suit and in taking such action failed to meet the required 95 % percent needed to satisfy all the stipulations of the case.

I ask the court to intervene in this matter due to the egregious and avaricious manner in which this attorney and their partners pursued this case.
They have caused severe damage to other clients in this matter by seeking to increase the fee's they'd collect from these 59 clients and reducing the overall settlement amounts for others who were not able to be a part of the VCF.

An example of fee overages I have recently received a settlement check from the law firm of Worby, Groner, Edelman and Napoli, Bern LLP. to my knowledge one firm based on their commonly shared office space, a check with three separate charges for legal fees.

And as such should only be allowed to deduct a fee for one entity from my settlement check.

The retainer agreement states that cost for legal fee's are derived as a percentage of all clients involved in this case and as such having now 59 clients potentially removed as clients from the overall SPA should act to reduce fee amounts.

I'd also like to add that said firm did a great disservice to all plaintiffs in this case with the unprofessional manner by which they undertook the processing of this case.
The medical personnel utilized to review patient medical records amounted to nurses as told to me by representative attorney Christopher.

---

Handwritten annotation (Judge's note):

Application denied. The court reviews the overall process, not each detail. If applicant is aggrieved by the alleged inadequacy of review, to the Allocation Neutral, all appeals to the Appeal Neutral are available under the Stipend Process Agreement.

3-22-11
A.K. Hellerstein

---

Stamps:
RECEIVED MAR 21 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/11

No doctors were utilized which potentially placed other plaintiffs at the same risk as the 59 VCF clients who, asked to join the SPA suit due to the deteriorating nature of their once less serious injuries.

I believe the attorney's did this to lessen not only their cost, but also place a larger percentage of plaintiffs into lower Tier categories.

As an example my injuries from working at Ground Zero is Chronic Rhinitis as diagnosed by my current physician. I've been living with the condition since 2003 and subsequently years. I supplied my medical records to my law firm with each year showing a diagnosis of Rhinitis, which if reviewed by a trained licensed ENT doctor would have placed me and am sure other plaintiffs in different higher Tier groupings..

I am thankful for the effort put forth by the law firms in this case, but their avarice has soiled this case.

Please your Honor I sincerely ask that you launch a review this firms practice and allow any plaintiff with fee and medical grievances the opportunity to redress.

Sincerely;

Joel D. Thompson

Judge wrote:

"Application denied. The court reviews the overall process, but cannot review each detail. If applicant is aggrieved by the alleged inadequacy of recovery, rehearings to the Allocation Neutral and appeals to the Appeal Neutral are available under the Settlement Process Agreement.

3-22-11
Alvin K. Hellerstein"