Case 1:21-mc-00100-AKH   Document 2412   Filed 04/04/11   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER SITE :
LITIGATION :
-------------------------------------------------------------- :   **ORDER SETTING BRIEFING**
IN RE LOWER MANHATTAN DISASTER SITE        :   **SCHEDULE**
LITIGATION :
-------------------------------------------------------------- :   21 MC 100 (AKH)
IN RE COMBINED WORLD TRADE CENTER          :   21 MC 102
DISASTER SITE AND LOWER MANHATTAN          :   21 MC 103
DISASTER SITE LITIGATION :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has been advised of a dispute between the WTC Captive Insurance Company and Lloyd's of London, concerning the WTC Captive's indemnity obligation to Lloyd's under a settlement agreement resolving the former's claims against the latter. The inability to resolve the issue has caused a delay in payments due under the settlement agreement, both as settlement compensation to the settling Plaintiffs and as administrative costs for the Allocation Neutral. Given the urgent need for a resolution of the issue and the justiciable nature of the conflict, the parties shall set forth their positions, and provide supporting memoranda, by 5:00pm on April 11, 2011. The parties may reply to each others' submissions by 5:00pm on April 14, 2011. Briefing will then be closed. On April 11, the parties must also jointly submit a complete and unredacted copy of their settlement agreement.

The Court will either decide the issue on the papers or set argument.

SO ORDERED.

Dated: April 4, 2011
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge