

RECEIVED
APR 07 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

CHRISTOPHER RYAN, ET AL.,

Plaintiff(s),

- against -

A. RUSSO WRECKING, INC., ET AL.,

Defendant(s).

PARTIAL STIPULATION OF
VOLUNTARY DISMISSAL WITH
PREJUDICE – DERIVATIVE CLAIM
ONLY

21 MC 100 (AKH)

05-CV-1632

*motion granted:
The stip'n is rqd.
4/7/11
[signature]*

## UNOPPOSED MOTION FOR AN ORDER VOLUNTARILY DISMISSING DERIVATIVE CLAIM

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs'

Liaison Counsel, Worby Groner Edelman & Napoli Bern, LLP, counsel for the moving plaintiffs

Christopher and Erin Ryan, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the

Southern District of New York located at 500 Pear Street, New York, New York, Room 14-D for

an Order seeking the voluntary dismissal of all derivative claims by plaintiff Erin Ryan pursuant

to Federal Rule of Civil Procedure 41(a)(1)(2).

**PLEASE TAKE FURTHER NOTICE** that Worby Groner Edelman & Napoli Bern,

LLP shall move this Court for any additional appropriate relief in which this Court deems just

and proper.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/11

2

Dated: April 6, 2011

Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

3