UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE WORLD TRADE CENTER DISASTER SITE
LITIGATION

21 MC 100 (AKH)

------------------------------------------------------------------X

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs represented by Plaintiffs' Co-Liaison Counsel Worby Groner Edelman & Napoli Bern, LLP hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's March 11, 2011 Order Denying Vacatur of the Court's February 7, 2011 Order Appointing Special Counsel Noah Kushlefsky, Esq. and ordering any part of his fees to be paid by Worby Groner Edelman & Napoli Bern, LLP. Plaintiffs appeal from each and every part of said orders, documents.

Dated April 11, 2011

Worby Groner Edelman & Napoli Bern, LLP

DENISE A. RUBIN (DR5591)

350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

*Co-Liaison Counsel for Plaintiffs*

1

96998