Beth D. Jacob
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 753-5000
*Attorneys for Defendant The Port Authority of New York and New Jersey*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| THIS DOCUMENT APPLIES TO ALL CASES IN WHICH THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY IS A DEFENDANT | NOTICE OF MOTION FOR SUMMARY JUDGMENT DISMISSING COMPLAINTS AGAINST THE PORT AUTHORITY FOR LACK OF SUBJECT MATTER JURISDICTION |

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, declaration of Donald A. Klein dated April 13, 2011, and the attached exhibits thereto, and all prior proceedings and pleadings in 21 MC 100, The Port Authority of New York and New Jersey will move this Court in Courtroom 14D at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined, for an Order pursuant to Federal Rules of Civil Procedure, Rules 56(b) and 12(b)(1), dismissing the actions listed in the attached Appendix on the ground that this Court does not have subject matter jurisdiction because they do not comply with the requirements of New York Unconsolidated Laws § 7107, and for such other and further relief as to this Court seems just and proper.

Dated: New York, New York
April 13, 2011

By: _____
Beth D. Jacob
Robert H. Riley
Paul A. Scrudato
Donald A. Klein
Robert H. Rickner
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
(212) 753-5000

*Attorneys for Defendant The Port Authority of New York and New Jersey*

## Appendix

| Plaintiff | Case Number |
|---|---|
| Bartolotta, Sebastian | 06cv14487 |
| Dannenfelser, Gene | 06cv12018 |
| Davis, Maurice | 06cv09529 |
| DeFano, John | 07cv04916 |
| Defeo, Patricia | 06cv08957 |
| Devlin, Chris | 06cv13871 |
| Fagan, Michael | 06cv12051 |
| Faltynowicz, Stanislaw | 08cv02616 |
| Ferraro, Edward M. | 06cv07411 |
| Gilford, Samuel | 06cv09785 |
| Glover, Melvin | 06cv13928 |
| Greenberg, Bruce | 05cv07273 |
| Guriel, Tom | 06cv12122 |
| Gutierrez, William | 08cv01384 |
| Hardy, Leslie | 08cv01760 |
| Howard, Gregory | 06cv10780 |
| Kelly, Thomas | 06cv13972 |
| Lassiter, Irvin | 06cv11205 |
| Logan, Charles | 06cv08448 |
| Marshall, John | 06cv14019 |
| Martin, Robert J. | 07cv10012 |
| McHale, Thomas | 06cv14031 |
| McNellis, Sean | 06cv10401 |
| Moschitta, Michael | 06cv08983 |
| Moynihan, Daniel | 07cv05021 |
| Netrosio, Mimi | 06cv11774 |
| O'Donnell, Glenn | 06cv09657 |
| Potanavic, Raymond | 07cv05039 |
| Prager, Richard | 07cv05041 |
| Ragazzo, Joseph | 08cv00764 |
| Rozakis, William | 06cv10473 |
| Ruis, John | 06cv11264 |
| Samothrakis, Sotereos | 07cv05070 |
| Schor, Robert | 05cv01618 |
| Schuler, Steven | 07cv05425 |
| Takacs, James | 06cv10884 |
| Trembone, Joseph | 05cv01629 |
| Vaughan, Michael | 06cv15110 |
| Walcott, John | 04cv04178 |
| Wallace, James | 06cv12605 |

NY\50967767.1