UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER SITE :
LITIGATION :
------------------------------------------------------------------------ :
IN RE LOWER MANHATTAN DISASTER SITE :
LITIGATION :
------------------------------------------------------------------------ :
IN RE COMBINED WORLD TRADE CENTER :
DISASTER SITE AND LOWER MANHATTAN :
DISASTER SITE LITIGATION :
------------------------------------------------------------------------ x

**ORDER SETTING BRIEFING SCHEDULE**

21 MC 100 (AKH)
21 MC 102
21 MC 103

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has previously set a briefing schedule for an issue arising between the WTC Captive Insurance Company and Lloyd's of London, which called for opposition briefs on April 14, 2011. That date is adjourned to April 22, 2011. The parties should submit their oppositions by 5:00pm that day.

SO ORDERED.

Dated: April 13, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge