# SCHIFF HARDIN LLP

900 THIRD AVENUE
NEW YORK, NEW YORK  10022
*t* 212.753.5000
*f* 212.753.5044
www.schiffhardin.com

Beth D. Jacob
212-745-0835
bjacob@schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/11

April 12, 2011

*So Ordered
4-13-11*
[signature]

**VIA E-MAIL**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY  10007

    Re:    *In re World Trade Center Disaster Site Litigation*, 21 MC 100

Dear Judge Hellerstein:

I write on behalf of The Port Authority of New York and New Jersey (the "Port Authority") with respect to the Motion for Summary Judgment Dismissing Complaints Against The Port Authority of New York and New Jersey.  The Port Authority will file its motion on April 13, 2011.  The exhibits to the moving papers will exceed the permissible size limitations for electronic filing.  In accordance with Rule 5.1 of the Southern District's Electronic Case Filing Rules & Instructions, we request permission to file the exhibits in hard copy format.

Respectfully,

[signature]

Beth D. Jacob

cc: Liaison Counsel (by e-mail)

NY\50967605.1

CHICAGO I WASHINGTON I NEW YORK I LAKE FOREST I ATLANTA I SAN FRANCISCO I BOSTON