UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

Docket No.: 21 MC 100
21 MC 103 (AKH)

-------------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION

**NOTICE OF JOINT MOTION
TO VOLUNTARILY DISMISS**

-------------------------------------------------------------------X

PLEASE TAKE NOTICE THAT upon the Declaration of Brian D. Crosby dated April 14, 2011, the exhibits annexed thereto, including a prior Order of this Court, the undersigned counsel will move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby requesting that this Court:

1. grant the proposed Orders of Voluntary Dismissal annexed as **Exhibit "2", Exhibit "3", and Exhibit "4"**; and award

2. such other and additional relief as this Court deems just and proper.

Dated:     New York, New York
           April 14, 2011

Respectfully submitted,

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
*Plaintiffs' Co-Liaison Counsel*

_____
Brian D. Crosby (BC-9543)
350 5th Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

To:

All attorneys of record in this matter in the Court's Electronic Case Filing System

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: LOWER MANHATTAN
DISTRICT SITE LITIGATION
-------------------------------------------------------------------X   Docket No.: 21 MC 100
                                                                                        21 MC 103 (AKH)
THIS DOCUMENT APPLIES TO ALL
LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
========================================================================

### JOINT MOTION TO VOLUNTARILY DISMISS
========================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**

*Attorneys for* : Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

========================================================================

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

Attorney name: Brian D. Crosby (BC9543)

========================================================================

Service of a copy of the within                                  is hereby admitted.
Dated,
                                                                 _____
                                                                 ATTORNEY(S) FOR

========================================================================

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
   that the within is a (certified) true copy of an                 duly entered in the
   office of the    clerk of the within named court on _____200__.
☐ NOTICE OF SETTLEMENT
   that an order                      of which the within is a true copy,  will be
   presented for settlement to the HON.                one of the judges of the
   within named Court, at           on       200___ at_____ O'clock ___.M.

Dated, _____

Yours, etc.

**WORBY GRONER EDELMAN & NAPOLI BERN LLP**