UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER LITIGATION | 21 MC 100 (AKH) 21 MC 102 (AKH) 21 MC 103 (AKH) |
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | |
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | |



Consistent with the Allocation Neutral's "Payment Status Report" dated March 9th, 2011, attached hereto is an exhibit containing updated data regarding the status of the claims review process and associated settlement payments.

Respectfully submitted,

Matthew L. Garretson, Esq.
Garretson Resolution Group, Inc.
Allocation Neutral

April 13, 2011

*[Handwritten note:]* This notice, and the attached exhibit, shall be posted on the court's 9/11 website, and filed in court records. 4/14/11 [signature]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/11

1

**Exhibit - WTC Operational Metrics Dashboard**
**4/13/2011**

| PAYMENT INFORMATION | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
|---|---|---|---|
| **Initial Payments** | Issue Date | | |
| Wave 1 | 1/27/2011 | 1,548 | 625 |
| Wave 2 | 2/2/2011 | 1,638 | 926 |
| Wave 3 | 2/14/2011 | 1,739 | 959 |
| Wave 4 | 3/8/2011 | 1,799 | 1,006 |
| Wave 5 | 3/10/2011 | 1,102 | 590 |
| Wave 6 | 3/16/2011 | 614 | 321 |
| Wave 7 | 3/23/2011 | 588 | 350 |
| Wave 8 | 3/30/2011 | 466 | 256 |
| Wave 9 | 4/6/2011 | 129 | 65 |
| Wave 10 | 4/13/2011 | 52 | 25 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 9,675 | 5,123 |
| | | | |
| **Tier 2 - Accelerated Final Payments** | Issue Date | | |
| Wave 8 | 3/30/2011 | 125 | 75 |
| Wave 9 | 4/6/2011 | 546 | 321 |
| Wave 10 | 4/13/2011 | 116 | 58 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 787 | 454 |
| | | | |
| **Tier 3 - Accelerated Final Payments** | Issue Date | | |
| Wave 8 | 3/30/2011 | 42 | 22 |
| Wave 9 | 4/6/2011 | 123 | 75 |
| Wave 10 | 4/13/2011 | 37 | 20 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 202 | 117 |
| | | | |
| **Tier 4 - Interim Payments** | Issue Date | Estimated Start - week of 5/30/11 | |
| First wave - TBD | | TBD | TBD |
| Other Waves - TBD | | TBD | TBD |
| | | | |
| **Tier 4 - Final Distribution Payments** | Issue Date | Estimated Time - December, 2011 | |
| All 21mc100 Plaintiffs - TBD | | TBD | TBD |
| All 21mc102 Plaintiffs - TBD | | TBD | TBD |
| All 21mc103 Plaintiffs - TBD | | TBD | TBD |

**Exhibit - WTC Operational Metrics Dashboard**
**4/13/2011**

| Other Elements of Recovery | | Primary Plaintiffs | Derivative Plaintiffs |
|---|---|---|---|
| | | Payments Made | Payments Made |
| **Permanent Disability Fund Awards** | Issue Date | Estimated Time - Q3, 2011 | |
| Single Payment Wave - TBD | | TBD | TBD |
| | | | |
| **Mixed Orthopedic Injury Payments** | Issue Date | Estimated Time - Q3, 2011 | |
| Single Payment Wave - TBD | | TBD | TBD |
| | | | |
| **Qualifying Surgery Payments** | Issue Date | Estimated Start - week of 4/25/11 | |
| First wave - TBD | | TBD | TBD |
| Other waves - TBD | | TBD | TBD |
| | | | |
| **Marine Insurers' Payments** | Issue Date | TBD | |
| | | | |
| **** Grand Totals To Date | | 10,664 | 5,694 |

Ability to make payments subject to deficiency cures, reconsiderations and appeals

| EXPENSE AUDIT INFORMATION | |
|---|---|
| No. of firms in settlement | 26 |
| No. of claimants selected for random audit | 455 |
| No. of audits completed | 446 |
| % of completion | 98% |
| No. of firms remaining to submit requested data | 6 |

| RANDOM AUDIT (Medical Records) | |
|---|---|
| No. of firms in settlement | 26 |
| No. of claimants selected for random audit | 319 |
| No. of cases with all medical records reviewed | 53 |
| % of completion (case complete and RA complete) | 17% |

| LIENS | # Claimants Entitlement Status Verified | # Claimants Entitled To Medicaid | # Liens Waived or completed at $0 | # Liens Pending **** |
|---|---|---|---|---|
| Medicare  ** obtained full waiver from Medicare** | N/A | Full Waiver | N/A | N/A |
| Medicaid | 9,146 | 1,049 | 1,035 | 27 |
| **** Most Medicaid liens not yet resolved are due to discrepancies in plaintiff identification information; pending correction by plaintiff's counsel | | | | |

| | # Liens Reported | # Liens Waived or Discharged | # Liens Resolved at $0 | # Liens Pending **** |
|---|---|---|---|---|
| Workers' Comp | 1,070 | 582 | 57 | 431 |
| *** Remaining Workers' Comp Liens will be resolved once gross award is determined | | | | |

**Exhibit - WTC Operational Metrics Dashboard**
**4/13/2011**

| MEDICAL RECORD REVIEW | Determination Notices Issued | Deficiencies Issued* |
|---|---|---|
| Tier-2 | 1,419 | 108 |
| Tier-3 | 535 | 77 |
| Tier-4 | 2** | 9** |

* Does not include deficiencies that have been responded to and are in the process of being reviewed for cure

**Tier-4 medical record reviews are well underway. Deficiency notifications and Determination Notices began to be issued the week of 4/11 and will continue on a rolling basis

| CLAIMS SUBMISSION | |
|---|---|
| # of officially submitted claims | 10,114 |
| # of claims yet to be submitted | 0 |
| # of claims not expected to be submitted | 2 |
| % of completion (of expected claims) | 100.0% |
| Opt-In total (confirmed by the Parties) | 10,116 |

| Overall Claim Milestone Status | # Not Complete (Reasons for non-payment) | Explanation |
|---|---|---|
| Stipulation of Dismissal | 11 | Stipulations of Dismissal Not Received per Exhibit T |
| Opt-In Documents | 82 | Originals Not Received by WTC Captive |
| Claim Submission | 50 | Claim submission end date 3/28/11. Breakdown of the 50: 2 claim forms not received; 35 claim form discrepencies; 7 claim form deficiencies; 6 incomplete claim forms |
| Work Verification | 13 | Not Received or Contain Deficiencies or Discrepancies |
| Lien Resolution | 87 | Medicaid and/or Workers Comp Liens have been identified and are not yet resolved. Excludes WGENB |
| Payment Audit | 9 | Awaiting information/ documentation to complete payment audit |
| Plaintiff Identification Number | 3 | No Social Security Number or Alternate ID number has been provided |

| Estate or Other Lien Documentation (if applicable) | 215 | Need additional documentation (court Orders, etc.) before funds can be released |
|---|---|---|