

RECEIVED
APR 25 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/11

# CLYDE&CO
## US LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
william.cooney@clydeco.us

April 21, 2011

SO ORDERED.
April 25, 2011
[signature] Al. K. Hellerstein

**BY EMAIL AND FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *In Re: World Trade Center Disaster Site Litigation*
> C.A. 21 MC 100/102/103 (AKH), USDC, SDNY
> WTC Post – 9/11/2001 Clean-up Cover
> Primary Marine Liability Policy Nos.: HF9604A00/HF0728A00
> Excess Marine Liability Policy Nos.: 02-093-01/02-0918-01
> Our File No.: 42376-0901142

Dear Judge Hellerstein:

We represent the Underwriters of the above referenced Primary Marine Liability Policies, and we write on behalf of the Underwriters of the above referenced Policies, both Primary and Excess (the "Marine Insurers"), and together with counsel to the WTC Captive Insurance Company, Inc. ("WTC Captive") and Plaintiffs' Counsel to request an adjournment of the deadline for the Marine Insurers and the WTC Captive to submit reply papers, as directed in Your Order dated April 4, 2011.[1] The reply papers were originally due April 14, 2011. By Order dated April 13, 2011, at the joint request of the Marine Insurers and the WTC Captive, the Court adjourned the deadline for reply submissions to April 22, 2011. The Marine Insurers, Plaintiffs' Counsel and the WTC Captive now make this second joint request to adjourn the deadline for reply submissions to April 29, 2011.

All sides have engaged in good faith negotiations to reach an agreement and are close to resolution, but minor issues remain, and, particularly in view of the approaching holidays, we feel that additional time is warranted. The Marine Insurers and the WTC Captive believe that their efforts would be better directed toward continuing their good faith negotiation and collaboration, and not briefing a dispute that has now been substantially resolved.

---

[1] We note that the Marine Insurers and the WTC Captive are not parties to any of the litigations that are consolidated in the above referenced Master Dockets.

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York, San Francisco and New Jersey.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales that practices from branch and affiliate* offices in: Abu Dhabi, Bangalore*, Belgrade*, Caracas, Dar es Salaam, Doha, Dubai, Guildford, Hong Kong, London, Moscow, Mumbai*, Nantes, New Delhi, Paris, Piraeus, Rio de Janeiro, Riyadh*, Shanghai, Singapore and St. Petersburg*


Hon. Alvin K. Hellerstein
April 21, 2011
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

CLYDE & CO US LLP

By: *William M. Cooney/BLS*

McDERMOTT WILL & EMERY LLP

By: *Andrew J. Genz/BLS*

SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.

By: *Andrew J. Carboy/BLS*

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: *William H. Groner/BLS*

cc (by e-mail):
Margaret H. Warner, Esq.
Mark A. Collins, Esq.
Paul J. Napoli, Esq.
William H. Groner, Esq.
Nicholas Papain, Esq.
Andrew Carboy, Esq.
Ronald Betancourt, Esq.
Joseph Cardillo, Esq.
Michael Furman, Esq.
Andrew Jones, Esq.