UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER    :    21 MC 100 (AKH)
SITE LITIGATION                                  :    (All Cases)
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER    :    21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE   :    (All Cases)
LITIGATION (straddler plaintiffs)              :
------------------------------------------------------------x

### NOTICE OF JOINT MOTION TO DISMISS CLAIMS AGAINST PHILLIPS & JORDAN, INC.

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs' Co-Liaison Counsel, Worby Groner Edelman & Napoli Bern, LLP and Attorneys for Defendant, Phillips & Jordan, Inc., McGivney & Kluger, P.C., shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for Order seeking the dismissal of certain plaintiffs' claims against defendant Phillips & Jordan, Inc with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(2).

Dated: New York, New York
April 27, 2011

/s/ Christopher R. LoPalo
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*

/s/ Richard E. Leff
Richard E. Leff (RL-2123)
McKivney & Gluger, LLP
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Attorneys for Defendant, Phillips & Jordan, Inc.*