UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER : 21 MC 100 (AKH)
SITE LITIGATION : (All Cases)
---------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER : 21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE : (All Cases)
LITIGATION (straddler plaintiffs) :
---------------------------------------------------------------x

## NOTICE OF JOINT MOTION TO DISMISS CLAIMS AGAINST EVANS ENVIRONMENTAL & GEOLOGICAL SCIENCE AND MANAGEMENT, LLC

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs' Co-Liaison Counsel, Worby Groner Edelman & Napoli Bern, LLP and Attorneys for Defendant, Evans Environmental & Geological Science and Management, LLC, Pillinger Miller Tarallo, LLP, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for Order seeking the dismissal of certain plaintiffs' claims against defendant Evans Environmental & Geological Science and Management, LLC with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(2).

Dated: New York, New York
May 2, 2011

| | |
|---|---|
| /s/ Christopher R. LoPalo | /s/ Marc H. Pillinger |
| Christopher R. LoPalo (CL-6466) | Marc H. Pillinger (MP-5246) |
| Worby Groner Edelman & Napoli Bern, LLP | Pillinger Miller Tarallo, LLP |
| 350 Fifth Avenue, Suite 7413 | 570 Taxter Road, Suite 275 |
| New York, New York 10118 | Elmsford, NY 10523 |
| (212) 267-3700 | (914) 703-6300 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant, Evans Environmental & Geological Science and Management, LLC* |