UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION<br><br>ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A,<br><br>                          Plaintiff(s),<br><br>        -against-<br><br>EVANS ENVIRONMENTAL & GEOLOGICAL SCIENCE AND MANAGEMENT, LLC<br><br>                        Defendant(s). | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST EVANS ENVIRONMENTAL & GEOLOGICAL SCIENCE AND MANAGEMENT, LLC. ONLY<br><br>21 MC 100<br>21 MC 102<br>21 MC 103 (AKH)<br><br>Civil Action No: See Schedule A |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41:

1.  The plaintiffs' identified on Schedule A are dismissed with prejudice against defendant Evans Environmental & Geological Science and Management, LLC, Inc., only pursuant to the fully executed Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was approved and so Ordered by the Court on November 15, 2010;

2.  All claims by the Plaintiff(s) identified on Schedule A against Evans Environmental & Geological Science and Management, LLC arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001 are dismissed with prejudice; and

3.  The dismissal is without costs to either party.

Dated:  New York, New York
       April 27, 2011

PILLINGER MILLER TARALLO, LLP

By: _____
    Mark H. Pillinger (ML-5 2 46)
    570 Taxter Road, Suite 275
    Elmsford, NY 10523
    (914) 703-6300

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
    Christopher R. LoPalo (CL-6466)
    350 5th Avenue, Ste. 7413
    New York, NY 10118
    (212) 267-3700

SO ORDERED, this ____ day of _____, 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/11

SCHEDULE A

| # | Derivative Last Name | Derivative First Name | Case # |
|---|---|---|---|
| 1 | Alexander | Geraldine | 07CV04405 |
| 2 | Bagiokos | Patricia | 06cv07938 |
| 3 | Croswell | Roeina | 06CV09525 |
| 4 | Dziubela | Carolann | 06cv08595 |
| 5 | Gelpi | Carmen | 07CV09210 |
| 6 | Godwin | Andrea | 06CV10659 |
| 7 | Lee | Kalena | 06cv09300 |
| 8 | Maguire | Lisa | 07CV05137 |
| 9 | McNamara | Lisa | 06cv14863 |
| 10 | Spinelli | Francine | 05CV01666 |