USDC SDNY
DOC[...]
[...]
D[...] 5/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST PHILLIPS AND JORDAN ONLY** |
| ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A, | 21 MC 100 |
| Plaintiff(s), | 21 MC 102 |
| -against- | 21 MC 103 (AKH) |
| PHILLIPS & JORDAN, INC,. | Civil Action No: See Schedule A |
| Defendant(s). | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41:

1. The plaintiffs' identified on Schedule A are dismissed with prejudice against Phillips & Jordan, Inc. pursuant to the fully executed Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was approved and so Ordered by the Court on November 15, 2010;

2. All claims by the Plaintiff(s) identified on Schedule A against Phillips and Jordan, Inc. arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001 are dismissed with prejudice; and

3. The dismissal is without costs to either party.

Dated: New York, New York
April 27, 2011

MCGIVNEY & KLUGER, LLP

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
Christopher R. LoPalo (CL-6466)
350 5th Avenue, Ste. 7413
New York, NY 10118
(212) 267-3700

SO ORDERED, this 6 day of May, 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

Schedule A

| # | Derivative Last Name | Derivative First Name | Primary Docket |
|---|---|---|---|
| 1 | Alexander | Geraldine | 07CV04405 |
| 2 | Bagiokos | Patricia | 06cv07938 |
| 3 | Banks | Yvette | 06cv08578 |
| 4 | Boccanfuso | Christine | 06cv12848 |
| 5 | Brennan | Joyce | 07CV10227 |
| 6 | Fetuga | Abayoni | 06cv07286 |
| 7 | Chillemi | Patricia | 06cv14551 |
| 8 | Croswell | Roeina | 06CV09525 |
| 9 | Dziubela | Carolann | 06cv08595 |
| 10 | Elci | Rosaria | 06cv09993 |
| 11 | Santos | Ana | 05cv01070 |
| 12 | Frade | Luz | 06cv11081 |
| 13 | Porcelli | Margaret | 06cv08597 |
| 14 | Gelpi | Carmen | 07CV09210 |
| 15 | Godoy | Michael | 06cv09065 |
| 16 | Godwin | Andrea | 06CV10659 |
| 17 | Greaney | Patricia | 06cv06737 |
| 18 | Havelka | Patricia | 05CV01258 |
| 19 | Houck | Jill | 06CV12260 |
| 20 | Hourihan | Annette | 07CV04236 |
| 21 | Brinson | Joseph | 06CV10663 |
| 22 | Lee | Kalena | 06cv09300 |
| 23 | Logan | Irma | 06CV12262 |
| 24 | Lynam | Athena | 06cv11865 |
| 25 | Fenton | Karleen | 06cv11567 |
| 26 | Maguire | Lisa | 07CV05137 |
| 27 | Tiburcio | Roberto | 06CV10664 |
| 28 | McCarthy | Anna | 08CV00836 |
| 29 | McCarty | Suzanne | 06cv11886 |
| 30 | McNamara | Lisa | 06cv14863 |
| 31 | Musarella | Kathy | 06cv12657 |
| 32 | O'Shaughnessy | Christa | 06cv09811 |
| 33 | Petty | Eric | 06cv14076 |
| 34 | Pugliese | Debra | 06cv08079 |
| 35 | Pulizzotto | Bess | 06cv12661 |
| 36 | Reid | Angela | 06cv11304 |
| 37 | Reilly | Ileana | 07CV10036 |
| 38 | Rivas | Diane | 06cv15004 |
| 39 | Mayer-Santos | Claudia | 06cv15038 |
| 40 | Scheiner | Heidi | 06cv10963 |
| 41 | Serra | Patricia | 05cv10369 |
| 42 | Sheppard | Hayleen | 06cv06229 |
| 43 | Chiauppa | Maria | 06cv02886 |
| 44 | Spinelli | Francine | 05CV01666 |
| 45 | Tompkinson | Tricia | 06cv05833 |
| 46 | Trincone | Clare | 06cv08979 |
| 47 | Vazquez | Morgana | 06cv08113 |
| 48 | Visconti | Maria | 06cv10966 |
| 49 | Walsh | Adrienne | 06cv12698 |
| 50 | Wilson | Kristine Ann | 07CV09013 |
| 51 | Zurita | Beatrice | 06cv09763 |