UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER  :   21 MC 100 (AKH)
SITE LITIGATION                                  :   (All Cases)
---------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE  :   (All Cases)
LITIGATION (straddler plaintiffs)           :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Christopher R. LoPalo, an attorney duly licensed to practice before the Courts of the State of New York, hereby declares that on May 13, 2011, I served the within Notice of Motion, Supporting Declaration and its Exhibits upon all counsel of record through the Court's Electronic Filing system.

May 13, 2011

/s/ Christopher R. LoPalo
Christopher R. LoPalo (CL-6466)
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700