#2455

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER    :    21 MC 100 (AKH)
SITE LITIGATION                                           :    (All Cases)
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :    21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE :    (All Cases)
LITIGATION (straddler plaintiffs)                    :
------------------------------------------------------------x

NOTICE OF JOINT MOTION TO DISMISS CLAIMS
AGAINST THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs' Co-Liaison Counsel, Worby Groner Edelman & Napoli Bern, LLP and Defendants' Co-Liason Counsel, Schiff Hardin LLP, shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for Order seeking the dismissal of certain plaintiffs' claims against defendant The Port Authority of New York and New Jersey with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: New York, New York
May 12, 2011

/s/ Christopher R. LoPalo
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*

/s/ Paul Scrudato
Paul Scrudato
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
(212) 745-0835
*Attorneys for The Port Authority of New York and New Jersey*

NY\50977728.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/11

motion granted
5/13/11
[signature]

EXHIBIT 1    EXHIBIT 2