

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE
LITIGATION

SEGUNDO MORALES, *et al.*,

Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE PURSUANT TO
FINAL SETTLEMENT AGREEMENT



21 MC 100 (AKH)
21 MC 102 (AKH)

THIS STIPULATED ORDER PERTAINS TO
ALL PLAINTIFFS AND DOCKET
NUMBERS SET FORTH ON EXHIBIT A

IT IS HEREBY STIPULATED AND AGREED by and between certain Plaintiffs represented by Worby Groner Edelman & Napoli Bern, LLP, identified on Exhibit A hereto ("Plaintiffs"), and the Defendants identified on Exhibit B ( "Settling Defendants") that:

1.      Plaintiffs and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiffs against Settling Defendants in the above-captioned action.

2.      Plaintiffs have executed releases and covenants not to sue in which Plaintiffs have released the Settling Defendants and each of them from any and all obligations and liability to Plaintiffs for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, Plaintiffs' claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

Page 1 of 5

3.     The Primary Plaintiffs identified on Exhibit A also have executed before a notary public documents evidencing their understanding that they are foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injury(ies) each Primary Plaintiff has pleaded in this action.  Such understanding shall be, and hereby is, judicially noticed.

WORBY GRONER EDELMAN &              PATTON BOGGS LLP
    NAPOLI BERN, LLP

By: _Paul J Napoli (CRC)_            By: _James E. Tyrrell Jr._
       Paul J. Napoli, Esq.                          James E. Tyrrell, Jr., Esq.
*Attorneys for Plaintiffs*                      *Attorneys for all Defendants*
350 5th Avenue, Suite 7413                 The Legal Center
New York, NY 10118                          One Riverfront Plaza, Suite 600
                                                          Newark, NJ 07102

Dated:        May 3, 2011                    Dated:        May 3, 2011

SO ORDERED, this 13 day of May, 2011,

                                              _____
                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

## Exhibit A – List of Plaintiffs

| No. | Primary Plaintiff | | Derivative Plaintiff | | Civil Action No. | Master Docket |
|-----|-----------|------------|---------------|------------|------------------|---------------|
| | Last Name | First Name | Last Name | First Name | | |
| 1 | Morales | Segundo | Morales | Dolores | 07cv01668 | 21MC102 |
| 2 | Valarezo | Wilson | Obando-Aguire | Sara | 06cv07564 | 21MC100 |

## Exhibit B – List of Settling Defendants

| | |
|---|---|
| CITY OF NEW YORK, including the: | CRAIG TEST BORING |
|     BOARD OF EDUCATION OF THE CITY OF NEW YORK | CRITICOM INTERNATIONAL CORP |
|     BOROUGH OF MANHATTAN COMMUNITY COLLEGE | DAKOTA DEMO-TECH |
| | DESIMONE CONSULTING ENGINEERS, PLLC |
|     CITY UNIVERSITY OF NEW YORK | DCM ERECTORS, INC. |
|     NEW YORK CITY DEPARTMENT OF EDUCATION | DIAMOND POINT EXCAVATION CORP |
| | DIEGO CONSTRUCTION |
|     NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | DIVERSIFIED CARTING |
| | DMT ENTERPRISE |
| A RUSSO WRECKING | D'ONOFRIO GENERAL CONTRACTORS CORP. |
| ACROW | |
| ALLCOM ELECTRIC | EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| AMEC CONSTRUCTION MANAGEMENT, INC. | EAGLE ONE ROOFING CONTRACTORS, INC. |
| AMEC EARTH AND ENVIRONMENTAL | |
| ANTHONY CORTESE SPECIALIZED HAULING LLC | EAGLE SCAFFOLDING CO. (SEASONS) |
| ASG PEST CONTROL | EJ DAVIES, INC. |
| ATC GROUP SERV/DBA ATC ASSOCIATES | EN-TECH CORP. |
| | ENTERTAINMENT PARTNERS |
| ATLANTIC HEYDT CORP. | ET ENVIRONMENTAL |
| ATLAS CONCRETE | EVERGREEN RECYCLING OF CORONA (EROC) |
| AVANTI DEMOLITION & CARTING CORP. | |
| BECHTEL CONSTRUCTION, INC. | EWELL W. FINLEY, P.C. |
| BERGEN CONCRETE CUTTING | EXECUTIVE MED SERVICES, PC |
| BERKEL & CO. CONTRACTORS, INC. | F&G MECHANICAL CORPORATION |
| BIG APPLE WRECKING & CONSTRUCTION | FELIX EQUITIES, INC. |
| | FLEET TRUCKING |
| BOVIS LEND LEASE LMB, INC. | FRANCIS A. LEE EXTERIOR RESTORATION |
| BREEZE CARTING | |
| BREEZE NATIONAL, INC. | FRANK MICELLI JR CONTRACTING |
| BRER FOUR TRANSPORTATION | FTI TRUCKING |
| BURO HAPPOLD CONSULT ENG. | G & G CONTRACTING, INC. |
| C & D FIREPROOFING | GILSANZ, MURRAY, & STEFICEK |
| C & D PAINTING, INC. | GINO CRACOLICI & SONS, INC. |
| C.B. CONTRACTING CORP. | GOLDSTEIN ASSOCIATES PLLC |
| CANRON CONSTRUCTION CORP. | GRACE INDUSTRIES |
| CANTOR SEINUK GROUP | GUY NORDENSON AND ASSOCIATES |
| CERTIFIED FENCE CORP. | HALLEN WELDING SERVICE |
| CIVETTA COUSINS | HELMSMAN MANAGEMENT SERVICES, INC. |
| CLARCO ENTERPRISE CORP. | |
| COMPONENT ASSEMBLY SYS | HGC CONTRACTING CORP. |
| COORDINATED METALS, INC. | HIGH RISE HOISTING AND SCAFFOLDING |
| CORD CONTRACTING CO., INC. | |
| | HIGH-RISE ELECTRIC, INC. |

