UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION<br><br>ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A,<br><br>       Plaintiff(s),<br><br>  -against-<br><br>SURVIVAIR, ET AL.<br><br>       Defendant(s). | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>21 MC 100 (AKH)<br><br>Civil Action No: See Schedule A |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii):

1. The plaintiffs claims identified on Schedule A are voluntarily dismissed against all remaining defendants with prejudice including, Survivair, ("Defendant");

2. All claims by the Plaintiff(s) identified on Schedule A against the Defendants arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001 have settled;

3. There are no remaining Defendants in the plaintiffs claims identified on Schedule A;

4. The plaintiffs claims identified on Scheduled A should be marked closed;

5. This stipulation of dismissal is signed by all parties who have appeared and remain in the actions identified on Schedule A; and

6. The dismissal is without costs to any parties.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/11

Dated: New York, New York
May 5, 2011


WORBY GRONER EDELMAN &,
NAPOLI BERN, LLP

By: _____
Christopher R. LoPalo (CL-6466)
350 Fifth Avenue, Suite 7413
New York, NY 10118
(212) 267-3700
*Attorneys for Plaintiffs*


MORRISON MAHONEY, LLP

By: _____
Gary W. Harvey (GH-    )
250 Summer Street
Boston, MA 02210
(617) 439-7576
*Attorneys for Survivair*


SO ORDERED

_____
U.S.D.J.
5/13/11

Schedule A

| # | Last | First | Last | First | Case | Code |
|---|---|---|---|---|---|---|
| 1 | Armstrong | James | Armstrong | Susan | 06cv14470 | MC100 |
| 2 | Barnable | Michael | Barnable | Lauren | 06cv11160 | MC100 |
| 3 | Boylan | William | | | 06cv14505 | MC100 |
| 4 | Cannizzo | John | Cannizzo | Carmella | 07CV10120 | MC100 |
| 5 | Carbone | Thomas | Carbone | Pilar | 06cv09834 | MC100 |
| 6 | Carroll | Padraig | Carroll | Deirdre | 06cv13827 | MC100 |
| 7 | Cassella | Ronald | Cassella | Jennifer | 06cv13831 | MC100 |
| 8 | Castro | John | | | 06cv14544 | MC100 |
| 9 | Castro-Recio | Dante | Castro-Recio | Lori | 06cv12716 | MC100 |
| 10 | Coleman | Mariella | Fucci | Preston | 06cv14562 | MC100 |
| 11 | Colligan | Gerald | Colligan | Beth | 06cv10729 | MC100 |
| 12 | Confreda | Joseph | | | 06cv00130 | MC100 |
| 13 | Dailey | Timothy | | | 06cv11170 | MC100 |
| 14 | Defelice | Joseph | Defelice | JoBeth | 06cv09029 | MC100 |
| 15 | Delaney | Michael | Delaney | Joanna | 06CV12022 | MC100 |
| 16 | Delgado | Jose | | | 07CV10899 | MC100 |
| 17 | DeLuce | Stephen | DeLuce | Patricia | 06cv10739 | MC100 |
| 18 | Divino | Steve | Divino | Lucille | 06cv08760 | MC100 |
| 19 | Doskocz | Henry | Mary | Theresa | 07cv11009 | MC100 |
| 20 | Doyle | William | Doyle | Joann | 06CV08388 | MC100 |
| 21 | Driscoll | Robert | Driscoll | Katharine | 06cv10296 | MC100 |
| 22 | Durham | Charles | | | 06cv13884 | MC100 |
| 23 | Esposito | John | | | 07CV08883 | MC100 |
| 24 | Fields | Lawrence | Fields | Valerie | 07CV09096 | MC100 |
| 25 | Figaro | Nicholas | Figano | Jane | 07CV09097 | MC100 |
| 26 | Fong | Milton | Fong | Eileen | 06CV07417 | MC100 |
| 27 | Fortaleza | George | Fortaleza | Janette | 07CV04939 | MC100 |
| 28 | Fosello | Jeffrey | Fosello | Lisa | 06CV07419 | MC100 |
| 29 | Fucci | Preston | Coleman | Mariella | 06cv11317 | MC100 |
| 30 | Furey | Robert | Furey | Jennifer | 07CV08982 | MC100 |
| 31 | Georgiadis | George | Zizila | Frances | 06cv09061 | MC100 |
| 32 | Giaguzzi | James | Giaguzzi | Hilary | 06CV10324 | MC100 |
| 33 | Graf | James | | | 06CV11683 | MC100 |
| 34 | Gravano | Anthony | Gravano | Christine | 06cv09069 | MC100 |
| 35 | Guthy | Michael | | | 06CV10338 | MC100 |
| 36 | Heffern | Donald | Heffern | Anne | 06cv14717 | MC100 |
| 37 | Hernandez | Peter | Hernandez | Ana | 07CV08895 | MC100 |
| 38 | Hoo | Craig | Hoo | Ilsy | 06cv08007 | MC100 |
| 39 | Houston | Elliot | | | 06cv08424 | MC100 |
| 40 | Iadevaio | Andrew | Iadevaio | Teresa | 06cv09084 | MC100 |
| 41 | Ignizio | Richard | | | 06CV10356 | MC100 |
| 42 | Inman | Thomas | Inman | Diane | 06cv14739 | MC100 |
| 43 | Jackson | Kevin | Jackson | Angelique | 09cv02204 | MC100 |
| 44 | Jennings | James | Jennings | Lisa | 06cv10783 | MC100 |
| 45 | Keller | Raymond | Keller | Sharon | 06CV10373 | MC100 |
| 46 | Kowana | Nicholas | Kowana | Jeanne | 06cv09102 | MC100 |
| 47 | Krus | Michael | | | 06cv14779 | MC100 |
| 48 | Lee | David | | | 06CV12202 | MC100 |
| 49 | Lind | John | Lind | Joyce | 07CV04989 | MC100 |
| 50 | Livelli | Kevin | Livelli | Susan | 07CV04991 | MC100 |
| 51 | Loughnane | Kevin | Loughnane | Laurie | 09CV03381 | MC100 |

