Case 1:06-cv-08331-AKH   Document 19   Filed 05/18/11   Page 1 of 3

RECEIVED
MAY 18 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

*Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION<br><br>ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A,<br><br>     Plaintiff(s),<br><br> -against-<br><br>TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL.<br><br>     Defendant(s). | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>21 MC 100 (AKH)<br><br><br>Civil Action No: See Schedule A |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(ii):

1. The plaintiffs claims identified on Schedule A are voluntarily dismissed against all remaining defendants with prejudice including Tishman Construction Corporation of New York, Tishman Construction Corporation of Manhattan, and Tishman Interiors, ("Defendants");

2. All claims by the Plaintiff(s) identified on Schedule A against the Defendants arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001 have settled;

3. There are no remaining Defendants in the plaintiffs claims identified on Schedule A;

4. The plaintiffs claims identified on Scheduled A should be marked closed;

5. This stipulation of dismissal is signed by all parties who have appeared and remain in the actions identified on Schedule A; and

6. The dismissal is without costs to any parties.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/11

Dated: New York, New York
      May 5, 2011


WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
    Christopher R. LoPalo (CL-6466)
    350 Fifth Avenue, Suite 7413
    New York, NY 10118
    (212) 267-3700
    *Attorneys for Plaintiffs*



COZEN O'CONNOR

By: _____
    Kevin G. Mescall (KM-   )  Anita B. Weinstein (AW-   )
    45 Broadway, 16th Floor
    New York, NY 10006
    (212) 504-940
    *Attorneys for Tishman Construction Corporation of New York,*
    *Tishman Construction Corporation of Manhattan and Tishman Interiors Corporation*


**SO ORDERE:**

_____
U.S.D.J.

5/19/11

Case 1:06-cv-08331-AKH   Document 19   Filed 05/18/11   Page 3 of 3

Schedule A

| # | PR Last Name | PR First Name | DP Last Name | DP First Name | Primary Docket | Master Docket |
|---|---|---|---|---|---|---|
| 1 | Alvarez | Jimmy | | | 06CV09470 | MC100 |
| 2 | Andrews | Robert | Andrews | Jacqueline | 06CV08331 | MC100 |
| 3 | Barry | Michael | Barry | Yolanda | 06CV08336 | MC100 |
| 4 | Blinker | Daryl | Blinker | Theresa | 06cv14499 | MC100 |
| 5 | Boyles | Melba | Finlator | Michael | 06cv10258 | MC100 |
| 6 | Bryan | Raymond | Bryan | Sheila | 06CV11632 | MC100 |
| 7 | Callan | Edward | Callan | Jeanne | 06CV08346 | MC100 |
| 8 | Caridi | Doris | | | 07CV04892 | MC100 |
| 9 | Cimino | Donald | Cimino | sisi | 06cv11990 | MC100 |
| 10 | Collins | Michael | | | 08CV01361 | MC100 |
| 11 | Danese | Elizabeth | | | 07CV09971 | MC100 |
| 12 | Eirand | James | Eirand | Deborah | 06cv11181 | MC100 |
| 13 | Erickson | Elvin | | | 06cv13889 | MC100 |
| 14 | Espinoza | Daniel | | | 06cv14634 | MC100 |
| 15 | Farley | Dennis | FARLEY | ROSEMARY | 06CV12053 | MC100 |
| 16 | Greenstein | Aaron | Greenstein | Barbara Sue | 06cv09571 | MC100 |
| 17 | Guriel | David | Guriel | Monique | 06cv09072 | MC100 |
| 18 | Henkel | Jeffrey | | | 06CV09583 | MC100 |
| 19 | Imparato | Michael | | | 07CV10163 | MC100 |
| 20 | Kennedy | Thomas | Kennedy | Barbara | 06CV10375 | MC100 |
| 21 | Kennelly | Michael | | | 06CV12179 | MC100 |
| 22 | Kides | Michael | Kides | Adele | 06CV12183 | MC100 |
| 23 | Lindemann | Joseph | Lindemann | Margaret | 06cv10801 | MC100 |
| 24 | Manning | Stephen | Manning | Denise | 06cv14016 | MC100 |
| 25 | McGarry | Michael | McGarry | Ester | 07CV05003 | MC100 |
| 26 | Meaney | Terrence | Meaney | Elizabeth | 08CV05950 | MC100 |
| 27 | Pikaard | Barry | Pikaard | Cecilia | 06cv11240 | MC100 |
| 28 | Quirk | James | | | 06cv10856 | MC100 |
| 29 | Rodriguez | Raymond | Rodriguez | Evelyn | 06cv14098 | MC100 |
| 30 | Scarano | Joseph | Scarano | Kristen | 06cv09210 | MC100 |
| 31 | Schmidt | William | Schmidt | Bonnie | 06cv15045 | MC100 |
| 32 | Solivan | Luis | Solivan | CheChe | 06CV10693 | MC100 |
| 33 | St. Clair | Robert | St. Clair | Robin | 06cv11588 | MC100 |
| 34 | Zapoluch | Susan | Zapoluch | John | 06cv10916 | MC100 |