UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

RONALD TAYLOR,

                    Plaintiff,

       -against-

NEW YORK CITY HOUSING AUTHORITY, et al.,

                Defendants.

----------------------------------------------------------------- x

**SUMMARY ORDER**

10 Civ. 6665 (AKH)

21 MC 100

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court has received a number of letters from the parties in this case expressing confusion as to its status. This Order is to clarify the present posture of the case.

      Taylor, a *pro se* plaintiff, filed his complaint in September 2010. Because his complaint was filed after April 12, 2010, Taylor was ineligible to settle under the Settlement Process Agreement, As Amended ("SPA"), as well as the other settlements that have been reached. On November 10, 2010, I dismissed Taylor's complaint as insufficiently pleaded, and gave Taylor an opportunity to file an amended complaint. Thus far, he has not done so.

      Ordinarily, a plaintiff would forfeit the right to amend his complaint by waiting this long. But, Taylor is a *pro se* plaintiff and is entitled to a liberal opportunity to present his claims. E.g., Shomo v. City of New York, 579 F.3d 176, 183 (2d Cir. 2009). Taylor has 30 days from the date of this order to file an amended pleading. If he fails to do so, the case will be dismissed with prejudice. If Taylor files an amended pleading, Defendants should then move or answer. Defendants do not need to move or answer the complaint that has been dismissed.

      SO ORDERED.

Dated:    May 19, 2011
          New York, New York

                                ALVIN K. HELLERSTEIN
                                United States District Judge