UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X         21 MC 100 (AKH)

  Hon. Alvin K. Hellerstein,
IN RE: WORLD TRADE CENTER DISASTER SITE         U.S.D.J.
LITIGATION
  **SUPPLEMENTAL
  RULE 7.1 STATEMENT OF
  LEND LEASE (US)
  CONSTRUCTION LMB INC.**

------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LEND LEASE (US) CONSTRUCTION LMB INC., formerly BOVIS LEND LEASE LMB, INC., certifies that BOVIS LEND LEASE LMB, INC.'s name has changed effective May 15, 2011 to LEND LEASE (US) CONSTRUCTION LMB INC.  M/L Bovis Holdings, Ltd. is the direct parent corporation of LEND LEASE (US) CONSTRUCTION LMB INC. and Lend Lease (US) Construction Holdings Inc., and Lend Lease Corporation Limited are indirect parent corporations of LEND LEASE (US) CONSTRUCTION LMB INC.  Lend Lease Corporation Limited is a publicly traded company in Australia.

Dated: Newark, New Jersey           PATTON BOGGS LLP
       May 24, 2011

                                          By:        /s
                                              James E. Tyrrell, Jr. (JT-6837)
                                              One Riverfront Plaza, 6th floor
                                              Newark, NJ 07102
                                              (973) 868-5600
                                              JTyrrell@PattonBoggs.com
                                            *Attorneys for defendant* Lend Lease (US) Construction LMB Inc.