Ex. 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES LISTED
ON THE ATTACHED SCHEDULE A
------------------------------------------------------------X

Case No.: 21 MC 100
21 MC 103 (AKH)

Docket No.: (See attached Schedule A)

This Order relates to claims against Tishman Construction Corporation of New York and Tishman Construction Corporation of Manhattan *only* in all cases listed on Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

## ORDER

This Order relates to the Plaintiffs listed on the attached Schedule A, and defendants Tishman Construction Corporation of New York and Tishman Construction Corporation of Manhattan in these actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the matters (a) listed on Schedule A be and the same are hereby dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2) as against Tishman Construction Corporation of New York and Tishman Construction Corporation of Manhattan and without costs to any party with respect to all claims that could have been brought in relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule".

Dated: April ___, 2011
       May 17, 2011

SO-ORDERED: _____
           Hon. Alvin K. Hellerstein, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/11

## SCHEDULE A

| Plaintiff | Civil Action No. | Other Docket | Master Docket |
|---|---|---|---|
| Aalbue, Richard | 06cv11897 | | MC103 |
| Abarca, Edgar | 06cv01648 | | MC102 |
| Abdelrehim, Aly | 05cv09826 | | MC103 |
| Acosta, Byron | 07CV01552 | | MC103 |
| Acosta, Julian | 07CV10098 | | MC102 |
| Addeo, Stephen | 06cv09963 | | MC103 |
| Adorno, Rene | 06cv11903 | | MC103 |
| Adriano, Luis | 07cv04445 | | MC103 |
| Agudelo, Gladys | 07cv04446 | | MC103 |
| Aguilar, Luis | 06cv12701 | | MC102 |
| Ahearn, Kevin P | 07CV08863 | | MC103 |
| Alcivar, Raul | 05cv09821 | | MC103 |
| Alfonso, Pedro | 08CV02252 | | MC103 |
| Ali, Enrique | 07cv01554 | | MC103 |
| Alloggio, Anthony | 07CV04240 | | MC103 |
| Almeida, Jorge | 07CV01555 | | MC103 |
| Alvarez, Juan | 06cv02814 | | MC102 |
| Alvarez, Maria E | 05cv10135 | | MC103 |
| Alvarez-Garcia, Hernando | 07cv11016 | | MC103 |
| Alvarracin, Jose | 06cv14459 | | MC103 |
| Amabile, Jr., Anthony | 06cv12704 | | MC103 |
| Andrusyshyn, George | 06CV11622 | | MC103 |
| Annunziato, Philip | 06cv14466 | | MC103 |
| Arendt, Michael | 06cv10980 | | MC103 |
| Arrigo, Daniel | 07CV05402 | | MC103 |
| Arruda-Loor, Betsy | 06cv13787 | | MC103 |
| Arteaga, Kleber | 08CV02253 | | MC103 |
| Ascencio, Ivan | 07cv01460 | | MC103 |
| Astudillo, Freddy | 07cv01463 | | MC103 |
| Astudillo, Wilmer | 07CV01561 | | MC103 |
| Atiencia, Marcelo | 07CV01562 | | MC103 |
| Auditore, Frank | 07CV08974 | | MC103 |
| Avenia, Hernando | 07cv04473 | | MC103 |
| Avila, Richard | 07cv11018 | | MC103 |
| Aviles, Sixto | 08CV02254 | | MC103 |
| Azubike, Victor | 07CV09058 | | MC103 |
| Baczkowski, Andrzej | 07CV01565 | | MC103 |
| Bailey, Jason | 06CV07346 | | MC103 |
| Bailon, Peter B | 07CV05336 | | MC103 |
| Baksh, Reyaad | 07CV09943 | | MC103 |
| Balaguer, Hector | 06cv08995 | | MC103 |
| Ballerini, Richard | 05cv06460 | | MC103 |
| Banda, Ivan | 06cv14483 | | MC103 |
| Banda, Jr., Nestor | 07CV04873 | | MC103 |
| Banda, Nestor | 06cv14484 | | MC103 |
| Baquero, Sandra J | 06cv14486 | | MC102 |
| Barahona, Jose | 07CV05550 | | MC103 |
| Barbosa, Virginia | 06cv01649 | | MC102 |
| Barrero, Arturo | 06cv13792 | | MC103 |
| Barros, Rodrigo | 08CV02255 | | MC103 |
| Bastidas, Ramiro | 07cv08278 | | MC103 |
| Battle, Linda | 06cv00133 | | MC103 |
| Bedell, Scott | 06cv07941 | | MC103 |
| Belkowski, Wlodzimierz | 07CV05339 | | MC103 |
| Betancourt, Hector | 07cv04453 | | MC103 |
| Betro, Louis | 05cv01073 | | MC103 |
| Bikowski, Roman | 06cv14496 | | MC102 |
| Blandon, Daysy | 07CV09949 | | MC103 |
| Bocchichio, Frank | 06cv09270 | | MC103 |
| Bolobanic, Nicholas P | 05cv09046 | | MC103 |
| Bonilla, Luis | 06cv10987 | | MC103 |

