UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL CASES LISTED
ON THE ATTACHED SCHEDULE A
------------------------------------------------------------X

Case No.: 21 MC 100
         21 MC 103 (AKH)

Docket No.: (See attached Schedule A)

This Order relates to claims against Tishman Interiors Corporation *only* in all cases listed on Schedule A

ALVIN K. HELLERSTEIN, U.S.D.J.:

## ORDER

This Order relates to the Plaintiffs listed on the attached Schedule A, and defendant Tishman Interiors Corporation in these actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the matters (a) listed on Schedule A be and the same are hereby dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2) as against Tishman Interiors Corporation and without costs to any party with respect to all claims that could have been brought in relation to (i) the existing pleadings of the Plaintiffs and (ii) a second injury to the extent permitted by New York State law by reason of the so-called "two-injury rule".

Dated: ~~April~~ ___, 2011
       May 19, 2011

SO-ORDERED: _____
            Hon. Alvin K. Hellerstein, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/11

## SCHEDULE A

| Plaintiff | Civil Action No. | Other Docket No. | Master Docket |
|---|---|---|---|
| Aalbue, Richard | 06cv11897 | | MC103 |
| Abarca, Edgar | 06cv01648 | | MC102 |
| Abdelrehim, Aly | 05cv09826 | | MC103 |
| Acosta, Julian | 07CV10098 | | MC102 |
| Aguilar, Luis | 06cv12701 | | MC102 |
| Ahearn, Kevin P | 07CV08863 | | MC103 |
| Alvarez, Juan | 06cv02814 | | MC102 |
| Amabile, Jr., Anthony | 06cv12704 | | MC103 |
| Annunziato, Philip | 06cv14466 | | MC103 |
| Arendt, Michael | 06cv10980 | | MC103 |
| Baquero, Sandra J | 06cv14486 | | MC102 |
| Barbosa, Virginia | 06cv01649 | | MC102 |
| Battle, Linda | 06cv00133 | | MC103 |
| Betro, Louis | 05cv01073 | | MC103 |
| Bikowski, Roman | 06cv14496 | | MC102 |
| Blandon, Daysy | 07CV09949 | | MC103 |
| Bonilla, Luis | 06cv10987 | | MC103 |
| Buckley, Johnathan | 06cv01654 | | MC103 |
| Bunay, German Ernesto | 07CV01572 | | MC102 |
| Buonviaggio, Mario | 06CV12235 | | MC103 |
| Cabrera, Georgina | 05CV01785 | | MC102 |
| Cagatay, Hamide | 07CV05279 | 05CV00411 | MC102 |
| Calder, Collin | 06cv06758 | | MC103 |
| Campuzano, Consuelo | 06cv14529 | | MC102 |
| Cannon, Russell | 05cv07877 | | MC103 |
| Cardona, Luz | 05CV00417 | | MC102 |
| Carr, James | 06cv00647 | | MC103 |
| Carrillo, Linda | 06cv07960 | | MC103 |
| Cerbone, Guy | 07CV04898 | | MC103 |
| Chain, Rosa | 06cv14549 | | MC102 |
| Charles, Michael | 06cv11546 | | MC103 |
| Cheesman, Benjamin T | 06cv12718 | | MC103 |
| Chiarantano, Joseph | 07CV05403 | | MC103 |
| Choinski, Pawel | 06cv13837 | | MC102 |
| Choudhury, Faisal | 07CV05404 | | MC103 |
| Chun, William | 06cv11989 | | MC103 |
| Ciaramella, Vincent | 07CV05343 | | MC103 |
| Cifuentes, Maria del Pilar | 07CV01590 | | MC102 |
| Citeno, Rocco | 06cv00060 | | MC103 |
| Clancy, Dermott | 06cv14553 | | MC102 |
| Claret, Cecilia | 06cv14554 | | MC102 |
| Colombo, Joseph | 07CV04177 | | MC103 |
| Conca, Ralph | 06CV08355 | | MC103 |
| Cordero, Freddy | 08cv04944 | | MC103 |
| Cornier, David | 07CV05406 | | MC103 |
| Cosme, Manuel | 06CV12006 | | MC103 |
| Criollo, Jose | 05cv01104 | | MC102 |
| Cubas, Patricia | 06cv12725 | | MC103 |
| Cuevas, David | 08CV02321 | | MC103 |
| Curley, Peter J. | 06CV07384 | | MC103 |
| Damato, Michael | 05CV01253 | | MC103 |
| Danetra, Frank | 05cv01495 | | MC102 |
| Daquila, Steven | 06cv08756 | | MC103 |
| Darin, Robert | 05CV08497 | | MC103 |
| DeAngelis, Peter | 05cv04227 | | MC103 |
| DeJesus, Gilberto | 07CV09087 | | MC103 |
| DeLeon, Isabel | 07CV05284 | 06cv14593 | MC102 |
| Demauro, Mark | 05CV04335 | | MC103 |
| Devito, Michael | 05CV01517 | | MC103 |
| DiRubbo, Leo | 06CV07396 | | MC103 |

