UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------------X
THIS DOCUMENT APPLIES TO ALL
WORLD TRADE CENTER DISASTER SITE
LITIGATION
-------------------------------------------------------------------X

Docket No.:  21 MC 100
                    21 MC 103 (AKH)

**NOTICE OF JOINT MOTION
TO VOLUNTARILY DISMISS**

PLEASE TAKE NOTICE THAT upon the Declaration of Brian D. Crosby dated April

14, 2011, the exhibits annexed thereto, including a prior Order of this Court, the undersigned

counsel will move this Court pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby

requesting that this Court:

1. grant the proposed Orders of Voluntary Dismissal annexed as **Exhibit "2"** , **Exhibit
   "3", and Exhibit "4"**; and award

2. such other and additional relief as this Court deems just and proper.

Dated:        New York, New York
              April 14, 2011

Respectfully submitted,

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP
*Plaintiffs' Co-Liaison Counsel*

Brian D. Crosby (BC-9543)
350 5th Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

*So Ordered.*

*May 18, 2011*

To:

All attorneys of record in this matter in the Court's Electronic Case Filing System

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION
-----------------------------------------------------------------X   Docket No.: 21 MC 100
                                                                     21 MC 103 (AKH)
THIS DOCUMENT APPLIES TO ALL
LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
====================================================================

## JOINT MOTION TO VOLUNTARILY DISMISS

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for* : Plaintiffs
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

Attorney name: Brian D. Crosby (BC9543)

Service of a copy of the within                    is hereby admitted.
Dated,
                                              ATTORNEY(S) FOR

PLEASE TAKE NOTICE:
    ☐ NOTICE OF ENTRY
        that the within is a (certified) true copy of an                    duly entered in the
        office of the    clerk of the within named court on _____ 200__ .
    ☐ NOTICE OF SETTLEMENT
        that an order                    of which the within is a true copy,  will be
        presented for settlement to the HON.                    one of the judges of the
        within named Court, at              on        200___ at_____ O'clock ___.M.

Dated, _____

Yours, etc.

**WORBY GRONER EDELMAN & NAPOLI BERN LLP**