UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER SITE
LITIGATION
---------------------------------------------------------------- :
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------- :
IN RE COMBINED WORLD TRADE CENTER
DISASTER SITE AND LOWER MANHATTAN
DISASTER SITE LITIGATION
---------------------------------------------------------------- x

**SUPPLEMENT TO
SUMMARY ORDER OF
APRIL 15, 2011**

21 MC 100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On April 15, 2011, I held a status conference in the above-captioned Master Calendars, which addressed the progress of litigation in the cases of Plaintiffs who were eligible to settle under the Settlement Process Agreement, As Amended, but elected not to settle. Order Summarizing Status Conference and Setting Next Conference, In re World Trade Center Disaster Site Litig., 21 MC 100 (Doc. No. 2437) (S.D.N.Y. April 18, 2011). At that settlement, I announced that 78 such Plaintiffs remained in the litigation.

The 78 Plaintiffs at issue were identified in a pre-conference submission to the Court, which I did not post to the Court's website at the time I issued my summary order. The submission is attached to this Order as Exhibit A, and is now made publicly available.

SO ORDERED.

Dated:   June 2, 2011
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

| # | Plaintiff | Case Number | Duplicate Case Number | Master Docket | Plaintiffs Firm |
|---|---|---|---|---|---|
| 1 | Anastassatos, Alexandros | 03cv08812 | | 21 MC 100 | Brecher Fishman |
| 2 | Bartolotta, Sebastian | 06cv14487 | | 21 MC 100 | Worby |
| 3 | Bertosen, Kenneth | 06cv10544 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 4 | Biglin, Richard | 06cv13620 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 5 | Bowers, Ronald | 08cv00616 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 6 | Burban, Richard | 07cv09805 | | 21 MC 100 | Douglas & London |
| 7 | Cacchioli, Louie | 04cv09844 | | 21 MC 100 | Worby |
| 8 | Chapman, Robert | 10cv01372 | 10cv06908 | 21 MC 103 | Cannata |
| 9 | Dannenfelser, Gene | 06cv12018 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 10 | Davis, Maurice | 06cv09529 | | 21 MC 100 | Worby |
| 11 | Dawber, Thomas | 05cv05171 | | 21 MC 100 | Worby |
| 12 | DeFano, John | 07cv04916 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 13 | Defeo, Patricia | 06cv08957 | | 21 MC 100 | Worby |
| 14 | Delaney, Robert | 10cv02069 | 08cv10379 | 21 MC 100 | Sullivan |
| 15 | Dematteo, Charles | 05cv09952 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 16 | Devlin, Chris | 06cv13871 | | 21 MC 100 | Worby |
| 17 | Dow, Frederick | 06cv14615 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 18 | Egan, William | 05cv05364 | | 21 MC 100 | Godosky & Gentile |
| 19 | Fagan, Michael | 06cv12051 | | 21 MC 100 | Worby |
| 20 | Faltynowicz, Stanislaw | 08cv02616 | | 21 MC 103 | Worby |
| 21 | Ferraro, Edward M. | 06cv07411 | | 21 MC 100 | Worby |
| 22 | Flores, Luis | 06cv12066 | | 21 MC 100 | Worby |
| 23 | Fucci, Preston J. | 06cv11317 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 24 | Fusaro, Joseph | 10cv02748 | | 21 MC 100 | Douglas & London |
| 25 | Gadry, Stephen | 06cv11186 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 26 | Geiger, Rudolph | 05cv00406 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 27 | Gilford, Samuel | 06cv09785 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 28 | Gillan, Thomas | 10cv02452 | | 21 MC 100 | Douglas & London |

