



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| ALL PLAINTIFFS ON THE ATTACHED SCHEDULE A, Plaintiff(s), -Against- A. RUSSO WRECKING, *ET AL.*, Defendant(s), | STIPULATION OF VOLUNTARY DISMISSAL Civil Action No.: See Schedule A |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The Plaintiffs' actions identified on Schedule A are voluntarily dismissed with prejudice pursuant to the following terms and conditions:

2. All claims by Plaintiffs identified on Schedule A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice.

3. All claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

| | |
|---|---|
| PATTON BOGGS LLP | WORBY GRONER EDELMAN & NAPOLI BERN, LLP |
| By: *James E. Tyrrell Jr.* | By: *[signature]* |
| James Tyrrell (JT-4876) | Christopher R. LoPalo (CL-6466) |
| One Riverfront Plaza, 6th Floor | 350 5th Avenue, Ste. 7413 |
| Newark, New Jersey 07102 | New York, New York 10118 |
| (973) 848-5600 | (212) 267-3700 |
| Dated: April 8, 2011 | Dated: April 8, 2011 |

So Ordered
6.2.11
*[signature] Alvin K. Hellerstein*

2

SCHIFF HARDIN LLP

By: /s/ Paul A. Scrudato
~~Beth Jacob (BJ-0413)~~ PAUL SCRUDATO
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000

Dated: April 18, 2011

LITCHFIELD CAVO LLP

By: _____
Edward Fogarty, Jr. (4587)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100

Dated: April ____, 2011

FLEMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Richard A. Williamson (RW-3033)
One Liberty Plaza
New York, NY 10006-1404
(212) 412-9500
Dated: April ____, 2011

LITCHFIELD CAVO LLP

By: _____
James F. Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100

Dated: April ____, 2011

COZEN O'CONNOR

By: _____
John J. McDonough, Esq. (JM-0651)
45 Broadway Atrium, Suite 1600
New York, NY 10006-3792
(212) 509-9400

Dated: April ____, 2011

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498

Dated: April ____, 2011

| | |
|---|---|
| **SCHIFF HARDIN LLP** | **LITCHFIELD CAVO LLP** |
| By: _____ <br> Beth Jacob (BJ-6415) <br> 900 3rd Avenue <br> New York, NY 10022-4753 <br> (212) 753-5000 <br><br> Dated: April ___, 2011 | By: _/s/ James F. Regan_____ <br> James F. Regan (8289) <br> 420 Lexington Avenue, Suite 2104 <br> New York, NY 10170 <br> (212) 434-0100 <br><br> Dated: April 18, 2011 |
| **LITCHFIELD CAVO LLP** | **COZEN O'CONNOR** |
| By: _/s/ Edward Fogarty_____ <br> Edward Fogarty, Jr. (4587) <br> 420 Lexington Avenue, Suite 2104 <br> New York, NY 10170 <br> (212) 434-0100 <br><br> Dated: April ___, 2011 | By: _____ <br> John J. McDonough, Esq. (JM-0651) <br> 45 Broadway Atrium, Suite 1600 <br> New York, NY 10006-3792 <br> (212) 509-9400 <br><br> Dated: April ___, 2011 |
| **FLEMING ZULACK WILLIAMSON ZAUDERER LLP** | **MORRISON MAHONEY LLP** |
| By: _____ <br> Richard A. Williamson (RW-3033) <br> One Liberty Plaza <br> New York, NY 10006-1404 <br> (212) 412-9500 <br> Dated: April ___, 2011 | By: _____ <br> Gary W. Harvey <br> 250 Summer Street <br> Boston, MA 02210-1181 <br> (212) 428-2498 <br><br> Dated: April ___, 2011 |

SCHIFF HARDIN LLP

By: _____
Beth Jacob (BJ-6415)
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000

Dated: April ____, 2011

LITCHFIELD CAVO LLP

By: _____
Edward Fogarty, Jr. (4587)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100

Dated: April ____, 2011

FLEMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Richard A. Williamson (RW-3033)
One Liberty Plaza
New York, NY 10006-1404
(212) 412-9500

Dated: April ____, 2011

LITCHFIELD CAVO LLP

By: _____
James F. Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100

Dated: April ____, 2011

COZEN O'CONNOR

By: _____
Anita B. Weinstein (AW-xxxx)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2059

Dated: April 22, 2011

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498

Dated: April ____, 2011

| | |
|---|---|
| **SCHIFF HARDIN LLP**<br><br>By: _____<br>Beth Jacob (BJ-6415)<br>900 3rd Avenue<br>New York, NY 10022-4753<br>(212) 753-5000<br><br>Dated: April ____, 2011 | **LITCHFIELD CAVO LLP**<br><br>By: _____<br>James F. Regan (8289)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100<br><br>Dated: April ____, 2011 |
| **LITCHFIELD CAVO LLP**<br><br>By: _____<br>Edward Fogarty, Jr. (4587)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100<br><br>Dated: April ____, 2011 | **COZEN O'CONNOR**<br><br>By: _____<br>John J. McDonough, Esq. (JM-0651)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006-3792<br>(212) 509-9400<br><br>Dated: April ____, 2011 |
| **FLEMING ZULACK WILLIAMSON ZAUDERER LLP**<br><br>By: /s/ Thomas A. Egan<br>~~Richard A. Williamson (RW-3033)~~<br>One Liberty Plaza<br>New York, NY 10006-1404<br>(212) 412-9500<br>Dated: April 21, 2011 | **MORRISON MAHONEY LLP**<br><br>By: _____<br>Gary W. Harvey<br>250 Summer Street<br>Boston, MA 02210-1181<br>(212) 428-2498<br><br>Dated: April ____, 2011 |

| | |
|---|---|
| **SCHIFF HARDIN LLP** | **LITCHFIELD CAVO LLP** |
| By: _____<br>Beth Jacob (BJ-6415)<br>900 3rd Avenue<br>New York, NY 10022-4753<br>(212) 753-5000 | By: _____<br>James F. Regan (8289)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100 |
| Dated: April ____, 2011 | Dated: April ____, 2011 |
| **LITCHFIELD CAVO LLP** | **COZEN O'CONNOR** |
| By: _____<br>Edward Fogarty, Jr. (4587)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100 | By: _____<br>John J. McDonough, Esq. (JM-0651)<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006-3792<br>(212) 509-9400 |
| Dated: April ____, 2011 | Dated: April ____, 2011 |
| **FLEMING ZULACK WILLIAMSON ZAUDERER LLP** | **MORRISON MAHONEY LLP** |
| By: _____<br>Richard A. Williamson (RW-3033)<br>One Liberty Plaza<br>New York, NY 10006-1404<br>(212) 412-9500 | By: _/s/ Gary W. Harvey_<br>Gary W. Harvey<br>250 Summer Street<br>Boston, MA 02210-1181<br>(212) 428-2498 |
| Dated: April ____, 2011 | Dated: April 19, 2011 |

Schedule A

| | | |
|---|---|---|
| 1 | Cacchioli, Louie | 04cv09844 |
| 2 | Dawber, Thomas | 05cv05171 |
| 3 | Fagan, Michael | 06cv12051 |
| 4 | Moschitta, Michael | 06cv08983 |
| 5 | Potanovic, Raymond | 07cv05039 |
| 6 | Rozakis, William | 06cv10473 |
| 7 | Sullivan, Jimmie | 04cv09851 |
| 8 | Wallace, James | 06cv12605 |