USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE WORLD TRADE CENTER DISASTER SITE :
LITIGATION
------------------------------------------------------------ :
JAMES MCFADDEN, :

                    Plaintiff, :

   -against- :

1 WORLD TRADE CENTER, LLC, et al., :

                  Defendants. :
------------------------------------------------------------ x

**SUMMARY ORDER**

05 Civ. 8459

21 MC 100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pending motion in this case is dismissed as moot. The Clerk is respectfully directed to terminate the motion (Doc. No. 57 in No. 05 Civ. 8459).

      SO ORDERED.

Dated:    June 7, 2011
           New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge