UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

**PLAINTIFFS' NOTICE OF PRODUCTION**

Plaintiffs' Counsel hereby notifies this Court that Gregory J. Cannata & Associates and Robert A. Grochow, P.C., are in compliance with the Court's April 18, 2011 Order Summarizing Status Conference and Setting Next Conference, having completed the exchange of available medical records and authorizations and the filing of the respective data bases. Plaintiffs will continue to update medical exchange on an ongoing basis where applicable for the following cases:

    Jesus Portilla, Index: 05 CV 2445 (respiratory case)

    Jesus Portilla, Index: 10 CV 5249 (orthopedic case)

    Boguslaw Zalewski, Index: 06 CV 1525

Medical Records and Authorizations for the above cases have been served upon: Patton Boggs LLP at One Riverfront Plaza, 6th Floor, Newark, New Jersey 07102. Data Bases have been forwarded to Ned Adams of TCDI at 4510 Weybridge Lane, Greensboro, NC 27407 (on notice to Patton Boggs and Schiff, Hardin, LLP).

Dated: June 10, 2011

                      Respectfully submitted,

                      Alison Cannata Hendele, Esq. (AH-4686)
                      Gregory J. Cannata & Associates and Robert A. Grochow, P.C.,
                      233 Broadway, Fifth Floor
                      New York, New York 10279
                      Telephone – 212-553-9206
                            Fax – 212-227-4141