UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER          :    .    21 MC 100 (AKH)
SITE LITIGATION                            :         (All Cases)
--------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER          :         21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE          :         (All Cases)
LITIGATION (straddler plaintiffs)          :
--------------------------------------------------------x

RECEIVED JUN 1 3 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

## NOTICE OF JOINT MOTION TO DISMISS CLAIMS
## AGAINST TAYLOR RECYLCING, LLC

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs' Co-

Liaison Counsel, Worby Groner Edelman & Napoli Bern, LLP and Attorneys for Defendant,

Taylor Recycling Facility, LLC, LLC, Eckert Seamans Cherin & Mellott, LLC, shall apply to the

Honorable Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500

Pearl Street, New York, New York, Room 14-D for Order seeking the dismissal of certain

plaintiffs' claims against defendant Taylor Recycling Facility, LLC with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(2).

Dated: New York, New York
June 9, 2011

/s/ Christopher R. LoPalo                    /s/ Steven R. Kramer
Christopher R. LoPalo (CL-6466)              Steven R. Kramer (SRK-2097)
Worby Groner Edelman & Napoli Bern, LLP      Eckert Seamans Cherin & Mellot, LLC
350 Fifth Avenue, Suite 7413                 570 Taxter Road, Suite 275
New York, New York 10118                     10 Bank Street, Suite 1061
(212) 267-3700                               White Plains, New York 10606
*Attorneys for Plaintiffs*                   (914) 949-5424
                                             *Attorneys for Defendant, Taylor Recycling*
                                             *Facility, LLC*

*The joint motion is granted. The originals of the stip'ns (Docs. 3,4) have been signed and are being docketed. 6-14-11*

EXHIBIT 1        EXHIBIT 2        EXHIBIT 3