Hellerstein, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION,

-----------------------------------------x

THOMAS MAGEE,

                Plaintiff,

- against -

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, SILVERSTEIN
PROPERTIES and THE CITY OF NEW YORK,

                Defendants.

21 MC 100 (AKH)

Civil Action No. 05 Civ. 07210 (AKH)



## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

    It is hereby agreed that plaintiff THOMAS MAGEE, hereby substitutes as his attorneys of record in this matter as follows:

### Previous Attorney

Plaintiff's former counsel:

        Michael Rose, Esq.
        Gregory Hach, Esq.
        Hach & Rose LLP
        185 Madison Avenue, 8th Floor
        New York, NY 10016
        (212) 779-0057

is hereby substituted and no longer his attorney of record in this matter; and

### New Attorney

    Kreindler & Kreindler LLP, by Noah H. Kushlefsky, Esq. is hereby substituted in place of Hach & Rose LLP as plaintiff Thomas Magee's new attorneys of record in this matter on whom all notices and papers may be served:

Noah H. Kushlefsky, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, New York 10017
(212) 687-8181
Fax: (212) 972-9432

Dated: June 14, 2011
      New York, New York

HACH & ROSE LLP

By: _____
Gregory Hach, Esq.
185 Madison Avenue, 8th Floor
New York, NY 10016

KREINDLER & KREINDLER LLP

_____
Noah H. Kushlefsky, Esq.
750 Third Avenue
New York, New York 10017
(212) 687-8181
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

#137441-1