IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 21 MC 100 (AKH)

" In re World Trade Center Disaster Site Litigation,"

_____/
Hector Flamenco, #71956-053
Plaintiff,
FCI
Box 2000
Fort Dix, NJ 08640

World Trade Center, et al.;
Defendants,
See Plaintiff's Complaint for full Defendant list; /



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/11

**NOTICE OF APPEAL**

   Notice is hereby given that Hector Flamenco, Plaintiff, Pro Se in the above named case, hereby appeal to the United States Court of Appeals for the second circuit from the final judgment and order, that denied my <u>EX PARTE MOTION FOR THIS COURT TO ORDER THE COURT CLERK OR PROCESS SERVER OR THE SPECIAL MASTERS AND OR OTHERS TO SERVE PLAINTIFF'S COMPLAINT UPON ALL DEFENDANTS; AND MOTION TO PROCEED IN FORMA PAUPERIS, PURSUANT TO FEDERAL CIVIL RULES 4 & 4.1, AND THE LOCAL RULES OF THIS COURT</u> entered in this action on the 22, day of february, of 2011.

Respectfully Submitted,

*Hector Flamenco*         5-27-2011
Hector Flamenco