SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER SITE           Docket No.: 21-MC-100(AKH)
LITIGATION
-----------------------------------------------------------X
*This Motion Relates To:*

RONALD TAYLOR,                                    Docket No.: 10-CV-6665(AKH)

　　　　　　　　　　　Plaintiff *pro se*,

　-against-                                        **NOTICE OF MOTION**

NEW YORK CITY HOUSING AUTHORITY, THE
STATE OF NEW YORK, THE CITY OF NEW YORK,
and THE PORT AUTHORITY OF NEW YORK,

　　　　　　　　　　　Defendants.
-----------------------------------------------------------X

To:

James E. Tyrrell Jr., Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
Email: jtyrrell@pattonboggs.com
　　Defendants' Liaison Counsel and Counsel for the City of New York

Beth D. Jacob, Esq.
Schiff Hardin, LLP
900 Third Avenue, 23rd Floor
New York, New York 10022
Email: Bjacob@schiffhardin.com
　　Defendants' Liaison Counsel and Counsel for the
　　Port Authority of New York and New Jersey, s/h/a
　　"PORT AUTHORITY OF NEW YORK"

Patrick J. Lawless, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017-5639
Email: Patrick.Lawless@wilsonelser.com
　　Counsel for Defendant New York City Housing Authority

*Upon information and belief, there has been no appearance on behalf of Defendant the State of New York*

[Handwritten annotation: Motion granted. Based on representations of plaintiff, the order dismissing his complaint involuntarily converted to a voluntary dismissal. F.R. 41(a)(2). 6-21-11]

[Stamps: RECEIVED JUN 20 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: 21 DATE FILED: 6/6/11; PRO SE OFFICE]

EXHIBIT B