Fax from : 9147836688
Fax sent by :
Fax from :
Fax sent by :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 6/29/11

06-23-11 13:34  Pg: 2
06-23-11 12:52  Pg: 2/6

RECEIVED
JUN 28 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

STIPULATION OF
VOLUNTARY DISMISSAL AGAINST
DEFENDANTS PHILLIPS & JORDAN,
INC. ("P&J") and EVANS
ENVIRONMENTAL AND
GEOLOGICAL SCIENCE AND
MANAGEMENT, LLC d/b/a EVANS
ENVIRONMENTAL AND
GEOSCIENCES s/h/a EVANS
ENVIRONMENTAL ("Evans")
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii) PERTAINING TO THE
FOLLOWING CASES

NEIL AMBROSIO, (07 CV 06854, 10 CV 1899)

JEAN MARIE DEBIASE as Administratrix of the Estate of MARK DEBIASE, and JEAN MARIE DEBIASE, Individually, (07 CV 725, 10 CV 2369)

RUDOLPH HEIN, (08 CV 06719, 10 CV 2373)

BRIAN LAVIN and MARILYN LAVIN, (08 CV 4614, 10 CV 1937)

CHRISTOPHER J. LUFFMAN, (05 CV 1917, 06 CV 7314, 10 CV 2042)

FRANK SIALIANO, (09 CV 2972, 10 CV 2092)

JOHN P. SULLIVAN, IV, (06 CV 13493, 10 CV 2321)

NICHOLAS WOWK and ELDIA WOWK, (07 CV 4132, 10 CV 1896)

Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

The stipulation is accepted. As the dismissals are of the last remaining claims of each of these Plaintiffs, the Clerk is directed to enter these dismissals and to close each case listed in the caption, except 21 MC 100.

So Ordered.
[signature]
June 29, 2011

1

Fax from : 9147036688
Case 1:21-mc-00100-AKH   Document 2495   Filed 06/29/11   Page 2 of 5
06-23-11 13:34   Pg: 3
Fax sent by :
06-23-11 12:52   Pg: 3/6
Fax sent by :

Whereas Plaintiffs listed in Exhibit "A" elected to participate in the World Trade Center Settlement Process Agreement ("WTC SPA") to resolve claims against defendants insured by the World Trade Center Captive Insurance Company by tendering general releases and covenants not to sue in 2010; and

Whereas the claims of named Plaintiffs against the defendants insured by the World Trade Center Captive Insurance Company were dismissed with prejudice pursuant to the Stipulated Order of Dismissal so ordered by this Court on January 28, 2001; and

Whereas the named Plaintiffs in Exhibit "A" have settled their claims against defendants PHILLIPS & JORDAN, INC. ("P&J") and EVANS ENVIRONMENTAL AND GEOLOGICAL SCIENCE AND MANAGEMENT, LLC d/b/a EVANS ENVIRONMENTAL AND GEOSCIENCES s/h/a EVANS ENVIRONMENTAL ("Evans") by tendering general releases and covenants not to sue on December 23, 2010;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii):

1. All claims by named Plaintiffs against Defendants PHILLIPS & JORDAN, INC. ("P&J") and EVANS ENVIRONMENTAL AND GEOLOGICAL SCIENCE AND MANAGEMENT, LLC d/b/a EVANS ENVIRONMENTAL AND GEOSCIENCES s/h/a EVANS ENVIRONMENTAL ("Evans") arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice; and

Fax from 9147836606    Case 1:21-mc-00100-AKH   Document 2495   Filed 06/29/11   Page 3 of 5
06-23-11 13:34   Pg: 4
Fax sent by :
06-23-11 12:53   Pg: 4/6
Fax sent by :

2. The dismissal is without costs.

Dated:   June 22, 2011

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: _____
   Andrew J. Carboy, Esq.
Attorneys for Plaintiffs
120 Broadway, 18th Floor
New York, New York 10271

Dated:   June 23, 2011

PHILLINGER MILLER TARALLO

By: _____

Attorneys for Defendant EVANS
ENVIRONMENTAL AND GEOLOGICAL
SCIENCE AND MANAGEMENT, LLC d/b/a
EVAN ENVIRONMENTAL AND GEOSCIENCES
s/h/a EVANS ENVIRONMENTAL ("Evans")
570 Taxter Road
Elmsford, NY 10523

Dated:   June 22, 2011

McGIVNEY & KLUGER

By: _____

Attorneys for Defendant PHILLIPS
and JORDAN, INC. ("P&J")
80 Broad Street, 23rd Floor
New York, New York 10004

3

# Exhibit "A"

| Plaintiff | CV number | |
|---|---|---|
| Ambrosio, Neil | 07 CV 06854; 10 CV 1899 | 21 MC 100 |
| Hein, Rudolph | 08 CV 06719; 10 CV 2373 | 21 MC 100 |
| DeBiase, Jean Marie as Administratrix of the Estate of Mark DeBiase, and Jean Marie DeBiase, Individually | 07 CV 725; 10 CV 2369 | 21 MC 100 |
| Lavin, Brian and wife, Marilyn Lavin | 08 CV 4614; 10 CV 1937 | 21 MC 100 |
| Luffman, Christopher J. | 05 CV 1917; 06 CV 7314; 10 CV 2042 | 21 MC 100 |
| Sialiano, Frank | 09 CV 2972; 10 CV 2092 | 21 MC 100 |
| Sullivan, IV John P. | 06 CV 13493; 10 CV 2321 | 21 MC 100 |
| Wowk, Nicholas and Eldia Wowk | 07 CV 4132; 10 CV 1896 | 21 MC 100 |