USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE WORLD TRADE CENTER SITE
LITIGATION:

ALL PLAINTIFFS REPRESENTED BY THE
NAPOLI BERN FIRM INCLUDED HEREIN

                                Plaintiff(s),

-against-

PHILIPS & JORDAN, INC.,

                                Defendant(s).
----------------------------------------------------------X

**_SUPPLEMENT TO_
_STIPULATION OF_
_VOLUNTARY DISMISSAL_
_WITH PREJUDICE AGAINST_
_PHILIPS AND JORDAN ONLY_**

21 MC 100 (AKH)
21 MC 103 (AKH)

On May 6, 2011, this Court Ordered the voluntary dismissal of plaintiffs filing against Philips & Jordan, Inc., in the matter listed above, pursuant to fully executed Settlement Agreement by and between counsel for the parties, a copy of said Order, including the list of plaintiffs who opted into said settlement and were so Ordered to be voluntarily dismissed, are collectively identified on Exhibit "A", attached hereto. In addition, on May 6, 2011, this Court Ordered the voluntary dismissal of derivative plaintiffs filing against Philips & Jordan, Inc., in the matter listed above, pursuant to fully executed Settlement Agreement by and between the parties, a copy of said Order, including the list of derivative plaintiffs, is collectively attached hereto as Exhibit "B".

Subsequent to the execution of the Orders annexed hereto, the plaintiffs identified on Exhibit "C" attached hereto, have elected to participate in the Fresh Kills Settlement and have agreed to voluntarily dismiss with prejudice their claims against Philips & Jordan, Inc.

It is hereby STIPULATED and AGREED by and between the parties, that pursuant to the Federal Rule of Civil Procedure, 41, that:

1. The plaintiffs identified on Exhibit "C" attached hereto, are dismissed with prejudice against Philips & Jordan, Inc., pursuant to the fully executed Settlement Agreement by and between counsel for the parties. Said Agreement was approved and so Ordered by this Court on November 15, 2010.

2. All claims by the plaintiffs identified on Exhibit "C" are arising out of or relating in any way to the World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001, are dismissed with prejudice; and

3. The dismissal is without costs to either party.

Dated: New York, New York
June 27, 2011

MCGIVNEY & KLUGER, P.C.

Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456
Fax: (212) 509-4420

SO ORDERED, this ___ Day of _____, 2011,

WORBY GRONER
EDELMAN NAPOLI BERN, LLP

Christopher R. LoPalo (Cl-6466)
350 5th Avenue, Ste. 7413
New York, New York 10118
(212) 267-3700

ALVIN K. HELLERSTEIN
United States District Judge

## PLAINTIFFS VOLUNTARILY DISMISSING CLAIMS AGAINST PHILIPS AND JORDAN

|    | A                            | B                           | C                            | D                                   | E          |
|----|------------------------------|-----------------------------|------------------------------|-------------------------------------|------------|
| 1  | Primary Plainitff First Name | Primary Plainitff Last Name | Derivative Plaintiff Last Name | Derivative Plaintiff First Name   | Civ Number |
| 2  | Barberi-Franco               | Nancy                       | N/A                          |                                     | 07CV10923  |
| 3  | Durler                       | David                       | Durler                       | Nanci                               | 07CV08959  |
| 4  | Duval                        | Keith                       | Duval                        | Christine                           | 06cv10553  |
| 5  | Gaines                       | Charlie                     | N/A                          |                                     | 06cv08599  |
| 6  | Iovino                       | James                       | N/A                          |                                     | 06cv07311  |
| 7  | Keane                        | Richard                     | Keane                        | Denise                              | 06cv09798  |
| 8  | Mangan-Nadal                 | Constance                   | Nadal                        | Edwin                               | 06cv07316  |
| 9  | Martinez                     | Angel                       | N/A                          |                                     | 07cv07116  |
| 10 | Mimms                        | Charles                     | Mimms                        | Michelle                            | 08cv01447  |
| 11 | Rotondo                      | Joseph                      | Rotondo                      | Regina                              | 06cv14105  |
| 12 | Seabasty                     | Thomas                      | N/A                          |                                     | 06cv15055  |
| 13 | Tierney                      | Brian                       | Tierney                      | Denise                              | 06cv11124  |
| 14 | Vasquez                      | Carlos                      | N/A                          |                                     | 06cv10965  |
| 15 | Ward                         | Garrett                     | Ward                         | Adrean                              | 06cv08639  |
| 16 | Williams                     | Lisa                        | N/A                          |                                     | 08cv01435  |