UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALL PLAINTIFFS ON THE
ATTACHED SCHEDULE A,

                Plaintiff(s),

-against-

TAYLOR RECYCLING FACILITY, LLP,.

                Defendant(s).

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST TAYLOR RECYCLING FACILITY, LLP ONLY

21 MC 100
21 MC 102
21 MC 103 (AKH)

Civil Action No: See Schedule A

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41:

1. The plaintiffs' identified on Schedule A are dismissed with prejudice against defendant Taylor Recycling Facility, LLP, ("Taylor") only pursuant to the fully executed Settlement Agreement by and between counsel for the parties. Said Settlement Agreement was approved and so Ordered by the Court on November 15, 2010;

2. All claims by the Plaintiff(s) identified on Schedule A against Taylor arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean-up at any location and/or after September 11, 2001 are dismissed with prejudice; and

3. The dismissal is without costs to either party.

Dated: New York, New York
        June 6, 2011

ECKERT SEAMANS CHERIN & MELLOT, LLC

By: /s/Steven R. Kramer
    Steven R. Kramer (SRK-2097)
    570 Taxter Road, Suite 275
    10 Bank Street, NY 10606
    (914) 949-5424
*Attorneys for Taylor Recycling Facility, LLC*

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: /s/ Christopher R. LoPalo
    Christopher R. LoPalo (CL-6466)
    350 5th Avenue, Ste. 7413
    New York, NY 10118
    (212) 267-3700
*Attorneys for Plaintiffs*

SO ORDERED, this ___ day of _____, 2011,

ALVIN K. HELLERSTEIN
United States District Judge