UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| IN RE: SEPTEMBER 11 LITIGATION | 21 MC 97 (AKH) |

---------------------------------------------------------------X

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |

---------------------------------------------------------------X

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: SEPTEMBER 11 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | 21 MC 101 (AKH) |

---------------------------------------------------------------X

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

---------------------------------------------------------------X

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (STRADDLER PLAINTIFFS) | 21 MC 103 (AKH) |

---------------------------------------------------------------X

## ORDER

Upon consideration of the application of the Port Authority of New York and New Jersey (the "Port Authority"), and an opportunity having been given to all parties in the above-entitled actions to object, it is hereby

**ORDERED**, that the Port Authority is permitted to allow the Office of Chief Medical Examiner (OCME) to remove and examine WTC material contained in and on

an FDNY ambulance (identified on PANYNJ Artifact Request List as D-0004), and to allow the National September 11 Memorial and Museum of the World Trade Center ("NS11MM") to clean the ambulance prior to its physical transfer from John F. Kennedy International Airport, Hangar 17 to its permanent home at the NS11MM.

Dated: New York, New York
       July 7, 2011

                                    THE HON. ALVIN K. HELLERSTEIN
                                    UNITED STATES DISTRICT JUDGE