

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

ANTHONY BLOUNT,

Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.,*

Defendants.

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE PURSUANT TO
FINAL SETTLEMENT AGREEMENT**

21 MC 100 (AKH)

09 Civ. 03307 (AKH)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-11

IT IS HEREBY STIPULATED AND AGREED by and between Anthony Blount, ("Plaintiff") represented by Worby Groner Edelman & Napoli Bern, LLP, and the Defendants identified on Exhibit A ("Settling Defendants") that:

1.     Plaintiff and Settling Defendants have entered into a settlement agreement resolving all claims by Plaintiff against Settling Defendants in the above-captioned action.

2.     Plaintiff has executed a release and covenant not to sue in which Plaintiff has released the Settling Defendants and each of them from any and all obligations and liability to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001.   Accordingly, Plaintiff's claims against the Settling Defendants and each of them shall be dismissed, and hereby are dismissed, with prejudice;

3.     The Plaintiff has also executed before a notary public documents evidencing his understanding that he is foreclosed from suing the Settling Defendants or any of them in the future for currently unknown, future injuries arising out of or relating in any way to World Trade

Page 1 of 4

Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, regardless of whether such currently unknown, future injuries arise out of or relate in any way to the injuries Plaintiff has pleaded in this action. Such understanding shall be, and hereby is, judicially noticed.

WORBY GRONER EDELMAN &
NAPOLI BERN, LLP

By: _____
     Paul J. Napoli, Esq.
*Attorneys for Plaintiff*
350 5th Avenue, Suite 7413
New York, NY 10118

Dated:      July _14_, 2011

PATTON BOGGS LLP

By: _____
     James E. Tyrrell, Jr., Esq.
*Attorneys for all Defendants*
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated:      July _14_, 2011

SO ORDERED, this _18_ day of _Sep_, 2011,

_____
ALVIN K. HELLERSTEIN
United States District Judge

## Exhibit A – List of Settling Defendants

| | |
|---|---|
| CITY OF NEW YORK, including the: | CRAIG TEST BORING |
|     BOARD OF EDUCATION OF THE CITY OF NEW YORK | CRITICOM INTERNATIONAL CORP |
|     BOROUGH OF MANHATTAN COMMUNITY COLLEGE | DAKOTA DEMO-TECH |
|     CITY UNIVERSITY OF NEW YORK | DESIMONE CONSULTING ENGINEERS, PLLC |
|     NEW YORK CITY DEPARTMENT OF EDUCATION | DCM ERECTORS, INC. |
|     NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY | DIAMOND POINT EXCAVATION CORP |
| A RUSSO WRECKING | DIEGO CONSTRUCTION |
| ACROW | DIVERSIFIED CARTING |
| ALLCOM ELECTRIC | DMT ENTERPRISE |
| AMEC CONSTRUCTION MANAGEMENT, INC. | D'ONOFRIO GENERAL CONTRACTORS CORP. |
| AMEC EARTH AND ENVIRONMENTAL | EAGLE LEASING & INDUSTRIAL SUPPLY (SEASONS) |
| ANTHONY CORTESE SPECIALIZED HAULING LLC | EAGLE ONE ROOFING CONTRACTORS, INC. |
| ASG PEST CONTROL | EAGLE SCAFFOLDING CO. (SEASONS) |
| ATC GROUP SERV/DBA ATC ASSOCIATES | EJ DAVIES, INC. |
| ATLANTIC HEYDT CORP. | EN-TECH CORP. |
| ATLAS CONCRETE | ENTERTAINMENT PARTNERS |
| AVANTI DEMOLITION & CARTING CORP. | ET ENVIRONMENTAL |
| BECHTEL CONSTRUCTION, INC. | EVERGREEN RECYCLING OF CORONA (EROC) |
| BERGEN CONCRETE CUTTING | EWELL W. FINLEY, P.C. |
| BERKEL & CO. CONTRACTORS, INC. | EXECUTIVE MED SERVICES, PC |
| BIG APPLE WRECKING & CONSTRUCTION | F&G MECHANICAL CORPORATION |
| BOVIS LEND LEASE LMB, INC. | FELIX EQUITIES, INC. |
| BREEZE CARTING | FLEET TRUCKING |
| BREEZE NATIONAL, INC. | FRANCIS A. LEE EXTERIOR RESTORATION |
| BRER FOUR TRANSPORTATION | FRANK MICELLI JR CONTRACTING |
| BURO HAPPOLD CONSULT ENG. | FTI TRUCKING |
| C & D FIREPROOFING | G & G CONTRACTING, INC. |
| C & D PAINTING, INC. | GILSANZ, MURRAY, & STEFICEK |
| C.B. CONTRACTING CORP. | GINO CRACOLICI & SONS, INC. |
| CANRON CONSTRUCTION CORP. | GOLDSTEIN ASSOCIATES PLLC |
| CANTOR SEINUK GROUP | GRACE INDUSTRIES |
| CERTIFIED FENCE CORP. | GUY NORDENSON AND ASSOCIATES |
| CIVETTA COUSINS | HALLEN WELDING SERVICE |
| CLARCO ENTERPRISE CORP. | HELMSMAN MANAGEMENT SERVICES, INC. |
| COMPONENT ASSEMBLY SYS | HGC CONTRACTING CORP. |
| COORDINATED METALS, INC. | HIGH RISE HOISTING AND SCAFFOLDING |
| CORD CONTRACTING CO., INC. | HIGH-RISE ELECTRIC, INC. |

