USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-20-11

JUL 12 2011
CHAMBERS
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 2502
DATE FILED: 29 JUN 2011

PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: World Trade Center Disaster Litigation,"

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Civ. 21-MC- 100(AKH) ( ) ( )

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**ON APPEAL**

I, Hector Flamenco _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: The district court abused it's discretion, because---- (i) it did not ORDER Petitioner to file an affidavit supporting motion to proceed in forma pauperis, or pay the filing fee; (ii) it did not assign Petitioner a case number, and did not issue a formal opinion why it was denying motion to proceed in forma pauperis; and (iii) it did not ORDER a hearing and or ORDER Petitioner to show cause for the district court to ORDER the court clerk or process server or the Special Masters and or others to serve Plaintiff's complaint upon all Defendants.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   FCI, Box 2000, Fort Dix, NJ 08640

   $ 16.50

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED**

   I work for the Federal Bureau of Prisons.

   I earn $16.50

RECEIVED SDNY PRO SE OFFICE 2011 JUN 29 PM 3:32

Rev. 07/2007

1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   <u>Family, sister and mother. About $50 a month.</u>

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☐ No.   ☒ Yes, $<u>15.00</u>.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   <u>I do not pay anybody, because I am broke.</u>

8. State any special financial circumstances which the Court should consider.

   <u>I am a poor person and unable to pay said filing fees.</u>
   <u>Also, I am incarcerate with only $16.50 a month for working</u>
   <u>at the prison.</u>

*Rev. 07/2007*

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __24__ day of __June__, __2011__.
            date                      month        year

*Hector Flamenco*
Signature

Hector Flamenco #71956-053
FCI, Box 2000
Fort Dix, NJ 08640

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: __7/18__, 20__11__
_____, New York

*Rev. 07/2007*

3