USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/11

RECEIVED
AUG 03 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEPTEMBER 11 LITIGATION _____X | 21 MC 97 (AKH) |
| _____X | |
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION _____X | 21 MC 100 (AKH) |
| _____X | |
| IN RE: SEPTEMBER 11 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION _____X | 21 MC 101 (AKH) |
| _____X | |
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION _____X | 21 MC 102 (AKH) |
| _____X | |
| IN RE: COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (STRADDLER PLAINTIFFS) _____X | 21 MC 103 (AKH) |

## ORDER

Upon consideration of the application of the Port Authority of New York and New Jersey (the "Port Authority"), and an opportunity having been given to all parties in the above-entitled actions to object, it is hereby

**ORDERED**, that the Port Authority is permitted to allow the New York City Office of the Chief Medical Examiner (OCME) to remove and examine WTC material

contained in and on an FDNY SUV (identified on PANYNJ Artifact Request List as D-011), and to allow the New York State Museum to clean the ambulance prior to its physical transfer from John F. Kennedy International Airport, Hangar 17 to its permanent home at the New York State Museum.

Dated: New York, New York
       August 3, 2011

THE HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE