

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:  21 MC 100 (AKH)
IN RE WORLD TRADE CENTER DISASTER   :
SITE LITIGATION   :
  :
  :
---------------------------------------------------------------X
:  21 MC 103 (AKH)
IN RE WORLD TRADE CENTER AND LOWER   :
MANHATTAN DISASTER SITE LITIGATION   :
(straddler plaintiffs)   :
---------------------------------------------------------------X

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for those Defendants listed on Exhibit 1 hereto (which Defendants have entered into settlement agreements with certain plaintiffs represented by Worby Groner Edelman & Napoli Bern in the 21 MC 100, 102, 103 dockets (collectively, the "Settling Plaintiffs")), for the Insureds of the WTC Captive Insurance Company, Inc. identified on Exhibit A to the Final Settlement Process Agreement ("FSA") (collectively, the "WTC Captive Insureds"), and for the Settling Plaintiffs, that each Defendant listed on Exhibit 1 hereto hereby releases all actual or alleged, whether asserted or unasserted, indemnification claims, if any, that it has against the WTC Captive Insureds identified arising from the claims of the Settling Plaintiffs who have also opted into the settlement as described in the FSA and who have settled their claims with such Defendant;

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the WTC Captive Insureds, for those Defendants listed on Exhibit 1, and for the Settling Plaintiffs, that the WTC Captive Insureds release all actual or

111594

alleged, whether asserted or unasserted, indemnification claims, if any, that they have against the Defendants listed on Exhibit 1 hereto arising from the Settling Plaintiffs' claims;

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned attorneys of record for the Defendants listed on Exhibit 1 and the Settling Plaintiffs that each Defendant listed on Exhibit 1 agrees to release all actual or alleged, whether asserted or unasserted, indemnification claims, if any, that it may have against another Defendant or Defendants arising from the claims of a Settling Plaintiff who has opted into a settlement with such Defendant where such Settling Plaintiff has also opted into a settlement with another Defendant or Defendants listed on Exhibit 1;

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the WTC Captive Insureds, the Defendants listed on Exhibit 1 hereto and the Settling Plaintiffs, that should a Settling Plaintiff's release to any of the WTC Captive Insured or any Defendant listed on Exhibit 1 hereto be adjudicated to be invalid, ineffective or otherwise void for any reason (such that the Settling Plaintiff's claims against any of the WTC Captive Insureds or any Defendant listed on Exhibit 1 hereto are revived, refiled or otherwise active), then the provisions of this Stipulation and Agreement shall be inapplicable, void and have no effect regarding any and all claims between the WTC Captive Insureds and the Defendants listed on Exhibit 1 as well as between the Defendants Listed on Exhibit 1 hereto arising out of the Settling Plaintiff's claims.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 9, 2011
New York, New York

PATTON BOGGS LLP

*[signature]*

James E. Tyrrell, Jr., Esq.
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102
*Counsel to the WTC Captive Insureds*

Dated: August 9, 2011

SCHIFF HARDIN LLP

_____
Paul Scrudato
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000
*Counsel to The Port Authority of New York and New Jersey*

Dated: August ____, 2011

MORRISON MAHONEY LLP

_____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Counsel to Survivair*

Dated: August ____, 2011

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

*[signature]* (PJL)

Paul J. Napoli, Esq.
350 5th Avenue, Suite 7413
New York, NY 10118

*Counsel to Plaintiffs*

Dated: August ____, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Steven R. Kramer, Esq. (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: August ____, 2011

PILLINGER MILLER TARALLO, LLP

_____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Evans Environmental & Geological Science and Management, LLC*

Dated: August ____, 2011

111594

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 9, 2011
New York, New York

SO ORDERED

_____
ALVIN K. HELLERSTEIN, U.S.D.J.

PATTON BOGGS LLP

_____
James E. Tyrrell, Jr., Esq.
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102
*Counsel to the WTC Captive Insureds*

Dated: August ____, 2011

SCHIFF HARDIN LLP

*/s/ Paul Scrudato*

_____
Paul Scrudato
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000
*Counsel to The Port Authority of New York and New Jersey*

