# EXHIBIT B



The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

March 25, 2011

Joseph E. Hopkins
973-848-5680
jhopkins@pattonboggs.com

**VIA OVERNIGHT DELIVERY**

Christopher LoPalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
350 Fifth Avenue, Suite 7413
New York, New York 10018

Re:     *In re World Trade Center Disaster Site Litigation*, 21 MC 100, 21 MC 103 (AKH)

Dear Mr. LoPalo:

As you know, we represent the City of New York and the Contractors in the above-referenced matters. The plaintiffs listed on the attached Exhibit A whom you represent did not participate in the Settlement between the Insureds of the WTC Captive Insurance Company, Inc. and Plaintiffs and thus were included on the list of 21 MC 100 and 21 MC 103 "opt-out plaintiffs" submitted to the Court on March 21, 2011. Pursuant to Judge Hellerstein's instructions at the March 22, 2011 conference, please have plaintiffs listed in Exhibit A execute the enclosed authorizations as soon as possible. *See* March 22, 2011 Conf. Tr. 39:12-23.

We have enclosed multiple copies of each authorization as many medical providers require the patient's original signature. Please review and confirm that the social security number, date of birth, and address are correct for each of your clients. Accordingly, please have your clients, and not an attorney, execute each of these authorizations in blue ink and return them to the attention of Alyson Villano, Esq. of my office. If we do not receive all of these authorizations executed by your clients by April 8, 2011, we will be compelled to seek appropriate relief from the Court.

I appreciate your immediate attention to this issue. Please contact me with any questions.

Sincerely,

Joseph E. Hopkins
Patton Boggs, LLP