# EXHIBIT E

## EXHIBIT E

|    | Plaintiff Name (Last, First) | Case Number | Master Docket | Plaintiff's Counsel |
|----|------------------------------|-------------|---------------|---------------------|
| 1  | Bartolotta, Sebastian        | 06cv14487   | 21 MC 100     | Worby               |
| 2  | Bowers, Ronald               | 08cv00616   | 21 MC 100     | Worby               |
| 3  | Defeo, Patricia              | 06cv08957   | 21 MC 100     | Worby               |
| 4  | Faltynowicz, Stanislaw       | 08cv02616   | 21 MC 103     | Worby               |
| 5  | Flores, Luis                 | 06cv12066   | 21 MC 100     | Worby               |
| 6  | Fucci, Preston J.            | 06cv11317   | 21 MC 100     | Worby               |
| 7  | Glover, Melvin               | 06cv13928   | 21 MC 100     | Worby               |
| 8  | Guriel, Tom                  | 06cv12122   | 21 MC 100     | Worby               |
| 9  | Howard, Gregory              | 06cv10780   | 21 MC 100     | Worby               |
| 10 | Kelly, Thomas                | 06cv13972   | 21 MC 100     | Worby               |
| 11 | Logan, Charles               | 06cv08448   | 21 MC 100     | Worby               |
| 12 | Martin, Robert J.            | 07cv10012   | 21 MC 100     | Worby               |
| 13 | Netrosio, Mimi               | 06cv11774   | 21 MC 100     | Worby               |
| 14 | O'Donnell, Glenn             | 06cv09657   | 21 MC 100     | Worby               |
| 15 | Ruis, John                   | 06cv11264   | 21 MC 100     | Worby               |
| 16 | Syku, Adrian                 | 06cv09727   | 21 MC 100     | Worby               |
| 17 | Takacs, James                | 06cv10884   | 21 MC 100     | Worby               |