# EXHIBIT G



The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600

Facsimile 973-848-5601
www.pattonboggs.com

August 22, 2011

Suzanne M. Christel, Senior Paralegal
973-848-3904
schristel@pattonboggs.com

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

Christopher R. LoPalo, Esq.
WORBY GRONER EDELMAN
& NAPOLI BERN LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118

      Re:    *In re* World Trade Center Site Litigation, 21 MC 100 (AKH)
                <u>Selected Trial Plaintiffs – Ferraro, Marshall, Prager, Volpe, Walcott, Wnek</u>

Dear Mr. LoPalo:

      Pursuant to our agreement with Plaintiffs' Liaison Counsel, we are providing you with ten day's notice of our intention to send authorizations for the release of medical records to the following healthcare providers for the plaintiffs listed below:

**Edward Ferraro (06cv7411)**
Bruce Moskowitz, M.D.
Chandranath Sen, M.D.
Franklin Medical Center
Kenneth Hu, M.D.
Mark Persky, M.D.
Queens Long Island Medical Group

**John Marshall (06cv14019)**
Ira Mayer, M.D.
Maimonides Medical Center - Cardiology Division
Michael Weiss, M.D.
Prem Gupta, M.D.
Richard Funaro, M.D.

**Richard Prager (07cv5041)**
Kew Gardens Family Physicians
Mount Sinai Faculty Practice Associates
Mount Sinai Hospital
Mount Sinai Hospital - WTC Monitoring and Treatment Program
Saint John's Hospital
The Center for Minimally Invasive Spine Surgery
Vinisha Patel, M.D.

Washington DC | Northern Virginia | New Jersey | New York | Dallas | Denver | Anchorage | Doha, Qatar


**PATTON BOGGS** LLP
ATTORNEYS AT LAW

Christopher R. LoPalo, Esq.
August 22, 2011
Page - 2 -

### Richard Volpe (04cv4177)
Artur Rand, M.D.
Brunswick Hospital Center
Cardiology Consultants of Westchester, P.C.
Clifford Simonetti, M.D.
David Weiss, M.D.
ENT Faculty Practice LLP
Hospital for Special Surgery
Jacobi Hospital
Lenox Hill Hospital
Louis Molinari, MD
Martin Saltzman, MD
Mount Kisco Medical Group
Mount Sinai Hospital
Nephrology Associates of Westchester and Putnam, PC
Northern Westchester Hospital
Phelps Magnetic Resonance Center
Premier Urological Care
Primary Care & Cardiovascular Associates
St. Luke's-Roosevelt Hospital
Union Hospital
Westchester Medical Group
White Plains Radiology Associates
William Unis, M.D.

### John Walcott (04cv4178)
Carlo Honrado, M.D.
Central Jersey Oncology
David Kamelhar, M.D.
Joseph Licitra, M.D.
Karen Seiter, MD
Lower Hudson Valley Physical Therapy PC
Maze Laboratories
Mount Sinai Hospital - WTC Worker and Volunteer Medical Screeing Program
Robert Goldberg, M.D.
Stephen Rothstein, M.D.
Tatyana Gitlevich, M.D.
Westchester Dermatology
Westchester Medical Center

### Joseph Wnek (06cv15142)
Machia Uthappa, M.D.
Walgreens Pharmacy

113059



Christopher R. LoPalo, Esq.
August 22, 2011
Page - 3 -

If you have any questions concerning the above, please contact me.

Very truly yours,

Suzanne M. Christel
Senior Paralegal

113059