UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| | NOTICE OF MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE FOR FAILURE TO PROSECUTE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b) |

PLEASE TAKE NOTICE that on a day to be determined by this Court, Defendants the

City of New York and the Contractors ("Defendants") shall apply to the Honorable Alvin K.

Hellerstein, U.S.D.J., at the Southern District of New York located at 500 Pearl Street, New

York, New York, Room 14-D for an Order Granting the Defendants' Motion to Dismiss Certain

Plaintiffs' Claims with Prejudice for Failure to Prosecute Pursuant to Federal Rule of Civil

Procedure 41(b).

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Defendants rely

upon the attached Memorandum of Law in Support of the Defendants' Motion to Dismiss

Certain Plaintiffs' Claims with Prejudice for Failure to Prosecute Pursuant to Federal Rule of

Civil Procedure 41(b) and the Declaration of Alyson N. Villano, Esq., dated August 26, 2011.

Dated:  August 26, 2011

James E. Tyrrell, Jr. (JT 6837)
PATTON BOGGS LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 246-5100
-and-
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for Defendants The City of New York and the Contractors*

113218