

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| ALL CASES ON THE ATTACHED EXHIBIT A | STIPULATION OF VOLUNTARY DISMISSAL<br><br>Civil Action No: See Exhibit A |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The Plaintiffs' actions listed on Exhibit A are voluntarily dismissed with prejudice pursuant to the following terms and conditions:

2. All claims by the Plaintiffs listed on Exhibit A against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice.

3. All claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

113071

PATTON BOGGS LLP

By: /s/ James E. Tyrrell
James Tyrrell (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: August 23, 2011

SCHIFF HARDIN LLP

By: /s/ Paul Scrudato
~~Beth Jacob (BJ-____)~~
900 3rd Avenue  PAUL SCRUDATO
New York, NY 10022-4753  PS-5927
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: August ____, 2011

LITCHFIELD CAVO LLP

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: August ____, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: /s/
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiffs*

Dated: August 18, 2011

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: August ____, 2011

SO ORDERED: 8/30/11
/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN, U.S.D.J.

113071

2

**PATTON BOGGS LLP**

By: /s/ James E. Tyrrell
James Tyrrell (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: August 23, 2011

**SCHIFF HARDIN LLP**

By: _____
Beth Jacob (BJ-6415)
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: August ____, 2011

**LITCHFIELD CAVO LLP**

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: August ____, 2011

**WORBY GRONER EDELMAN & NAPOLI BERN**

By: /s/
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiffs*

Dated: August 18, 2011

**MORRISON MAHONEY LLP**

By: /s/ Gary W. Harvey
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: August 23, 2011

2

113071

PATTON BOGGS LLP

By: *[signature]*
James Tyrrell (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: August 23, 2011

SCHIFF HARDIN LLP

By: _____
Beth Jacob (BJ-6415)
900 3rd Avenue
New York, NY 10022-4753
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: August ____, 2011

LITCHFIELD CAVO LLP

By: *[signature]*
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: August 25, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: *[signature]* _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiffs*

Dated: August 18, 2011

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: August ____, 2011

2

113071

EXHIBIT A

| Plantiff Name | Case Number |
|---|---|
| Dannenfelser, Gene | 06cv12018 |
| Dow, Fredrick | 06cv14615 |
| Geiger, Rudolph | 05cv00406 |
| Gutierrez, William | 08cv01384 |
| Holder, Daniel | 09cv02751 |
| Horning, Douglas | 05cv01063 |
| Lassiter, Irvin | 06cv11205 |
| McNellis, Sean | 06cv10401 |
| Moynihan, Daniel | 07cv05021 |
| Mulligan, Robert | 06cv12349 |
| Silverstein, Maurice | 05cv05030 |
| Smith, Wayne | 06cv12539 |

113071

3