# SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C.

120 BROADWAY · NEW YORK · NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

Robert G. Sullivan
Nicholas Papain
Michael N. Block
Christopher T. McGrath
Vito A. Cannavo
John F. Nash
Frank V. Floriani
Marie Ng
Eleni Coffinas

David J. Dean
Hugh M. Turk
Albert B. Aquila
Brian J. Shoot
Andrew J. Carboy
Mary Anne Walling
Eric K. Schwarz
Elizabeth Montesano

Matthew J. Jones
Deanne M. Caputo
Beth N. Jablon
Liza A. Milgrim
Susan M. Jaffe
Donte O. Mills
Jeffrey B. Bromfeld
Wendell Y. Tong

Terrence L. Tarver
Michael J. Wells
Clifford S. Arginter
Thomas J. McManus
Michael W. Lever
Lauren M. Pennisi
Laura M. Schaefer

John M. Tomsky
George J. Pfluger
Counsel to the Firm

Hon. Joseph N. Giamboi (ret.)
Stephen C. Glasser
Of Counsel

PLEASE REPLY TO:

New York City Office

August 29, 2011

> The terms of my Order of June 3, 2011 (Doc. No. 2478), both its approval of the settlement and the requirement that Surrogate's Court reviews individual cases is extended to the Plaintiffs in this letter. So Ordered
>
> *[signature]* Al. K. Hellerstein
>
> September 1, 2011.

Chambers,
Hon. Alvin K. Hellerstein, United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 9
DATE FILED: 9/1/11

Re: Request for Order of Fairness in Certain Cases Involving Deceased Plaintiffs
21MC100(AKH)

Honorable Sir:

This office represents the following decedents' estates in the World Trade Center Settlement:

| Decedent | Case Numbers |
|---|---|
| Kevin Czartoryski (deceased) | 10 CV 2614; |
| Edward Smith (deceased) | 10 CV 2367; 07 CV 2366; 09CV 04680; |
| Gregory Forsyth (deceased) | 10 CV 2370; 04 CV 8096; 04 CV 8186; |
| Igor Elbrukh (deceased) | 10 CV 2154 ; 06 CV 8267; |
| Jacques Paultre (deceased) | 10 CV 1988; 07 CV 7517; |
| James Ryan (deceased) | 10 CV 2157; 07 CV 4133; |
| John McNamara (deceased) | 10 CV 1984; 06 CV 7652; |
| Larry Lynch (deceased) | 10 CV 2366; 07 CV 6858; 09 CV [illegible]; |
| Brian C. Malloy (deceased) | 10 CV 01085; |
| Mark DeBiase (deceased) | 10 CV 2369; 07 CV 725; |
| Paul Jonali (deceased) | 10 CV 2371; 07 CV 6558; |
| Raymond Hauber (deceased) | 10 CV 2365; 05 CV 9141; 09 CV 6802; |
| Richard Beauchamp (deceased) | 10 CV 1901; 07 Cv 11307; |

LONG ISLAND OFFICE
55 MINEOLA BOULEVARD · MINEOLA · NEW YORK 11501
TELEPHONE: (516) 742-0707 · FACSIMILE (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
126 STATE STREET · HACKENSACK · NEW JERSEY 07601
TELEPHONE: (201) 342-0037 · FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

| | |
|---|---|
| Robert Ford (deceased) | 10 CV 2155; 08 CV 0120; |
| Roberto Ramos (deceased) | 10 CV 1961; 07 CV 10379; |
| Victor Navarra (deceased) | 09 CV 10172; 07 CV 3357; and |
| Walter Clark (deceased) | 10 CV 0803. |

We respectfully request that the Court, by endorsement, extend the terms of its June 3, 2011 Order to the recovery realized and the attorney fees earned in these matters. By doing so, the Court will approve the settlements in the above listed matters as fair and reasonable, and, in each case, approve attorney fees in the amount of 25% after the deduction of disbursements approved by the Allocation Neutral.

I thank the Court for its attention to this application.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By: _____
Andrew J. Carboy (AC2147)

AJC:ctr - (058336)