

REPLY TO
DENISE A. RUBIN
GENERAL COUNSEL
WORBY GRONER EDELMAN & NAPOLI BERN LLP, ATTORNEYS AT LAW
EMPIRE STATE BUILDING
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

DRUBIN@NAPOLIBERN.COM
(212) 267-3700 EXT. 112

September 1, 2011

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

        Re:   In re: World Trade Center Disaster Site Litigation
                 21MC100 (AKH)

Dear Judge Hellerstein:

     In light of the recent entry of this Court's Costs Allocation Order of August 19, 2011 in the 21MC102(AKH) and 21MC103(AKH) dockets, we respectfully submit the identical Order for this Court's execution in the 21MC100(AKH) docket. Needless to say, the costs continue to accrue in those matters still pending and it is only just that the plaintiffs' attorneys in this docket contribute their clients' pro-rata share of the expenses here, as they do in the other two master dockets.

                                 Respectfully submitted,

                                 Worby Groner Edelman & Napoli Bern, LLP
                                 *Plaintiffs' Co-Liaison Counsel*

                                 Denise A. Rubin

cc:
Liaison Counsel
Special Masters

*[Handwritten endorsement:] Denise R. I have made orders treating Worby Groner & others and services, and providers compensation. 9-1-11  AKHellerstein*