UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER       :   **SUMMARY ORDER TERMINATING**
SITE LITIGATION                          :   **MOTION**
-------------------------------------------------------------- :
IN RE LOWER MANHATTAN DISASTER          :   21 MC 100 (AKH)
SITE LITIGATION                          :   21 MC 102
-------------------------------------------------------------- :   21 MC 103
IN RE COMBINED WORLD TRADE CENTER       :
AND LOWER MANHATTAN DISASTER SITE       :
LITIGATION                               :
                                         :
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

   Earlier today, I issued a decision denying the objection of the World Trade Center Captive Insurance Company and the City of New York to my previous Order of December 30, 2010, holding that the WTC Captive was required to make bonus payments under the Settlement Process Agreement, As Amended ("SPA"). See Summary Order Denying Objection to Bonus Payments, In re World Trade Center Disaster Site Litig., 21 MC 100 (S.D.N.Y. Sept. 8, 2011).

   The WTC Captive and the City of New York filed objections to my previous Order of December 30, 2010, but did not docket a motion. Plaintiffs' Liaison Counsel thereafter filed opposition briefing, and docketed their briefing as a motion. The issue having been decided, the Clerk shall terminate the motion pending on the docket sheet (Doc. No. 2331).

SO ORDERED.

Dated:   September 8, 2011
         New York, New York

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge