N.Y.S.D. Case #
21-mc-100(AKH)

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of September, two thousand and eleven,

---

In Re: World Trade Center Lower Manhattan Disaster Site Litigation

**ORDER**
Docket Number: 10-1377

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** ______
**DATE FILED:** September 13, 2011

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/12/2011