UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH)<br><br>DECLARATION OF ALYSON N. VILLANO IN SUPPORT OF REPLY BRIEF IN FURTHER SUPPORT OF DEFEDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS WITH PREJUDICE FOR FAILURE TO PROSECUTE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b) |

I, Alyson N. Villano, under penalty of perjury, declare as follows:

1. I am an associate with the firm Patton Boggs LLP, counsel for the Defendants the City of New York and the Contractors[1] (collectively "Defendants") in the above-captioned consolidated action.

2. I respectfully submit this Declaration in support of Defendants' Reply Brief in Further Support of Defendants' Motion to Dismiss Certain Plaintiffs' Claims with Prejudice for Failure to Prosecute Pursuant to Federal Rule of Civil Procedure 41(b).

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the February 2, 2011 Court Conference transcript.

4. Attached hereto as Exhibit B is a true and correct copy of February 7, 2011 Summary Order issued by the Honorable Alvin K. Hellerstein, U.S.D.J.

---

[1] AMEC Construction Management, Inc., AMEC Earth & Environmental, Inc., Bovis Lend Lease LMB, Inc., Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company, and Turner/Plaza, A Joint Venture, as well as the entities identified in Exhibit A to the Final Settlement Agreement.

5.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the March 22, 2011 Court Conference transcript.

6.      Attached hereto as Exhibit D is a true and correct copy of the March 23, 2011 Order Summarizing Status Conference issued by the Honorable Alvin K. Hellerstein, U.S.D.J.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2011
       Newark, New Jersey

                                                        _____
                                                        Alyson N. Villano, Esq.