```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :
HECTOR FLAMENCO,                            :          ORDER DIRECTING PAYMENT
                                            :
            Plaintiff,                      :          OF FEE OR IFP APPLICATION &
                                            :
    -against-                               :          PRISONER AUTHORIZATION
                                            :
WORLD TRADE CENTER LLC,                     :          21 MC 100 (AKH)
et al.,                                     :
            Defendants.                     :
                                            :
-------------------------------------------------------X

ALVIN K. HELLERSTEIN, United States District Judge:

      Plaintiff Hector Flamenco, currently incarcerated in the Federal Correctional Institution in Fort Dix, New Jersey, brings this action *pro se*. On January 26, 2011, the Court received a document dated January 21, 2011, styled as an "Ex Parte Motion to Order the Court Clerk . . . to Serve Plaintiff's Complaint." The document was filed in <u>In Re World Trade Center Disaster Site Litigation</u>, No. 21 MC 100 (AKH) (S.D.N.Y. Jan 28, 2011) (Dkt. 2313). The Court treated the application as a motion and, by memo endorsement dated February 22, 2011, denied the motion because Plaintiff failed to plead a cause of action against any defendant "other than the City and Tully [Construction Company]" and held that he was not entitled to free copies of the Complaint for the more than 200 defendants that he named. <u>Id.</u> (Order signed February 22, 2011).

      The Clerk of Court is therefore directed to file the document annexed to the Ex Parte Motion as a Complaint in a new civil action and to assign it to my docket as related to <u>In Re World Trade Center Disaster Site Litigation</u>, No. 21 MC 100 (AKH) (S.D.N.Y. Jan 28, 2011).

      The Court directs Plaintiff to pay the $350.00 filing fee or submit a completed Request to

Proceed *In Forma Pauperis* ("IFP application") and a Prisoner Authorization, both bearing the same docket number as this Order, within thirty (30) days.

If Plaintiff complies with this Order by paying the filing fee or submitting a completed IFP application and Prisoner Authorization form, the Court will grant Plaintiff leave to submit an Amended Complaint naming only the City of New York and Tully Construction Company.[1]

## CONCLUSION

The Clerk of Court is directed to file the Complaint, annexed to the *Ex Parte* Motion in In Re World Trade Center Disaster Site Litigation, No. 21 MC 100 (AKH) (S.D.N.Y. Jan 28, 2011) (Dkt. 2313) received January 26, 2011, as a new civil action and to assign it to my docket. No Summons shall issue at this time.

The Court directs Plaintiff to pay the $350.00 filing fee or submit a completed Request to Proceed *In Forma Pauperis* ("IFP application") and a Prisoner Authorization, bearing the same docket number as this Order, within thirty (30) days.[2] If Plaintiff fails to comply with this Order within the time allowed, the action will be dismissed.

---

[1] In the February 22, 2011 order, the Court held that the Complaint failed to state a claim against any Defendant other than the City of New York and Tully Construction Company.

[2] For Plaintiff's convenience, an IFP application and a Prisoner Authorization are attached.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

ALVIN K. HELLERSTEIN
United States District Judge

Dated: 9/16/11
New York, New York