USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
| MOISES GOMEZ (AND WIFE, WENDI GOMEZ), | 21 MC 100 (AKH) <br> 06 CV 10559 |
| Plaintiff(s), | |
| -against- | |
| 1 WORLD TRADE CENTER LLC, ET. AL., | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Phillips & Jordan, Inc., ("P&J") that:

Plaintiff and P&J have entered into a Settlement Agreement resolving claims by Plaintiff against P&J in the above-captioned action;

The Settling Plaintiff has executed releases and covenants not to sue in which such Plaintiff has released P&J from any and all obligations and liability to Plaintiff for past, present, and future injuries arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-handling operations and/or clean-up at any location on and/or after September 11, 2001. Accordingly, the Settling Plaintiff's claims against P&J shall be dismissed, and hereby are dismissed, with prejudice.

Dated: 9/8/11

Christopher R. LoPalo
Worby Groner Edleman Napoli Bern, LLP
*Plaintiff's Counsel*

Dated: 9/8/11

Richard E. Leff
McGivney & Kluger, P.C.
*Counsel to Phillips & Jordan, Inc.*

So Ordered

J.S.C.   9/16/11