UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | STIPULATION OF DISMISSAL WITH PREJUDICE |
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | |
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | |
| JOSEPH FUSARO AND MARIE FUSARO, Plaintiffs, -against- THE CITY OF NEW YORK, et al., Defendants. | 21 MC 100 (AKH) 21 MC 102 (AKH) 21 MC 103 (AKH) 10-CV-2748 (AKH) |



RECEIVED SEP 15 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 9/20/11

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs JOSEPH FUSARO AND MARIE FUSARO hereby stipulate to the dismissal of all Defendants identified in Exhibit 1 with prejudice and with Plaintiffs and the Defendants each to bear their own costs. Plaintiff has received no consideration for agreeing to dismiss the Defendants from this litigation.

DOUGLAS & LONDON, P.C.

By: _____
Virginia E. Anello, Esq.
Michael A. London, Esq.
*Attorneys for Plaintiffs*
111 John Street, Suite 1400
New York, NY 10038

Dated: September 13, 2011

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr., Esq.
*Attorneys for all Defendants*
The Legal Center
One Riverfront Plaza, Suite 600
Newark, NJ 07102

Dated: September 13, 2011

SO ORDERED: 9/16/11
_____
ALVIN K. HELLERSTEIN, U.S.D.J.

SO ORDERED, this _____ day of _____, 2011,



ALVIN K. HELLERSTEIN
United States District Judge

# EXHIBIT 1

| | |
|---|---|
| A Russo Wrecking, Inc. | Canron Construction Corp. |
| Acrow | Cantor Seinuk Group |
| Acrow Corporation of America | Certified Fence Corp. |
| Allcom Electric | City of New York |
| Amec Construction Management, Inc. | City University of New York |
| Amec Earth & Environmental, Inc. | Civetta Cousins JV, L.L.C. |
| Anthony Cortese Specialized Hauling LLC | Clarco Enterprise Corp |
| ASG Pest Control | Clarco Enterprises Corp. |
| ASG Pest Control Services, Inc. | Clarco Enterprises LLC |
| ATC Associates, Inc. | Component Assembly Systems Inc. |
| ATC Group Serv dba ATC Associates | Coordinated Metals, Inc. |
| ATC Group Service Inc. d/b/a ATC Associates Inc. | Cord Contracting Co., Inc. |
| | Craig Test Boring Company, Inc. |
| Atlantic Heydt Corp. | Criticom International Corp. |
| Atlas Concrete & Cutting | Dakota Demo Tech |
| Atlas Concrete Corp | DCM Erectors, Inc. |
| Avanti Demolition & Carting Corp. | Department of Business Services |
| Bechtel Associates Professional Corporation | Desimone Consulting Engineers, PLLC |
| Bechtel Construction, Inc. | Diamond Point Excavating Corp. |
| Bechtel Corporation | Diego Construction, Inc. |
| Bechtel Environmental, Inc. | Diversified Carting, Inc. |
| Bergen Concrete Cutting | DMT Enterprise, Inc |
| Bergen Concrete Cutting, Inc. | D'Onofrio General Contractors Corp. |
| Berkel & Co. Contractors, Inc. | Eagle Leasing & Industrial Supply |
| Big Apple Wrecking & Construction Corp. | Eagle One Roofing Contractors, Inc. |
| Board of Education of the City of New York | Eagle Scaffolding Co. |
| Borough of Manhattan Community College | EJ Davies, Inc. |
| Bovis Construction | En-Tech Corp |
| Bovis Holdings Limited | Entertainment Partners |
| Bovis International | Entertainment Partners Corp |
| Bovis International, Inc | ET Environmental |
| Bovis Lend Lease Interiors, Inc. | ET Environmental Corporation, LLC |
| Bovis Lend Lease LMB, Inc. | Evergreen Recycling of Corona |
| Bovis Lend Lease, Inc. | Ewell W. Finley, P.C. |
| Breeze Carting Corp. | Executive Medical Services, PC |
| Breeze Carting, Inc. | F&G Mechanical Corporation |
| Breeze International | F&G Mechanical Inc. |
| Breeze National Inc. | Felix Equities, Inc. |
| Brer Four Transportation Corp. | Fleet Trucking, Inc. |
| Brer-Four Transportation | Francis (Frank) Micelli Jr. Contracting Inc. |
| Buro Happold Consult Eng. P.C. | Francis A. Lee Company |
| C & D Fireproofing and Plastering Corp. | Francis A. Lee Company, A Corporation |
| C & D Painting and Decorating, Inc. | Francis A. Lee Exterior Restoration, Inc |
| C&D Painting Inc. | Frank Micelli Jr. Contracting |
| C. B. Contracting Corp. | FTI Trucking |

