UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)



U.S. DISTRICT COURT
FILED
SEP 21 2011
D.S.
S.D. OF N.Y.

## NOTICE OF APPEAL

Notice is hereby given that the Defendants identified in the attached Addendum A hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on September 8, 2011 (Dkt. No. 2523 in 21 MC 100), which overruled Defendants' objections to the court's December 30, 2010 Orders.

Dated: September 21, 2011

*[signature]*
James E. Tyrrell, Jr.
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
—and—
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600

*Counsel for Defendants-Appellants*

113962

**Addendum A**

A. Russo Wrecking, Inc.
AMEC Construction Management, Inc.
AMEC Earth and Environmental, Inc.
Anthony Cortese Specialized Hauling, LLC
Atlantic-Heydt Corporation
Berkel & Company Contractors, Inc.
Big Apple Wrecking & Construction Corp.
Lend Lease (US) Construction LMB Inc. f/k/a Bovis Lend Lease LMB, Inc.
Breeze Carting, Inc.
Breeze National, Inc.
Brer-Four Transportation
Buro Happold Consulting Engineers, PC
C.B. Contracting Corp.
Canron Construction Corp.
City of New York
Component Assembly Systems, Inc.
Cord Contracting Co., Inc.
Dakota Demo-Tech
Diamond Point Excavating Corporation
Diversified Carting, Inc.
DMT Enterprise, Inc.
E.J. Davies, Inc.
Eagle One Roofing Contractors, Inc.
En-Tech Corporation
Evergreen Recycling of Corona
Ewell W. Finley, P.C.
Executive Medical Services, P.C.
Fleet Trucking, Inc.
Francis A. Lee Company
FTI Trucking Corp.
Gilsanz Murray Steficek, LLP
Goldstein Associates Consulting Engineers PC
Hallen Welding Service, Inc.
HP Environmental, Inc.
Hudson Meridian Construction Group LLC
J.P. Equipment & Rental Materials, L.L.C.
La Strada General Contracting Corp.
Laquila Construction, Inc.
Leslie E. Robertson Associates, R.L.L.P.

113962

Liberty Mutual Insurance Company
Lockwood Kessler & Bartlett, Inc.
Lucius Pitkin, Inc.
LZA Technology - a division of Thornton Tomasetti
Manafort Brothers Incorporated
Mazzocchi Wrecking, Inc.
Moretrench American Corp.
MRA Engineering P.C.
Mueser Rutledge Consulting Engineers
Nacirema Industries Inc.
New York Crane & Equipment Corp.
Nicholson Construction Company
Peter Scalamandre and Sons, Inc.
Pinnacle Environmental Corp.
Plaza Construction Corp.
Pro Safety Services Inc.
PT&L Contracting Corp.
Robert L. Gerosa, Inc.
Robert Silman Associates, P.C.
Rodar Enterprises, Inc.
Royal GM Inc.
SAB Trucking, Inc.
Safeway Environmental Corp.
Semcor Equipment & Manufacturing Corp.
Silverite Contracting Corp.
Simpson Gumpertz & Heger, Inc.
Skanska Koch, Inc.
Skidmore, Owings & Merrill LLP
Thornton Tomasetti, Inc.
Total Safety Consulting, LLC
Tucci Equipment Rental Corporation
Tully Construction Co. Inc.
Turner Construction Company
Turner/Plaza, A Joint Venture
Vollmer Associates LLP
Weeks Marine, Inc.
Weidlinger Associates P.C.
Wolkow Braker Roofing Corp.
WSP Cantor Seinuk
Yannuzzi & Sons, Inc.
Yonkers Contracting Company, Inc.

113962