```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/11
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALL CASES ON THE ATTACHED SCHEDULE A,

STIPULATION OF
VOLUNTARY DISMISSAL

21 MC 100 (AKH)

Civil Action No: See Exhibit A

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the actions listed on Exhibit A, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the actions listed on Exhibit A are to be discontinued and dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and without costs to any party.

Dated: New York, New York
August 5, 2011

WORBY GRONER EDELMAN & NAPOLI
BERN, LLP.

By: _____
CHRISTOPHER R. LOPALO (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*

Dated: New York, New York
August 5, 2011

PATTON BOGGS, LLP

By: _____
JAMES E. TYRRELL, JR. (JT/4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorneys for the City of New York and its Contractors*

Dated: New York, New York
August 5, 2011

SCHIFF HARDIN, LLP

By: *Paul Scrudato*   *Rob Ritter*
PAUL SCRUDATO
666 Fifth Avenue, Suite 1700
New York, NY 10103
(212) 753-5000
*Attorneys for the Port Authority of New York and New Jersey*

Dated: New York, New York
August 5, 2011

MCGIVNEY & KLUGER, LLP

By: _____
RICHARD H. LEVY
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Attorneys for Phillips & Jordan, Inc.*

Dated: New York, New York
August 5, 2011

PILLINGER MILLER TARALLO, LLP

By: _____
MARC H. PILLINGER
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Attorneys for Evans Environmental and Geological Science and Management, LLC*

Dated: New York, New York
August 5, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: *Steven R. Kramer* (by Chris LoPolo with permission)
STEVEN R. KRAMER
10 Bank Street, Suite 1061
White Plains, New York 10606
(914) 949-2909
*Attorneys for Taylor Recycling Facility, LLC*

| | |
|---|---|
| Dated: New York, New York<br>August 5, 2011 | SCHIFF HARDIN, LLP<br><br>By: _____<br>PAUL SCRUDATO<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>(212) 753-5000<br>*Attorneys for the Port Authority of New York and New Jersey* |
| Dated: New York, New York<br>August 5, 2011 | MCGIVNEY & KLUGER, LLP<br><br>By: _____<br>RICHARD R. LEFF<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456<br>*Attorneys for Phillips & Jordan, Inc.* |
| Dated: New York, New York<br>August 5, 2011 | PILLINGER MILLER TARALLO, LLP<br><br>By: _____<br>MARC H. PILLINGER<br>570 Taxter Road, Suite 275<br>Elmsford, NY 10523<br>(914) 703-6300<br>*Attorneys for Evans Environmental and Geological Science and Management, LLC* |
| Dated: New York, New York<br>August 5, 2011 | ECKERT SEAMANS CHERIN & MELLOTT, LLC<br><br>By: _____ (by Chris LoPalo, with permission)<br>STEVEN R. KRAMER<br>10 Bank Street, Suite 1061<br>White Plains, New York 10606<br>(914) 949-2909<br>*Attorneys for Taylor Recycling Facility, LLC* |

Dated: New York, New York
August 5, 2011

COZEN O'CONNOR

By: _____
KEVIN G. MESCALL / Anita B. Weinstein
45 Broadway, 16th Floor
New York, NY 10006
(212) 504-940
*Attorneys for Tishman Construction
Corporation of New York, Tishman
