UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
|---|---|
| JOHN FERRARI & DEBBIE ANN FERRARI, Plaintiffs, -against- CITY OF NEW YORK, et al., Defendants. | 08cv04617 |

U.S. DISTRICT COURT FILED SEP 21 2011 D.S. S.D. OF N.Y.

## NOTICE OF APPEAL

Notice is hereby given that the Defendants identified in the attached Addendum A hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on September 8, 2011 (Dkt. No. 2523 in 21 MC 100), which overruled Defendants' objections to the court's December 30, 2010 Orders.

Dated: September 21, 2011

James E. Tyrrell, Jr.
PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036
—and—
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973.848.5600

*Counsel for Defendants-Appellants*

113970

## Addendum A

City of New York
AMEC Construction Management, Inc.
AMEC Earth & Environmental, Inc.
Lend Lease (US) Construction LMB Inc. f/k/a Bovis Lend Lease LMB, Inc.
Tully Construction Co., Inc.
Turner Construction Company

113970