

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/11

# Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C.

Attorneys at Law
www.TheSandersFirm.com

RECEIVED
SEP 22 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN

MAIL ALL CORRESPONDECE TO:
100 Herricks Road
Mineola, New York 11501
Tel. (516) 741-5252
Fax (516) 741-0799

766-768 Broadway
Suite 1
Bayonne, NJ 07002
(800) 526-6670

September 22, 2011

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Mariana Velez-Rodriguez
Docket #: CV02039
21 MC 100

Dear Honorable Alvin K. Hellerstein:

This letter will serve as our application for an extension of time to provide a certified response on behalf of our Client Mariana Velez-Rodriguez. My firm has lost contact with Ms. Velez-Rodriguez and we are now attempting to locate our client. We have responded to the questions asked, however, we were un able to review the responses with Ms. Velez-Rodriguez for complete accuracy, therefore lacking a certification. We are requesting a 2 month extension in order to try to locate our client, review the material and submit a Certified Response. Please consider this application at this time.

Thank you for your attention to this matter.

Very truly yours,

SANDERS, SANDERS, BLOCK, WOYCIK,
VIENER & GROSSMAN, PC

BY: _____
MARTIN BLOCK

MB/vb

*Handwritten note:* Rejected, w/out prejudice to resubmit to conform to Rules 1D, 2E. 9/22/11 /s/ AKH