

**SR&A**  STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
5 Hanover Square, 4th Floor
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 240
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

HOWARD F. STRONGIN
hstrongin@sralawfirm.com
Direct 212.931.8301

September 7, 2011

RECEIVED SEP 08 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

VIA HAND DELIVERY

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Couthouse
Room 1050
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/11

Re:  In Re: World Trade Center Site Litigation
     Case.: 21 MC 100
            21 MC 102
            21 MC 103

Dear Judge Hellerstein:

This office represents Defendants, Nomura Holding America Inc. and Nomura Securities International Inc., in the above referenced litigation. Enclosed please find an unredacted courtesy copy of the following documents:

- Notice of Motion to File Under Seal;
- Affirmation of Howard F. Strongin and Exhibits in Support, and
- Memorandum of Law in Support of Motion to File Under Seal

We appreciate the Court's courtesies in handling this confidential application.

Respectfully submitted,

HOWARD F. STRONGIN
HFS/lt
Enclosures

cc: (VIA E-MAIL ONLY)

William Groner, Esq.
(Worby Groner Edelman Napoli Bern, LLP)

*The motion to seal is granted. 9/28/11* [handwritten note with signature]



Paul J. Napoli, Esq.
(Worby Groner Edelman Napoli Bern, LLP)

Idelle Abrams, Esq.
(Strongin Rothman & Abrams, LLP)