UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER SITE        Docket No.: 21MC100 (AKH)
LITIGATION
-----------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER MANHATTAN      Docket No.: 21MC102(AKH)
DISASTER SITE LITIGATION
-----------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND         Docket No.: 21MC102(AKH)
LOWER MANHATTAN DISASTER SITE LITIGATION
-----------------------------------------------------------X

### DECLARATION OF DENISE A. RUBIN IN OPPOSITION TO DEFENDANT CITY OF NEW YORK AND ITS CONTRACTORS' MOTION FOR STAY OF EXECUTION OF THE SEPTEMBER 8, 2011 ORDER PENDING APPEAL.

DENISE A. RUBIN, an Attorney duly licensed to practice before the Courts of the State of New York and a Member of the Bar of this Honorable Court, hereby Declares as follows:

1. I am associated with the law firm Worby Groner Edelman & Napoli Bern, LLP and offer this Declaration in Opposition to the Defendant City of New York and its contractors' motion to stay execution of this Court's September 8, 2011 Order pending appeal.

2. I have reviewed the Affidavit of Christine LaSala in Support of the Motion for Stay Pending Appeal, as well as the Memorandum Of Law filed therewith, the relevant statutory and case law on the stay issue.

3. Plaintiffs respectfully offer the annexed Memorandum of Law in further support of their Opposition to the Stay Application.

Dated: New York, New York
       September 26, 2011

                                    _____
                                    Denise A. Rubin (DR5591)

Plaintiffs' objection, which I received after issuing my endorsed order of 9/28/11 is over-ruled. I accept the representation of Christine LaSala that funds will be segregated in amount equivalent to the bonds obligation of the WTC Captive to assure against any prejudice to plaintiffs. There is no risk of prejudice to plaintiffs.  9/28/11 (2:45 pm)
                                                            Al K Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER SITE         Docket No.: 21MC100 (AKH)
LITIGATION
------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER MANHATTAN   Docket No.: 21MC102(AKH)
DISASTER SITE LITIGATION
------------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND          Docket No.: 21MC102(AKH)
LOWER MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------X

    Denise A. Rubin, an Attorney duly licensed to practice before the Courts of the State of New York and a member of the Bar of this Honorable Court, hereby declares the following under penalty of perjury:
    I am associated with the law firm Worby Groner Edelman & Napoli Bern, LLP and as such represent the plaintiffs in the within actions. On September 26, 2011, I duly served a true copy of the within PLAINTIFFS' OPPOSITION TO STAY MOTION on the persons listed below by e-mail and via this Court's ECF system.

James E. Tyrrell, Esq.
Allyson Villano, Esq.
Patton Boggs, LLP
One Riverfront Plaza, 6th floor
Newark, New Jersey 07102
Jtyrrell@pattonboggs.com
Avillano@pattonboggs.com

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Mwarner@mwe.com

Andrew Carboy, Esq.
Nicholas Papain, Esq.
Sullivan Papain, Block, McGrath & Cannavo, P.C.
120 Broadway
New York, New York 10271
Acarboy@triallaw1.com
Npapain@triallaw1.com

                                                              Denise A. Rubin (DR 5591)