

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103
t 212.753.5000
f 212.753.5044
www.schiffhardin.com



Paul A. Scrudato
212-745-0833
pscrudato@schiffhardin.com

October 4, 2011

**VIA E-MAIL AND HAND DELIVERY**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14B
New York, NY 10007

So ordered / schedule
10-6-11
/s/ AKHellerstein

Re:   *In re World Trade Center Disaster Site Litigation*, 21 MC 100

Dear Judge Hellerstein:

We write on behalf of The Port Authority of New York and New Jersey and counsel for the plaintiffs to advise the Court with respect to the status of the pending motion for summary judgment filed by the Port Authority earlier this year.

On April 13, 2011, the Port Authority moved to dismiss the claims of 40 of the then 85 SPA "opt-out plaintiffs" on the ground that they had failed to comply with New York Unconsolidated Laws Section 7101 *et seq.*, the Port Authority's Suability Statute. Some of the 40 plaintiffs who were the subject of the motion have since settled with the Port Authority. Others have dismissed their claims. The opt-in period for the Port Authority settlement has expired. As a consequence, there remain only 22 plaintiffs as to whom the motion presently applies. Of these, five (noted below) are among the cases selected by the Court to be "trial" plaintiffs. To be clear, all of the 22 plaintiffs were eligible to participate in the Port Authority settlement but have chosen not to.

Plaintiffs have not yet filed a response to the pending motion. Counsel for plaintiffs on this motion (the Napoli law firm and Stephen M. Cantor, P.C.) have agreed to file their responses by October 26, 2011, and the Port Authority will file its reply papers within ten days thereafter (by November 7, 2011).

The Port Authority will also be filing shortly a similar motion relating to one additional Napoli plaintiff, Richard Volpe, who is an SPA "opt-out plaintiff" and is also designated as a trial plaintiff. With the Court's consent, the schedule set forth above will apply to the Volpe motion as well.



Judge Hellerstein
October 4, 2011
Page 2

All parties respectfully request that the Court "so order" this schedule.

The Port Authority filed a similar motion in January 2010 seeking to dismiss the claims of plaintiffs selected for in-depth discovery under Case Management Order 8. After that motion was fully briefed and argued, but before the Court ruled, the City and its contractors announced their settlement agreement with plaintiffs. All of the plaintiffs who were at issue in the January 2010 motion subsequently settled their claims against the Port Authority. We remind the Court of the January 2010 motion only to note that – with the exception of recent Second Circuit law addressed in the Volpe motion papers – the legal issues involved in the present motion have already been fully briefed and argued (albeit as applied to a different group of plaintiffs).

The 22 plaintiffs who are still the subject of the pending motion are listed below, the trial plaintiffs marked by an asterisk:

| | |
|---|---|
| Sebastian Bartolotta | Robert J. Martin |
| Maurice Davis | Mimi Netrosio |
| John DeFano | Richard Prager * |
| Patricia Defeo | Joseph Ragazzo |
| Chris Devlin | John Ruis |
| Stanislaw Faltynowicz | Sotereos Samothrakis |
| Edward M. Ferraro * | Robert Schor * |
| Melvin Glover | Steven Schuler |
| Bruce Greenberg | Joseph Trembone |
| Charles Logan | Michael Vaughan |
| John Marshall * | John Walcott * |

Thank you for your consideration of this joint request.

Sincerely,

Paul A. Scrudato

cc: Christopher LoPalo (Worby Groner Edelman & Napoli Bern, LLP) (by e-mail)
    Stephen M. Cantor, P.C. (by e-mail)

NY\51059806.1