UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER      :      ' 21 MC 100 (AKH)
SITE LITIGATION                        :        (All Cases)
---------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER      :        21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE      :        (All Cases)
LITIGATION (straddler plaintiffs)      :
---------------------------------------------------------------x



## NOTICE OF MOTION TO DISMISS CLAIMS AGAINST THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY

**PLEASE TAKE NOTICE** that on a day to be determined by this Court, Plaintiffs' Co-

Liaison Counsel, Worby Groner Edelman & Napoli Bern, LLP, shall apply to the Honorable

Alvin K. Hellerstein, U.S.D.J. at the Southern District of New York located at 500 Pearl Street,

New York, New York, Room 14-D for Order seeking the dismissal of certain plaintiffs' claims

against defendant The Port Authority of New York and New Jersey with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(2).

Dated: New York, New York
October 4, 2011

/s/ Christopher R. LoPalo
Christopher R. LoPalo
Worby Groner Edelman & Napoli Bern, LLP
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorneys for Plaintiffs*

The Court will hear counsel on the issue of involuntary dismissal of derivative plaintiffs, on October 11, 2011, 2:30 p.m.

10/6/11

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/11
```

EXHIBIT 1    EXHIBIT 2    EXHIBIT 3    EXHIBIT 4