

| | | |
|---|---|---|
| Paul A. Scrudato<br>212-745-0833<br>pscrudato@schiffhardin.com |  | 666 Fifth Avenue, 17th Floor<br>New York, New York 10103<br>t 212.753.5000<br>f 212.753.5044<br>www.schiffhardin.com |



October 10, 2011

So ordered
10/11/11
/s/ AKH

**VIA E-MAIL**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY 10007

Re: *In re World Trade Center Disaster Site Litigation*, 21 MC 100

Dear Judge Hellerstein:

I write on behalf of The Port Authority of New York and New Jersey (the "Port Authority") to follow up on our letter of October 4, 2011 advising that the Port Authority will be moving for summary judgment in twenty-two cases. The Port Authority expects to file its motion on October 11, 2011. The exhibits to the moving papers will exceed the permissible size limitations for electronic filing. In accordance with Rule 5.1 of the Southern District's Electronic Case Filing Rules & Instructions, we request permission to file the exhibits in hard copy format.

Respectfully,

Paul A. Scrudato

cc: Christopher LoPalo (Worby Groner Edelman & Napoli Bern, LLP) (by e-mail)
Stephen M. Cantor, P.C. (by e-mail)

NY\51068291.1