U.S. DISTRICT COURT
FILED

OCT 0 7 2011

D.S.
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

--------------------------------------------------------------
BARBARA BURNETTE and LEBRO BURNETTE,

05 CV 7823 and 10 CV 2309

        Plaintiffs,

   -against-

THE CITY OF NEW YORK, *et al.,*

        Defendants.
--------------------------------------------------------------

## NOTICE OF APPEAL

NOTICE is hereby given that Barbara Burnette and Lebro Burnette, and the plaintiffs
listed in the attached Addendum A for the 21 MC 100 docket hereby appeal to the United States
Court of Appeals for the Second Circuit from the Order entered in this action on September 8,
2011 that, *sua sponte* and without notice to the parties or counsel or an opportunity for briefing,
ordered that Plaintiffs' Counsel may not receive a fee on the so-called "Contingent Payments"
resulting from the District Court's Orders of December 30, 2010 and September 8, 2011.

Dated:  New York, New York
       October 7, 2011

                   By:

                       ANDREW J. CARBOY (AC 2147)

                       SULLIVAN PAPAIN BLOCK
                       MCGRATH & CANNAVO P.C.
                       Attorneys for Plaintiffs
                       120 Broadway, 18th Floor
                       New York, New York 10271
                       TEL:  (212) 732-9000

                       Counsel for Plaintiffs-Appellants

# Addendum A

| Plaintiff(s) | Docket Numbers |
|---|---|
| Charles Flood | 07 CV 6806 and 10 CV 1929 |
| Glenn Cairney | 07 CV 6022 and 10 CV 1905 |
| Kevin Farrell and Beth Farrell: | 04 CV 8501; 05 CV 8897; and 10 CV 1932 |
| Eric Iversen | 10 CV 2089, 08 CV 3616 |
| Richard Harrison | 10 CV 2303, 04 CV 9904; 04 CV 9906 |
| Robert Shenefield | 10 CV 1217 |
| Peter Smith | 05 CV 7258, 09 CV 9385 |
| Stephen Naso | 10 CV 2054 |
| Arthur Leecock, Jr. and Cindy Leecock | 07 CV 6857, 04 CV 9262, 10 CV 2011 |

## Certificate of Service

Andrew J. Carboy, an attorney licensed to practice law in the State of New York and admitted to practice before the United States District Court for the Southern District of New York, hereby declares under penalty of perjury:

On October 7, 2011, I served a true copy of the within Notice of Appeal on the persons listed below by email transmission and by mailing a copy via U.S. Mail.

## SERVICE LIST

**DEFENDANTS' COUNSEL:**

James Tyrrell, Esq.
PATTON BOGGS LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 848-5600
jtyrrell@pattonboggs.com'

**COUNSEL FOR WTC CAPTIVE INSURANCE COMPANY, INC.**

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
mwarner@mwe.com

**PLAINTIFFS' CO-LIAISON COUNSEL:**

Paul Napoli, Esq.
NAPOLI BERN RIPKA & WORBY GRONER EDELMAN
Empire State Building
350 Fifth Avenue, Ste. 7413
New York, NY 10118
Telephone: (212) 267-3700

Andrew J. Carboy

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF NEW YORK  )

_Lucie Mansueto_, being duly sworn, deposes and says:

I am not a party to this action. I am over 18 years of age. I have a business address at 120 Broadway, New York, New York 10271.

On the 7th day of October 2011, I served the within **NOTICE OF APPEAL TAKEN BY BARBARA BURNETTE, et al.** upon the following attorneys for the parties in this action, at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

**DEFENDANTS' COUNSEL:**

James Tyrrell, Esq.
PATTON BOGGS LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

**COUNSEL FOR WTC CAPTIVE INSURANCE COMPANY, INC.**

Margaret Warner, Esq.
McDermott Will & Emery, LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096

1

**PLAINTIFFS' CO-LIAISON COUNSEL:**

    Paul Napoli, Esq.
    NAPOLI BERN RIPKA &
    WORBY GRONER EDELMAN
    Empire State Building
    350 Fifth Avenue,
    Suite 7413
    New York, NY 10118

Sworn to before me this
7th day of October, 2011

_____
Notary Public

WENDELL Y. TONG
Notary Public, State of New York
No. 02TO6164955
Qualified in New York County
Commission Expires April 30, 20 15

2