

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

STIPULATION OF
VOLUNTARY DISMISSAL AGAINST
DEFENDANT THE PORT
AUTHORITY OF NEW YORK AND
NEW JERSEY
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii) PERTAINING TO THE
FOLLOWING CASES

| | |
|---|---|
| DANIEL DEGIOVINE and JOETTE DEGIOVINE, | 04 CV 09571 |
| THOMAS DOHERTY and DIANE DOHERTY, | 05 CV 00184 |
| FRANCIS LAVERY and KATHRYN LAVERY, | 02 CV 09126 |
| JON MCGILLICK and ARLENE MCGILLICK, | 02 CV 09127 and 07 CV 04383 |
| EUGENE MCGOWAN and DETE MCGOWAN, | 07 CV 04384 |
| JOHN RAEHSE and PAULA RAEHSE, | 04 CV 07237 |
| HECTOR RIVERA, and | 06 CV 08930 |
| DEWANDRANATH SAMAROO, | 03 CV 02447 |

Plaintiffs,

-against-

*THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,*

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/11

1

Whereas Plaintiffs listed in Exhibit "A" elected to participate in the World Trade Center Settlement Process Agreement ("WTC SPA") to resolve claims against defendants insured by the World Trade Center Captive Insurance Company by tendering general releases and covenants not to sue in 2010; and

Whereas the claims of named Plaintiffs against the defendants insured by the World Trade Center Captive Insurance Company were dismissed with prejudice pursuant to the Stipulated Order of Dismissal so ordered by this Court on January 28, 2001; and

Whereas Plaintiffs desire to participate in the reopened Victim Compensation Fund, and must, as a condition of their participation withdraw, with prejudice, any claims remaining in the United States District Court for the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii):

1. All claims by named Plaintiffs against Defendant The Port Authority of New York and New Jersey arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris-removal operations and/or clean-up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice; and

2. The dismissal is without costs.

Dated: October 12, 2011

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By:_____
Andrew J. Carboy, Esq.
Attorneys for Plaintiffs
120 Broadway, 18th Floor
New York, New York 10271

SO ORDERED

_____
U.S.D.J.
10/17/11

Dated: October 12, 2011

SCHIFF HARDIN LLP

By:_____

Attorneys for Defendant PORT
AUTHORITY OF NEW YORK
AND NEW JERSEY
900 Third Avenue
New York, New York 10022

2

# EXHIBIT A

Plaintiffs represented by Sullivan Papain Block McGrath & Cannavo P.C. in the 21 MC 100 Docket Now Discontinuing their 21 MC 100 claims against The Port Authority of New York and New Jersey

| | |
|---|---|
| DANIEL DEGIOVINE and JOETTE DEGIOVINE | *04 CV 09571* |
| THOMAS DOHERTY and DIANE DOHERTY, | *05 CV 00184* |
| FRANCIS LAVERY and KATHRYN LAVERY, | *02 CV 09126* |
| JON MCGILLICK and ARLENE MCGILLICK, | *02 CV 09127 and 07 CV 04383* |
| EUGENE MCGOWAN and DETE MCGOWAN, | *07 CV 04384* |
| JOHN RAEHSE and PAULA RAEHSE, | *04 CV 07237* |
| HECTOR RIVERA, | *06 CV 08930* |
| DEWANDRANATH SAMAROO, | *03 CV 02447* |