UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :   **SUMMARY ORDER**
                                                               :   **REQUESTING FURTHER**
IN RE WORLD TRADE CENTER DISASTER                              :   **BRIEFING ON PORT**
SITE LITIGATION                                                :   **AUTHORITY'S MOTION FOR**
                                                               :   **SUMMARY JUDGMENT**
                                                               :   **DISMISSING CERTAIN**
                                                               :   **COMPLAINTS FOR LACK OF**
-------------------------------------------------------------- x   **SUBJECT MATTER**
                                                                   **JURISDICTION**

                                                       21 MC 100 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

I have read the Port Authority's Memorandum of Law that seeks to dismiss the

actions of 22 plaintiffs for not complying with the requirements of the Port Authority's Suability

Statute. I ask that the brief be supplemented to respond to the following:

1.  Regarding the group of plaintiffs in Section D.1. of the Memorandum, whether

    a notice of claim is required in light of the fact that every prior claim against the

    Port Authority by 9/11 plaintiffs had been contested, thereby indicating that the

    Port Authority was treating the issues as a whole, and not addressing individual

    claims on the merits. And, if so,

2.  Whether that would apply also to the third category of plaintiffs discussed in

    Section D.3. of the Memorandum.

         SO ORDERED,

Dated:   October 18, 2011
         New York, New York                          ALVIN K. HELLERSTEIN
                                                     United States District Judge