```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER          Case No.: 21 MC 100 (AKH)
SITE LITIGATION
-------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL            STIPULATION OF VOLUNTARY
LOWER MANHATTAN DISASTER SITE           DISMISSAL WITH PREJUDICE AS TO
LITIGATION                              DEFENDANT PHILLIPS & JORDAN,
                                        INC., ONLY
                                        FOR THE CASES LISTED IN THE
                                        ATTACHED "EXHIBIT A"

-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The cases listed in the attached exhibit are voluntarily dismissed with prejudice;

2. All claims by Plaintiff(s) against Phillips & Jordan, Inc., arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-handling operations and/or clean-up at any location on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and

3. The dismissal is without costs.

Dated: October 14, 2011                 Dated: October 14, 2011

_____               _____
Christopher LoPalo                      Richard E. Leff
Worby Groner Edelman & Napoli Bern LLP  McGivney & Kluger, P.C.
*Plaintiffs' Counsel*                   *Counsel to Phillips & Jordan, Inc.*

So Ordered:

_____
                    12/17/11

## EXHIBIT A

|   | PLAINTIFF'S NAME | SPOUSE | INDEX NUMBER |
|---|---|---|---|
| 1 | Ronald Richards | Millie Richards | 06 CV 11305 |
| 2 | Cary O'Connor | N/A | 06 CV 12671 |

2

# MCGIVNEY M&K KLUGER, P.C.

rleff@mcgivneyandkluger.com

80 BROAD STREET, 23RD FLOOR
NEW YORK, NEW YORK 10004
(212) 509-3456 – TELEPHONE
(212) 509-4420 – FACSIMILE

## FACSIMILE TRANSMITTAL SHEET

| TO: Will Ralph | FROM: Richard Leff |
|---|---|
| COMPANY: | DATE: October 14, 2011 |
| FAX NUMBER: (212) 805-7942 | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: 1109G-0000 |
| RE: WTC Litigation re: 21 MC 100 Docket Dismissal of Claims Against Defendant Phillips & Jordan | YOUR REFERENCE NUMBER: |

INFORMATION TRANSMITTED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH, IS PRIVILEGED AND CONFIDENTIAL. DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE TELEPHONE THIS FIRM IMMEDIATELY AND MAIL THE ORIGINAL MESSAGE TO US. WE WILL REIMBURSE POSTAGE. THANK YOU.

| Boston, MA (617) 723-5888 | Fort Lauderdale, FL (954) 848-3681 | Philadelphia, PA (215) 557-1990 | Sparta, NJ (973) 726-4958 | Walnut Creek, CA (925) 947-1300 |
| Farmington, CT (860) 404-3000 | Florham Park, NJ (973) 822-1110 | Providence, RI (401) 519-2340 | Syracuse, NY (315) 473-9648 | Wilmington, DE (302) 656-1200 |
| | | San Jose, CA (408) 279-8844 | | |