UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION,                              21 MC 100 (AKH)
-----------------------------------------------------------x
THOMAS MAGEE,

                        Plaintiff,                   Civil Action No. 05 Civ. 07210 (AKH)

    - against -
                                                   NOTICE OF MOTION

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, SILVERSTEIN
PROPERTIES and THE CITY OF NEW YORK,

                        Defendants.

        PLEASE TAKE NOTICE, that upon the annexed Declaration of Therese Stevens Loucks, the exhibits thereto, Plaintiff's Memorandum of Law, and all prior pleadings and proceedings, Plaintiff Thomas Magee will move before the Honorable Alvin Hellerstein, United States District Judge, located at the United States Courthouse, 500 Pearl Street, New York, New York, Room 14D, on November 8, 2011 at 9:30 a.m. or as soon thereafter as counsel may be heard for an Order striking Defendants' Affirmative Defenses that this action is barred or limited by The Air Transportation Safety and System Stabilization Act with such other and further relief as the Court deems just and proper.

Dated: New York, New York
       October 19, 2011                         Respectfully submitted,

                                                   KREINDLER & KREINDLER LLP

                                                   /s/ Therese Stevens Loucks
                                                   _____
                                                   Noah H. Kushlefsky
                                                   Therese Stevens Loucks
                                                   KREINDLER & KREINDLER LLP
                                                   750 Third Avenue
                                                   New York, NY  10017
                                                   (212) 973-3456