

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER DISASTER
SITE LITIGATION

21 MC 100 (AKH)

**STIPULATION OF DISCONTINUANCE AGAINST TURNER CONSTRUCTION – INTERNATIONAL, LLC WITHOUT PREJUDICE**

THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER SITE LITIGATION

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the claims of the plaintiffs represented from the offices of Gregory J. Cannata and Associates (on the attached Exhibit "A"), (hereinafter "Plaintiffs") against Turner Construction-International, LLC (the incorrectly named Turner Defendant) be and hereby are dismissed without prejudice. As of the date of execution of this Stipulation, Plaintiffs will cease naming this entity in all Check-Off Complaints Related to the Master Complaint ("Short Form Complaints"). Plaintiffs nevertheless reserve their right to resume naming this entity in future Short Form Complaints, based on the occurrence of certain conditions as detailed below.

IT IS FURTHER STIPULATED AND AGREED that until such time, if ever, as the claims of Plaintiffs are dismissed against defendant Turner Construction Company, Plaintiffs may move to reinstate or state any or all claims against the Incorrectly Named Turner Defendant, based on the discovery of facts they assert support a claim against the Incorrectly Named Turner Defendant, where such facts were not provided in discovery as of the date of this Stipulation. The Incorrectly Named Turner Defendant will not raise the Statute of Limitations as a defense if

the original action was timely filed and served.

IT IS FURTHER STIPULATED AND AGREED that this Order shall constitute a dismissal with prejudice as to the claims of any or all Plaintiffs against the Incorrectly Named Turner Defendant at such time, if ever, as the claims of such Plaintiff(s) against defendant Turner Construction Company are dismissed.

Dated: New York, New York
~~April~~ , ~~2011~~
August 9, 2011

LAW FIRM OF GREGORY J. CANNATA

By: _____
Robert Grochow, Esq.
Attorney for Plaintiff(s)
233 Broadway, Fifth Floor
New York, New York 10279
(212) 553-9205

Dated: New York, New York
~~April~~ 30, 2011
September

LONDON FISCHER LLP

By: _____
John E. Sparling, Esq.
Attorney for Defendants
Turner Construction Company,
Turner Construction Co., and
Turner Construction-International, LLC
59 Maiden Lane
New York, NY 10038
(212) 972-1000

SO ORDERED.

_____
U.S.D.J.  10/20/11

|    | PLAINTIFF | INDEX NUMBER | COUNSEL |
|----|-----------|--------------|---------|
| 1  | GIMPORTONE, JOSEPH | 10 CV 6716 | CANNATA |
| 2  | KOWALEWSKI, JANUSZ | 10 CV 6882 | CANNATA |
| 3  | KOMAR, DENNIS AND DEBORAH | 10 CV 6720 | CANNATA |
| 4  | KEMPLER, ROY AND KAREN | 10 CV 6718 | CANNATA |
| 5  | REILLY, DENNIS AND CYNTHIA | 10 CV 6717 | CANNATA |
| 6  | ROTHMAN, MARK AND DOREEN | 10 CV 6719 | CANNATA |
| 7  | HAUGHTON, RICHARD AND ERKINDA | 10 CV 6881 | CANNATA |
| 8  | COVAN, WILLIAM | 10 CV 6715 | CANNATA |
| 9  | DIRECTIE, WALDEMAR | 10 CV 4225 | CANNATA |
| 10 | SIENKIEWICZ, ROBERT AND BARBARA | 10 CV 6711 | CANNATA |
| 11 | KIRKLAND, QUENTIN | 10 CV 6714 | CANNATA |
| 12 | HOWEL, DEVERET | 10 CV 6721 | CANNATA |