USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| PRESTON FUCCI & MARIELLA COLEMAN,<br>Plaintiff(s),<br>-Against-<br>A RUSSO WRECKING, et al.,<br>Defendant(s), | STIPULATION OF VOLUNTARY DISMISSAL<br>Civil Action No.: 06cv11317 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned Plaintiffs' action are voluntarily dismissed with prejudice pursuant to the following terms and conditions:

2. All claims by the above-captioned Plaintiffs against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice.

3. All claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

PATTON BOGGS LLP

By: /s/ James E. Tyrrell
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: October 24, 2011

LITCHFIELD CAVO LLP

By: /s/ James Rogan
James Rogan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: October 24, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: /s/ Christopher R. LoPalo
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: October 21, 2011

SO ORDERED:
/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN, U.S.D.J.
10/25/11