USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
IN RE WORLD TRADE CENTER DISASTER : **ORDER DISMISSING**
SITE LITIGATION : **CERTAIN PLAINTIFFS'**
: **ACTIONS**
:
21 MC 100 (AKH)
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J:

Whereas, Defendants the City of New York and Contractors ("Defendants") filed a Motion to Dismiss Certain Plaintiffs' Claims for Failure to Prosecute Pursuant to Rule 41(b);

Whereas the Court conditionally granted Defendants' Motion on October 6, 2011;

Whereas the Court directed plaintiffs to submit personally signed HIPAA compliant authorizations to Defendants by October 21, 2011 or be subject to dismissal with prejudice;

Whereas Plaintiffs' Counsel Christopher LoPalo, Esq. reported to the Court on October 21, 2011, that the below plaintiffs had failed to comply with the Court's prior Orders and produce the required HIPAA complaint authorizations by October 21, 2011;

It is hereby ORDERED that the following plaintiffs' claims are dismissed with prejudice:

1. Melvin Glover (06CV13928)
2. Tom Guriel (06CV12122)
3. Gregory Howard (06CV10780)
4. Thomas Kelly (06CV10780)
5. Charles Logan (06CV08448)
6. Robert Martin (07CV10012)
7. Mimi Netrosio (06CV11774)
8. John Ruis (06CV09727)

The Clerk is hereby directed to terminate these actions immediately.

SO ORDERED.

Dated:   October 26, 2011
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge