SCHIFFHARDIN LLP





666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK  10103

t 21...
f 21...
www.schiffhardin.com

Paul A. Scrudato
212-745-0833
pscrudato@schiffhardin.com

October 26, 2011

So ordered
10/27/11

**VIA E-MAIL AND HAND DELIVERY**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY  10007

> Re:   *In re World Trade Center Disaster Site Litigation*, 21 MC 100

Dear Judge Hellerstein:

I write on behalf of The Port Authority of New York and New Jersey (the "Port Authority").

On October 12, 2011, the Port Authority moved for summary judgment dismissing complaints in twenty-two actions for lack of subject matter jurisdiction. The parties submitted a briefing schedule, which the Court so ordered.[1] On October 18, 2011, the court ordered supplemental briefing on certain issues.[2]

The parties have discussed the briefing schedule in light of the Court's October 18, 2011 order, and have agreed on the following, subject to the Court's approval:  The Port Authority will submit its supplemental brief on or before November 4, 2011; the plaintiffs shall respond to the Port Authority's motion by November 18, 2011; the Port Authority reply shall be filed on November 23, 2011.

---

[1] *See* Endorsed Letter addressed to Judge Alvin K. Hellerstein from Paul A. Scrudato, dated October 4, 2011, regarding briefing status of pending motion for summary judgment (Pacer docket number 2568).

[2] *See* Court's October 18, 2011, Summary Order Requesting Further Briefing on Port Authority's Motion for Summary Judgment Dismissing Certain Complaints for Lack of Subject Matter Jurisdiction (Pacer docket number 2589).



Hellerstein
October 26, 2011
Page 2


If this schedule is acceptable to the Court, we would respectfully ask that this letter be so ordered.

Respectfully,

*Paul A. Scrudato*

Paul A. Scrudato


cc: Christopher LoPalo (Worby Groner Edelman & Napoli Bern, LLP) (by e-mail)
Stephen M. Cantor, P.C. (by e-mail)

NY\51075265.1