

**◆ KREINDLER & KREINDLER LLP**

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com
tstevens@kreindler.com
(212) 973-3456

*[received stamp:]* RECEIVED OCT 27 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

*[filing stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10/28/11

October 27, 2011

*[handwritten notation:]* Pl. Magee shall show in connection with any renewed motion, and in any event by Nov. 18, 2011, the basis for subject matter juris. of this court. 10-28-11 *[signature]*

*Via Fax No. (212) 805-7942*
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     Thomas Magee v. The Port Authority of New York and New Jersey, et al.
        21 MC 100 (AKH); 05 Civ. 7210 (AKH)

Dear Judge Hellerstein,

In response to the October 27, 2011, letter of the City of New York and the Port Authority, plaintiff reiterates the point on which his motion is based. Mr. Magee's claims fall outside the ambit of the ATSSSA and do not arise out of the terrorist-related aircraft crashes of September 11, 2001. Therefore, the fact that his case was not one that was selected for discovery and trial in the World Trade Center litigation is not germane. The purpose of the motion was to illuminate the fact that Mr. Magee's claims should not be included in the Consolidated World Trade Center litigation.

Plaintiff has no objection to granting defendants the two week extension they seek.

Respectfully submitted,

*[signature]*

Therese Stevens Loucks, Esq.
KREINDLER & KREINDLER LLP
Counsel for Plaintiff Thomas Magee

cc: Joseph E. Hopkins, Esq. (via electronic mail)
    Paul Scrudato, Esq. (via electronic mail)

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469 Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100 Fax: (617) 424-9120

Judge wrote:

Plaintiff Magee shall show in connection with any renewed motion, and in any event by November 18, 2011, the basis of subject matter jurisdiction of this court.

10-28-11
Alvin K. Hellerstein"