UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER　　　　　　Docket No.:  21 MC 100
DISASTER SITE LITIGATION　　　　　　　　　　　　　　　21 MC 103 (AKH)
------------------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL　　　　**NOTICE OF JOINT MOTION**
WORLD TRADE CENTER DISASTER SITE　　**TO VOLUNTARILY DISMISS**
LITIGATION
------------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE THAT upon the Declaration of Stephanie S. McGraw dated November 1, 2011 and the exhibits annexed thereto, the undersigned counsel will move this Court pursuant to this Court's Order of January 3, 2011, hereby requesting that this Court:

1. grant the proposed Order of Voluntary Dismissal annexed as **Exhibit 5**; and

2. award such other and additional relief as this Court deems just and proper.

Dated:　　　New York, New York
　　　　　　November 1, 2011

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**MORRISON MAHONEY LLP**

　　　　　　　　　　　　　　　　　　　By:　*Stephanie S. McGraw*
　　　　　　　　　　　　　　　　　　　　　Gary W. Harvey (GWH 5865)
　　　　　　　　　　　　　　　　　　　　　Stephanie S. McGraw (SSM 7310)
　　　　　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02210-1181
　　　　　　　　　　　　　　　　　　　　　(617) 439 7500
　　　　　　　　　　　　　　　　　　　　　　　And
　　　　　　　　　　　　　　　　　　　　　17 State Street – Suite 1110
　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　(212) 428 2486
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Survivair*

The undersigned attorney hereby certifies, pursuant to Fed. R. Civ. P. 11 that I have read the within papers and that to the best of my knowledge and belief they are factually correct and meritorious.

　　　　　　　　　　　　　　　　　　　*Stephanie S. McGraw*
　　　　　　　　　　　　　　　　　　　Stephanie S. McGraw (SSM 7310)

To:
All attorneys of record in this matter in the Court's Electronic Case Filing System