| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/7/11 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE LOWER MANHATTAN DISASTER         Case No.: 21 MC 100 (AKH)
SITE LITIGATION
------------------------------------------------------X

THIS DOCUMENT APPLIES TO ALL           STIPULATION OF VOLUNTARY
LOWER MANHATTAN DISASTER SITE          DISMISSAL WITH PREJUDICE AS TO
LITIGATION                             DEFENDANT PHILLIPS & JORDAN,
                                       INC., ONLY
                                       FOR THE CASES LISTED IN THE
                                       ATTACHED "EXHIBIT A"

------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The cases listed in the attached exhibit are voluntarily dismissed with prejudice;

2. All claims by Plaintiff(s) against Phillips & Jordan, Inc., arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-handling operations and/or clean-up at any location on and/or after September 11, 2001 are voluntarily dismissed with prejudice; and

3. The dismissal is without costs to either side.

Dated: October 31, 2011                Dated: October 31, 2011

_____              _____
Christopher LoPalo                     Richard E. Leff
Worby Groner Edelman & Napoli Bern LLP McGivney & Kluger, P.C.
*Plaintiffs' Counsel*                  *Counsel to Phillips & Jordan, Inc.*


SO ORDERED: 11/7/11

_____
HON. ALVIN K. HELLERSTEIN

## EXHIBIT A

|   |                |                   |             |
|---|----------------|-------------------|-------------|
| 1 | Fusco, Joseph  | Fusco, Debra A.   | 06 CV 07303 |
| 2 | Ragazzo, Joseph| Ragazzo, Camille  | 08 CV 00764 |