*The Clerk shall close this report in the three dockets identified below, and post the report on the court's 9/11 website.*

*11/8/11*
*[signature] A K Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE WORLD TRADE CENTER DISASTER : 21 MC 100 (AKH)
LITIGATION : 21 MC 102 (AKH)
: 21 MC 103 (AKH)

---

IN RE LOWER MANHATTAN DISASTER SITE :
LITIGATION :

---

IN RE COMBINED WORLD TRADE CENTER AND :
LOWER MANHATTAN DISASTER SITE LITIGATION :

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/11
```

## PAYMENT STATUS UPDATE FROM THE ALLOCATION NEUTRAL

The Allocation Neutral respectfully submits this status update regarding payments made and to be made pursuant to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Settlement Process Agreement"). Exhibit 1 summarizes the information regarding payment status contained in this report. The Exhibit was originally submitted in the "PAYMENT STATUS REPORT FROM THE ALLOCATION NEUTRAL" dated March 9, 2011 ("March 9th Report"), and was subsequently updated and submitted to the Court in April, May, July and August, 2011. This narrative supplements Exhibit 1 and all previous Reports. For the Court's convenience, capitalized terms not defined herein shall have the meaning ascribed to them in the Settlement Process Agreement.

As explained below, the Allocation Process continues to move forward. Approximately $225 million has been paid to plaintiffs thus far. As of November 2, 2011 all Reconsideration Requests had been submitted to the Allocation Neutral. This completes a major milestone in the process. All remaining process steps in the settlement are being addressed by the responsible party and we are preparing to finalize payments. Based on the current trajectory of the overall

1

process, and barring any unforeseen circumstances, completion within one-year from the Final Settlement Effective Date is probable.

### Status of Initial Payments

Thirty-nine payment waves have now been completed. As of this report, 9,950 Primary Plaintiffs and 5,358 Derivative Plaintiffs have appeared on payment instruction reports issued to the WTC Captive. All payment instruction reports, once issued to the WTC Captive, have been processed by the WTC Captive without delay. Over 98% of Initial Payments have been made.

The March 9th Report (at page 3) outlined the conditions for payment to occur. As of this report, the items remaining for resolution are:

- Stipulations of dismissal (*see* Settlement Process Agreement, Ex. T) or Opt-In documents for 2 plaintiffs;[1]

- Lien resolution for 71 plaintiffs; and

- Estate or fee lien holds for 159 plaintiffs.

The Allocation Neutral can only issue payment instructions for a claimant when all of the above conditions have been satisfied. As indicated above and in Exhibit 1's "Overall Claim Milestone Status" table, the most significant obstacles to Initial Payments are estate and lien holds, which collectively account for ninety-nine percent (99%) of all current impediments to Initial Payments. Nevertheless, the Allocation Neutral has proceeded with reviews of claim documents for those with estate or lien holds and Plaintiffs' counsel are aware of and working to resolve these matters as well.

---

[1] Claim Form and Qualifying Medical Record submissions were due by March 28, 2011.

2

## Status of Additional Payments

Under the terms of the Settlement Process Agreement, there are no future payments due to Tier 1 claimants. Tier 2, Tier 3, and Tier 4 claimants, however, have received or will receive the following payments, in addition to their respective Initial Payments:

- For Tiers 2 and 3: Accelerated Final Payments;
- For Tier 4: Interim Payments and Final Distributions;
- For Tiers 2, 3 and 4: Permanent Disability Fund awards, if applicable;
- For Tiers 2, 3 and 4: Mixed Orthopedic Injury payments, if applicable; and
- For Tiers 2, 3 and 4: Qualifying Surgery payments, if applicable.

**Tier 2 and 3 Accelerated Final Payments:** The Allocation Neutral, in accordance with the terms of the Settlement Process Agreement, began including direction to issue Accelerated Final Payments with the Wave 8 payment instruction report issued on March 30, 2011. Accelerated Final Payments have continued to appear on each subsequently issued weekly payment instruction report and, as of this report to the Court, Accelerated Final Payments to 2,235 Primary Plaintiffs and 1,215 Derivative Plaintiffs have appeared on a payment instruction report. This represents Accelerated Final Payments to more than 94% of those plaintiffs claiming Tiers 2 or 3. The WTC Captive has consistently processed these payment instructions without delay. The Allocation Neutral expects to make all Accelerated Final Payment determinations promptly upon resolution of deficiencies, Reconsideration Requests, waivers of Reconsiderations Requests, and Appeals to the Claims Appeals Neutral.

