UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/11

------------------------------------------------------------ x
:
IN RE WORLD TRADE CENTER DISASTER   : **SUMMARY ORDER**
SITE LITIGATION                     : **ADJOURNING STATUS**
                                    : **CONFERENCE OF**
                                    : **NOVEMBER 9, 2011**
                                    :
                                    : 21 MC 100 (AKH)
                                    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The November 9, 2011 21 MC 100 status conference addressing potential third-party discovery with respect to epidemiological, medical, and other studies of the World Trade Center work sites has been adjourned to November 22, 2011 at 3:30 p.m. in Courtroom 14D.

      SO ORDERED

Dated:    November 8, 2011
           New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge