```
                                                        ┌─────────────────────────────┐
                                                        │ USDC SDNY                   │
                                                        │ DOCUMENT                    │
                                                        │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                            │ DOC #:_____                │
SOUTHERN DISTRICT OF NEW YORK                           │ DATE FILED: 11/9/11         │
                                                        └─────────────────────────────┘
```

IN RE:  WORLD TRADE CENTER              21 MC 100 (AKH)
DISASTER SITE LITIGATION

PATRICIA DEFEO,
                                        **STIPULATION OF**
                          Plaintiff,    **VOLUNTARY DISMISSAL**

              -Against-                 Civil Action No.: 06cv08957
CITY OF NEW YORK, *et al.*,

                          Defendant(s),

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned Plaintiff's action is voluntarily dismissed with prejudice pursuant to the following terms and conditions:

2. All claims by the above-captioned Plaintiff against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, are voluntarily dismissed with prejudice.

3. All claims that were asserted or could have been brought in relation to Plaintiff's existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by New York State law and as may be defined by any court having jurisdiction over any such later-filed complaint. If after this Stipulation is filed Plaintiff commences an action asserting such alleged second injury claims against any or all of the entities listed on Exhibit A to the World Trade Center Litigation Settlement Process Agreement, As Amended ("Amended SPA"), such action shall constitute a "New Debris Removal Claim" as defined in the Amended SPA.

5. The dismissal is without costs.

**PATTON BOGGS LLP**

By: _James R. Tyrrell, Jr. (JT-6676)_
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: October 24, 2011

**LITCHFIELD CAVO LLP**

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: October ____, 2011

**SCHIFF HARDIN LLP**

By: _____
Paul Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York &
New Jersey*

Dated: October ____, 2011

**WORBY GRONER EDELMAN & NAPOLI
BERN**

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: October 21, 2011

**MORRISON MAHONEY LLP**

By: _Gary W. Harvey_
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: October 24, 2011

SO ORDERED: 11/9/11

_Alvin K. Hellerstein_
ALVIN K. HELLERSTEIN, U.S.D.J.

**PATTON BOGGS LLP**

By: _____
    James E. Tyrrell, Jr. (JT-6676)
    One Riverfront Plaza, 6th Floor
    Newark, New Jersey 07102
    (973) 848-5600
    *Attorney for WTC Captive Insureds*

Dated: October 24, 2011

**LITCHFIELD CAVO LLP**

By: _____
    James Regan (8289)
    420 Lexington Avenue, Suite 2104
    New York, NY 10170
    (212) 434-0100
    *Attorney for Seasons Industrial Contracting*
    November
Dated: October 6, 2011

**SCHIFF HARDIN LLP**

By: _____
    Paul Scrudato (PS-5927)
    666 Fifth Avenue, 17th Floor
    New York, NY 10103
    (212) 753-5000
    *Attorney for Port Authority of New York &*
    *New Jersey*

Dated: October ____, 2011

**WORBY GRONER EDELMAN & NAPOLI BERN**

By: _____
    Christopher R. LoPalo (CL 6466)
    350 Fifth Avenue, Suite 7413
    New York, New York 10118
    (212) 267-3700
    *Attorney for Plaintiff*

Dated: October 21, 2011

**MORRISON MAHONEY LLP**

By: _____
    Gary W. Harvey
    250 Summer Street
    Boston, MA 02210-1181
    (212) 428-2498
    *Attorney for Survivair*

Dated: October ____, 2011

**PATTON BOGGS LLP**

By: _James E. Tyrrell, Jr. (JT-4676)_
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: October 24, 2011

**LITCHFIELD CAVO LLP**

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: October ____, 2011

**SCHIFF HARDIN LLP**

By: _Paul Serudato (PS-5527)  Rob Ricker_
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York &
New Jersey*

Dated: October 25, 2011

**WORBY GRONER EDELMAN & NAPOLI BERN**

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: October 21, 2011

**MORRISON MAHONEY LLP**

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: October ____, 2011