

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
|---|---|
| MARIA-CECILIA HERNANDEZ, Plaintiff(s), -Against- CITY OF NEW YORK, et al, Defendant(s). | STIPULATION OF VOLUNTARY DISMISSAL Civil Action No.: 06cv12758 |

The parties to the above-captioned action, through their respective counsel of record, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that:

Plaintiff Maria-Cecilia Hernandez currently has two active cases open. The plaintiff's action in the 21 MC 100 master docket (06cv12758) is hereby dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), and plaintiff will proceed in the 21 MC 102 master docket under case number 08cv05156. Pursuant to this stipulation, the above-captioned Plaintiff's claims against all Defendants in the 21 MC 100 master docket, including: the WTC Captive Insureds, the Port Authority of New York & New Jersey, Seasons Industrial Contracting and Survivair, are hereby voluntarily dismissed with prejudice. The dismissal is without costs.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT 4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: November 8, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: November 7, 2011

SO ORDERED: 11/17/11
_____
ALVIN K. HELLERSTEIN, U.S.D.J.

LITCHFIELD CAVO LLP

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: November 7, 2011

SCHIFF HARDIN LLP

By: _____
Paul Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: November ___, 2011

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2496
*Attorney for Survivair*

Dated: November ___, 2011

LITCHFIELD CAVO LLP

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: November ____, 2011

SCHIFF HARDIN LLP

By: _____
Paul Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: November ____, 2011

MORRISON MAHONEY LLP

By: /s/ Gary D. Harvey
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: November 16, 2011

| | |
|---|---|
| **LITCHFIELD CAVO LLP** | **MORRISON MAHONEY LLP** |
| By: _____<br>James Regan (8289)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100<br>*Attorney for Seasons Industrial Contracting* | By: _____<br>Gary W. Harvey<br>250 Summer Street<br>Boston, MA 02210-1181<br>(212) 428-2498<br>*Attorney for Survivair* |
| Dated: November ____, 2011 | Dated: November ____, 2011 |

**SCHIFF HARDIN LLP**

By: *Paul Scudato* (signature)
Paul Scudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York &
New Jersey*

Dated: November 14, 2011