

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
973-848-5600

Facsimile 973 848 5601
www.pattonboggs.com

November 23, 2011





James E. Tyrrell, Jr.
(973) 848-5600
jtyrrell@pattonboggs.com

**VIA FEDERAL EXPRESS**

Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

Re:    *In Re: World Trade Center Disaster Site Litigation*, 21MC100 (AKH)
       *Thomas Magee v. The Port Authority of New York and New Jersey, Silverstein
       Properties, and the City of New York*, (05cv07210)

Dear Judge Hellerstein:

As the Court is aware, we represent Defendant the City of New York (the "City') in the above-captioned matter.  On November 16, 2011, plaintiff Thomas Magee (05cv07210) moved to Strike Defenses of the Port Authority of New York and New Jersey ("Port Authority") and the City and Remand this action to New York state court.  We have discussed the briefing schedule with counsel for the Port Authority and Mr. Magee and all have agreed on the following schedule, subject to the Court's approval: Defendants the Port Authority and the City will file their opposition brief on December 16, 2011, and Mr. Kushlefsky will file a reply on December 30, 2011.  If the Court finds this schedule acceptable, the parties respectfully request that this letter be so ordered.

Should Your Honor have any questions or require any further information, we are available at the Court's convenience.

Respectfully submitted,

James E. Tyrrell, Jr.
Patton Boggs, LLP

SO ORDERED

Alvin K. Hellerstein, U.S.D.J.
11/28/11