UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

DONNA A. FONTANA AND BIJOU GANGULY

                              Plaintiffs,

- against -

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

21 MC 100 (AKH)

PLAINTIFF'S NOTICE OF PRODUCTION OF CORE DISCOVERY MEDICAL RECORDS

11 CIV 1497 (AKH)

Plaintiff hereby notifies this Court that on, November 30, 2011 Gregory J. Cannata & Associates provided "Core Discovery" Medical Records by in electronic format to Defendants' Co-Liasion Counsel, Patton Boggs LLP., The Legal Center, One Riverfront Plaza, Newark, N.J. 07102, and Schiff Hardin, 900 Third Avenue, New York, N.Y. 10022 in the above matter. We will continue to provide additional medical records for said Plaintiff on a revolving basis as received from Plaintiff's medical providers.

Additionally, original Authorizations as indicated below were provided to defendants Co-Liasion Counsel, Patton Boggs LLP.

        -Doylestown Hospital

        -Shahin, M.D.

        -Abington Health

        -Lab Corp. Raritan

        -Quest Diagnostic Incorporated

        -WTC Monitoring program at Environmental & Occupational Health Science Institute

-Fox Chase Cancer Center

-Women's Diagnostic Center

-The Health & Wellness CTR by DH

-University of Pennsylvania

-Met Path

-E. King, M.D.

-R. Wood, M.D.

-Heise, M.D.

-Udaisin, M.D.

-Bradburry, M.D.

-R. Rengan, M.D.

-E. Sigurdson, M.D.

-B. Martynec

-Bergman, M.D.

-Bucks County Medical Associates

Dated: November 30th, 2011

Respectfully,

Robert Grochow (RG-1890)
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, N.Y. 10279
(212) 553-9155