UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

JOSEPH GIMPORTONE AKA JOSEPH GIAMPORTONE

            Plaintiff,

- against -

AMEC CONSTRUCTION MANAGEMENT, INC., ET AL.,

            Defendants.

21 MC 100 (AKH)

PLAINTIFF'S NOTICE OF PRODUCTION OF CORE DISCOVERY MEDICAL RECORDS

10 cv 6716 (AKH)

Plaintiff hereby notifies this Court that on, November 30, 2011 Gregory J. Cannata & Associates provided "Core Discovery" Medical Records by in electronic format to Defendants' Co-Liasion Counsel, Patton Boggs LLP., The Legal Center, One Riverfront Plaza, Newark, N.J. 07102, and Schiff Hardin, 900 Third Avenue, New York, N.Y. 10022 in the above matter. We will continue to provide additional medical records for said Plaintiff on a revolving basis as received from Plaintiff's medical providers.

Additionally, original Authorizations as indicated below were provided to defendants Co-Liasion Counsel, Patton Boggs LLP.

- University Pathology PC
- Dr. R. Rosenzweig
- Westchester Medical Center
- River Radiology
- Dr. Faisal Waheed
- Dr. Wolf

- Dr. Kutler
- Gen Path Laboratory
- Mt. Sinai Hospital, WTC Monitoring

Dated: November 30, 2011

Respectfully,

Robert Grochow (RG-1890)
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, N.Y. 10279
(212) 553-9155