UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 103 (AKH) |
| ROBERT SIENKIEWICZ AND BARBARA SIENKIEWICZ<br><br>Plaintiffs,<br><br>- against -<br><br>AMEC CONSTRUCTION MANAGEMENT, ET AL.,<br><br>Defendants. | PLAINTIFF'S NOTICE OF PRODUCTION OF CORE DISCOVERY MEDICAL RECORDS (21 MC 103 AKH WITH REFERENCE TO 21 MC 100 AKH CLAIMS)<br><br>10 CV 6711 (AKH) |

Plaintiff hereby notifies this Court that on, November 30, 2011 Gregory J. Cannata & Associates provided "Core Discovery" Medical Records by in electronic format to Defendants' Co-Liasion Counsel, Patton Boggs LLP., The Legal Center, One Riverfront Plaza, Newark, N.J. 07102, and Schiff Hardin, 900 Third Avenue, New York, N.Y. 10022 in the above matter. We will continue to provide additional medical records for said Plaintiff on a revolving basis as received from Plaintiff's medical providers.

Additionally, original Authorizations as indicated below were provided to defendants Co-Liasion Counsel, Patton Boggs LLP.

-Mount Sinai Hospital

-G. Yoeli, M.D

-D. Grabowski, M.D.

-M. Kudej, M.D.

-U. Kwiatek, M.D.

-J. Marino, M.D.

-Quest Diagnostic

Dated: November 30th, 2011

Respectfully,

Robert Grochow (RG-1890)
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, N.Y. 10279
(212) 553-9155