UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

(See Exhibit A for list of cases)

21 MC 100 (AKH)

STIPULATION OF
VOLUNTARY DISMISSAL

Civil Action Nos.: 10cv08045
10cv08459
11cv00569
11cv00570
11cv00571
11cv00572

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/11

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Plaintiffs' actions (see attached Exhibit A) are voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001. All claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. This dismissal is without cost to any party.

PATTON BOGGS LLP

By: *James E. Tyrrell*
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: November 28, 2011

LEAHEY & JOHNSON, P.C.

By: _____
Joanne Filiberti
120 Wall Street
New York, New York 10005
(212) 269-7308
*Attorney for Plaintiffs*

Dated: November 28, 2011

So ordered
11/30/11
*[signature]*

## EXHIBIT A

| Plaintiff Name | Case Number |
|---|---|
| Geidel, Paul | 10cv08045 |
| Lyons, Brian | 10cv08459 |
| Norris, Paul | 11cv00569 |
| Petrocelli, Albert | 11cv00570 |
| Sager, Fred | 11cv00571 |
| Vigiano, John | 11cv00572 |