```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/11
```

# AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

ATTORNEYS AT LAW

600 THIRD AVENUE, NEW YORK, N.Y. 10016
212 593-6700
FAX: 212 593-6970

**MEMBERS OF THE FIRM**

MARK J. AARONSON
LARRY D. BLOOSTEIN
NEIL F. BRENNI
RICHARD V CAPLAN
ROBERT J. CECALA
ROBERT S. DEUTSCH
THERESA M. DI MARTINO
PETER J. FAZIO
MARK B. FEINSTEIN
CRAIG P. PIZONI

MICHAEL M. FUTTERMAN
ANDREW I. KAPLAN
STEVEN Z. KAGNOVEY
PHILIP D. LERNER
NICHOLAS J. MAROTTA
DAVID A. MAYERI
ROBERT S. MILMICK
DANIEL NESSIM
NANCY L. PENNIE
JAY A. RAPPAPORT

LAWRENCE W. ROSENBLATT
CAROL E. RUSSELL
BARBARA A. RYAN
BARRY M. SCHREIBER
DAWN C. SHAPIRO
SAMUEL J. SHAPIRO
ALISON R. SHIELDS
NANCY A. STEFFOS
ELLIOTT J. ZUCKER

*RECEIVED DEC 02 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.*

*So ordered
12/5/11
[signature] AK Hellerstein*

December 1, 2011

<u>Via: ELECTONIC MAIL AND HAND DELIVERY</u>
Hon. Alvin K. Hellerstein, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

*Re: In re World Trade Center Disaster Site Litigation, 21 MC 100 (AHK)*

Dear Judge Hellerstein,

The undersigned counsel for approximately seventy-eight defendant subcontractors (the "Sub-Contractors") and defendant The City of New York (the "City") submit this joint letter to request a two-week extension of the schedule for the City's motion to quash the Sub-Contractors' subpoena of documents concerning medical studies conducted by the New York City Fire Department.

As suggested by the Court at the conference held on November 22, counsel are engaged in discussions designed to fashion an appropriate protective order of confidentiality and narrow the issues that will need to be addressed by the Court. These discussions require detailed analysis of many issues and consultation by each side with its expert witnesses.

At the November 22 conference, the Court invited the parties to request a two-week extension of the motion schedule if it was needed to engage in the kind of discussions that are currently underway. The undersigned now request that the Court grant such an adjournment.

The current schedule calls for the City's motion by December 7, the Sub-Contractors' opposition by December 21, and the City's reply by January 4. The parties ask that the revised schedule require the City's motion by December 21, the Sub-Contractors' opposition by January 11, and the City's reply by January 18. The overall schedule would be extended by two weeks but internal deadlines are adjusted because of the holidays.

{01060811.DOCX }

-2-

Thank you for your consideration of this matter.

Respectfully submitted,

Kenneth Becker, Esq.
Law Dept. City of New York
100 Church Street
New York, NY 10007

Robert S. Deutsch, Esq.
Aaronson Rappaport Feinstein & Deutsch, LLP
Attorneys for Defendants Sub-Contractors
600 Third Avenue
New York, NY 10016

{01068811.DOCX}