```
S.D.N.Y CASE No.
21-MC-100(AKH)
```

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of December, two thousand and eleven,

In Re: World Trade Center Lower Manhattan Disaster Site Litigation

**ORDER**
Docket Number: 10-1377

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the Appellants AMEC Construction Management, Inc., AMEC Earth & Environmental, Incorporated, Bovis Lend Lease LMB, Inc., City of New York, Evergreen Recycling of Corona (E.R.O.C.), Plaza Construction Corp., Tully Construction Co., Inc., Turner Construction Company and Turner/Plaza, A Joint Venture has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2011
```

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/07/2011