

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

(See Exhibit A for list of cases)

---

21 MC 100 (AKH)

STIPULATION OF
VOLUNTARY DISMISSAL

Civil Action Nos.: See Exhibit A

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Plaintiffs' actions (see attached Exhibit A) are voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001. All claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. This dismissal is without costs to any party.

PATTON BOGGS LLP

By: _James E. Tyrrell_
James E. Tyrrell, Jr. (JT-4876)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: December ___, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: December 5, 2011

So ordered
12/13/11
[signature]

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Steven R. Kramer (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: December ____, 2011

MCGIVNEY & KLUGER, LLP

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Counsel to Phillips & Jordan, Inc.*

Dated: December 6, 2011

PILLINGER MILLER TARALLO, LLP

By: _____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Evans Environmental &
Geological Science and Management, LLC*

Dated: December ____, 2011

## EXHIBIT A

| | |
|---|---|
| Hariberger, Michael | 10cv07005 |
| Romano, Salvatore | 10cv07113 |

12/09/2011 19:04 FAX 212 805 1501  Case 1:21-mc-00100-AKH   Document 2685   Filed 12/13/11   Page 3 of 3   ☒005/005