# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:21-mc-00100-AKH

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of December, two thousand eleven.

Before:        Jon O. Newman,
                    *Circuit Judge*

_____

In Re: World Trade Center Disaster Site Litigation

_____

Christopher Cirino, et al.,

   *Plaintiffs-Appellees-Cross-Appellants,*

   v.

City of New York, et al.,

   *Defendants-Appellant-Cross-Appellees,*

_____

Sullivan Papain Block McGrath & Cannavo P.C.,

   *Interested Party-Cross-Appellant.*

_____

**ORDER**

Docket No. 11-4021 (L)

10-3172 (XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: DEC. 13, 2011

IT IS HEREBY ORDERED that the motion to recall the mandate and reinstate the appeal on behalf of John Montalvo is GRANTED.

FOR THE COURT:

CATHERINE O'HAGAN WOLFE, Clerk

*[signature]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature]*

CERTIFIED COPY ISSUED ON 12/13/2011