UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION

21 MC 100 (AKH)

Samadjopoulos, Demetrius

                              Plaintiff(s),

DOCKET NO.
10 CV 7080

NOTICE OF WITHDRAWAL OF ALL CLAIMS

ECF CASE

— against —

The City of New York,
The Port Authority of NY & NJ, et al

                              Defendants.



***PLEASE TAKE NOTICE:*** As a prerequisite and in anticipation of filing a claim with the September 11th Victim Compensation Fund, and as a condition thereto; Plaintiff(s) in the above entitled action, hereby withdraws all claims against all defendants in the above action.

Dated: New York, NY
        December 16, 2011

By: _____

CC:
New York City Corp. Counsel
120 Broadway #5
New York, NY, 10271-1100

and

The Port Authority of NY & NJ
Law Department
225 Park Ave. South
New York, NY, 10003



12-16-11

Affirmation Of Service

Re: 10-Civ-7080

To: United States District Court, Southern District of New York
500 Pearl Street, NY, NY,

Before: Honorable Judge Hellerstein

From: Demetrius Samadjopoulos - Pro Se Plaintiff

Please take notice:

With this affidavit I affirm that along with the the attached request for withdrawal, I am also serving the defendants (via USPS) a copy of all enclosed material.

Defendants:

**The City of New York**
Michael A. Cardoza, Esq.
NYC Corporation Counsel
120 Broadway #5
New York, New York, 10271-100

**PORT AUTHORITY OF NEW YORK AND NEW JERSEY**
Law Department
225 Park Avenue South, 15th Floor
New York, New York 10003

Respectfully         12-16-11

D. Samadjopoulos