UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/11
```

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

JOHN WALCOTT & KATHLEEN WALCOTT,
                       Plaintiff(s),

-Against-

CITY OF NEW YORK, et al.,
                       Defendant(s).

STIPULATION OF
VOLUNTARY DISMISSAL

Civil Action No.: 04cv04178

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned Plaintiffs' action are voluntarily dismissed with prejudice pursuant to the following terms and conditions:

2. All claims by the above-captioned Plaintiffs against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, ~~are~~ to the extent they ~~voluntarily dismissed with prejudice~~

3. ~~All claims that~~ were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice.

4. The dismissal is without costs.

PATTON BOGGS LLP

By: _/s/ James E. Tyrrell/_
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: December 19, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: December 19, 2011

So ordered, as amended.
12-20-11
_/s/ AKH_

**LITCHFIELD CAVO LLP**

By: _/s/ James Regan_
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: December 19, 2011

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _/s/ Steven R. Kramer_
Steven R. Kramer (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: December ____, 2011

**SCHIFF HARDIN LLP**

By: _____
Paul Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: December ____, 2011

**MORRISON MAHONEY LLP**

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: December ____, 2011

**PILLINGER MILLER TARALLO, LLP**

By: _____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Evans Environmental & Geological Science and Management, LLC*

Dated: December ____, 2011

**MCGIVNEY & KLUGER, LLP**

_____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Counsel to Phillips & Jordan, Inc.*

Dated: December ____, 2011

| | |
|---|---|
| **LITCHFIELD CAVO LLP** | **MORRISON MAHONEY LLP** |
| By: _____<br>James Regan (8289)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100<br>*Attorney for Seasons Industrial Contracting* | By: *[signature]*<br>Gary W. Harvey<br>250 Summer Street<br>Boston, MA 02210-1181<br>(212) 428-2498<br>*Attorney for Survivair* |
| Dated: December ____, 2011 | Dated: December ____, 2011 |
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **PILLINGER MILLER TARALLO, LLP** |
| By: _____<br>Steven R. Kramer (SRK-2097)<br>10 Bank Street, Suite 1061<br>White Plains, NY 10606<br>(914) 949-2909<br>*Counsel to Taylor Recycling Facility, LLC* | By: _____<br>Marc H. Pillinger (ML-5246)<br>570 Taxter Road, Suite 275<br>Elmsford, NY 10523<br>(914) 703-6300<br>*Counsel to Evans Environmental &<br>Geological Science and Management, LLC* |
| Dated: December ____, 2011 | Dated: December ____, 2011 |
| **SCHIFF HARDIN LLP** | **MCGIVNEY & KLUGER, LLP** |
| By: _____<br>Paul Scrudato (PS-5927)<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103<br>(212) 753-5000<br>*Attorney for Port Authority of New York &<br>New Jersey* | _____<br>Richard E. Leff (RL-2123)<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456<br>*Counsel to Phillips & Jordan, Inc.* |
| Dated: December ____, 2011 | Dated: December ____, 2011 |

**LITCHFIELD CAVO LLP**

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: December _____, 2011

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____
Steven R. Kramer (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: December _____, 2011

**SCHIFF HARDIN LLP**

By: _____
Paul Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: December _____, 2011

**MORRISON MAHONEY LLP**

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: December _____, 2011

**PILLINGER MILLER TARALLO, LLP**

By: /s/ _____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Burns Environmental & Geological Science and Management, LLC*

Dated: December _____, 2011

**MCGIVNEY & KLUGER, LLP**

_____
Richard R. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Counsel to Phillips & Jordan, Inc.*

Dated: December _____, 2011

| LITCHFIELD CAVO LLP | MORRISON MAHONEY LLP |
|---|---|
| By: _____<br>James Regan (8289)<br>420 Lexington Avenue, Suite 2104<br>New York, NY 10170<br>(212) 434-0100<br>*Attorney for Seasons Industrial Contracting*<br><br>Dated: December ____, 2011 | By: _____<br>Gary W. Harvey<br>250 Summer Street<br>Boston, MA 02210-1181<br>(212) 428-2498<br>*Attorney for Survivair*<br><br>Dated: December ____, 2011 |
| **ECKERT SEAMANS CHERIN & MELLOTT, LLC** | **PILLINGER MILLER TARALLO, LLP** |
| By: _____<br>Steven R. Kramer (SRK-2097)<br>10 Bank Street, Suite 1061<br>White Plains, NY 10606<br>(914) 949-2909<br>*Counsel to Taylor Recycling Facility, LLC*<br><br>Dated: December ____, 2011 | By: _____<br>Marc H. Pillinger (ML-5246)<br>570 Taxter Road, Suite 275<br>Elmsford, NY 10523<br>(914) 703-6300<br>*Counsel to Evans Environmental &<br>Geological Science and Management, LLC*<br><br>Dated: December ____, 2011 |
| **SCHIFF HARDIN LLP** | **MCGIVNEY & KLUGER, LLP** |
| By: /s/ Paul Scrudato<br>Paul Scrudato (PS-5927)<br>666 Fifth Avenue, 17th Floor<br>New York, NY 10103<br>(212) 753-5000<br>*Attorney for Port Authority of New York &<br>New Jersey*<br><br>Dated: December 19, 2011 | _____<br>Richard E. Leff (RL-2123)<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>(212) 509-3456<br>*Counsel to Phillips & Jordan, Inc.*<br><br>Dated: December ____, 2011 |

LITCHFIELD CAVO LLP

By: _____
James Regan (8289)
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
*Attorney for Seasons Industrial Contracting*

Dated: December ____, 2011

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Steven R. Kramer (SRK-2097)
10 Bank Street, Suite 1061
White Plains, NY 10606
(914) 949-2909
*Counsel to Taylor Recycling Facility, LLC*

Dated: December ____, 2011

SCHIFF HARDIN LLP

By: _____
Paul Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000
*Attorney for Port Authority of New York & New Jersey*

Dated: December ____, 2011

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
250 Summer Street
Boston, MA 02210-1181
(212) 428-2498
*Attorney for Survivair*

Dated: December ____, 2011

PILLINGER MILLER TARALLO, LLP

By: _____
Marc H. Pillinger (ML-5246)
570 Taxter Road, Suite 275
Elmsford, NY 10523
(914) 703-6300
*Counsel to Evans Environmental & Geological Science and Management, LLC*

Dated: December ____, 2011

MCGIVNEY & KLUGER, LLP

By: _____
Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, NY 10004
(212) 509-3456
*Counsel to Phillips & Jordan, Inc.*

Dated: December 19, 2011