UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/11

| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
|---|---|
| JOHN MARANO & LUZ MARANO, Plaintiff(s), -Against- CITY OF NEW YORK, Defendant. | STIPULATION OF VOLUNTARY DISMISSAL Civil Action No.: 10cv07129 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above Plaintiffs' actions are voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001. All claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice. This dismissal is without costs to any party.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-4656)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: December 15, 2011

WORBY GRONER EDELMAN & NAPOLI BERN

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700
*Attorney for Plaintiff*

Dated: December 15, 2011

So Ordered
12-19-11
[signature]