UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

THIS DOCUMENT APPLIES TO ALL
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

NOTICE OF MOTION TO
MODIFY SUBPOENA
ISSUED TO FIRE
DEPARTMENT OF THE
CITY OF NEW YORK AND
FOR PROTECTIVE ORDER

21 MC 100 (AKH)

-----------------------------------------------------------

**PLEASE TAKE NOTICE** that in accordance with the schedule set by the Court, Defendant the City of New York ("City") shall apply to the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, Room 14-D for an Order modifying the subpoena issued to the Fire Department of the City of New York and for a protective order pursuant to Fed. R. Civ. P. 26(c)(1)(A) and (D) and/or Fed. R. Civ. P. 45(c)(3)(A)(iii).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the City relies upon the accompanying Memorandum of Law in Support of Motion to Modify Subpoena Issued to Fire Department of the City of New York and for Protective Order; Declaration of Kenneth A. Becker; and Affidavit of David J. Prezant, M.D. in Support of Motion to Modify Subpoena Issued to Fire Department

of the City of New York and for Protective Order.  A proposed form of Protective Order is submitted herewith.

Dated:  December 21, 2011

                              Respectfully submitted

                              MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Respondent*
The City of New York
100 Church Street
New York, New York 10007
(212) 788-0514
kbecker@law.nyc.gov

By: _____
     Kenneth A. Becker (KB-0940)