AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SHUN LUEN LISA NG<br>*Plaintiff*<br>v.<br>THE CITY OF NEW YORK,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   21MC100 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff, SHUN LUEN LISA NG

Date:   12/23/2011

Bradford D. Conover
*Attorney's signature*

Bradford D. Conover
*Printed name and bar number*

Conover Law Offices
75 Rockefelelr Plaza, 20th Floor
New York, NY 10019
*Address*

brad@conoverlaw.com
*E-mail address*

(212) 588-9080
*Telephone number*

(212) 763-5001
*FAX number*