UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

21 MC 100 (AKH)

ALL CASES ON THE ATTACHED EXHIBIT A

**STIPULATION OF
VOLUNTARY DISMISSAL AGAINST
SURVIVIAR ONLY**

Civil Action No: See Exhibit A

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that, pursuant to
the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The Plaintiffs' listed on Exhibit A voluntarily dismiss with prejudice their claims against Defendant
   Survivair pursuant to the following terms and conditions:

2. The Plaintiffs listed on Exhibit A voluntarily discontinue, with prejudice, their claims against
   Survivair arising out of or relating in any way to World Trade Center-related rescue, recovery,
   and/or debris-removal operations and/or clean up at any location on and/or after September 11,
   2001.

3. All claims that were asserted or could have been brought against Survivair in relation to
   Plaintiffs' existing pleadings are dismissed with prejudice.

4. This dismissal is without prejudice solely in relation to a second injury to the extent permitted by
   New York State law and as may be defined by any court having jurisdiction over any such later-
   filed complaint.

5. The dismissal is without costs.

MORRISON MAHONEY LLP

By: _____
Gary W. Harvey
Stephanie S. McGraw
250 Summer Street

**WORBY GRONER EDELMAN & NAPOLI
BERN**

By: _____
Christopher R. LoPalo (CL 6466)
350 Fifth Avenue, Suite 7413

Boston, MA 02210-1181
(617) 439 7500
    and
17 State Street
New York, NY 10004
(212) 428 2486
*Attorney for Survivair*

Dated: October 18, 2011

New York, New York 10118
(212) 267-3700


*Attorney for Plaintiffs*

Dated: October _____, 2011


SO ORDERED:

ALVIN K. HELLERSTEIN, U.S.D.J.

2

**EXHIBIT A**

| Plantiff Name | Case Number |
|---|---|
| Schor, Robert | 05cv01618 |
| Ferraro, Edward | 06CV7411 |