USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/11

**Hobart Mark Davis**
**3135 South Mojave Road #152**
**Las Vegas, NV 89121-8903**
**(702) 506-8167**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



December 27, 2011

RE: Request to dismiss all 9/11 related cases       21 mc100
                                                   07 civ. 10759 (AKH)

The Honorable Alvin K. Hellerstein:

Please dismiss all 9/11 related cases in my name. Thank you.

Sincerely,

Hobart M. Davis

Cc: Noah Kushlefsky

*Denied w/out prejudice to a resubmission in proper form through counsel.*

12-29-11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/11