

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALL PLAINTIFFS ON THE
ATTACHED SCHEDULE A,

                Plaintiffs,

-against-

PHILLIPS & JORDAN, INC.

                Defendant.
---------------------------------------------------------------X

STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE

21 MC 100 (AKH)

Civil Action No: See Schedule A

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

      1.    The plaintiffs' claims identified on Schedule A only are voluntarily dismissed with prejudice against the defendant Phillips & Jordan, Inc., only;

      2.    All claims by the Plaintiffs identified on Schedule A against the defendant Phillips & Jordan, Inc., arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris removal operations and/or clean-up at any location and/or after September 11, 2001 are voluntarily dismissed with prejudice; and

      3.    The dismissal is without costs.

Dated: New York, New York
       December 30, 2010

McGIVNEY & KLUGER, P.C.

By: _____
    Richard E. Leff
Attorneys for Defendant
Phillips & Jordan, Inc.

SULLIVAN PAPAIN BLOCK McGRATH
& CANNAVO, P.C.

By: _____
    Andrew J. Carboy
Attorneys for Plaintiffs on Schedule A

So Ordered: _____
              J.S.C.
              12/29/11

## EXHIBIT A

| No. | Plaintiff | Docket No. | Master Docket No. |
|---|---|---|---|
| 1. | Hein, Rudolph | 10 CV 02373 | 21 MC 100 |
| 2. | Lavin, Brian | 10 CV 01937 | 21 MC 100 |
| 3. | Luffman, Christopher | 10 CV 02042 | 21 MC 100 |
| 4. | Sialiano, Frank | 10 CV 02092 | 21 MC 100 |
| 5. | Sullivan, John | 10 CV 02321 | 21 MC 100 |
| 6. | Wowk, Nicholas | 10 CV 01896 | 21 MC 100 |