USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALL PLAINTIFFS ON THE
ATTACHED SCHEDULE A,

                              Plaintiffs,

                    -against-

PHILLIPS & JORDAN, INC.

                              Defendant.
-----------------------------------------------X

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

21 MC 100 (AKH)

Civil Action No: See Schedule A

        IT IS HEREBY STIPULATED AND AGREED by and between the parties that,

pursuant to the Federal Rule of Civil Procedure 41(a)(I)(A)(ii):

        1.      The plaintiffs' claims identified on Schedule A only are voluntarily dismissed

with prejudice against the defendant Phillips & Jordan, Inc., only;

        2.      All claims by the Plaintiffs identified on Schedule A against the defendant

Phillips & Jordan, Inc., arising out of or relating in any way to World Trade Center-related

rescue, recovery and/or debris removal operations and/or clean-up at any location and/or after

September 11, 2001 are voluntarily dismissed with prejudice; and

        3.      The dismissal is without costs.

Dated: New York, New York
       December 23, 2011

McGIVNEY & KLUGER, P.C.

By:
Richard E. Leff
Attorneys for Defendant
Phillips & Jordan, Inc.

LAW OFFICES OF RYAN S. GOLDSTEIN, P.L.L.C.

By:
Ryan S. Goldstein
Attorneys for Plaintiffs on Schedule A

So Ordered:
            J.S.C.
                    12/29/11

## EXHIBIT A

| Plaintiff | Docket No. | Master Docket No. |
|---|---|---|
| Zane, Robert | 08 CV 7101 | 21 MC 100 |