UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/12
```

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | 21 MC 100 (AKH) |
| WILLIAM EGAN, Plaintiff(s), -Against- CITY OF NEW YORK, Defendant(s) | STIPULATION OF VOLUNTARY DISMISSAL<br><br>Civil Action Nos.: 05cv05364 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above captioned Plaintiff's action is voluntarily dismissed with prejudice against all Defendant(s) or against any Defendant arising out of or relating in any way to World Trade Center-related rescue, recovery, and/or debris-removal operations and/or clean up at any location on and/or after September 11, 2001, to the extent of claims that were asserted or could have been brought in relation to Plaintiffs' existing pleadings. This dismissal is without costs to any party.

PATTON BOGGS LLP

By: *James E. Tyrrell*
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*

Dated: January 5, 2012

GODOSKY & GENTILE, P.C.

By: *Will Gentile*
William Gentile, Esq.
61 Broadway, Suite 2010
New York, New York 10006
(646) 233-2725
*Attorney for Plaintiffs*

Dated: January 5, 2012

So ordered
1/9/12
*[signature]*