

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

ROBERT VECCHIONE AND
ROBIN VECCHIONE

                          Plaintiff,
          -against-

THE CITY OF NEW YORK, THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY,
et al.
                          Defendants.

21 MC 100 (AKH) (ECF)

STIPULATION OF
VOLUNTARY DISMISSAL

CIVIL ACTION NO.
10 CV 4194

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/12

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that, pursuant
to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above Plaintiffs' actions are voluntarily
dismissed with prejudice against all Defendant(s) ~~as against any Defendant arising out of or relating
in any way to World Trade Center related rescue, recovery, and/or debris-removal operations,
and/or clean up at any location on and/or after September 11, 2001.~~ All claims that were asserted
or could have been brought in relation to Plaintiffs' existing pleadings are dismissed with prejudice.
This dismissal is without costs to any party.

Dated: Port Washington, NY
December 27, 2011

By:
Matthew J. McCauley (MM_9610)
Parker Waichman Alonso LLP
*Attorneys for Plaintiff(s)*
*Office & Post Office Address:*
6 Harbor Park Drive
Port Washington, NY  11050
(516) 466-6500
Our File # 010256

SO ORDERED, as amended -

1/6/12

AKH

By:
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for WTC Captive Insureds*
Dated: December 5, 2011

By:
Paul A. Scrudato (PS-5927)
666 Fifth Avenue, 17th Floor
New York, New York 10103
212-753-5000
*Attorney for Port Authority of New York and New
Jersey*
Dated: December 29, 2011