UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/12
```

IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

05-cv-2551 (AKH)

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED on this 12th day of January, 2012 that Plaintiffs Raul and Ana Weeks (the "Weeks' Plaintiffs") (05-cv-2551 (AKH)) have active claims; and

IT IS FURTHER ORDERED, that within ten (10) days after service of this Order on the Weeks Plaintiffs, the Weeks Plaintiffs shall produce personally signed, blank HIPAA-compliant authorizations and complete the population of certain information into the 21 MC 100 Court Mini Database together with the production of the accompanying required verifications; and

IT IS FURTHER ORDERED, that the Weeks' Plaintiffs failure to comply with the requirements of this Order shall result in the dismissal of their claims with prejudice; and

IT IS FURTHER ORDERED, that Plaintiffs' Counsel shall serve a copy of this Order on the Weeks Plaintiffs personally and/or by certified mail to their last known address; and

IT IS FURTHER ORDERED that if any party objects to the requirements of this Order, the objecting party shall show cause within ten (10) days after service of this Order to:

Hon. Alvin K. Hellerstein, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Courtroom 14D

01/06/2012 16:30 FAX   973 848 5601       Patton Boggs LLP.                    ☒004/004

Dated: January 9, 2012
       New York, New York

_____
HON. ALVIN K. HELLERSTEIN, U.S.D.J.