UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE WORLD TRADE CENTER		:	21 MC 100 (AKH)
DISASTER SITE LITIGATION		:
-----------------------------------------------------------x
This document relates to:		:
					:
	Raul and Ana Weeks		:	05-cv-2551 (AKH)
-----------------------------------------------------------x

# DECLARATION OF SERVICE

Christopher R. LoPalo, an attorney duly licensed to practice before the Courts of the State of New York, hereby declares under the penalties of perjury that on January 11, 2012, I served the Court's January 9, 2012 Order to Show Cause on Plaintiffs Raul and Ana Weeks at their following last known address by certified and first-class mail:

    2801 Clafflin Ave.
    Bronx, NY 10468

Dated: January 11, 2012

                                      /s/ Christopher R. LoPalo
                                      Christopher R. LoPalo (CL-6466)
                                      Worby Groner Edelman & Napoli Bern, LLP
                                      350 Fifth Avenue, Suite 7413
                                      New York, New York 10118
                                      (212) 267-3700