USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

ALL PLAINTIFFS ON ATTACHED
SCHEDULED A,

       Plaintiff(s),

-against-

1 WORLD TRADE CENTER LLC, ET. AL.,

       Defendant(s).

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE

21 MC 100 (AKH)

Civil Action No.: See Schedule A

  IT IS HEREBY STIPULATED AND AGREED by and between the parties, that pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii):

  The plaintiffs' claims identified on Schedule A only are voluntarily dismissed with prejudice against the defendant Phillips & Jordan, Inc.

  All claims by plaintiffs identified on Schedule A against the defendant Phillips & Jordan, Inc., arising out of or relating in any way to World Trade Center-related rescue, recovery and/or debris removal operations and/or clean-up at any location and/or after September 11, 2001, are voluntarily dismissed with prejudice.

  This dismissal is without costs to any party.

Dated: January 11, 2012

Christopher R. LoPalo
Worby Groner Edleman & Napoli Bern, LLP
*Plaintiff's Counsel*

Dated: January 11, 2012

Richard E. Leff
McGivney & Kluger, P.C.
*Counsel to Phillips & Jordan, Inc.*

So Ordered: [signature]
J.S.C.   1/13/12

## SCHEDULE A

| PLAINTIFF | DOCKET NO: |
|---|---|
| Madden, Eugene | 06 CV 09304 |
| Martinez, Luis | 06 CV 10665 |
| Vasquez, Jesus | 06 CV 09741 |
| Volpe, Richard | 04 CV 04177 |
| Walcott, John | 04 CV 04178 |
| Yekhpairian, Sevan | 06 CV 04742 |