UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER　　　Master Docket No.:
SITE LITIGATION　　　　　　　　　　　　　　　　21 MC 100 (AKH)
------------------------------------------------------------x
This Document Relates to:

                                                      **NOTICE OF APPLICATION**
    BODILY INJURY, NON-RESPIRATORY,    **FOR AN ORDER AWARDING**
    NON-INGESTION CASES                              **COUNSEL FEES AND EXPENSES**
------------------------------------------------------------x

       PLEASE TAKE NOTICE THAT upon the Declaration of Marion S. Mishkin dated January 18, 2012, the Memoranda of Facts and Law, the Appendixes, Schedules and Exhibits served and offered herewith, Applicant Marion S. Mishkin Law Office, will ask this Court to enter an Order (a proposed form of Order is filed herewith) awarding Plaintiffs' Liaison Counsel for the Bodily Injury, Non-Respiratory, Non-Ingestion cases ("Non-Respiratory cases") counsel fees and expenses incurred in her work on behalf of the non-respiratory plaintiffs and their counsel, and for such other, further and different relief that this Court may find proper and just.

Dated: New York, New York
       January 18, 2012

                                                         MARION S. MISHKIN (MM - 3701)
                                                         Marion S. Mishkin Law Office
                                                          *Plaintiffs' Liaison Counsel*
                                                           155 East 77th Street
                                                          New York, New York 10075
                                                          Tel: 917-515-5600
                                                          Fax: 212-585-1800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: WORLD TRADE CENTER
DISAGETER SITE LITIGATION                              21-MC-100 (AKH)
------------------------------------------------------------x

BODILY INJURY, NON-RESPIRATORY,
NON-INGESTION CASES
------------------------------------------------------------x

---

### NOTICE OF PLAINTIFFS' LIAISON COUNSEL'S
### APPLICATION FOR AN ORDER
### AWARDING COUNSEL FEES AND EXPENSES

---

**MARION S. MISHKIN LAW OFFICE**
*Plaintiffs' Liaison Counsel*
155 East 77th Street
New York, New York 10075
Telephone: 917-515-5600
Email: MarionMishkin
@marionmishkin.com

---

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of an _____ duly entered in the office of the _____ clerk of the within named court on _____ 20___.
☐ NOTICE OF SETTLEMENT
that an order _____ of which the within is a true copy, will be presented for settlement to the HON. _____, one of the judges of the within named Court, at _____ on, _____ 20___, at _____O'clock ___.M.

Dated: _____

                                                      Yours, etc.

                                                      **MARION S. MISHKIN LAW OFFICE**