# PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: WORLD TRADE CENTER             21-mc-100 (AKH)
DISASTER SITE LITIGATION

------------------------------------------------------------x
BODILY INJURY, NON-RESPIRATORY,       **ORDER AWARDING COUNSEL**
NON-INGESTION CASES                   **FEES AND EXPENSES**

------------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Whereas the law office of Marion S. Mishkin ("Mishkin firm"), acting as Plaintiffs' lead and Liaison Counsel for the Bodily Injury, Non-Respiratory, Non-Ingestion Cases ("Non-Respiratory Cases") docketed under the Master Docket number 21 MC 100 (AKH), and having provided substantial value and work on behalf of all Non-Respiratory Plaintiffs and their counsel, and having provided documentation for her work in the form of a document entitled Marion S. Mishkin Law Office Memorandum of Facts and Law setting forth work performed as lead and Liaison Counsel, along with supporting Schedules and Exhibits, and

Whereas it is clear to this Court that the Mishkin Firm has served as the primary advocate, foundation and moving force behind the management, administration, motion and appellate practice, core discovery and advocacy on behalf of Non-Respiratory Plaintiffs, therefore

IT IS HEREBY ORDERED that Marion S. Mishkin Law Office, ("the Mishkin Firm") having carried the non-respiratory cases through much of these proceedings, executed the work effectively and advanced these cases through the obligations and proceedings had herein, advancing their interests in a segregated manner under the Master Case Track to the substantial value to the cases of these plaintiffs, and conservation of resources, effort and time of their

counsel, having expended extensive time, vested the palpable effort and skill, and having borne the day-to-day management in these matters and preformed, rendered and executed oversight, guidance, direction, leadership and skill, including in advocacy before the Court, briefings and motion practice, documentary preparation, and administration and facilitation in the advancement of the obligations of the parties, is hereby entitled to be paid for her work, and reimbursed for her expenses, and shall be paid for her work as follows: _____.

and shall be reimbursed for her expenses as follows: _____.

SO ORDERED

Dated: January ___, 2012
      New York, New York

                                                                ALVIN K. HELLERSTEIN
                                                                 United States District Judge