# APPENDIX

21 MC 100 (AKH)

Bodily Injury, Non-Respiratory,
Non-Ingestion Plaintiffs

## Appendix

21 MC 100 (AKH)
Bodily Injury, Non-Respiratory,
<u>Non-Ingestion Plaintiffs</u>[1]

| Plaintiff | Docket No. |
|---|---|
| Alves, Antonio E.<br>Alves, Maria<br>(Settled) | 2005-cv-2716 |
| Alves, Antonio E.<br>Alves, Maria<br>(Settled) | 2005-cv-7266 |
| Appukkuttan,<br>Narayanan<br>(Undertimed) | *2005-cv-7186[2] |
| Beattie, Thomas<br>(Settled) | **2005-cv-7164[3] |
| Botch, Chester<br>(Settled) | **2005-cv-7165 |
| Buonamini,<br>Anthony<br>(Active) | 2005-cv-7162<br>(as consolidated) |
| Buonamini,<br>Anthony<br>--- | 2005-cv-7163<br>(*consol. 05cv7162*) |

---

[1] The case status information indicated is based on information furnished by counsel of record and, or, reviews of the litigation files and reviews of the litigation-wide and individual case dockets.

[2] *Asterisked cases were unidentified as active in federal court (2005-cv-7186, 2002-cv-8939), or identified as dismissed or settled (2005-cv-7187, 2005-cv-7149) prior to removal. Based upon confirming information from counsel of record, 2005-cv-7187 remains active and 2005-cv-7149 was settled in state court in advance of removal proceedings. Efforts to confirm present case information with counsel in 2005-cv-7186 and 2005-cv-7267 have been unsuccessful

[3] **Asterisked cases, 2005-cv-7164, 2005-cv-7165, 2005-cv-7207, 2005-cv-7205 and 2005-cv-7213, are actions in which counsel fees have been settled.

| | |
|---|---|
| Buonamini, Anthony --- | 2005-cv-7986 (*consol.05cv7162*) |
| Burke, Thomas (Settled) | 2005-cv-7166 |
| Campo, John (Settled) | 2005-cv-7191 |
| Daly, Kevin Daly, Lisa (Active Def. PANYNJ) | 2005-cv-7212 (*same case, different defendants (2005-cv-7415)*) |
| Daly, Kevin Daly, Lisa (Settled Def. Contractors) | 2006-cv-7415 (*same case, different defendants (2005-cv-7212)*) |
| DiGiacomo, Phillip DiGiacomo, Gail (Settled) | 2006-cv-0137 |
| Feal, John (Settled) | 2005-cv-7268 |
| Feal, John (Discont'd) | 2005-cv-7235 |
| Fergus, Abraham (Settled) | 2005-cv-7142 |
| Graybill, Christopher (Active) | 2005-cv-7167 |
| Gorglione, Frank (Active) | 2006-cv-6360 |
| Hickey, Thomas (Settled) | 2002-cv-8939 |
| Iacono, Angelo (Undetermined) | *2005-cv-7267 |
| Luge, Daniel (Settled) | 2002-cv-6748 |

| | |
|---|---|
| Johnson, Paul (Settled) | 2005-cv-7152 |
| Kosmaczewski, Mieczyslaw Kosmaczewski, Ewa (Active) | 2005-cv-7206 |
| Magee, Thomas (Active) | 2005-cv-7210 |
| Milling, Sandra (Remanded) | 2005-cv-7189 |
| *Montalvo, John Montalvo, Darlene (Active)* | *2005-cv-7208 (represented by moving counsel)* |
| Nimmo, John (Settled) | **2005-cv-7207 |
| Ostrander, Matthew (Active) | 2005-cv-7161 |
| Pursley, Francis Paul (Settled) | **2005-cv-7205 |
| Pursley. Francis Paul (Settled) | **2005-cv-7213 |
| Roche, Kenneth Roche, Carolyn (Active) | 2005-cv-7150 |
| Romero, Nicholas (Settled) | *2005-cv-7149 |
| Sferrazza, Salvatore (Def. AMEC Settled; Def. PANYNJ Active) | 2005-cv-7154 |
| Spagnuolo, Americo (Settled) | 2005-cv-7211 |

3

| | |
|---|---|
| Strohschein, Robert (Settled) | 2005-cv-7148 |
| Whelan, Kenneth (Active) | *2005-cv-7187 |