# APPENDIX

Professional Summary

# Appendix

## Professional Summary

Marion S. Mishkin has played a hands-on role in the World Trade Center Disaster Site Litigation from its formative stages. She was elected as a liaison counsel and member of the plaintiff's steering committee in New York State Supreme Court, and subsequently appointed as Liaison Counsel in Federal Court, for all plaintiffs alleging solely non-respiratory related bodily injuries sustained in work performed on the post-September 11, 2001 World Trade Center site. Through relentless effort and vigorous advocacy, Ms. Mishkin lead the prosecution and oversaw and managed the cases of these orthopedically-injured litigants, many through four (4) courthouses and all significant phases of these landmark legal proceedings. Targeting all opportunities to maximize results for these litigants and their counsel, Ms. Mishkin effectively organized and advanced these cases in a manner segregated from the aggregate prosecution of the majority litigation. Persistently advocating the legal and factual distinctions of these cases from the air born toxin-related injury claims of the mass, Ms. Mishkin successfully established at the outset and maintained distinguished recognition for these "non-respiratory" litigants, exempted from the master complaint, severity grid categorization and related procedures, separated from the aggregate settlement and distinct from what became the 10,000 party-wide majority. Ms. Mishkin's efforts ultimately garnered the Court's formal designation for these cases as their own sub-group on the Master Docket.

Marion S. Mishkin is the sole practitioner in the New York City based firm, Marion S. Mishkin Law Office. Marion Mishkin's practice focuses on litigation, with an emphasis on scaffolding and other construction site accident claims prosecuted under the safe work provisions of the New York Labor Law. Though her practice, Ms. Mishkin has conducted all phases of pre-trial litigation in hundreds of cases of various substantive complexities. In addition to her litigation background, Ms. Mishkin's professional career has included legislative work in the research and draft of proposed New York State legislation to impose strict tort liability on hand gun manufacturers for injuries resulting from the illegal use of their product; executing a comprehensive research study on the correlation between safety standards and practices and mass tort and product liability litigation for the Washington D.C. based Association of Trial Lawyers of America; managing aspects of city-wide and local campaigns for several political candidates, and; internships for the Commissioner of Legal Matters in the Police Department of the City of New York, New York State Supreme Court Judge David B. Saxe (presently A.D. First Dept.), and New York State Attorney General's Bureau of Consumer Frauds and Protection where she investigated complaints of consumer fraud. Ms. Mishkin's earlier career was in the jewelry industry, and included successfully operating a jewelry manufacturing and marketing company with her father through which efforts their company received regular media recognition, including editorial accreditation in virtually every leading fashion and industry publication.

Ms. Mishkin is admitted to practice in the courts of the states of New York and Connecticut and United States District Courts for the Southern and Eastern Districts of New York. She is a member of the City Bar, committee member of its Committee on Federal Legislation and the Committee's Liaison to the City Bar's National Security Task Force, and former member of its Committee on Products Liability.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: WORLD TRADE CENTER
DISASTER SITE LITIGATION                          21-MC-100 (AKH)
------------------------------------------------------------x
BODILY INJURY, NON-RESPIRATORY,
NON-INGESTION CASES
------------------------------------------------------------x

---

**NOTICE OF AND DECLARATION, PROPOSED ORDER AND APPENDIXES
IN SUPPORT OF PLAINTIFFS' LIAISON COUNSEL'S
APPLICATION FOR AN ORDER
AWARDING COUNSEL FEES AND EXPENSES**

---

**MARION S. MISHKIN LAW OFFICE**
*Plaintiffs' Liaison Counsel*
155 East 77th Street
New York, New York 10075
Telephone: 917-515-5600
Email: MarionMishkin
@marionmishkin.com

---

PLEASE TAKE NOTICE:
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of an          duly entered in the office
of the   clerk of the within named court on _____20___.
☐ NOTICE OF SETTLEMENT
that an order           of which the within is a true copy, will be
presented for settlement to the HON.          , one of the judges of the
within named Court, at          on,          20__ , at
_____O'clock___.M.
Dated: _____

                                Yours, etc.

                                **MARION S. MISHKIN LAW OFFICE**