```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
                                                              :   **ORDER REQUESTING**
                                                              :   **INFORMATION RELEVANT TO**
IN RE WORLD TRADE CENTER DISASTER                             :   **CONTINGENT PAYMENT**
SITE LITIGATION                                               :   **PROVISIONS OF THE SPA**
                                                              :
                                                              :   21 MC 100 (AKH)
                                                              :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Part IV of the Settlement Process Agreement as Amended ("SPA") provides for the possibility of contingent payments, contingent upon the number of "New Debris Removal Claims" (as defined by the SPA) and certain categories of expenses. To the extent payments are due to settling Plaintiffs, calculations and determinations have to be made on one-year anniversary dates following the effective date of the SPA, January 5, 2011. Payments, if required, are due 15 days thereafter.

       Liaison counsel for Plaintiffs and for Defendants, and counsel for the NYC Captive Insurance Funds are ordered to file, jointly or, if they cannot agree, severally, two schedules providing the following information:

Schedule A:

1. The name of each New Debris Removal Claim;

2. Its index number or, if not filed in this court, other identifying information;

3. The date filed;

4. The date of any order of dismissal, and indication if the dismissal was voluntary or involuntary; and

5. The amount of money paid to or on behalf of such Plaintiff, or by way of indemnification to any Other Defendant (as defined in the SPA) in respect of such Plaintiff.

1

Schedule B:

1. The name of the claim of each Plaintiff who opted not to join the SPA;

2. Its index number or, if not filed in this court, other identifying information;

3. The date of any order of dismissal, and indication if the dismissal was voluntary or involuntary; and

4. The amount of money paid to or on behalf of such Plaintiff, or by way of indemnification to any Other Defendant in respect of such Plaintiff.

The parties may add any other information they consider relevant, including any determinations relevant to this information heretofore made.

Submissions are due February 14, 2012.

SO ORDERED.

Dated:   January 23, 2012
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2