UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER     Master Docket No.:
SITE LITIGATION     21 MC 100 (AKH)
------------------------------------------------------------x
This Document Relates to:     **NOTICE OF MOTION FOR PERMISSION TO FILE DOCUMENTS IN HARD COPY FORM**

    BODILY INJURY, NON-RESPIRATORY,
    NON-INGESTION CASES
------------------------------------------------------------x



PLEASE TAKE NOTICE THAT, upon the within Affirmation of Marion S. Mishkin, Esq., dated January 20, 2012, the Marion S. Mishkin Law Office, Plaintiffs' Liaison Counsel for the 21 MC 100 (AKH) Bodily Injury, Non-Respiratory, Non-Ingestion cases, will ask this Court for permission to file the Schedules and Exhibits made in Support of the within Application for an Order Awarding Counsel Fees and Expenses in hard copy form, and for such other further, and different relief that this Court may find proper and just.

Dated: New York, New York
       January 20, 2012

Marion S. Mishkin (MM - 3701)
Marion S. Mishkin Law Office
*Plaintiffs Liaison Counsel*
*Non-Respiratory Plaintiffs*
155 East 77th Street
New York, New York 10075
Tel: 917-515-5600
Fax: 212-585-1800

