**GREGORY J. CANNATA & ASSOCIATES**
WOOLWORTH BUILDING
233 BROADWAY, 5TH FLOOR, NEW YORK, NY 10279-0003
Tel: (212) 553-9206 Fax (212) 227-4141

January 24, 2012

Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: World Trade Center Litigation, 21-MC-100/103(AKH)
**Robert Sienkiewicz, Index 10-CV-6711-AKH**

Dear Judge Hellerstein,

With reference to the **Sienkiewicz case**, above referenced, after further review of our file, we have determined that the ECF system reflecting this case as a 21MC100 (AKH) matter is incorrect. Due to the locations of the work alleged, both on and off site, it should be classified as 21MC103 (AKH).

On similar previous requests on other cases, the Clerk of the Court has asked if we could make the request first to your Honor and we are following said procedure here.

**We therefore request that the Court grant this request to re-classify the above referenced matter from the 21MC100 (AKH) master docket to the 21MC103 (AKH) master docket and ask the Court to So Order this letter request.**

In our recent listing of active cases circulated to the defense at the Court's direction, the case was properly included as a 21MC103 (AKH) case, and such was reflected on subsequent pleadings as well. This letter has been circulated to Patton Boggs as counsel for the City of New York and as defense Liaison, 21MC100(AKH) and they have no objection.

Respectfully,

_____s/_____
Robert Grochow

CC: Patton Boggs

*[Handwritten note from Judge:] Reclassification will require a motion, identifying of a[ll] the def'ts have settled the suit, which def'ts have not[,] also, the caption [h]as to be re-formed. 1-26-12 /s/ AKH*