USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION

21 MC 100 (AKH)

STEVEN M. O'HARA & KATHLEEN O'HARA,

Plaintiffs,

-Against-

AMEC CONSTRUCTION MANAGEMENT, INC., et al,

Defendants.

Docket No. 11cv04252 (AKH)

**STIPULATION OF DISMISSAL OF BECHTEL DEFENDANTS ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, that the claims of the above-referenced plaintiffs against Bechtel Construction, Inc., Bechtel Environmental Safety & Health and Bechtel Group Inc. only are hereby dismissed with prejudice and without costs to either party.

PATTON BOGGS LLP

By: _____
James E. Tyrrell, Jr. (JT-4676)
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(973) 848-5600
*Attorney for Defendants Bechtel Construction, Inc., Bechtel Environmental Safety & Health and Bechtel Group Inc.*

Dated: August 22, 2012

STEPHEN M. CANTOR, P.C., ATTORNEY AT LAW

By: _____
Stephen M. Cantor, Esq. (8696)
319 Broadway, 4th Floor
New York, New York 10007
(212) 732-8456
*Attorney for Plaintiffs*

Dated: August 22, 2012

So Ordered
8-23-12
[signature]

12-480