UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE WORLD TRADE CENTER
DISASTER LITIGATION

Master Docket No.
21-MC-100 (AKH)
-----------------------------------------------------------x
This Document Relates To:

BODILY INJURY, NON-RESPIRATORY
NON-INGESTION CASES
-----------------------------------------------------------x

**NOTICE OF MOTION**
**FOR RECONSIDERATION**

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law in Support of Her Motion for Reconsideration of the September 13, 2012 Order Regarding Her Liaison Counsel Fee Application and Upon Reconsideration Granting Her Revised Application for Reasonable Attorney Fees and Expenses, and the exhibits annexed thereto; the Affidavit of Marion S. Mishkin In Support of Her Revised Application for Reasonable Attorney Fees and Expenses, and the exhibits annexed thereto, and upon all prior papers and proceedings had and filed herein, Marion S. Mishkin Law Office ("Ms. Mishkin"), Plaintiffs' Liaison Counsel for the Bodily Injury, Non-Respiratory, Non-Ingestion Cases in this matter, will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 14D, New York, New York, on October 15, 2012, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order, pursuant to F.R.C.P. 60(b)(1):

(1) granting Ms. Mishkin's Motion for Reconsideration of this Court's September 13, 2012 Summary Order; and

(2) upon granting Ms. Mishkin's Motion for Reconsideration, granting Ms. Mishkin's Revised Application for Reasonable Attorney Fees and Expenses, inclusive of fees for preparation of her original fee application.

*[Handwritten annotation:] Motion denied. No personal benefit accrued to any from Ms. Mishkin's alleged work before I appointed her liaison counsel. All other fees and law are as they were before I ruled. 9-21-12 [signature]*

PLEASE TAKE FURTHER NOTICE that, pursuant to S.D.N.Y. Local Rule 6.1(b)(2), any opposing affidavits and/or answering memoranda shall be served within fourteen days after service of these moving papers, or October 5, 2012.

PLEASE TAKE FURTHER NOTICE that, pursuant to S.D.N.Y. Local Rule 6.1(b)(3) any reply affidavits and/or memoranda of law shall be served within seven days after service of the answering papers, or October 12, 2012.

Dated: September 20, 2012
New York, New York

                              Respectfully submitted,

                              FENSTERSTOCK & PARTNERS LLP

By: _____
       Blair C. Fensterstock (BF 2020)
       100 Broadway, 8th Floor
       New York, New York 10005
       (212) 785 – 4100

       *Counsel for Liaison Counsel*
       *Marion S. Mishkin Law Office*

Judge wrote:

"Motion denied. No perceived benefit accrued to the group from Ms. Mishkin's alleged work before I appointed her liaison counsel. All other facts and law are as they were before I ruled.

9-21-12

Alvin K. Hellerstein"