UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE WORLD TRADE CENTER
DISASTER LITIGATION
----------------------------------------------------------x
This Document Relates To:

   BODILY INJURY, NON-RESPIRATORY
   NON-INGESTION CASES
----------------------------------------------------------x

Master Docket No.:
21-MC-100 (AKH)

**LIST OF PLAINTIFFS' COUNSEL REQUESTED BY THIS COURT IN ITS SEPTEMBER 13, 2012 SUMMARY ORDER**

Pursuant to this Court's September 13, 2012 Summary Order directing the Marion S. Mishkin Law Office ( the "Mishkin Law Office"), to file a separate document listing all such plaintiffs' counsel, the Mishkin Law Office hereby respectfully submits such list, including counsels' addresses and telephone numbers and settlement status, which reads as follows:

| Plaintiff | Counsel | Docket No. |
|---|---|---|
| Alves, Antonio E.<br>Alves, Maria<br>(Settled) | **Christopher R. Lopalo, Esq.**<br>Napoli Bern Ripka Shkolnik LLP<br>350 Fifth Avenue, New York, NY 10118<br>P: (212) 267-3700<br>F: (212) 587-0031 | 2005-cv-7266 |
| Alves, Antonio E.<br>Alves, Maria<br>(Settled) | **Bruce Jeffrey Ressler, Esq.**<br>Ressler & Ressler<br>48 Wall Street, New York, NY 10005<br>P: (212) 695-6446<br>F: (212) 268-0287 | 2005-cv-2716 |
| Appukkuttan, Narayanan<br>(Active) | **Stanley Kalathara, Esq.**<br>Canale & Kalathara, Esqs.<br>7040 Broadway, 2nd Floor, Jackson Heights, NY 11372<br>P: (718) 424-2220 | 2005-cv-7186 |
| Beattie, Thomas<br>(Settled) | **Kenneth Sacks, Esq.**<br>Sacks & Sacks LLP<br>150 Broadway, 4th Floor, New York, NY 10038<br>P: (212) 964-5570<br>F: (212) 349-2141 | 2005-cv-7164 |

| Plaintiff | Counsel | Docket No. |
|---|---|---|
| Botch, Chester (Settled) | **Evan Sacks, Esq.**<br>Sacks & Sacks LLP<br>150 Broadway, 4th Floor, New York, NY 10038<br>P: (212) 964-5570<br>F: (212) 349-2141 | 2005-cv-7165 |
| Buonamini, Anthony (Settled) | **Joseph Ehrlich, Esq.**<br>**Scott Epstein, Esq.**<br>Antin Ehrlich & Epstein LLP<br>49 West 37th Street, 7th Floor, New York, NY 10018<br>P: (646) 233-2737<br>F: (212) 221-6867 | 2005-cv-7162 (as consolidated) |
| Buonamini, Anthony (Settled) | **Joseph Ehrlich, Esq.**<br>**Scott Epstein, Esq.**<br>Antin Ehrlich & Epstein LLP<br>49 West 37th Street, 7th Floor, New York, NY 10018<br>P: (646) 233-2737<br>F: (212) 221-6867 | 2005-cv-7163 (*consol. 05cv7162*) |
| Buonamini, Anthony (Settled) | **Joseph Ehrlich, Esq.**<br>**Scott Epstein, Esq.**<br>Antin Ehrlich & Epstein LLP<br>49 West 37th Street, 7th Floor, New York, NY 10018<br>P: (646) 233-2737<br>F: (212) 221-6867 | 2005-cv-7986 (*consol. 05cv7162*) |
| Burke, Thomas (Settled) | **Michael Scott Levine, Esq.**<br>Rappaport Glass Levine & Zullo LLP<br>1355 Motor Parkway, Hauppauge, NY 11749<br>P: (631) 293-2300<br>F: (631) 293-2918 | 2005-cv-7166 |
| Campo, John (Settled) | **Neil C. Mascolo, Jr., Esq.**<br>Bartlett McDonough & Monaghan LLP<br>170 Old Country Road, Mineola, NY 11501<br>P: (516) 877-2900<br>F: (516) 877-0732 | 2005-cv-7191 |
| Daly, Kevin<br>Daly, Lisa<br>(Active) | **Jeffrey A. Nemerov, Esq.**<br>**Jeffrey Singer, Esq.**<br>Segan Nemerov & Singer PC<br>112 Madison Avenue, 6th Floor, New York, NY 10016<br>P: (212) 696-9100<br>F: (212) 689-9680 | 2005-cv-7212 (*same case, different def. (2005-cv-7415)*) |
| Daly, Kevin<br>Daly, Lisa<br>(Partially Settled ) | **Jeffrey A. Nemerov, Esq.**<br>**Jeffrey Singer, Esq.**<br>Segan Nemerov & Singer PC<br>112 Madison Avenue, 6th Floor, New York, NY 10016<br>P: (212) 696-9100<br>F: (212) 689-9680 | 2005-cv-7415 (*same case, different def. (2005-cv-7212)*) |

