UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

IN RE MARION S. MISHKIN LAW
OFFICE FEE APPLICATION

-------------------------------------------------x

**NOTICE OF APPEAL**

Master Docket No.:
21-MC-100 (AKH)

Notice is hereby given that the Marion S. Mishkin Law Office, Liaison Counsel for Non-Respiratory Plaintiffs in the above-captioned consolidated matter, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's September 21, 2012 Order, denying the Marion S. Mishkin Law Office's motion for reconsideration of this Court's September 13, 2012 Summary Order, which denied the Marion S. Mishkin Law Office's application for fees and expenses incurred while performing duties as Liaison Counsel.

Dated: New York, New York
October 16, 2012

FENSTERSTOCK & PARTNERS LLP

By: _____
Blair C. Fensterstock (BF 2020)
Eugene D. Kublanovsky (EK 0605)
Michael T. Phillips (MP 8256)

100 Broadway, 8th Floor
New York, NY 10005
(212) 785-4100

*Attorneys for the Marion S. Mishkin Law Office*

TO:    U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Frank A. Andrea III, Esq.
Andrea & Towsky, Esqs.
320 Old Country Road, Ste. 202
Garden City, NY 11530

Steven L. Barkan, Esq.
Steven L. Barkan PC
445 Broadhollow Road, Ste. 25
Melville, NY 11747

Joseph L. Decolator, Esq.
Decolator Cohen Diprisco LLP
1399 Franklin Avenue, Ste. 201
Garden City, NY 11530

Christopher Downe, Esq.
Gary Silverman, Esq.
O'Dwyer and Bernstien LLP
52 Duane Street
New York, NY 10007

Joseph Ehrlich, Esq.
Scott Epstein, Esq.
Antin Ehrlich & Epstein LLP
49 West 37th Street, 7th Floor
New York, NY 10018

Robert Allen Grochow, Esq.
Gregory J. Cannata & Associates
233 Broadway, 5th Floor
New York, NY 10279

David Jaroslawicz, Esq.
Jaroslawicz & Jaros LLC
225 Broadway, 24th Floor
New York, NY 10007

Stanley Kalathara, Esq.
Canale & Kalathara, Esqs.
7040 Broadway, 2nd Floor
Jackson Heights, NY 11372

David L. Kremen, Esq.
Oshman & Mirisola LLP
42 Broadway, Ste. 1001
New York, NY 10004

Michael Kremins, Esq.
Raskin & Kremins LLP
160 Broadway, 4th Floor
New York, NY 10038

Noah H. Kushlefsky, Esq.
Kreindler & Kreindler
750 Third Avenue,
New York, NY 10017

Michael Scott Levine, Esq.
Rappaport Glass Levine & Zullo LLP
1355 Motor Parkway
Hauppauge, NY 11749

Michael Seth Leyden, Esq.
Goldberg & Carlton PLLC
31 East 32nd Street
New York, NY 10016

Leonard J. Linden, Esq.
Law Office of Leonard J. Linden
140 Broadway, 37th Floor
New York, NY 10005

Christopher R. Lopalo, Esq.
Napoli Bern Ripka Shkolnik LLP
350 Fifth Avenue
New York, NY 10118

Joel Myron Lutwin, Esq.
Lutwin & Lutwin LLP
401 Broadway, Ste. 1703
New York, NY 10017

Neil C. Mascolo, Jr., Esq.
Bartlett McDonough & Monaghan LLP
170 Old Country Road
Mineola, NY 11501

Jeffrey A. Nemerov, Esq.
Jeffrey Singer, Esq.
Segan Nemerov & Singer PC
112 Madison Avenue, 6th Floor,
New York, NY 10016

John S. Park, Esq.
Park & Nguyen
1809 Paulding Avenue, 2nd Floor
Bronx, NY 10462

Bruce Jeffrey Ressler, Esq.
Ressler & Ressler
48 Wall Street
New York, NY 10005

Michael F.X. Ryan, Esq.
3005 South Main Street
Cortlandt Manor, New York 10567

Evan Sacks, Esq.
Andrew Richard Diamond, Esq.
Sacks & Sacks LLP
150 Broadway, 4th Floor,
New York, NY 10038

Andrew J. Smiley, Esq.
Howard R. Engle, Esq.
Smiley & Smiley LLP
60 East 42nd Street
New York, NY 10165