UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IN RE WORLD TRADE CENTER DISASTER LITIGATION

**ORDER CLOSING CASE**

21 MC 100 (AKH)

------------------------------------------------------------- X

KENNETH ROCHE,

05 Civ. 7150

       Plaintiff,

-against-

FGP 90 WEST STREET, LLC, BOVIS LEND LEASE LMB, INC., et al.

       Defendants.
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Whereas counsel for the parties represented at the status conference of June 10, 2013 that this case settled, except for a dispute concerning allocation of attorneys' fees owing plaintiff's counsel, and whereas that matter also has been settled, the Clerk is instructed to terminate Plaintiff's motion to extinguish liens claimed by Sacks and Sacks, P.C. (Doc. No. 9) and mark the case closed.

SO ORDERED

Dated:    July __, 2013
            New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge