USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **ORDER DISSOLVING ORDER APPOINTING SPECIAL COUNSEL AND STAYING DISCOVERY** |
| | 21 MC 100 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

By Order dated June 16, 2015, the Court appointed Special Counsel to represent plaintiffs in the resolution of the proper interpretation of the Settlement Process Agreement, as Amended, relating to the calculation of the Bonus Payments payable to the Tier IV Plaintiffs. *See* Order Appointing Special Counsel, No. 21 MC 100, ECF No. 3235 (S.D.N.Y. June 16, 2015). Two law firms representing the majority of plaintiffs, Worby Groner Edelman & Napoli Bern LLP ("WGENB") and Sullivan Papain Block McGrath & Cannavo P.C. ("Sullivan Papain"), have requested an opportunity to be heard on the matter. Accordingly, the Court hereby dissolves the June 16th Order Appointing Special Counsel. WGENB and Sullivan Papain shall file their submissions, either jointly or separately, by June 26, 2015. Special Counsel need not make a submission. Furthermore, the initial discovery schedule set out in the Order Regulating Issues on Remand, No. 21 MC 100, ECF No. 3231 (S.D.N.Y. June 9, 2015), is hereby stayed. Dates for initial disclosures and exchanges will be set at the July 8, 2015 status conference.

SO ORDERED.

Dated: New York, New York
June 19, 2015

ALVIN K. HELLERSTEIN
United States District Judge