UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                            :    **SCHEDULING ORDER**
IN RE WORLD TRADE CENTER DISASTER           :
SITE LITIGATION                             :    21 MC 100 (AKH)
                                            :
                                            :
                                            :
                                            :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 23, 2015 at 11:00 AM, counsel for the parties shall appear in Courtroom 14D for a hearing to determine whether the parties' proposed settlement as to the amount of the bonus payment under the SPA should be approved. To assist the Court in its determination, the parties shall provide the Court with a joint submission setting forth their respective positions for the amount of the bonus payment by July 15, 2015.

SO ORDERED.

Dated:    New York, New York
             July 6, 2015

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

1