

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/9/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 100 (AKH)

21 MC 102 (AKH)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, Counsel for the Plaintiffs, Counsel for the WTC Captive Insurance Company, Inc., and the Defense Liaison Committee for the Defendants, that the parties' time to file simultaneous submissions in response to the Court's June 8, 2015 Order to Show Cause, extended by prior stipulation and order to July 9, 2015 (noon), is extended for seven (7) days to July 16, 2015 (noon).  It is further stipulated and agreed that the time to file simultaneous replies, extended by prior stipulation and order to July 16, 2015 (noon), is extended for six (6) days to July 22, 2015 (noon).

Dated: July 8, 2015

Worby Groner Edelman & Napoli Bern, LLP
*Counsel for Plaintiffs*

Christopher R. LoPalo
350 Fifth Avenue, Suite 7413
New York, New York  10118
(212) 267-3700

McGivney & Kluger, P.C.
*Member of the Defense Liaison Committee*

Richard E. Leff
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

McDermott Will & Emery, LLP
*Counsel for the WTC Captive Insurance Company, Inc.*

Margaret H. Warner, Esq.
500 North Capitol Street, N.W.
Washington, D.C. 2001-1531
(202) 756-8228

Gregory J. Cannata & Associates
*Counsel for Plaintiffs*

Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, NY 10279
(212) 553-9206

So Ordered:

Hon. Alvin K. Hellerstein, USDJ          7/9/15