UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                     :

**ORDER**

IN RE: WORLD TRADE CENTER DISASTER     :     21-mc-100 (AKH)
SITE LITIGATION.

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Several motions in the above-captioned case are marked as open but have been resolved.

        The most recent of the motions, filed on February 18, 2020, is ECF No. 3314, which was resolved by ECF Nos. 3319 and 3320.

        Accordingly, the Clerk shall terminate ECF Nos. 1704, 1707, 1795, 1797, 2107, 2147, 2406, 2428, 2439, 2517, 2564, 2623, 2756, 2774, 2777, 2781, 2786, 2788, 2803, 2980, 3062, 3271, and 3314.

        SO ORDERED.

Dated:     April 12, 2022                              /s/ Alvin K. Hellerstein
            New York, New York                   ALVIN K. HELLERSTEIN
                                                                           United States District Judge