| | |
|---|---|
| HP ENVIRONMENTAL | ROBER SILMAN ASSOCIATES |
| JP EQUIPMENT RENTAL MATERIALS, INC. | ROBERT C STEWART |
| | ROBERT ERRAT |
| KEVIN MCMANUS | ROBERT L GEROSA |
| KOCH SKANSKA, INC. | RODAR ENTERPRISES, INC. |
| LAQUILLA CONSTRUCTION, INC. | ROYAL GM, INC. |
| LASTRADA GENERAL CONTRACTING CORP. | SAB TRUCKING |
| | SAFEWAY ENVIRONMENTAL |
| LESLIE E. ROBERTSON ASSOCIATES | SEMCOR EQUIPMENT |
| LIBERTY MUTUAL GROUP | SEVERUD ASSOCIATES CONSULTING ENGINEERS |
| LIRO | |
| LOCKWOOD, KESSLER & BARTLETT (LKB) | SHELDRAKE ORGANIZATION, INC. |
| | SILVERADO CONTRACTORS |
| LUCIUS PITKIN | SILVERITE CONTRACTING |
| LZA TECH-DIVISION OF THORTON TOMASETTI | SIMPSON, GUMPERTZ, & HEGER |
| | SKIDMORE, OWINGS & MERRILL LLP |
| M. G. MCLAREN, P.C. | STAR DELTA ELECTRIC |
| MANAFORT BROTHERS, INC. | STIER, ANDERSON & MALONE |
| MAZZOCCHI WRECKING, INC. | SUMMIT STRUCTURES LLC |
| MEDCOR, INC. | TELENET COMMUNICATIONS |
| MENT BROTHERS | THYSSEN KRUPP ELEVATOR CO. |
| MERIDIAN CONSTRUCTION GROUP | TOMASETTI GROUP |
| MG MCLAREN P.C. | TORETTA TRUCKING |
| MORETRENCH AMERICAN, CORP. | TOTAL SAFETY CONSULTING LLC |
| MRA ENGINEERING, PC | TUCCI EQUIPMENT RENTAL CORP |
| MUESER RUTLEDGE CONSULTING ENGINEERS | TULLY CONSTRUCTION |
| | TURNER CONSTRUCTION COMPANY |
| MUSCO SPORTS LIGHTING, LLC | ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE) |
| NACIREMA INDUSTRIES | |
| NEW YORK CRANE & EQUIPMENT CORP. | UNITED STATES REBAR |
| NICHOLSON CONSTRUCTION CO. | VANGUARD EQUIPMENT RENTALS |
| NICHOLSON/HEYWOOD JOINT VENTURE | VERTICAL TECHNOLOGIES |
| OFF ROAD WELDING, INC. | VOLLMER ASSOCIATES |
| THE OFFICES OF JAMES RUDERMAN, LLP | W HARRIS & SON INC. |
| | WALTER WHITE TRUCKING |
| OLYMPIC PLUMBING AND HEATING | WEEKS MARINE, INC. |
| OVE ARUP & PARTNERS | WEIDLINGER ASSOCIATES |
| PARSON GROUP | WHITNEY CONTRACTING |
| PETER SCALAMANDRE & SONS | WOLKOW BRAKER ROOFING |
| PINNACLE ENVIRONMENTAL | YANNUZZI & SONS, INC. |
| PLAZA CONSTRUCTION CORP. | YONKERS CONTRACTING |
| PRO SAFETY SERVICES, LLC | YORK HUNTER CONSTRUCTION, LLC |
| PT & L CONTRACTING CORP. | ZIEGENFUSS DRILLING |
| REGIONAL SCAFFOLD & HOISTING CO, INC. | |
| RICH MARK ENVIRONMENTAL SERVICES, INC. | |