1

Schedule A

| | | | | | |
|---|---|---|---|---|---|
| 52 | Luongo | Emanuel | Luongo | Mary | 06CV12224 | MC100 |
| 53 | Martinez | Hector | Martinez | Rosanna06c | v09126 | MC100 |
| 54 | McCabe | Daniel | McCabe | Andrea | 06cv14845 | MC100 |
| 55 | McCain | Everett | | | 06CV10398 | MC100 |
| 56 | Mccue | Joseph | Mccue | Jane | 06CV12307 | MC100 |
| 57 | McFadden | Edward | McFadden | Stacy | 07CV10806 | MC100 |
| 58 | Meyer | John | Meyer | Lucille | 06cv11715 | MC100 |
| 59 | Moti | Terence | Moti | Sharmela | 06cv09646 | MC100 |
| 60 | Munoz | Fabian | Munoz | Elizabeth | 06CV12353 | MC100 |
| 61 | Nunziato | Paul | Nunziato | Kathleen | 06cv08062 | MC100 |
| 62 | O'Brien | Robert | O'Brien | Kathleen | 06cv08833 | MC100 |
| 63 | Page | Glen | Page | Tina | 06cv09170 | MC100 |
| 64 | Parente | Richard | Parente | Rose | 06CV12397 | MC100 |
| 65 | Petillo | Richard | | | 06cv10073 | MC100 |
| 66 | Prendergast | Kevin | Prendergast | Maria | 07CV05042 | MC100 |
| 67 | Roberts | Darnell | Roberts | Sherri | 07CV10199 | MC100 |
| 68 | Robles | Michael | Robles | Tillie-Ann | 06cv15010 | MC100 |
| 69 | Rodriguez | Eric | Rodriguez | Yermi | 06cv11258 | MC100 |
| 70 | Rogers | Christopher | | | 06cv08858 | MC100 |
| 71 | Russo | Vincent | Russo | Michele | 06cv12869 | MC100 |
| 72 | Schiraldi | James | | | 06cv12817 | MC100 |
| 73 | Sheehan | Robert | Sheehan | Meg | 06CV11740 | MC100 |
| 74 | Skific | Steven | Skific | Melisa | 07CV10047 | MC100 |
| 75 | Smith | Chris | Araujo | Marilyn | 06cv12536 | MC100 |
| 76 | Spinelli | Edward | Spinelli | Donna | 06cv15077 | MC100 |
| 77 | Stone | Robert | Stone | Maria | 08CV01429 | MC100 |
| 78 | Thornton | Donell | | | 08CV01432 | MC100 |
| 79 | Torres | Lionel | Torres | Lucy | 06cv15095 | MC100 |
| 80 | Verardi | Brian | Verardi | Jennifer | 05CV01334 | MC100 |
| 81 | Warnock | Michael | | | 06CV07572 | MC100 |
| 82 | Weinberg | Evan | | | 06cv11852 | MC100 |
| 83 | Weir | John | Weir | Eileen | 06cv10906 | MC100 |
| 84 | Whelan | James | Whelan | Nancy | 06cv12615 | MC100 |
| 85 | Wittman | Michael | Wittman | Barbara | 06cv10911 | MC100 |
| 86 | Woods | Edward | | | 06cv15147 | MC100 |