## SCHEDULE A

| Name | Case No. | | MC |
|---|---|---|---|
| Botero, Luz | 05CV01130 | | MC102 |
| Bravo, Jorge | 06cv11955 | | MC103 |
| Brenseke, Richard | 07CV04324 | | MC103 |
| Buckley, Johnathan | 06cv01654 | | MC103 |
| Bunay, German Ernesto | 07CV01572 | | MC102 |
| Buonviaggio, Mario | 06CV12235 | | MC103 |
| Burgos, Leopoldo | 07cv01473 | | MC103 |
| Cabrera, Georgina | 05CV01785 | | MC102 |
| Cabrera, Rolendio | 08CV02256 | | MC103 |
| Cagatay, Hamide | 07CV05279 | 05CV00411 | MC102 |
| Caguana, Manuel | 06cv11968 | | MC103 |
| Caivinagua, Juan | 07CV01574 | | MC103 |
| Calder, Collin | 06cv06758 | | MC103 |
| Calero, Ivan | 06cv01650 | | MC103 |
| Calle, Wilson | 07CV01578 | | MC103 |
| Campoverde, Rey R | 07CV05280 | | MC103 |
| Campozano, Rodrigo | 07cv04459 | | MC103 |
| Campuzano, Consuelo | 06cv14529 | | MC102 |
| Cannon, Russell | 05cv07877 | | MC103 |
| Cantres, William | 06cv13821 | | MC103 |
| Cardona, Luz | 05CV00417 | | MC102 |
| Carlin, Denis | 07CV09957 | | MC103 |
| Carlisi, Michael | 06cv02819 | | MC103 |
| Carr, James | 06cv00647 | | MC103 |
| Carrillo, Linda | 06cv07960 | | MC103 |
| Carroll, Neil | 08CV00635 | | MC103 |
| Carson, Ronald | 06cv07366 | | MC103 |
| Casey, Donald | 07CV05166 | | MC103 |
| Castillo, Silvia | 05cv01718 | | MC103 |
| Castro, Maria | 08CV02257 | | MC103 |
| Cerbone, Guy | 07CV04898 | | MC103 |
| Cesta, Monte | 08CV02597 | | MC103 |
| Chain, Rosa | 06cv14549 | | MC102 |
| Chalco, Joel | 08CV02258 | | MC103 |
| Charles, Michael | 06cv11546 | | MC103 |
| Cheesman, Benjamin T | 06cv12718 | | MC103 |
| Chiarantano, Joseph | 07CV05403 | | MC103 |
| Chiarello, Nick | 06cv12720 | | MC103 |
| Chipe, Walter | 07CV01587 | | MC103 |
| Chique, Maria I | 08CV02259 | | MC103 |
| Chirinos, Luis | 08CV02260 | | MC103 |
| Choinski, Pawel | 06cv13837 | | MC102 |
| Chojnowski, Andrzej | 07CV01588 | | MC102 |
| Choudhury, Faisal | 07CV05404 | | MC103 |
| Chun, William | 06cv11989 | | MC103 |
| Chuva, Nancy | 07CV01589 | | MC103 |
| Ciaramella, Vincent | 07CV05343 | | MC103 |
| Cifuentes, Maria del Pilar | 07CV01590 | | MC102 |
| Cintron, Yolanda | 06cv05631 | | MC103 |
| Citeno, Rocco | 06cv00060 | | MC103 |
| Clancy, Dermott | 06cv14553 | | MC102 |
| Claret, Cecilia | 06cv14554 | | MC102 |
| Coballes, Sarbelia | 08CV02261 | | MC103 |
| Cobos, Angel | 07cv01483 | | MC103 |
| Colombo, Joseph | 07CV04177 | | MC103 |
| Comerford, John | 07CV04351 | | MC103 |
| Conca, Ralph | 06CV08355 | | MC103 |
| Contessa, David | 06cv08751 | | MC103 |
| Cordero, Freddy | 08cv04944 | | MC103 |
| Cornier, David | 07CV05406 | | MC103 |
| Corrales, Elena | 07CV01596 | | MC103 |
| Cortez, Zoila | 07CV05344 | | MC103 |