## SCHEDULE A

| Name | Case Number | | Code |
|---|---|---|---|
| DiRubbo, Nicholas | 05cv01497 | | MC103 |
| Donovan, Michael | 06cv10745 | | MC103 |
| Douso, Joseph | 07CV05407 | | MC103 |
| Dowd, Glenn | 09CV02813 | | MC103 |
| Drozdz, Dominik | 06cv14619 | | MC102 |
| Espinosa, Enny | 06cv13890 | | MC103 |
| Fassett, Bradley | 07CV08884 | | MC102 |
| Felicetti, Frank | 07CV04244 | | MC103 |
| Feliciano, Aldo | 06cv11663 | | MC103 |
| Foley, Donald | 07cv00657 | | MC103 |
| Fox, Patricia | 06cv12748 | | MC103 |
| Frangu, Dzile | 06cv14660 | | MC102 |
| Freire, Flavio | 06cv13909 | | MC102 |
| Gallo, Cori | 06cv11810 | | MC103 |
| Galvis, Edgar O | 06cv03422 | | MC102 |
| Garcia, Fernando | 06cv13916 | | MC103 |
| Garcia, Jose | 06cv02218 | | MC102 |
| Geneus, Manes | 06CV12091 | | MC103 |
| Gimblet, Dennis | 06CV07429 | | MC103 |
| Gomez, Gildardo | 06cv02285 | | MC102 |
| Gonzalez, Roberta | 07CV04245 | | MC102 |
| Gordon, Leroy | 08CV02324 | | MC103 |
| Guerrero, Francisco | 05CV01636 | | MC102 |
| Gutierrez, Rafael | 06cv02813 | | MC102 |
| Hanberry, Brian | 06cv09075 | | MC103 |
| Harris, Michele | 06cv14711 | | MC102 |
| Hartnett, Michael | 09CV03457 | | MC103 |
| Haughton, Roger | 05cv10390 | | MC103 |
| Hayduk, Jeffrey | 06cv05839 | | MC103 |
| Hernandez, Dick | 06cv08784 | | MC103 |
| Hinckson, Christopher | 07CV05413 | | MC103 |
| Hobbs, David | 07CV05414 | | MC103 |
| Hualpa, Angel | 05CV02501 | | MC102 |
| Huggins, Leslie | 07CV09997 | | MC103 |
| Hunce, Peter | 08CV02325 | | MC103 |
| Ibanez, Diomedes | 05CV01239 | | MC102 |
| Infantas, Henry | 07CV04965 | | MC102 |
| Jakubowski, Janusz | 06cv14741 | | MC102 |
| James, Leslie | 08CV02326 | | MC103 |
| Jimenez, Rafael | 07CV10784 | | MC103 |
| Johnson, Christopher | 07CV10786 | | MC103 |
| Jones, Tony | 06cv13963 | | MC103 |
| Jude, Philip | 06CV07450 | | MC103 |
| Kajewska-Pielarz, Bozena | 05CV00744 | | MC103 |
| Kearney, John | 07CV10787 | | MC103 |
| Kelly, Egerton | 06cv13971 | | MC102 |
| Kessler, Mitchell | 06CV12181 | | MC103 |
| Khaimov, Yasha | 06cv14771 | | MC103 |
| Khan, Imtiaz | 06CV12182 | | MC103 |
| Kissane, John | 06cv14774 | | MC102 |
| Klein, Joel | 07CV01640 | | MC103 |
| Knurzynska, Anna | 05cv07900 | | MC103 |
| Kukacki, Kazimierz | 06cv14781 | | MC102 |
| Lecoche, Fabio | 07CV05415 | | MC103 |
| Lerich, David | 06cv12771 | | MC103 |
| Leroux, Ivonne | 06cv12772 | | MC102 |
| Lewis, Sr., Leonard | 06cv13990 | | MC102 |
| Lewis, Stephen W | 06CV08446 | | MC103 |
| LoBasso, Thomas | 06cv04735 | | MC103 |
| Lombardi, John | 05CV01678 | | MC103 |
| Lorusso, Nicholas | 06cv09622 | | MC103 |
| Lott, Tyrone | 05CV01203 | | MC103 |