| # | Name | Case | Case 2 | Status | Firm |
|---|---|---|---|---|---|
| 29 | Glover, Melvin | 06cv13928 | | 21 MC 100 | Worby |
| 30 | Goffredo, Robert | 04cv09168 | | 21 MC 100 | Barasch McGarry |
| 31 | Greenberg, Bruce | 05cv07273 | 06cv02086 | 21 MC 100 | Cantor |
| 32 | Guriel, Tom | 06cv12122 | | 21 MC 100 | Worby |
| 33 | Gutierrez, William | 08cv01384 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 34 | Hall, Thaddeus | 07cv10879 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 35 | Hardy, Leslie | 08cv01760 | | 21 MC 100 | Worby |
| 36 | Holder, Daniel | 09cv02751 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 37 | Horning, Doug R. | 05cv01063 | | 21 MC 100 | Worby |
| 38 | Howard, Gregory | 06cv10780 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 39 | Kelly, Thomas | 06cv13972 | | 21 MC 100 | Worby |
| 40 | Lassiter, Irvin | 06cv11205 | | 21 MC 100 | Worby |
| 41 | Lee, Gary | 06cv12203 | | 21 MC 100 | Worby |
| 42 | Logan, Charles | 06cv08448 | | 21 MC 100 | Worby |
| 43 | Marshall, John | 06cv14019 | | 21 MC 100 | Worby |
| 44 | Martin, Robert J. | 07cv10012 | | 21 MC 100 | Worby |
| 45 | McHale, Thomas | 06cv14031 | | 21 MC 100 | Worby |
| 46 | McNellis, Sean | 06cv10401 | | 21 MC 100 | Worby |
| 47 | Moschitta, Michael | 06cv08983 | | 21 MC 100 | Worby |
| 48 | Moynihan, Daniel | 07cv05021 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 49 | Mulligan, Robert | 06cv12349 | | 21 MC 100 | Worby |
| 50 | Netrosio, Mimi | 06cv11774 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 51 | O'Donnell, Glenn | 06cv09657 | | 21 MC 100 | Worby |
| 52 | Otero, Tarek | 07cv05033 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 53 | Pisciotta, Anthony | 10cv02436 | | 21 MC 100 | Douglas & London |
| 54 | Portilla, Jesus | 05cv02445 | 10cv05248, 10cv06917 | 21 MC 100 | Cannata |
| 55 | Potanavic, Raymond | 07cv05039 | | 21 MC 100 | Worby |
| 56 | Prager, Richard | 07cv05041 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 57 | Quinn, Edwin | 06cv06732 | | 21 MC 100 | Worby |
| 58 | Ragazzo, Joseph | 08cv00764 | | 21 MC 100 | Worby |

| | | | | | |
|---|---|---|---|---|---|
| 59 | Rozakis, William | 06cv10473 | | 21 MC 100 | Worby |
| 60 | Ruis, John | 06cv11264 | | 21 MC 100 | Worby |
| 61 | Samothrakis, Sotereos | 07cv05070 | | 21 MC 100 | Worby |
| 62 | Sanchez, Fernando | 06cv12484 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 63 | Schor, Robert | 05cv01618 | | 21 MC 100 | Worby |
| 64 | Schuler, Steven | 07cv05425 | | 21 MC 103 | Worby |
| 65 | Silverstein, Maurice | 05cv05030 | | 21 MC 100 | Worby |
| 66 | Smith, Wayne | 06cv12539 | | 21 MC 100 | Worby |
| 67 | Sneddon, Grant E. | 07cv09189 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 68 | Sullivan, Jimmie | 04cv09851 | | 21 MC 100 | Worby |
| 69 | Syku, Adrian | 06cv09727 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 70 | Takacs, James | 06cv10884 | | 21 MC 100 | Worby |
| 71 | Trembone, Joseph | 05cv01629 | | 21 MC 100 | Worby |
| 72 | Tuitt, Brian | 10cv03742 | | 21 MC 100 | *Pro Se* |
| 73 | Vaughan, Michael | 06cv15110 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 74 | Volpe, Richard J. | 04cv04177 | | 21 MC 100 | Worby |
| 75 | Walcott, John | 04cv04178 | | 21 MC 100 | Worby |
| 76 | Wallace, James | 06cv12605 | | 21 MC 100 | Worby |
| 77 | Wnek, Joseph | 06cv15142 | | 21 MC 100 (Reinstated 2/28/2011) | Worby |
| 78 | Zalewski, Boguslaw | 06cv01525 | 06cv01524 | 21 MC 103 | Cannata |