HP ENVIRONMENTAL
JP EQUIPMENT RENTAL MATERIALS, INC.
KEVIN MCMANUS
KOCH SKANSKA, INC.
LAQUILLA CONSTRUCTION, INC.
LASTRADA GENERAL CONTRACTING CORP.
LESLIE E. ROBERTSON ASSOCIATES
LIBERTY MUTUAL GROUP
LIRO
LOCKWOOD, KESSLER & BARTLETT (LKB)
LUCIUS PITKIN
LZA TECH-DIVISION OF THORTON TOMASETTI
M. G. MCLAREN, P.C.
MANAFORT BROTHERS, INC.
MAZZOCCHI WRECKING, INC.
MEDCOR, INC.
MENT BROTHERS
MERIDIAN CONSTRUCTION GROUP
MG MCLAREN P.C.
MORETRENCH AMERICAN, CORP.
MRA ENGINEERING, PC
MUESER RUTLEDGE CONSULTING ENGINEERS
MUSCO SPORTS LIGHTING, LLC
NACIREMA INDUSTRIES
NEW YORK CRANE & EQUIPMENT CORP.
NICHOLSON CONSTRUCTION CO.
NICHOLSON/HEYWOOD JOINT VENTURE
OFF ROAD WELDING, INC.
THE OFFICES OF JAMES RUDERMAN, LLP
OLYMPIC PLUMBING AND HEATING
OVE ARUP & PARTNERS
PARSON GROUP
PETER SCALAMANDRE & SONS
PINNACLE ENVIRONMENTAL
PLAZA CONSTRUCTION CORP.
PRO SAFETY SERVICES, LLC
PT & L CONTRACTING CORP.
REGIONAL SCAFFOLD & HOISTING CO, INC.
RICH MARK ENVIRONMENTAL SERVICES, INC.

ROBER SILMAN ASSOCIATES
ROBERT C STEWART
ROBERT ERRAT
ROBERT L GEROSA
RODAR ENTERPRISES, INC.
ROYAL GM, INC.
SAB TRUCKING
SAFEWAY ENVIRONMENTAL
SEMCOR EQUIPMENT
SEVERUD ASSOCIATES CONSULTING ENGINEERS
SHELDRAKE ORGANIZATION, INC.
SILVERADO CONTRACTORS
SILVERITE CONTRACTING
SIMPSON, GUMPERTZ, & HEGER
SKIDMORE, OWINGS & MERRILL LLP
STAR DELTA ELECTRIC
STIER, ANDERSON & MALONE
SUMMIT STRUCTURES LLC
TELENET COMMUNICATIONS
THYSSEN KRUPP ELEVATOR CO.
TOMASETTI GROUP
TORETTA TRUCKING
TOTAL SAFETY CONSULTING LLC
TUCCI EQUIPMENT RENTAL CORP
TULLY CONSTRUCTION
TURNER CONSTRUCTION COMPANY
ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE)
UNITED STATES REBAR
VANGUARD EQUIPMENT RENTALS
VERTICAL TECHNOLOGIES
VOLLMER ASSOCIATES
W HARRIS & SON INC.
WALTER WHITE TRUCKING
WEEKS MARINE, INC.
WEIDLINGER ASSOCIATES
WHITNEY CONTRACTING
WOLKOW BRAKER ROOFING
YANNUZZI & SONS, INC.
YONKERS CONTRACTING
YORK HUNTER CONSTRUCTION, LLC
ZIEGENFUSS DRILLING