Dated: August 15, 2011

MORRISON MAHONEY LLP

_____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Counsel to Survivair*

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

_____
Paul J. Napoli, Esq.
350 5th Avenue, Suite 7413
New York, NY 10118

*Counsel to Plaintiffs*

Dated: August ____, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/*

_____
Steven R. Kramer, Esq. (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: August 20, 2011

PILLINGER MILLER TARALLO, LLP

_____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Evans Environmental & Geological Science and Management, LLC*

111594

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 9, 2011
New York, New York

| | |
|---|---|
| **PATTON BOGGS LLP** | **WORBY GRONER EDELMAN & NAPOLI BERN, LLP** |
| _____ | _____ |
| James E. Tyrrell, Jr., Esq. | Paul J. Napoli, Esq. |
| The Legal Center | 350 5th Avenue, Suite 7413 |
| One Riverfront Plaza, Suite 600 | New York, NY 10118 |
| Newark, NJ 07102 | |
| *Counsel to the WTC Captive Inureds* | *Counsel to Plaintiffs* |
| Dated: August ____, 2011 | Dated: August ____, 2011 |
| **SCHIFF HARDIN LLP** | **ECKERT SEAMANS CHERIN & MELLOTT, LLC** |
| _____ | _____ |
| Paul Scrudato | Steven R. Kramer, Esq. (SRK-2097) |
| 900 3rd Avenue | 10 Bank Street, Suite 1061 |
| New York, NY 10022-4753 | White Plains, NY 10606 |
| (212) 753-5000 | (914) 949-2909 |
| *Counsel to The Port Authority of New York and New Jersey* | *Counsel to Taylor Recycling Facility, LLC* |
| Dated: August ____, 2011 | Dated: August ____, 2011 |
| **MORRISON MAHONEY LLP** | **PILLINGER MILLER TARALLO, LLP** |
| _____ | _____ |
| Gary W. Harvey | Marc H. Pillinger (ML-5246) |
| 250 Summer Street | 570 Taxter Road, Suite 275 |
| Boston, MA 02210-1181 | Elmsford, NY 10523 |
| (212) 428-2498 | (914) 703-6300 |
| *Counsel to Survivair* | *Counsel to Evans Environmental & Geological Science and Management, LLC* |

111594

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 9, 2011
New York, New York

PATTON BOGGS LLP

*[signature]*

James E. Tyrrell, Jr., Esq.
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102
*Counsel to the WTC Captive Inureds*

Dated: August 9, 2011

SCHIFF HARDIN LLP

_____
Paul Scrudato
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000
*Counsel to The Port Authority of New York and New Jersey*

Dated: August ____, 2011

MORRISON MAHONEY LLP

*[signature]*

Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Counsel to Survivair*

Dated: August 9, 2011

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

_____
Paul J. Napoli, Esq.
350 5th Avenue, Suite 7413
New York, NY 10118

*Counsel to Plaintiffs*

Dated: August ____, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Steven R. Kramer, Esq. (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: August ____, 2011

PILLINGER MILLER TARALLO, LLP

_____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Evans Environmental & Geological Science and Management, LLC*

Dated: August ____, 2011

111594

Dated: August 17, 2011

**MCGIVNEY & KLUGER, P.C.**

_____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Counsel to Phillips & Jordan, Inc.*

Dated: August ___, 2011

Dated: August ___, 2011

**COZEN O'CONNOR**

_____
Anita B. Weinstein
45 Broadway, 16th Floor
New York, NY 10006
(212) 504-9400
*Counsel to Tishman Construction Corporation of New York, Tishman Construction Corporation of Manhattan and Tishman Interiors Corporation*

Dated: August ___, 2011

111594

| MCGIVNEY & KLUGER, P.C. | COZEN O'CONNOR |
|---|---|
| | *[signature]* |
| Richard E. Leff (RL-2123) | Anita B. Weinstein |
| 80 Broad Street, 23rd Floor | 45 Broadway, 16th Floor |
| New York, NY 10004 | New York, NY 10006 |
| (212) 509-3456 | (212) 504-9400 |
| *Counsel to Phillips & Jordan, Inc.* | *Counsel to Tishman Construction Corporation of New York, Tishman Construction Corporation of Manhattan and Tishman Interiors Corporation* |
| Dated: August ____, 2011 | Dated: August 10, 2011 |