110739

**EXHIBIT 1**

| | |
|---|---|
| FTI Trucking Corp. | Mazzocchi Wrecking Inc. |
| G & G Contracting Inc. | Medcor |
| Gilsanz Murray Steficek, LLP | Medcor Medical and Hospital Supply |
| Gilsanz, Murray & Steficek, LLP | Medcor, Inc. |
| Gino Cracolici & Sons Inc. | Ment Bros. Iron Works Co., Inc. |
| Gino Cracouci & Sons Inc. | Ment Brothers |
| Goldstein Associates Consulting Engineers PC | Ment Brothers Iron Works |
| Goldstein Associates Consulting Engineers, PLLC | Meridian Construction Corp |
| | Moretrench American Corp. |
| | Moretrench Construction |
| Grace Construction & Development Corp | MRA Engineering, PC |
| Grace Contracting Corp | Mueser Rutledge Consulting Engineers |
| Grace Industries | Musco Sports Lighting, LLC |
| Grace Industries, Inc. | Nacirema Industries, Inc. |
| Hallen Welding Service, Inc. | New York City Department of Education |
| Helmsman Management Services, Inc. | New York City School Construction Authority |
| HGC Contracting Corp. | |
| High Rise Electric, Inc. | New York Crane & Equipment Corp. |
| High Rise Hoisting and Scaffolding, Inc. | New York Crane Service & Equipment |
| Highrise Hoisting and Scaffolding, Inc. | Nicholson Construction Co. |
| HP Environmental | Nicholson/Heywood Joint Venture |
| HP Environmental, Inc. | Off Road Welding, Inc. |
| Hudson Meridian Construction Group LLC | Office of James Ruderman LLP |
| J&P Equipment & Material Handling Co. | Olympic Plumbing and Heating, Corp. |
| J.P. Equipment & Rental Materials, L.L.C. | Ove Arup & Partners P.C. |
| James Ruderman LLP | Parson Group LLC |
| JP Equipment Rental Materials, Inc. | Peter Scalamandre & Sons, Inc. |
| Kevin McManus | Pinnacle |
| Koch Skanska, Inc. | Pinnacle Environmental Corporation |
| Laquila Construction, Inc. | Plaza Construction Corporation |
| Laquilla Construction Inc. | Plaza Construction Management Corp |
| Lastrada General Contracting Corp. | Pro Safety Services Inc. |
| Leslie E. Robertson Associates Consulting Engineers PC | Pro Safety Services, LLC |
| | PT&L Contracting Corp. |
| Leslie E. Robertson Associates, R.L.L.P. | Regional Scaffold & Hoisting Co, Inc. |
| Liberty Mutual Group | Regional Scaffolding & Hoisting Co., Inc. |
| Liberty Mutual Insurance Company | Rich Mark Contracting, Inc |
| Liberty Mutual Managed Care, Inc. | Rich Mark Environmental Services, Inc. |
| LiRo Group | Robert C. Stewart |
| Liro, Inc. | Robert Errat |
| Lockwood, Kessler & Bartlett, Inc. | Robert L. Gerosa, Inc. |
| Lucius Pitkin, Inc. | Robert Silman Associates |
| LZA Tech - Div of Thornton Tomasetti | Robert Silman Associates, P.C. |
| M.G. McLaren, PC | Rodar Enterprises Inc. |
| Manafort Brothers, Inc. | Royal GM Inc. |

110739

**EXHIBIT 1**

| | |
|---|---|
| SAB Trucking Inc. | Tully Environmental Inc. (aka EROC) |
| Safeway Environmental, Corp. | Tully Industries |
| Semcor Equipment | Turner Construction Co. |
| Semcor Equipment and Manufacturing Corporation | Turner Construction Company |
| | Turner Construction International |
| Severud Associates Consulting Engineers, P.C | Turner Construction International LLC |
| | Turner/Plaza, A Joint Venture |
| Sheldrake Organization, Inc. | Ultimate Demolition/CS Hauling (Joint Venture) |
| Silverado Contractors | |
| Silverado Contractors, Inc. | United States Rebar |
| Silverite Contracting Corp. | United States Rebar, Inc. |
| Silverite Contractors | Vanguard Equipment Rentals |
| Simpson, Gumpertz & Heger, Inc | Vanguard Equities Inc. |
| Skanska Koch, Inc. | Vertical Technologies |
| Skidmore, Owings & Merrill LLP | Vertical Technologies, Inc. |
| Star Delta Electric | Vertical Technology Inc. |
| Stier Anderson, LLC | Vollmer Associates LLP |
| Summit Structures | W. Harris & Sons Inc. |
| Summit Structures LLC | Walter White Trucking |
| Survivair | Weeks Marine, Inc. |
| Telenet Communications, Inc. | Weidlinger Associates Consulting Engineers PC |
| The City University of New York | |
| The City University of New York (CUNY) | Weidlinger Associates P.C. |
| The LiRo Group | Whitney Contracting |
| The Port Authority of New York and New Jersey | Whitney Contracting, Inc. |
| | Wolkow Braker Roofing Corp. |
| Thornton Tomasetti Group | WSP Cantor Seinuk |
| Thornton Tomasetti, Inc. | Yannuzzi & Sons, Inc |
| Thyssen Krupp Elevator Co. | Yannuzzi Group of Companies |
| Thyssenkrupp Elevator Corporation | Yonkers Contracting Company, Inc |
| Thyyssenkrupp Elevator Corporation | Yonkers-Tully-Pegno, a Joint Venture |
| Tishman Construction Corporation of New York | York Hunter Construction |
| | York Hunter Construction, LLC |
| Tishman Construction Corporation of Manhattan | Ziegenfuss Drilling, Inc. |
| Tishman Interiors Corporation | |
| Tomasetti Group | |
| Toretta Trucking, Inc. | |
| Torretta Trucking, Inc. | |
| Total Safety Consulting LLC | |
| Tucci Equipment Rental Corp. | |
| Tully Construction Co., Inc. | |
| Tully Construction Company | |
| Tully Construction Company, Inc. | |
| Tully Consulting Corp. | |

110739