Construction Corporation of Manhattan
and Tishman Interiors Corporation*

Dated: New York, New York
August 5, 2011

MORRISON MAHAONEY, LLP

By: _____
GARY W. HARVEY
250 Summer Street
Boston, MA 02210
(617) 439-7576
*Attorneys for Survivair*

SO ORDERED: 9/16/11

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: New York, New York  
August 5, 2011

COZEN O'CONNOR

By: _____  
KEVIN G. MESCALL  
45 Broadway, 16th Floor  
New York, NY 10006  
(212) 504-940  
*Attorneys for Tishman Construction Corporation of New York, Tishman Construction Corporation of Manhattan and Tishman Interiors Corporation*

Dated: New York, New York  
August 5, 2011

MORRISON MAHAONEY, LLP

By: _____  
GARY W. HARVEY  
250 Summer Street  
Boston, MA 02210  
(617) 439-7576  
*Attorneys for Survivair*

SO ORDERED:

_____  
HONORABLE ALVIN K. HELLERSTEIN  
UNITED STATES DISTRICT COURT JUDGE  
SOUTHERN DISTRICT OF NEW YORK

Exhibit 1

| # | LAST NAME | FIRST NAME | CIVIL ACTION # |
|---|---|---|---|
| 1 | Atlas | Sarah | 07CV04888 |
| 2 | Baumann | Christopher | 07CV04300 |
| 3 | Bigl | Donald | 04CV00887 |
| 4 | Boyer | Eric | 06cv07355 |
| 5 | Brzostek | Eric | 06cv14511 |
| 6 | Call | Gary | 05cv01469 |
| 7 | Carpio | Luis | 08CV01358 |
| 8 | Casolo | Raymond | 07CV10873 |
| 9 | Cervantes | Regina | 06CV11639 |
| 10 | Clarke | Thomas | 07cv04902 |
| 11 | Conti | Anthony | 08CV08356 |
| 12 | Coto | Mitchell | 05cv09877 |
| 13 | Cuirone | Joseph | 06cv12727 |
| 14 | Dadabo | John | 08cv03335 |
| 15 | Delano | Kevin | 08CV06767 |
| 16 | DeMartino, Jr. | John | 06cv06762 |
| 17 | Doherty | Kevin | 05CV01756 |
| 18 | Estreicher | Richard | 06CV12046 |
| 19 | Finn | Andrew | 06cv11665 |
| 20 | Forres | Vincent | 07CV06211 |
| 21 | Gallo | Anthony | 08CV13616 |
| 22 | Gayer | Robert | 07CV09027 |
| 23 | Giaramita | Frank | 06cv10764 |
| 24 | Guise | Steven | 07CV09028 |
| 25 | Hanberry | Brian | 06cv09075 |
| 26 | Howell | Jeffrey | 06cv14732 |
| 27 | Keegan | Bill | 08CV08791 |
| 28 | Kennedy | Donald | 08CV10374 |
| 29 | Lester | Suzanne | 06cv10383 |
| 30 | Lewis | Patricia | 07CV10176 |
| 31 | Libretti | Joseph | 06CV12212 |
| 32 | Mastros | Marc | 07CV10803 |
| 33 | McCormick | Kenneth | 05cv05601 |
| 34 | McGrory | Robert | 05CV01282 |
| 35 | McInerney | Timothy | 08CV01371 |
| 36 | Meno | Henry | 06cv08473 |
| 37 | Morley | Timothy | 06cv10144 |
| 38 | Murphy | Brian | 07CV10023 |
| 39 | Murphy | Paul | 06cv09162 |
| 40 | Napoli | Joseph | 07CV09154 |
| 41 | O'Keefe | James | 08cv14931 |
| 42 | Owens | Girard | 06cv14066 |
| 43 | Parker | Edward | 06cv09829 |
| 44 | Platt | William | 06cv14969 |
| 45 | Reilly | Thomas | 06cv12439 |
| 46 | Revella | Terrence | 07CV06160 |
| 47 | Rivas | David | 05CV01698 |
| 48 | Rizzi | John | 07CV10831 |
| 49 | Samuels | George | 06cv12814 |
| 50 | Spencer | Brenda | 07CV05085 |
| 51 | Veerapen | Sean | 06cv12697 |

1

Exhibit 1

| 52 | Viswamithra | Kodengada | 07cv01725 |
|----|-------------|-----------|-----------|
| 53 | Wilson | Charles | 06cv08882 |
| 54 | Zarr | Katherine | 07cv10867 |

2