**Tier 4 Interim Payments and Final Distributions:** These payments are described in detail in our previous Reports. As of October 18th, 2011 all Tier 4 claims have been reviewed

and have been issued Determination Notices[2]. During this review 1,965 Tier 4 Deficiency Notices were issued. The medical deficiency rate for Tier-4 plaintiffs is 29.31%.[3] Plaintiff's Counsel has responded to all Deficiency Notices. The 40% threshold for all Master Dockets has been met (although not all at the same time) and Interim Payments began being included with the Wave 21 Payment Instruction Report the week of June 27, 2011. Interim Payments for 5,051 Primary Plaintiffs and 2,860 Derivative Plaintiffs have appeared on the Payment Instruction Report, representing payments to more than 90% of the Tier 4 population.

Following his or her Interim Payment, a Tier 4 claimant will receive a Final Distribution at the end of the Allocation Process. Final Distributions are available only to Verified Tier 4 Primary Plaintiffs and corresponding Derivative Plaintiffs and are subject to the Point System and Final Distribution formula set forth in the Settlement Process Agreement. The goal remains to complete Final Distributions "within one year of the Final Settlement Agreement Effective Date", as was originally estimated, "to the extent practicable as determined by the Allocation

---

[2] For the Court's reference, a Tier 4 "Determination Notice" sets forth the Allocation Neutral's determination regarding a Tier 4 claimant's Qualifying Injury(ies) and his or her Final Total Score. The Final Total Score is calculated using the Base Points assigned to the claimant's Primary Qualifying Injury (*see* Settlement Process Agreement, Ex. C) as determined by the Allocation Neutral following its Claim Form and Qualifying Medical Records review and includes adjustments to Base Points to account for the claimant's Adjustment Factor responses in his or her sworn Claim Form. Determination Notices are posted to the Allocation Neutral's web portal when complete and thereafter are immediately accessible by counsel.

[3] "Deficiency Notices" reflect the Allocation Neutral's finding(s) that a plaintiff's Claim Form and/or Qualifying Medical Records are deficient in some respect. These, too, are posted to the Allocation Neutral's web portal and thereafter are immediately accessible by counsel. Upon receipt of a Deficiency Notice, plaintiff's counsel has up to 25 days to cure the deficiency. Cures often require the submission of or reference to additional Qualifying Medical Records.

4

Neutral and the Claims Appeal Neutral", subject to the timely resolution of Reconsideration Requests and Appeals. [4]

## Status of Other Elements of Recovery

**Permanent Disability Fund Awards:** The Allocation Neutral has made Determinations on all PDF claims submitted. Additionally, Plaintiffs' Liaison Counsel, Patton Boggs, the WTC Captive and the Allocation Neutral agreed to a PDF submission and supplementation deadline of October 7, 2011. The Allocation Neutral has not accepted PDF submissions or supplements after the established deadline. Due to pending Appeals submitted by plaintiffs who claim PDF eligibility or who dispute their PDF score as determined by the Allocation Neutral, the exact timing of PDF payments cannot be projected at this time. Efforts continue to issue PDF payments as expeditiously as possible.

**Mixed Orthopedic Injury Payments:** The Allocation Neutral has reviewed all Mixed Orthopedic claims and issued Determination Notices. Due to pending Appeals submitted by these claimants and their counsel, the exact timing of Mixed Orthopedic Injury payments cannot be projected at this time. Efforts continue to issue Mixed Orthopedic Injury payments as expeditiously as possible.

**Qualifying Surgery Payments:** As of this report nearly 220 plaintiffs have had Qualifying Surgery payments appear on the Payment Instruction Report. Qualifying Surgery claims are reviewed concurrently with Qualifying Injuries, as Qualifying Surgery payments are conditioned upon corresponding Qualifying Injury determinations. Resulting payments will be

---

[4] The number of Reconsideration Requests submitted to date is 1,120. 233 Appeals have been submitted via the WTC Web Portal.

made with remaining Accelerated Final Payments for Tiers 2 and 3 and with Interim Payments and Final Distributions for Tier 4.