| Plaintiff | Counsel | Docket No. |
|---|---|---|
| DiGiacomo, Phillip<br>DiGiacomo, Gail<br>(Settled) | **Andrew J. Smiley, Esq.**<br>**Howard R. Engle, Esq.**<br>Smiley & Smiley LLP<br>60 East 42nd Street, New York, NY 10165<br>P: (212) 986-2022<br>F: (212) 697-4689 | 2006-cv-0137 |
| Feal, John<br>(Settled) | **Frank A. Andrea III, Esq.**<br>Andrea & Towsky, Esqs.<br>320 Old Country Road, Ste. 202, Garden City, NY 11530<br>P: (516) 739-0081<br>F: (516) 739-0088 | 2005-cv-7268 |
| Feal, John<br>(Discontinued) | **Frank A. Andrea III, Esq.**<br>Andrea & Towsky, Esqs.<br>320 Old Country Road, Ste. 202, Garden City, NY 11530<br>P: (516) 739-0081<br>F: (516) 739-0088 | 2005-cv-7235 |
| Fergus, Abraham<br>(Settled) | **Christopher Downe, Esq.**<br>**Gary Silverman, Esq.**<br>O'Dwyer and Bernstien LLP<br>52 Duane Street, New York, NY 10007<br>P: (212) 571-7100<br>F: (212) 571-7124 | 2005-cv-7142 |
| Gorglione, Frank<br>(Settled) | **Robert Allen Grochow, Esq.**<br>Gregory J. Cannata & Associates<br>233 Broadway, 5th Floor, New York, NY 10279<br>P: (212) 553-9206<br>F: (212) 227-4141 | 2006-cv-6360 |
| Graybill, Christopher<br>(Active) | **David Jaroslawicz, Esq.**<br>Jaroslawicz & Jaros LLC<br>225 Broadway, 24th Floor, New York, NY 10007<br>P: (212) 227-2780<br>F: (212) 227-5090 | 2005-cv-7167 |
| Hickey, Thomas<br>(Settled) | **Evan Sacks, Esq.**<br>**Andrew Richard Diamond, Esq.**<br>Sacks & Sacks LLP<br>150 Broadway, 4th Floor, New York, NY 10038<br>P: (212) 964-5570<br>F: (212) 349-2141 | 2002-cv-8939 |
| Iacono, Angelo<br>(Settled) | **Steven L. Barkan, Esq.**<br>Steven L. Barkan PC<br>445 Broadhollow Road, Ste. 25, Melville, NY 11747<br>P: (516) 358-3688<br>F: (631) 881-0818 | 2005-cv-7267 |