[Appendix C to the Settlement Agreement]   Page 2 of 11

## SCHEDULE A

| Name | Case No. | Case No. 2 | MC |
|---|---|---|---|
| Cortijo, Lidia | 07CV00317 | | MC103 |
| Cosme, Manuel | 06CV12006 | | MC103 |
| Criollo, Jose | 05cv01104 | | MC102 |
| Criollo, Nancy | 07cv04462 | | MC103 |
| Cronin, James | 08CV00653 | | MC103 |
| Cubas, Patricia | 06cv12725 | | MC103 |
| Cuervo, Aracelly | 08CV02262 | | MC103 |
| Cuevas, David | 08CV02321 | | MC103 |
| Curley, Peter J. | 06CV07384 | | MC103 |
| Dallas, Kevin | 07CV04354 | | MC103 |
| D'Alliegro, Patrick | 05cv03694 | | MC103 |
| Daly, John | 07CV09970 | | MC103 |
| Damato, Michael | 05CV01253 | | MC103 |
| Danetra, Frank | 05cv01495 | | MC102 |
| Daquila, Steven | 06cv08756 | | MC103 |
| Darin, Robert | 05CV08497 | | MC103 |
| Davis, Pyron | 07CV05270 | | MC103 |
| DeAngelis, Peter | 05cv04227 | | MC103 |
| DeJesus, Gilberto | 07CV09087 | | MC103 |
| Delacruz, Belkis | 08CV02263 | | MC103 |
| DeLeon, Isabel | 07CV05284 | 06cv14593 | MC102 |
| Delgado, Emilsen | 08CV02264 | | MC103 |
| Delorbe, Luciano | 06cv12731 | | MC103 |
| Demauro, Mark | 05CV04335 | | MC103 |
| Devito, Michael | 05CV01517 | | MC103 |
| Dias, Fernando | 06CV08223 | | MC103 |
| Dipalo, John | 06cv11552 | | MC103 |
| DiRubbo, Leo | 06CV07396 | | MC103 |
| DiRubbo, Nicholas | 05cv01497 | | MC103 |
| Dobronski, Zbigniew | 06CV11533 | | MC103 |
| Dolce, Frank | 07cv01491 | | MC103 |
| Dominguez, David | 06CV11656 | | MC103 |
| Dominguez, Margarita | 08CV02265 | | MC103 |
| Dominguez, Tailor | 08CV02266 | | MC103 |
| Donovan, Michael | 06cv10745 | | MC103 |
| Dota, Clara | 07CV01602 | | MC103 |
| Douso, Joseph | 07CV05407 | | MC103 |
| Dowd, Glenn | 09CV02813 | | MC103 |
| Drake, Jesse | 07CV05353 | | MC103 |
| Drozd, Bogdan | 08cv04945 | | MC103 |
| Drozdz, Dominik | 06cv14619 | | MC102 |
| Drozdz, Stanislaw | 06cv14620 | | MC103 |
| Duarte, Inerva | 07CV01603 | | MC103 |
| Duchitanga, Angel | 07cv01492 | | MC103 |
| Duchitanga, Manuel | 07CV05287 | | MC103 |
| Dutan, Elvia | 06CV05504 | | MC103 |
| Dybus, Tomasz | 08CV02322 | | MC103 |
| Dyer, Carl | 06cv08764 | | MC103 |
| Easterling, Willie | 06CV09542 | | MC103 |
| Encalada, Cirilo | 07cv04465 | | MC103 |
| Encalada, Jorge | 05CV10737 | | MC103 |
| Encalada, Marco | 07cv01494 | | MC103 |
| Engelbrecht, Mark | 07cv08274 | | MC103 |
| Eramo, Joseph | 06cv14632 | | MC103 |
| Espinosa, Enny | 06cv13890 | | MC103 |
| Espinoza, Adolfo | 07CV05288 | | MC103 |
| Fairweather, Robert | 07CV05408 | | MC103 |
| Fallon, William P | 06cv14636 | | MC103 |
| Faltynowicz, Stanislaw | 08CV02616 | | MC103 |
| Fassett, Bradley | 07CV08884 | | MC102 |
| Felicetti, Frank | 07CV04244 | | MC103 |
| Feliciano, Aldo | 06cv11663 | | MC103 |

[Appendix C to the Settlement Agreement]    Page 3 of 11

## SCHEDULE A

| Name | Case | | Code |
|---|---|---|---|
| Feliciano, Gladys | 08CV02267 | | MC103 |
| Feliu, Marcial A | 06CV11784 | | MC103 |
| Ferraro, Kenneth | 06CV12062 | | MC103 |
| Fiedziukiewicz, Piotr | 08CV02268 | | MC103 |
| Finnerty, Tom | 06cv06770 | | MC103 |
| Fitzpatrick, Kevin | 06CV12064 | | MC103 |
| Fiumano, Joseph | 06CV12065 | | MC103 |
| Flores, Talia | 07CV01609 | | MC103 |
| Foley, Donald | 07cv00657 | | MC103 |
| Fox, Patricia | 06cv12748 | | MC103 |
| Franco, Luis | 07cv04466 | | MC103 |
| Frangu, Dzile | 06cv14660 | | MC102 |
| Frazier, Nathaniel | 06CV12074 | | MC103 |
| Freire, Flavio | 06cv13909 | | MC102 |
| Frelas, Janina | 07CV01612 | | MC103 |
| Fuentes, Lazaro | 07CV10151 | | MC103 |
| Gallardo, Norberto | 07CV05290 | | MC103 |
| Gallego, Carmen | 07CV00062 | | MC103 |
| Gallegos, Rebeca | 05cv09820 | | MC103 |
| Gallo, Cori | 06cv11810 | | MC103 |
| Galvis, Edgar O | 06cv03422 | | MC102 |
| Garces, Segundo | 07cv01498 | | MC103 |
| Garcia, Enrique | 08CV02241 | | MC103 |
| Garcia, Fernando | 06cv13916 | | MC103 |
| Garcia, Jose | 06cv02218 | | MC102 |
| Garcia, Ladislao | 08CV02269 | | MC103 |
| Garcia, Lizeth | 08CV02270 | | MC103 |
| Garcia, Viviana | 06cv14671 | | MC103 |
| Gaspar, Peter | 05cv10739 | | MC103 |
| Gawin, Leonard | 07CV01619 | | MC103 |
| Geneus, Manes | 06CV12091 | | MC103 |
| Giamo, Samuel T | 06cv11676 | | MC103 |
| Gimblet, Dennis | 06CV07429 | | MC103 |
| Giraldo, Hitier E | 07CV05554 | | MC103 |
| Glancy Jr, Robert | 06cv14689 | | MC103 |
| Gomez, Gildardo | 06cv02285 | | MC102 |
| Gomez, Manuel C | 08CV02271 | | MC103 |
| Gonzalez, Roberta | 07CV04245 | | MC102 |
| Gora, Edward | 06cv03302 | | MC103 |
| Gordon, Leroy | 08CV02324 | | MC103 |
| Grageda, Abdon | 08CV02631 | | MC103 |
| Granata, Joseph | 06cv12688 | | MC103 |
| Greaney, John E | 07cv05410 | | MC103 |
| Gryszkiewicz, Slawomir | 07CV01623 | | MC103 |
| Gualpa, Rosa | 07cv04472 | | MC103 |
| Guerrero, Francisco | 05CV01636 | | MC102 |
| Guevara, Rodolfo | 06cv03301 | | MC103 |
| Guiracocha, Cesar | 08CV02272 | | MC103 |
| Gullo, Richard | 05CV01658 | | MC103 |
| Gutierrez, Rafael | 06cv02813 | | MC102 |
| Guzman, Armando | 07CV05556 | | MC103 |
| Guzman, Salma P | 08CV02273 | | MC103 |
| Hanberry, Brian | 06cv09075 | | MC103 |
| Harmon, Chris | 06cv13938 | | MC103 |
| Harris, Michele | 06cv14711 | | MC102 |
| Hartnett, Michael | 09CV03457 | | MC103 |
| Haughton, Roger | 05cv10390 | | MC103 |
| Hayduk, Jeffrey | 06cv05839 | | MC103 |
| Hernandez, Dick | 06cv08784 | | MC103 |
| Hernandez, Enrique | 07CV04961 | | MC102 |
| Hernandez, Jaime | 08CV02274 | | MC103 |
| Hernandez, Robert | 06cv14719 | | MC103 |