[Appendix D to the Settlement Agreement]     Page 2 of 4

## SCHEDULE A

| Name | Case No. | | Code |
|---|---|---|---|
| Lukac, Esad | 07CV10179 | | MC102 |
| Macas, Veronica | 07cv04485 | | MC102 |
| Maguire, Thomas | 08CV01772 | | MC103 |
| Maher, Thomas | 07CV05416 | | MC103 |
| Maldonado, Felix | 06cv14825 | | MC103 |
| Marshall, Donna | 07CV05417 | | MC103 |
| Martin, Mark A | 07CV08968 | | MC103 |
| Martin, Richard | 06cv08037 | | MC103 |
| Maupin, Mark | 08cv05853 | | MC103 |
| McPartland, Michael | 05CV01181 | | MC103 |
| Mills, Joseph | 08CV02329 | | MC103 |
| Mohlenbrok, Jeffrey | 06cv10823 | | MC102 |
| Montero, Hamilton | 06cv12791 | | MC103 |
| Montero, Leidis | 05CV01691 | | MC102 |
| Morales, Edwin | 06cv08949 | | MC102 |
| Moran, LeRoy | 06CV07502 | | MC103 |
| Mordente, Como | 06cv07271 | | MC103 |
| Moreno, Jorge | 06cv14047 | | MC102 |
| Murphy, Michael G | 07cv05418 | | MC103 |
| Narvaez, Carlos | 06cv02221 | | MC102 |
| Negron, Aurea N | 06CV12366 | | MC102 |
| Noesges, William | 06cv14925 | | MC103 |
| Nolan, Joseph | 05CV01213 | 06CV12167 | MC103 |
| Nolan, Richard | 07cv08276 | | MC103 |
| Nussbaum, David | 07CV05419 | | MC103 |
| O Shea, Mark | 07CV05243 | | MC103 |
| O'Brien, Michael | 05CV08541 | | MC103 |
| O'Connor, Edward | 06cv06797 | | MC103 |
| Onzo, Emil | 06CV10624 | | MC103 |
| Orlando, Thomas | 06cv09661 | | MC103 |
| Pacheco Lobo, Jose | 07CV08924 | | MC102 |
| Padilla, Carmen | 05cv09822 | | MC102 |
| Pallotto, Michael | 07CV05421 | | MC103 |
| Pasqua, Frank | 07CV05437 | | MC103 |
| Pena, Alexander | 07CV08929 | | MC103 |
| Pena, Gabriel | 05CV01385 | | MC102 |
| Pena, Marianna | 08CV02683 | | MC102 |
| Pena, Michael | 05CV01700 | | MC103 |
| Pepe Jr, Joseph | 09CV02777 | | MC103 |
| Perry, LaDerrick | 06cv08970 | | MC103 |
| Pina, Napoleon | 06CV12413 | | MC102 |
| Pinkney, Katherine | 06cv00818 | | MC103 |
| Porowski, Piotr | 06cv03850 | | MC102 |
| Porras, Raul | 06cv09674 | | MC102 |
| Puma, Pietro | 07CV05044 | | MC103 |
| Quizhpi, Segundo | 08CV02246 | | MC102 |
| Ramirez, Michael | 07CV05422 | | MC103 |
| Rando, Dennis | 07CV10824 | | MC103 |
| Reilly, John D | 06cv14995 | | MC103 |
| Renaudin, Roland | 07CV05423 | | MC103 |
| Richards, Keith | 05CV04215 | | MC103 |
| Riggi, Laura | 06cv12807 | | MC103 |
| Rodas, Patricio | 07CV01694 | | MC103 |
| Rodriguez, Jorge | 06cv11260 | | MC103 |
| Rodriguez, William | 07CV05424 | | MC103 |
| Roman, Luis | 07CV10836 | | MC103 |
| Romero, Carmen | 06cv14101 | | MC102 |
| Ruggiero, John | 07CV05067 | | MC103 |
| Rupnarain, Tejperpab | 06cv12475 | | MC103 |
| Sabo-Winer, Galit | 06cv01651 | | MC102 |
| Sadowy, Donald | 06cv07254 | | MC103 |
| Salgado, Calinda | 06cv10087 | | MC103 |