111594

# EXHIBIT 1

| | |
|---|---|
| A Russo Wrecking, Inc. | Cantor Seinuk Group |
| Acrow | Certified Fence Corp. |
| Acrow Corporation of America | City of New York |
| Allcom Electric | Civetta Cousins JV, L.L.C. |
| Amec Construction Management, Inc. | Clarco Enterprise Corp |
| Amec Earth & Environmental, Inc. | Clarco Enterprises Corp. |
| Anthony Cortese Specialized Hauling LLC | Clarco Enterprises LLC |
| ASG Pest Control | Component Assembly Systems Inc. |
| ASG Pest Control Services, Inc. | Coordinated Metals, Inc. |
| ATC Associates, Inc. | Cord Contracting Co., Inc. |
| ATC Group Serv dba ATC Associates | Craig Test Boring Company, Inc. |
| ATC Group Service Inc. d/b/a ATC Associates Inc. | Criticom International Corp. |
| | Dakota Demo Tech |
| Atlantic Heydt Corp. | DCM Erectors, Inc. |
| Atlas Concrete & Cutting | Department of Business Services |
| Atlas Concrete Corp | Desimone Consulting Engineers, PLLC |
| Avanti Demolition & Carting Corp. | Diamond Point Excavating Corp. |
| Bechtel Associates Professional Corporation | Diego Construction, Inc. |
| Bechtel Construction, Inc. | Diversified Carting, Inc. |
| Bechtel Corporation | DMT Enterprise, Inc |
| Bechtel Environmental, Inc. | D'Onofrio General Contractors Corp. |
| Bergen Concrete Cutting | Eagle Leasing & Industrial Supply |
| Bergen Concrete Cutting, Inc. | Eagle One Roofing Contractors, Inc. |
| Berkel & Co. Contractors, Inc. | Eagle Scaffolding Co. |
| Big Apple Wrecking & Construction Corp. | EJ Davies, Inc. |
| Board of Education of the City of New York | En-Tech Corp |
| Bovis Construction | Entertainment Partners |
| Bovis Holdings Limited | Entertainment Partners Corp |
| Bovis International | ET Environmental |
| Bovis International, Inc | ET Environmental Corporation, LLC |
| Bovis Lend Lease Interiors, Inc. | Evans Environmental & Geological Science and Management, LLC |
| Bovis Lend Lease LMB, Inc. | |
| Bovis Lend Lease, Inc. | Evergreen Recycling of Corona |
| Breeze Carting Corp. | Ewell W. Finley, P.C. |
| Breeze Carting, Inc. | Executive Medical Services, PC |
| Breeze International | F&G Mechanical Corporation |
| Breeze National Inc. | F&G Mechanical Inc. |
| Brer Four Transportation Corp. | Felix Equities, Inc. |
| Brer-Four Transportation | Fleet Trucking, Inc. |
| Buro Happold Consult Eng. P.C. | Francis (Frank) Micelli Jr. Contracting Inc. |
| C & D Fireproofing and Plastering Corp. | Francis A. Lee Company |
| C & D Painting and Decorating, Inc. | Francis A. Lee Company, A Corporation |
| C&D Painting Inc. | Francis A. Lee Exterior Restoration, Inc |
| C. B. Contracting Corp. | Frank Micelli Jr. Contracting |
| Canron Construction Corp. | FTI Trucking |