**London Marine insurance settlement:** Pursuant to the separate settlement with London Marine insurers, the London Marine insurers deposited $28 million into the Separate Account on June 9, 2011. Of this amount, $27.5 million is designated for payment of Marine Plaintiffs' claims and $500,000 will be used for Allocation Costs. Shortly after that deposit, initial marine insurance payments began going out to settling Primary Plaintiffs eligible to participate in the London Marine insurance settlement. To date, 504 such Primary Plaintiffs have appeared on the Payment Instruction Reports. Additional marine insurance payments will be made to marine-eligible Verified Tier 4 Primary Plaintiffs with their Final Distributions.

### Expense Audits

The Allocation Neutral has conducted and completed pre-payment expense audits as described in the March 9th Report. *See* March 9th Report at 7-8.

### Random Audits

The Allocation Neutral, in accordance with the terms of the Settlement Process Agreement, has conducted and completed Random Audits for Tier 3 and Tier 4 claims. Based upon the Random Audits completed, the Allocation Neutral did not issue any requests for Targeted Audits.[5]

---

[5] "Targeted Audits" would only have been required if more than 10% of Tier 3 and/or Tier 4 claims selected for Random Audits result in findings by the Allocation Neutral of material representation, material omission or material concealment of the type described in Section XI.M of the Settlement Process Agreement.

### Appeals

Any Primary Plaintiff who submits a timely Reconsideration Request pursuant to Section XIV.A or XIV.B of the Settlement Process Agreement may appeal to the Claims Appeals Neutral the Allocation Neutral's determination with respect to the Reconsideration Request.

As of this report, 233 Appeals (2% of the eligible claimants) have been submitted via the WTC Web Portal to the Claims Appeal Neutral. Of that number, 80 Appeals (34%) have been adjudicated by the Claims Appeal Neutral.

The Claims Appeal Neutral's determination with respect to all Appeals is final, binding and non-appealable by any means. Once an Appeal has been decided, the Allocation Neutral will abide by that decision in all respects concerning payments, if any, to the Primary Plaintiff and any corresponding Derivative Plaintiff due under the Settlement Process Agreement.

Based upon the Allocation Neutral's discussions with the Claims Appeal Neutral (as well as the efficient processes already demonstrated by the Claims Appeals Neutral), the Allocation Neutral remains confident that final payments will occur within one-year from the Final Settlement Agreement Effective Date.

The Allocation Neutral will continue to update the Court on an ongoing basis.

Respectfully submitted,

Matthew L. Garretson, Esq.
Garretson Resolution Group, Inc.
Allocation Neutral

November 7, 2011

## Exhibit 1 - WTC Operational Metrics Dashboard
## 11/7/2011

| PAYMENT INFORMATION | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
|---|---|---|---|
| Initial Payments | Issue Date | | |
| Wave 1 | 1/27/2011 | 1,548 | 625 |