| Plaintiff | Counsel | Docket No. |
|---|---|---|
| Luge, Daniel (Settled) | **Evan Sacks, Esq.** <br> **Andrew Richard Diamond, Esq.** <br> Sacks & Sacks LLP <br> 150 Broadway, 4th Floor, New York, NY 10038 <br> P: (212) 964-5570 <br> F: (212) 349-2141 | 2002-cv-6748 |
| Johnson, Paul (Settled) | **David L. Kremen, Esq.** <br> Oshman & Mirisola LLP <br> 42 Broadway, Ste. 1001, New York, NY 10004 <br> P: (212) 233-2100 <br> F: (212) 964-8656 | 2005-cv-7152 |
| Kosmaczewski, Mieczyslaw <br> Kosmaczewski, Ewa (Active) | **David Jaroslawicz, Esq.** <br> Jaroslawicz & Jaros LLC <br> 225 Broadway, 24th Floor, New York, NY 10007 <br> P: (212) 227-2780 <br> F: (212) 227-5090 | 2005-cv-7206 |
| Magee, Thomas (Active) | **Noah H. Kushlefsky, Esq.** <br> Kreindler & Kreindler <br> 750 Third Avenue, New York, NY 10017 <br> P: (212) 973-3448 <br> F: (212) 972-9432 | 2005-cv-7210 |
| Milling, Sandra (Remanded) | **Michael Seth Leyden, Esq.** <br> Goldberg & Carlton PLLC <br> 31 East 32nd Street, New York, NY 10016 <br> P: (212) 683-9559 | 2005-cv-7189 |
| *Montalvo, John* <br> *Montalvo, Darlene* <br> (Active) | **Marion Sandra Mishkin, Esq.** <br> Marion S. Mishkin Law Office <br> 155 East 77th Street, New York, NY 10021 <br> P: (917) 515-5600 <br> F: (212) 585-1800 | *2005-cv-7208* |
| Nimmo, John (Settled) | **Evan Sacks, Esq.** <br> Sacks & Sacks LLP <br> 150 Broadway, 4th Floor, New York, NY 10038 <br> P: (212) 964-5570 <br> F: (212) 349-2141 | 2005-cv-7207 |
| Ostrander, Matthew (Active) | **Michael Scott Levine, Esq.** <br> Rappaport Glass Levine & Zullo LLP <br> 1355 Motor Parkway, Hauppauge, NY 11749 <br> P: (631) 293-2300 <br> F: (631) 293-2918 | 2005-cv-7161 |
| Pursley, Francis Paul (Settled) | **Evan Sacks, Esq.** <br> Sacks & Sacks LLP <br> 150 Broadway, 4th Floor, New York, NY 10038 <br> P: (212) 964-5570 <br> F: (212) 349-2141 | 2005-cv-7205 |

4

| Plaintiff | Counsel | Docket No. |
|---|---|---|
| Pursley, Francis Paul (Settled) | **Evan Sacks, Esq.**<br>Sacks & Sacks LLP<br>150 Broadway, 4th Floor, New York, NY 10038<br>P: (212) 964-5570<br>F: (212) 349-2141 | 2005-cv-7213 |
| Roche, Kenneth<br>Roche, Carolyn (Active) | **Michael F.X. Ryan, Esq.**<br>3005 South Main Street<br>Cortlandt Manor, New York 10567<br>P: (914) 739-0002<br>F: (814) 739-3282 | 2005-cv-7150 |
| Romeo, Nicholas (Settled) | **Leonard J. Linden, Esq.**<br>Law Office of Leonard J. Linden<br>140 Broadway, 37th Floor, New York, NY 10005<br>P: (212) 344-0099<br>F: (212) 344-3980 | 2005-cv-7149 |
| Sferrazza, Salvatore (Def. AMEC – Settled; Def. PANYNJ – Active) | **Joel Myron Lutwin, Esq.**<br>Lutwin & Lutwin LLP<br>401 Broadway, Ste. 1703, New York, NY 10017<br>P: (212) 431-5757<br>F: (212) 431-5759 | 2005-cv-7154 |
| Spagnuolo, Americo (Settled) | **Michael Kremins, Esq.**<br>Raskin & Kremins LLP<br>160 Broadway, 4th Floor, New York, NY 10038<br>P: (212) 587-3434<br>F: (212) 608-1659 | 2005-cv-7211 |
| Strohschein, Robert (Settled) | **John S. Park, Esq.**<br>Park & Nguyen<br>1809 Paulding Avenue, 2nd Floor, Bronx, NY 10462<br>P: (718) 414-6187<br>F: (718) 892-4666 | 2005-cv-7148 |
| Whelan, Kenneth (Active) | **Joseph L. Decolator, Esq.**<br>Decolator Cohen Diprisco LLP<br>1399 Franklin Avenue, Ste. 201, Garden City, NY 11530<br>P: (516) 742-6575<br>F: (516) 742-6706 | 2005-cv-7187 |

Dated: September 27, 2012
       New York, New York

                                Respectfully submitted,

                                MARION S. MISHKIN, ESQ

By:     _____
                                Marion S. Mishkin, Esq. (MM 3701)
                                Marion S. Mishkin Law Office
                                155 East 77th Street
                                New York, New York 10075
                                (917) 515 – 5600

                                *Liaison Counsel for Non-Respiratory Plaintiffs*