## SCHEDULE A

| Name | Case No. | Case No. 2 | Code |
|---|---|---|---|
| Hernandez, Tercida | 08CV02275 | | MC103 |
| Herrera, Jose L | 06CV12139 | | MC103 |
| Hightower, William | 08CV02276 | | MC103 |
| Hinckson, Christopher | 07CV05413 | | MC103 |
| Hobbs, David | 07CV05414 | | MC103 |
| Hovell, Richard | 05CV01645 | | MC103 |
| Hualpa, Angel | 05CV02501 | | MC102 |
| Huggins, Leslie | 07CV09997 | | MC103 |
| Hunce, Peter | 08CV02325 | | MC103 |
| Hurley, Neil | 07CV09029 | | MC103 |
| Hurtado, Julio | 07CV05295 | | MC103 |
| Hylton, Carlton | 06CV10355 | | MC103 |
| Ibanez, Diomedes | 05CV01239 | | MC102 |
| Idrovo, Edgar | 06cv11025 | | MC103 |
| Idrovo, Manuel | 07CV01628 | | MC103 |
| Infantas, Henry | 07CV04965 | | MC102 |
| Inga, Jorge | 07CV01629 | | MC103 |
| Iwanczyk, Wladyslaw | 07CV05362 | | MC103 |
| Jablonski, Jozef | 07CV01630 | | MC103 |
| Jakubowski, Janusz | 06cv14741 | | MC102 |
| James, Leslie | 08CV02326 | | MC103 |
| Jaramillo, Jonas | 06cv14746 | | MC103 |
| Jaramillo, Manuel | 09CV03458 | | MC103 |
| Jaszcar, Lawrence | 06cv06776 | | MC103 |
| Jenkins, Christopher | 08CV05931 | | MC103 |
| Jimenez, Jose | 07CV00064 | | MC103 |
| Jimenez, Rafael | 07CV10784 | | MC103 |
| Johnson, Christopher | 07CV10786 | | MC103 |
| Jones, James | 06CV11700 | | MC103 |
| Jones, James C | 09cv01548 | | MC103 |
| Jones, Tony | 06cv13963 | | MC103 |
| Jordan, Luis C | 08CV02277 | | MC103 |
| Jude, Philip | 06CV07450 | | MC103 |
| Kajewska-Pielarz, Bozena | 05CV00744 | | MC103 |
| Karpiuk, Janusz | 08CV02327 | | MC103 |
| Karus, Marian | 07CV01635 | | MC103 |
| Kear, John | 07CV04366 | | MC103 |
| Kearney, John | 07CV10787 | | MC103 |
| Kelly, Egerton | 06cv13971 | | MC102 |
| Kessler, Mitchell | 06CV12181 | | MC103 |
| Khaimov, Yasha | 06cv14771 | | MC103 |
| Khan, Imtiaz | 06CV12182 | | MC103 |
| King, Mechelle | 07CV09008 | | MC103 |
| Kissane, John | 06cv14774 | | MC102 |
| Klein, Joel | 07CV01640 | | MC103 |
| Kmec, Lubomir (Labomir) | 08CV02278 | 08CV02279 | MC103 |
| Knurzynska, Anna | 05cv07900 | | MC103 |
| Kolodziejczyk, Wieslaw | 07cv04479 | | MC103 |
| Konopka, Antoni | 07CV01641 | | MC103 |
| Kosiv, Igor | 07cv08282 | | MC103 |
| Kosowski, Edward | 07CV05299 | | MC103 |
| Kowalczyk, Adam | 06CV02252 | | MC102 |
| Kukacki, Kazimierz | 06cv14781 | | MC102 |
| Laios, John | 06CV12194 | | MC103 |
| Lamboy, Eva | 07CV01644 | | MC103 |
| Lascano, Ana | 05cv09333 | | MC103 |
| Lascano, Carlos | 07CV01646 | | MC103 |
| Lasica, Andrzej | 07cv04480 | | MC103 |
| Leary, Annette | 05cv01118 | | MC103 |
| Lech, Leszek | 06CV07911 | | MC103 |
| Lecoche, Fabio | 07CV05415 | | MC103 |
| Ledesma, Horacio | 06cv10044 | | MC103 |