## SCHEDULE A

| Name | Case | Case 2 | MC |
|---|---|---|---|
| Salgado, Lorraine | 09cv01544 | | MC103 |
| Sanchez, Manuel | 07CV10075 | | MC103 |
| Savage, Gertrudis | 05cv09951 | | MC102 |
| Schultz, Michaelene | 06cv15049 | 07CV01702 | MC103 |
| Shalomov, Stanislav | 05cv01739 | | MC103 |
| Shalomov, Vladimir | 06CV07546 | | MC103 |
| Signorile, Frank | 06cv15063 | | MC102 |
| Silva, Enrique | 06cv12525 | | MC103 |
| Simons, Raymond | 05CV01685 | | MC103 |
| Simpson, William | 05CV01208 | | MC103 |
| Smith, Jeffrey J | 05CV01705 | | MC102 |
| Sosa, Cynthia | 05CV01704 | | MC102 |
| Soto, Mayie I | 06cv10495 | | MC103 |
| Stamatakis, Zachary | 06cv11589 | | MC103 |
| Starace, Joe | 07CV08949 | | MC103 |
| Steckler, Andrew | 07CV05428 | | MC103 |
| Stroud, Alex | 06cv09724 | | MC103 |
| Sullivan, Margaret | 06cv14139 | | MC102 |
| Susi, Anthony | 06CV11275 | | MC103 |
| Szczepanski, Krzysztof | 06cv15084 | | MC102 |
| Szubski, Edward | 07CV05429 | | MC103 |
| Taggart, John F | 08CV02331 | | MC103 |
| Tallaksen, Sara J | 07CV10215 | | MC103 |
| Taylor, Robert | 06cv12560 | | MC102 |
| Tedaldi, Guy | 07CV05430 | | MC103 |
| Testa, Rocco S | 07CV05431 | | MC103 |
| Tighe, Stephen | 06cv15091 | | MC102 |
| Torres, Felix | 06cv01675 | | MC103 |
| Trujillo, Consuelo | 06CV03846 | | MC102 |
| Tuapante, Manuel | 06cv12589 | | MC102 |
| Urquhart, Milton | 06cv12591 | | MC103 |
| Usewicz, Zdzislaw | 06cv15104 | | MC102 |
| Uzhca, Miguel | 08CV02333 | | MC103 |
| Valencia, Carlos A | 07CV05324 | | MC102 |
| Valenti, John | 06cv14158 | | MC103 |
| Valenzuela, Mario | 06cv14159 | | MC102 |
| Vanbelle, Mark | 06cv11281 | | MC103 |
| Vanfechtmann, Edward | 07cv01719 | | MC103 |
| Vargas, Michael | 06cv08566 | | MC103 |
| Vega, Myriam | 06CV12221 | | MC102 |
| Villa, Virginia | 06cv15118 | | MC102 |
| Villafuerte, Julio | 06cv01652 | | MC102 |
| Wakeen, David | 07CV05433 | | MC103 |
| Wildner, David | 06cv15136 | | MC103 |
| Wright, Richard A | 07CV05434 | | MC103 |
| Zammit, Guy | 06cv15155 | | MC103 |
| Zapil, Santos M | 08cv04951 | | MC103 |
| Zimmerman, Iris | 06cv11288 | | MC103 |
| Zitano, Philip | 06cv12643 | | MC103 |
| Zugaj, Franciszek | 06cv01653 | | MC102 |