110739

## EXHIBIT 1

| | |
|---|---|
| FTI Trucking Corp. | Mazzocchi Wrecking Inc. |
| G & G Contracting Inc. | Medcor |
| Gilsanz Murray Steficek, LLP | Medcor Medical and Hospital Supply |
| Gilsanz, Murray & Steficek, LLP | Medcor, Inc. |
| Gino Cracolici & Sons Inc. | Ment Bros. Iron Works Co., Inc. |
| Gino Cracouci & Sons Inc. | Ment Brothers |
| Goldstein Associates Consulting Engineers PC | Ment Brothers Iron Works |
| Goldstein Associates Consulting Engineers, PLLC | Meridian Construction Corp |
| | Moretrench American Corp. |
| | Moretrench Construction |
| Grace Construction & Development Corp | MRA Engineering, PC |
| Grace Contracting Corp | Mueser Rutledge Consulting Engineers |
| Grace Industries | Musco Sports Lighting, LLC |
| Grace Industries, Inc. | Nacirema Industries, Inc. |
| Hallen Welding Service, Inc. | New York City Department of Education |
| Helmsman Management Services, Inc. | New York City School Construction Authority |
| HGC Contracting Corp. | |
| High Rise Electric, Inc. | New York Crane & Equipment Corp. |
| High Rise Hoisting and Scaffolding, Inc. | New York Crane Service & Equipment |
| Highrise Hoisting and Scaffolding, Inc. | Nicholson Construction Co. |
| HP Environmental | Nicholson/Heywood Joint Venture |
| HP Environmental, Inc. | Off Road Welding, Inc. |
| Hudson Meridian Construction Group LLC | Office of James Ruderman LLP |
| J&P Equipment & Material Handling Co. | Olympic Plumbing and Heating, Corp. |
| J.P. Equipment & Rental Materials, L.L.C. | Ove Arup & Partners P.C. |
| James Ruderman LLP | Parson Group LLC |
| JP Equipment Rental Materials, Inc. | Peter Scalamandre & Sons, Inc. |
| Kevin McManus | Phillips & Jordan, Inc. |
| Koch Skanska, Inc. | Pinnacle |
| Laquila Construction, Inc. | Pinnacle Environmental Corporation |
| Laquilla Construction Inc. | Plaza Construction Corporation |
| Lastrada General Contracting Corp. | Plaza Construction Management Corp |
| Leslie E. Robertson Associates Consulting Engineers PC | Pro Safety Services Inc. |
| | Pro Safety Services, LLC |
| Leslie E. Robertson Associates, R.L.L.P. | PT&L Contracting Corp. |
| Liberty Mutual Group | Regional Scaffold & Hoisting Co, Inc. |
| Liberty Mutual Insurance Company | Regional Scaffolding & Hoisting Co., Inc. |
| Liberty Mutual Managed Care, Inc. | Rich Mark Contracting, Inc |
| LiRo Group | Rich Mark Environmental Services, Inc. |
| Liro, Inc. | Robert C. Stewart |
| Lockwood, Kessler & Bartlett, Inc. | Robert Errat |
| Lucius Pitkin, Inc. | Robert L. Gerosa, Inc. |
| LZA Tech - Div of Thornton Tomasetti | Robert Silman Associates |
| M.G. McLaren, PC | Robert Silman Associates, P.C. |
| Manafort Brothers, Inc. | Rodar Enterprises Inc. |

110739

# EXHIBIT 1

| | |
|---|---|
| Royal GM Inc. | Tully Construction Company, Inc. |
| SAB Trucking Inc. | Tully Consulting Corp. |
| Safeway Environmental, Corp. | Tully Environmental Inc. (aka EROC) |
| Semcor Equipment | Tully Industries |
| Semcor Equipment and Manufacturing Corporation | Turner Construction Co. |
| | Turner Construction Company |
| Severud Associates Consulting Engineers, P.C | Turner Construction International |
| | Turner Construction International LLC |
| Sheldrake Organization, Inc. | Turner/Plaza, A Joint Venture |
| Silverado Contractors | Ultimate Demolition/CS Hauling (Joint Venture) |
| Silverado Contractors, Inc. | |
| Silverite Contracting Corp. | United States Rebar |
| Silverite Contractors | United States Rebar, Inc. |
| Simpson, Gumpertz & Heger, Inc | Vanguard Equipment Rentals |
| Skanska Koch, Inc. | Vanguard Equities Inc. |
| Skidmore, Owings & Merrill LLP | Vertical Technologies |
| Star Delta Electric | Vertical Technologies, Inc. |
| Stier Anderson, LLC | Vertical Technology Inc. |
| Summit Structures | Vollmer Associates LLP |
| Summit Structures LLC | W. Harris & Sons Inc. |
| Survivair | Walter White Trucking |
| Taylor Recycling Facility, LLC | Weeks Marine, Inc. |
| Telenet Communications, Inc. | Weidlinger Associates Consulting Engineers PC |
| The City University of New York | |
| The City University of New York (CUNY) | Weidlinger Associates P.C. |
| The LiRo Group | Whitney Contracting |
| The Port Authority of New York and New Jersey | Whitney Contracting, Inc. |
| | Wolkow Braker Roofing Corp. |
| Thornton Tomasetti Group | WSP Cantor Seinuk |
| Thornton Tomasetti, Inc. | Yannuzzi & Sons, Inc |
| Thyssen Krupp Elevator Co. | Yannuzzi Group of Companies |
| Thyssenkrupp Elevator Corporation | Yonkers Contracting Company, Inc |
| Thyyssenkrupp Elevator Corporation | Yonkers-Tully-Pegno, a Joint Venture |
| Tishman Construction Corporation of New York | York Hunter Construction |
| | York Hunter Construction, LLC |
| Tishman Construction Corporation of Manhattan | Ziegenfuss Drilling, Inc. |
| Tishman Interiors Corporation | |
| Tomasetti Group | |
| Toretta Trucking, Inc. | |
| Torretta Trucking, Inc. | |
| Total Safety Consulting LLC | |
| Tucci Equipment Rental Corp. | |
| Tully Construction Co., Inc. | |
| Tully Construction Company | |

110739