| Wave 2 | 2/2/2011 | 1,638 | 926 |
| Wave 3 | 2/14/2011 | 1,739 | 959 |
| Wave 4 | 3/8/2011 | 1,799 | 1,006 |
| Wave 5 | 3/10/2011 | 1,102 | 590 |
| Wave 6 | 3/16/2011 | 614 | 321 |
| Wave 7 | 3/23/2011 | 588 | 350 |
| Wave 8 | 3/30/2011 | 466 | 256 |
| Wave 9 | 4/6/2011 | 129 | 65 |
| Wave 10 | 4/13/2011 | 52 | 25 |
| Wave 11 | 4/20/2011 | 59 | 41 |
| Wave 12 | 4/27/2011 | 32 | 17 |
| Wave 13 | 5/4/2011 | 90 | 79 |
| Wave 14 | 5/11/2011 | 40 | 47 |
| Wave 15 | 5/18/2011 | 22 | 26 |
| Wave 16 | 5/25/2011 | 1 | 2 |
| Wave 17 | 6/1/2011 | 6 | 2 |
| Wave 18 | 6/8/2011 | 1 | 0 |
| Wave 19 | 6/15/2011 | 0 | 3 |
| Wave 20 | 6/22/2011 | 2 | 1 |
| Wave 21 | 6/30/2011 | 0 | 0 |
| Wave 22 | 7/6/2011 | 0 | 0 |
| Wave 23 | 7/14/2011 | 2 | 2 |
| Wave 24 | 7/22/2011 | 2 | 1 |
| Wave 25 | 7/27/2011 | 1 | 1 |
| Wave 26 | 8/3/2011 | 1 | 0 |
| Wave 27 | 8/10/2011 | 1 | 1 |
| Wave 28 | 8/17/2011 | 1 | 0 |
| Wave 29 | 8/24/2011 | 4 | 3 |
| Wave 30 | 9/1/2011 | 0 | 0 |
| Wave 31 | 9/7/2011 | 5 | 3 |
| Wave 32 | 9/14/2011 | 0 | 0 |
| Wave 33 | 9/21/2011 | 1 | 2 |
| Wave 34 | 9/28/2011 | 1 | 1 |
| Wave 35 | 10/5/2011 | 1 | 1 |
| Wave 36 | 10/13/2011 | 0 | 0 |
| Wave 37 | 10/19/2011 | 0 | 0 |
| Wave 38 | 10/27/2011 | 1 | 1 |
| Wave 39 | 11/2/2011 | 1 | 1 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 9,950 | 5,358 |
| | | | |
| Tier 2 - Accelerated Final Payments | Issue Date | | |
| Wave 8 | 3/30/2011 | 125 | 75 |
| Wave 9 | 4/6/2011 | 546 | 321 |
| Wave 10 | 4/13/2011 | 116 | 58 |
| Wave 11 | 4/20/2011 | 286 | 152 |
| Wave 12 | 4/27/2011 | 312 | 164 |
| Wave 13 | 5/4/2011 | 23 | 10 |
| Wave 14 | 5/11/2011 | 18 | 6 |
| Wave 15 | 5/18/2011 | 15 | 8 |
| Wave 16 | 5/25/2011 | 14 | 4 |
| Wave 17 | 6/1/2011 | 10 | 5 |
| Wave 18 | 6/8/2011 | 4 | 0 |
| Wave 19 | 6/15/2011 | 3 | 1 |
| Wave 20 | 6/22/2011 | 7 | 4 |
| Wave 21 | 6/30/2011 | 1 | 1 |
| Wave 22 | 7/6/2011 | 1 | 1 |
| Wave 23 | 7/14/2011 | 2 | 2 |
| Wave 24 | 7/22/2011 | 2 | 1 |
| Wave 25 | 7/27/2011 | 7 | 5 |
| Wave 26 | 8/3/2011 | 1 | 0 |
| Wave 27 | 8/10/2011 | 1 | 1 |
| Wave 28 | 8/17/2011 | 7 | 4 |
| Wave 29 | 8/24/2011 | 6 | 1 |
| Wave 30 | 9/1/2011 | 4 | 2 |
| Wave 31 | 9/7/2011 | 2 | 1 |

Exhibit 1 - WTC Operational Metrics Dashboard
11/7/2011

| PAYMENT INFORMATION | Issue Date | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
|---|---|---|---|
| Wave 32 | 9/14/2011 | 2 | 2 |
| Wave 33 | 9/21/2011 | 0 | 0 |
| Wave 34 | 9/28/2011 | 6 | 4 |
| Wave 35 | 10/5/2011 | 13 | 6 |
| Wave 36 | 10/13/2011 | 2 | 0 |
| Wave 37 | 10/19/2011 | 5 | 2 |
| Wave 38 | 10/27/2011 | 8 | 6 |
| Wave 39 | 11/2/2011 | 12 | 5 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 1,561 | 852 |
| | | | |
| Tier 3 - Accelerated Final Payments | Issue Date | | |
| Wave 8 | 3/30/2011 | 42 | 22 |
| Wave 9 | 4/6/2011 | 123 | 75 |
| Wave 10 | 4/13/2011 | 37 | 20 |
| Wave 11 | 4/20/2011 | 145 | 88 |
| Wave 12 | 4/27/2011 | 168 | 82 |
| Wave 13 | 5/4/2011 | 8 | 3 |
| Wave 14 | 5/11/2011 | 8 | 5 |
| Wave 15 | 5/18/2011 | 2 | 1 |
| Wave 16 | 5/25/2011 | 5 | 2 |
| Wave 17 | 6/1/2011 | 5 | 2 |
| Wave 18 | 6/8/2011 | 13 | 7 |
| Wave 19 | 6/15/2011 | 2 | 1 |