[Appendix C to the Settlement Agreement]                Page 5 of 11

## SCHEDULE A

| Name | Case No. | Case No. 2 | MC |
|---|---|---|---|
| Lenis, Carlos | 06cv10045 | | MC103 |
| Leon, Cesar | 07CV00063 | | MC103 |
| Leon, Ines | 07cv04481 | | MC103 |
| Leon, Segundo | 07cv08283 | | MC103 |
| Lerich, David | 06cv12771 | | MC103 |
| Leroux, Ivonne | 06cv12772 | | MC102 |
| Lewis, Sr., Leonard | 06cv13990 | | MC102 |
| Lewis, Stephen W | 06CV08446 | | MC103 |
| Linea, Carmelo | 08cv04946 | | MC103 |
| Llerena, Hilda | 07CV01650 | | MC103 |
| Lluguay, Maria | 08CV02280 | | MC103 |
| LoBasso, Thomas | 06cv04735 | | MC103 |
| Loja, Wilmo | 07cv04482 | | MC103 |
| Lombardi, John | 05CV01678 | | MC103 |
| Lopez, Antonio | 07CV05436 | | MC103 |
| Lopez, Jamie D | 08CV02282 | | MC103 |
| Lopez, Rolando | 08CV02283 | | MC103 |
| Lopez, Wifredo | 06cv12777 | | MC103 |
| Lorusso, Nicholas | 06cv09622 | | MC103 |
| Lott, Tyrone | 05CV01203 | | MC103 |
| Lovergine, Steve | 05CV01251 | | MC103 |
| Lozano, Henry | 08CV02284 | | MC103 |
| Luengas, Ligia | 08CV02285 | | MC103 |
| Lukac, Esad | 07CV10179 | | MC102 |
| Luna, Rolando | 06CV07912 | | MC103 |
| Luster, Edward | 07CV10795 | | MC103 |
| Macas, Veronica | 07cv04485 | | MC102 |
| Macias, Pedro | 08CV02286 | | MC103 |
| Maguire, Thomas | 08CV01772 | | MC103 |
| Maher, Thomas | 07CV05416 | | MC103 |
| Maldonado, Felix | 06cv14825 | | MC103 |
| Malvino, Joseph G | 08cv04947 | | MC103 |
| Mancini, Ron | 05CV01668 | | MC103 |
| Marchese, Salvatore | 06cv06716 | | MC103 |
| Marrero, Gloria | 08CV02287 | | MC103 |
| Marshall, Donna | 07CV05417 | | MC103 |
| Martin, Garrett | 09CV02761 | | MC103 |
| Martin, Mark A | 07CV08968 | | MC103 |
| Martin, Richard | 06cv08037 | | MC103 |
| Martinez, Joffre | 08CV02288 | | MC103 |
| Martucci, Anthony | 05cv09957 | | MC103 |
| Martz, Kevin | 05cv01650 | | MC103 |
| Mattei (Mottei), Margarita | 08CV02289 | 08CV02294 | MC103 |
| Maupin, Mark | 08cv05853 | | MC103 |
| Mazur, Antoni | 07CV01659 | | MC103 |
| McLoughlin, Jim | 07CV04424 | | MC103 |
| McNulty, William | 06CV07490 | | MC103 |
| McPartland, Michael | 05CV01181 | | MC103 |
| Medina, Diego | 08CV02290 | | MC103 |
| Medina, Rosa | 07cv04491 | | MC103 |
| Mendez, Edgar | 05CV01180 | | MC103 |
| Mendez, Juan | 08CV02291 | 07CV01664 | MC103 |
| Mendoza, Gustavo | 07cv04494 | | MC103 |
| Merchan, Carlos | 07CV01665 | | MC103 |
| Mills, Joseph | 08CV02329 | | MC103 |
| Miranda, Susana | 08CV02293 | | MC103 |
| Misaico, Ubaldo | 07cv04495 | | MC103 |
| Mogg, Bruce | 07cv00785 | | MC103 |
| Mohlenbrok, Jeffrey | 06cv10823 | | MC102 |
| Mollahan, Robert | 07CV05018 | | MC103 |
| Montero, Hamilton | 06cv12791 | | MC103 |
| Montero, Leidis | 05CV01691 | | MC102 |