| Wave 20 | 6/22/2011 | 5 | 1 |
| Wave 21 | 6/30/2011 | 0 | 0 |
| Wave 22 | 7/6/2011 | 3 | 1 |
| Wave 23 | 7/14/2011 | 7 | 4 |
| Wave 24 | 7/22/2011 | 13 | 6 |
| Wave 25 | 7/27/2011 | 19 | 9 |
| Wave 26 | 8/3/2011 | 1 | 1 |
| Wave 27 | 8/10/2011 | 2 | 1 |
| Wave 28 | 8/17/2011 | 10 | 2 |
| Wave 29 | 8/24/2011 | 12 | 6 |
| Wave 30 | 9/1/2011 | 5 | 3 |
| Wave 31 | 9/7/2011 | 3 | 2 |
| Wave 32 | 9/14/2011 | 1 | 0 |
| Wave 33 | 9/21/2011 | 3 | 2 |
| Wave 34 | 9/28/2011 | 13 | 7 |
| Wave 35 | 10/5/2011 | 5 | 3 |
| Wave 36 | 10/13/2011 | 2 | 1 |
| Wave 37 | 10/19/2011 | 3 | 2 |
| Wave 38 | 10/27/2011 | 8 | 3 |
| Wave 39 | 11/2/2011 | 1 | 1 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 674 | 363 |
| | | | |
| Tier 4 - Interim Payments | Issue Date | | |
| Wave 21 | 6/30/2011 | 2,115 | 1,219 |
| Wave 22 | 7/6/2011 | 46 | 28 |
| Wave 23 | 7/14/2011 | 293 | 163 |
| Wave 24 | 7/22/2011 | 395 | 226 |
| Wave 25 | 7/27/2011 | 69 | 34 |
| Wave 26 | 8/3/2011 | 41 | 17 |
| Wave 27 | 8/10/2011 | 183 | 92 |
| Wave 28 | 8/17/2011 | 300 | 177 |
| Wave 29 | 8/24/2011 | 482 | 278 |
| Wave 30 | 9/1/2011 | 51 | 23 |
| Wave 31 | 9/7/2011 | 217 | 126 |
| Wave 32 | 9/14/2011 | 50 | 26 |
| Wave 33 | 9/21/2011 | 139 | 91 |
| Wave 34 | 9/28/2011 | 184 | 98 |
| Wave 35 | 10/5/2011 | 221 | 106 |
| Wave 36 | 10/13/2011 | 79 | 49 |
| Wave 37 | 10/19/2011 | 67 | 38 |
| Wave 38 | 10/27/2011 | 69 | 38 |
| Wave 39 | 11/2/2011 | 50 | 31 |
| Other Waves - TBD | | TBD | TBD |
| **** Totals To Date | | 5,051 | 2,860 |

Exhibit 1 - WTC Operational Metrics Dashboard
11/7/2011

| PAYMENT INFORMATION | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
|---|---|---|---|
| Tier 4 - Final Distribution Payments | Issue Date | TBD | |
| All 21mc100 Plaintiffs - TBD | | TBD | TBD |
| All 21mc102 Plaintiffs - TBD | | TBD | TBD |
| All 21mc103 Plaintiffs - TBD | | TBD | TBD |
| | | | |
| Other Elements of Recovery | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
| Permanent Disability Fund Awards | Issue Date | TBD | |
| Single Payment Wave - TBD | | TBD | N/A |
| | | | |
| Mixed Orthopedic Injury Payments | Issue Date | TBD | |
| Single Payment Wave - TBD | | TBD | N/A |
| | | | |
| Qualifying Surgery Payments | Issue Date | | |
| Wave 15 | 5/18/2011 | 8 | N/A |
| Wave 16 | 5/25/2011 | 9 | N/A |
| Wave 17 | 6/1/2011 | 5 | N/A |
| Wave 18 | 6/8/2011 | 1 | N/A |
| Wave 21 | 6/30/2011 | 7 | N/A |
| Wave 22 | 7/6/2011 | 14 | N/A |
| Wave 23 | 7/14/2011 | 4 | N/A |
| Wave 24 | 7/22/2011 | 31 | N/A |
| Wave 25 | 7/27/2011 | 1 | N/A |
| Wave 26 | 8/3/2011 | 2 | N/A |
| Wave 27 | 8/10/2011 | 9 | N/A |
| Wave 28 | 8/17/2011 | 11 | N/A |
| Wave 29 | 8/24/2011 | 24 | N/A |
| Wave 30 | 9/1/2011 | 4 | N/A |
| Wave 31 | 9/7/2011 | 20 | N/A |
| Wave 32 | 9/14/2011 | 11 | N/A |
| Wave 33 | 9/21/2011 | 6 | N/A |
| Wave 34 | 9/28/2011 | 15 | N/A |
| Wave 35 | 10/5/2011 | 8 | N/A |
| Wave 36 | 10/13/2011 | 10 | N/A |
| Wave 37 | 10/19/2011 | 13 | N/A |
| Wave 38 | 10/27/2011 | 3 | N/A |
| Wave 39 | 11/2/2011 | 4 | N/A |
| Other waves - TBD | | TBD | N/A |
| **** Totals To Date | | 220 | N/A |