## SCHEDULE A

| Name | Case No. | Case No. 2 | MC |
|---|---|---|---|
| Mora, Eugenio | 06cv13168 | | MC103 |
| Morales, Edwin | 06cv08949 | | MC102 |
| Morales, Tatiana | 07CV05370 | | MC103 |
| Moran, LeRoy | 06CV07502 | | MC103 |
| Mordente, Como | 06cv07271 | | MC103 |
| Moreno, Jorge | 06cv14047 | | MC102 |
| Moreno, Sandra | 06cv14901 | | MC103 |
| Morgan, Lawrence | 06cv11824 | | MC103 |
| Moscato, Salvatore | 08CV01403 | | MC103 |
| Mrozek, Jacek | 07cv08275 | | MC103 |
| Murphy, Michael G | 07cv05418 | | MC103 |
| Naranjo, Adolfo | 08CV02295 | | MC103 |
| Naranjo, Angel | 07CV00066 | | MC103 |
| Naranjo, Luis | 05CV10738 | | MC103 |
| Naranjo, Luis | 07cv08102 | | MC103 |
| Naranjo, Walter | 07cv04496 | | MC103 |
| Narvaez, Carlos | 06cv02221 | | MC102 |
| Nauta, Dalia | 08cv01015 | | MC103 |
| Negron, Aurea N | 06CV12366 | | MC102 |
| Nevins, Timothy C | 08CV02330 | | MC103 |
| Niskanen, David | 06CV12377 | | MC103 |
| Noesges, William | 06cv14925 | | MC103 |
| Nolan, Joseph | 05CV01213 | 06CV12167 | MC103 |
| Nolan, Richard | 07cv08276 | | MC103 |
| Nussbaum, David | 07CV05419 | | MC103 |
| O Shea, Mark | 07CV05243 | | MC103 |
| O'Brien, Michael | 05CV08541 | | MC103 |
| Ochoa, Gustavo | 08CV02296 | | MC103 |
| O'Connell, Sean | 07CV05374 | | MC103 |
| O'Connor, Edward | 06cv06797 | | MC103 |
| Olivo, Wilson | 08CV02297 | | MC103 |
| Olszewski, Arkadiusz | 09CV02810 | | MC103 |
| O'Neal, Alexander | 06cv06798 | | MC103 |
| O'Neal, Michael | 06cv11828 | | MC103 |
| Onzo, Emil | 06CV10624 | | MC103 |
| Ordonez, Julio | 08CV02298 | | MC103 |
| Orlando, Thomas | 06cv09661 | | MC103 |
| Orozco, Rafael E | 08CV02299 | | MC103 |
| Osorio, Alicia | 08CV02300 | | MC103 |
| Oyervide, Blanca | 07cv04500 | | MC103 |
| Pacheco Lobo, Jose | 07CV08924 | | MC102 |
| Padilla, Carmen | 05cv09822 | | MC102 |
| Palaguachi, Rosa | 07CV01680 | | MC103 |
| Pallotto, Michael | 07CV05421 | | MC103 |
| Pangallo, Frank | 06cv14071 | | MC103 |
| Papazissis, Nicholas | 07CV10029 | | MC103 |
| Pappalardo, Philip | 08CV06639 | | MC103 |
| Paredes, Kleber | 06CV13703 | | MC103 |
| Paredes, Walberto | 08CV02302 | | MC103 |
| Pasqua, Frank | 07CV05437 | | MC103 |
| Pasqua, Paul | 05CV01268 | | MC103 |
| Pastuizaca, Zoila | 07CV05308 | | MC103 |
| Paternostro, Michael | 06CV10669 | | MC103 |
| Pena, Alexander | 07CV08929 | | MC103 |
| Pena, Gabriel | 05CV01385 | | MC102 |
| Pena, Marianna | 08CV02683 | | MC102 |
| Pena, Michael | 05CV01700 | | MC103 |
| Pepe Jr, Joseph | 09CV02777 | | MC103 |
| Perez, Jacqueline | 07cv08284 | | MC103 |
| Perry, LaDerrick | 06cv08970 | | MC103 |
| Peters, Stephen | 07CV10820 | | MC103 |
| Pierrot, Clifford | 08cv04948 | | MC103 |