| PAYMENT INFORMATION | | Primary Plaintiffs Payments Made | Derivative Plaintiffs Payments Made |
| Marine Insurers' Payments | Issue Date | | |
| Wave 19 | 6/15/2011 | 478 | N/A |
| Wave 20 | 6/22/2011 | 2 | N/A |
| Wave 23 | 7/14/2011 | 2 | N/A |
| Wave 24 | 7/22/2011 | 1 | N/A |
| Wave 25 | 7/27/2011 | 4 | N/A |
| Wave 26 | 8/3/2011 | 1 | N/A |
| Wave 28 | 8/17/2011 | 4 | N/A |
| Wave 29 | 8/24/2011 | 2 | N/A |
| Wave 32 | 9/14/2011 | 1 | N/A |
| Wave 34 | 9/28/2011 | 3 | N/A |
| Wave 35 | 10/5/2011 | 2 | N/A |
| Wave 36 | 10/13/2011 | 1 | N/A |
| Wave 37 | 10/19/2011 | 0 | N/A |
| Wave 38 | 10/27/2011 | 3 | N/A |
| Wave 39 | 11/2/2011 | 0 | N/A |
| **** Totals To Date | | 504 | N/A |
| **** Grand Totals To Date | | 17,960 | 9,433 |

Ability to make payments subject to deficiency cures, reconsiderations and appeals

## Exhibit 1 - WTC Operational Metrics Dashboard
## 11/7/2011

| EXPENSE AUDIT INFORMATION | |
|---|---|
| No. of firms in settlement | 26 |
| No. of claimants selected for random audit | 455 |
| No. of audits completed | 455 |
| % of completion | 100% |

| RANDOM AUDIT (Medical Records) | |
|---|---|
| No. of firms in settlement | 26 |
| No. of Tier 3 claimants selected for random audit | 36 |
| No. of Tier 3 cases with all medical records reviewed | 36 |
| % of T3 complete (case complete and RA complete) | 100% |
| No. of Tier 4 claimants selected for random audit | 282 |
| No. of Tier 4 cases with all medical records reviewed | 282 |
| % of T4 complete (case complete and RA complete) | 100% |

| LIENS | # Claimants Entitlement Status Verified | # Claimants Entitled To Medicaid | # Liens Waived or completed at $0 | # Liens Pending |
|---|---|---|---|---|
| Medicare ** obtained full waiver from Medicare** | N/A | Full Waiver | N/A | N/A |
| Medicaid | 9,146 | 1,056 | 1,055 | 1 |

| | # Liens Reported | # Liens Waived or Discharged | # Liens Resolved | # Liens Pending **** |
|---|---|---|---|---|
| Workers' Comp | 1,074 | 624 | 105 | 345 |
| **** Remaining Workers' Comp Liens will be resolved once gross award is determined | | | | |

| MEDICAL RECORD REVIEW | Determination Notices Issued | Deficiencies Issued* |
|---|---|---|
| Tier-2 | 1,659 | 139 |
| Tier-3 | 717 | 106 |
| Tier-4 | 5,571 | 1,965 |

* Deficiencies are reported at an injury level

| CLAIMS SUBMISSION | |
|---|---|
| # of officially submitted claims | 10,113 |
| # of claims yet to be submitted | 0 |
| # of claims not expected to be submitted | 2 |
| % of completion (of expected claims) | 100.0% |
| Opt-in total (confirmed by the Parties) | 10,115 |

| Overall Claim Milestone Status | # To Be Completed (Reasons for non-payment) | Explanation |
|---|---|---|
| Stipulation of Dismissal or Opt-in Documents | 2 | Stipulations of Dismissal Not Received per Exhibit T or Originals Not Provided to the WTC Captive or Outstanding Deficiencies |
| Lien Resolution | 71 | Medicaid and/or Workers Comp Liens have been identified and are not yet resolved. Excludes WGENB |
| Estate or Other Lien Documentation (if applicable) | 159 | Need additional documentation (Court Orders, etc.) before funds can be released |