## SCHEDULE A

| Name | Case | Case2 | MC |
|---|---|---|---|
| Pigott, John | 06cv14970 | | MC103 |
| Pina, Napoleon | 06CV12413 | | MC102 |
| Pinkney, Katherine | 06cv00818 | | MC103 |
| Plucinski, Zbigniew | 08CV02303 | | MC103 |
| Pope, David | 05cv01078 | | MC103 |
| Porowski, Piotr | 06cv03850 | | MC102 |
| Porras, Raul | 06cv09674 | | MC102 |
| Power, Michael | 06cv10855 | | MC103 |
| Prado, Victor | 09CV03459 | | MC103 |
| Prescod, Bruce | 05CV01681 | | MC103 |
| Puma, Elsa | 07cv11023 | | MC103 |
| Puma, Maria | 07CV01688 | | MC103 |
| Puma, Pietro | 07CV05044 | | MC103 |
| Purcell, Dan | 07CV08932 | | MC103 |
| Quinlan, Scott | 07CV09168 | | MC103 |
| Quizhpi (Sinchi), Nelly P | 08cv04941 | 07cv01535 | MC103 |
| Quizhpi, Segundo | 08CV02246 | | MC102 |
| Rafaniello, Mark | 07CV10823 | | MC103 |
| Ragnetti, James | 06cv11247 | | MC103 |
| Ramirez, Harold | 08CV02304 | | MC103 |
| Ramirez, Michael | 07CV05422 | | MC103 |
| Rando, Dennis | 07CV10824 | | MC103 |
| Reems, Eugene | 06cv14993 | | MC103 |
| Rehorn, Andrew | 06cv14084 | | MC103 |
| Reilly, John D | 06cv14995 | | MC103 |
| Renaudin, Roland | 07CV05423 | | MC103 |
| Reynolds, David | 07CV03446 | | MC103 |
| Ribeiro, Joseph | 07CV10918 | | MC103 |
| Ricciardi, John | 09cv01545 | | MC103 |
| Richards, Keith | 05CV04215 | | MC103 |
| Rieger, Eric | 06cv15003 | | MC103 |
| Riera, Carlos | 07cv01518 | | MC103 |
| Riera, Maximo | 07cv01519 | | MC103 |
| Riggi, Laura | 06cv12807 | | MC103 |
| Rizzi, Patrizio | 06cv15006 | | MC103 |
| Robles, Blanca | 07cv01520 | | MC103 |
| Rodas, Patricio | 07CV01694 | | MC103 |
| Rodriguez, Jorge | 06cv11260 | | MC103 |
| Rodriguez, Susana | 07CV05315 | | MC103 |
| Rodriguez, William | 07CV05424 | | MC103 |
| Rojas, Jaime | 07cv04511 | | MC103 |
| Roman, Luis | 07CV10836 | | MC103 |
| Romaniuk, Mieczyslaw | 07CV05316 | | MC103 |
| Romano, Dennis | 09cv01546 | | MC103 |
| Romero, Carmen | 06cv14101 | | MC102 |
| Rosales, Cesar | 06cv12812 | | MC103 |
| Ross, Richard | 06cv15022 | | MC103 |
| Rudder, Anthony | 07CV01698 | | MC103 |
| Ruggiero, Eddie | 06cv12813 | | MC103 |
| Ruggiero, John | 07CV05067 | | MC103 |
| Ruiz, Rafaela | 08CV02311 | | MC103 |
| Rupnarain, Tejperpab | 06cv12475 | | MC103 |
| Ryan, Thomas | 06cv08529 | | MC103 |
| Saavedra, Donaldo | 07cv01525 | | MC103 |
| Sabo-Winer, Galit | 06cv01651 | | MC102 |
| Sadowy, Donald | 06cv07254 | | MC103 |
| Saeteros, Blanca | 08CV02305 | | MC103 |
| Salamone, Vincenzo A | 06cv08530 | | MC103 |
| Salazar, Victor | 07cv04512 | 06CV12481 | MC103 |
| Salgado, Calinda | 06cv10087 | | MC103 |
| Salgado, Lorraine | 09cv01544 | | MC103 |
| Salwa, Jan | 08CV02707 | | MC103 |

## SCHEDULE A

| Name | Case No. | Case No. 2 | Code |
|---|---|---|---|
| Sanchez, Edilberto | 07CV05384 | | MC103 |
| Sanchez, Genaro | 07cv01527 | | MC103 |
| Sanchez, George | 08cv04949 | | MC103 |
| Sanchez, Jose | 08CV02306 | | MC103 |
| Sanchez, Manuel | 07CV10075 | | MC103 |
| Sanchez, Rosa C | 06cv12488 | | MC103 |
| Sanchez, Wilson | 07CV05386 | | MC102 |
| Sandoya, Henry | 07cv11025 | | MC103 |
| Santamaria, Emanuel | 07cv01528 | | MC103 |
| Santos, David | 06cv12492 | | MC103 |
| Sarmiento, Edwin | 07cv04515 | | MC103 |
| Sarmiento, Galo | 07cv01529 | | MC103 |
| Savage, Gertrudis | 05cv09951 | | MC102 |
| Schmidt, Robert | 06cv10878 | | MC103 |
| Schoffel, Matthew | 06cv14119 | | MC103 |
| Schuler, Steven | 07CV05425 | | MC103 |
| Schultz, Michaelene | 06cv15049 | 07CV01702 | MC103 |
| Scott, David | 09CV02815 | | MC103 |
| Segaline, Maria | 07CV05426 | | MC103 |
| Seiferheld, James | 07CV05427 | | MC103 |
| Sen, Juan | 08CV02307 | | MC103 |
| Serrano, Alfonso | 07CV01703 | | MC103 |
| Serrano, Theresa | 05cv08937 | | MC103 |
| Shalomov, Stanislav | 05cv01739 | | MC103 |
| Shalomov, Vladimir | 06CV07546 | | MC103 |
| Shanahan, Ken | 06CV10636 | | MC103 |
| Shields, Steven | 07CV10207 | | MC103 |
| Shingles, Ulysses | 06cv11585 | | MC103 |
| Short, James | 07CV08997 | | MC103 |
| Signorile, Frank | 06cv15063 | | MC102 |
| Siguencia, Raul | 07cv01533 | | MC103 |
| Silva, Enrique | 06cv12525 | | MC103 |
| Simes, Larry | 06cv08541 | | MC103 |
| Simons, Raymond | 05CV01685 | | MC103 |
| Simpson, William | 05CV01208 | | MC103 |
| Sinerco, George | 06cv11843 | | MC103 |
| Smith, Jeffrey J | 05CV01705 | | MC102 |
| Sosa, Cynthia | 05CV01704 | | MC102 |
| Soto, Mayie I | 06cv10495 | | MC103 |
| Stamatakis, Zachary | 06cv11589 | | MC103 |
| Stanford, Phillip | 08cv05157 | | MC103 |
| Starace, Joe | 07CV08949 | | MC103 |
| Steckler, Andrew | 07CV05428 | | MC103 |
| Steinbrecher, Florence | 05CV01520 | | MC103 |
| Stevens, Jake | 06cv10095 | | MC103 |
| Stroud, Alex | 06cv09724 | | MC103 |
| Suarez, Felipe | 07cv01707 | | MC103 |
| Sullivan, Margaret | 06cv14139 | | MC102 |
| Sumba, Samuel | 05cv01783 | | MC103 |
| Susi, Anthony | 06CV11275 | | MC103 |
| Szczepanski, Krzysztof | 06cv15084 | | MC102 |
| Szubski, Edward | 07CV05429 | | MC103 |
| Szynkowski, Zbigniew | 08CV02308 | | MC103 |
| Taggart, John F | 08CV02331 | | MC103 |
| Tallaksen, Sara J | 07CV10215 | | MC103 |
| Tamayo, Pedro | 07cv01538 | | MC103 |
| Taylor, Robert | 06cv12560 | | MC102 |
| Tedaldi, Guy | 07CV05430 | | MC103 |
| Tehan, Nicholas | 07CV05564 | | MC103 |
| Tenezaca, Julia | 07cv01714 | | MC103 |
| Teran, Cesareo | 07CV05389 | | MC103 |
| Testa, Rocco S | 07CV05431 | | MC103 |

# SCHEDULE A

| Name | Case | | Code |
|---|---|---|---|
| Theiss, Eric | 06cv08971 | | MC103 |
| Thorpe, Jeanne | 07cv01715 | | MC103 |
| Tighe, Stephen | 06cv15091 | | MC102 |
| Toledo Naranjo, Aracely M | 07cv04490 | | MC103 |
| Toledo, Nelson | 08CV02332 | | MC103 |
| Torres, Aida | 08CV02309 | | MC103 |
| Torres, Felix | 06cv01675 | | MC103 |
| Torres, Miguel | 07CV04519 | | MC102 |
| Torres, Pedro | 08CV02310 | | MC103 |
| Trujillo, Consuelo | 06CV03846 | | MC102 |
| Tuapante, Manuel | 06cv12589 | | MC102 |
| Urquhart, Milton | 06cv12591 | | MC103 |
| Usewicz, Zdzislaw | 06cv15104 | | MC102 |
| Uzhca, Miguel | 08CV02333 | | MC103 |
| Vaccarella, John | 06cv09737 | | MC103 |
| Valdiulezo - Nieto, Aida | 06CV11534 | | MC103 |
| Valencia, Carlos A | 07CV05324 | | MC102 |
| Valenti, John | 06cv14158 | | MC103 |
| Valenzuela, Mario | 06cv14159 | | MC102 |
| Vales, Vincent | 06cv09236 | | MC103 |
| Vanbelle, Mark | 06cv11281 | | MC103 |
| Vanfechtmann, Edward | 07cv01719 | | MC103 |
| Vargas, Michael | 06cv08566 | | MC103 |
| Vasquez, Camilo | 08CV02313 | | MC103 |
| Vasquez, Jose | 07cv02708 | | MC103 |
| Vasquez, Rommel | 07cv01543 | | MC103 |
| Vazquez, Kattia | 07cv01722 | | MC103 |
| Vazquez, Robert | 08cv05852 | | MC103 |
| Vega, Myriam | 06CV12221 | | MC102 |
| Vega, Severo | 07cv04521 | | MC103 |
| Velasquez, Jose | 07CV05432 | | MC103 |
| Villa, Virginia | 06cv15118 | | MC102 |
| Villafuerte, Julio | 06cv01652 | | MC102 |
| Villafuerte, Walter | 08CV02250 | | MC103 |
| Villarroel, Segundo | 07cv01546 | | MC103 |
| Villavicencio, Oswaldo | 08CV02315 | | MC103 |
| Vilomar, Patricia | 08CV02316 | | MC103 |
| Vinciguerra, John | 06cv08117 | | MC103 |
| Vintimilla, Rosalia | 08CV02317 | | MC103 |
| Vitiello, Andrew | 06cv09244 | | MC103 |
| Vivar, Jose | 08CV02318 | | MC103 |
| Vivar, Luis | 07cv04523 | | MC103 |
| Vivar, Rosa | 06cv00997 | | MC103 |
| Volpe, Peter | 05CV01679 | | MC103 |
| Voss, Jason | 06cv08701 | | MC103 |
| Wakeen, David | 07CV05433 | | MC103 |
| Walek, Kazimierz | 07CV05327 | | MC103 |
| Walsh, Jr., Thomas | 08cv04950 | | MC103 |
| Walsh, Kevin | 06cv12608 | | MC103 |
| Waniurski, Robert | 07cv04524 | | MC103 |
| Watson, Ancil | 07CV05391 | | MC103 |
| Whittle, Frank | 06CV07576 | | MC103 |
| Wibrew, Robert | 06cv12618 | | MC103 |
| Wildner, David | 06cv15136 | | MC103 |
| Wojciechowski, Seweryn | 08CV02319 | | MC103 |
| Wragg, Clarence | 06cv08125 | | MC103 |
| Wright, Richard A | 07CV05434 | | MC103 |
| Yarczower, Dennis | 06cv15149 | | MC103 |
| Zambrana, Ramon | 08CV02320 | | MC103 |
| Zammit, Guy | 06cv15155 | | MC103 |
| Zapil, Santos M | 08cv04951 | | MC103 |
| Ziegelmeier, William | 05cv04217 | | MC103 |

## SCHEDULE A

| Name | Case No. | | Code |
|---|---|---|---|
| Zimmerman, Iris | 06cv11288 | | MC103 |
| Zitano, Philip | 06cv12643 | | MC103 |
| Zugaj, Franciszek | 06cv01653 | | MC102 |